**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (SBN 91490)
Edward Susolik (SBN 151081)
Esulolik@callahan-law.com
Michael S. LeBoff (SBN 204612)
Mleboff@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for NEWPORT TRIAL GROUP; SCOTT J. FERRELL; RYAN M. FERRELL; VICTORIA C. KNOWLES; and ANDREW LEE BASLOW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | **CASE NO. 8:15-cv-02034-JVS-JCG** <br><br> **JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND RULE 12 AND 15 DEADLINES AND CONTINUE MARCH 7, 2016 RULE 26(f) SCHEDULING CONFERENCE** <br><br> Judge: Hon. James V. Selna <br><br> Complaint Filed: December 7, 2015 <br> Trial Date: None |

JOINT MOTION FOR ENTRY OF STIPULATION AND CONTINUE

For the reasons set forth below, all parties, by and through undersigned counsel, jointly move the Court for entry of their stipulation to extend dates in this litigation to accommodate the Plaintiff's First Amended Complaint and the Defendants' motions in response. This stipulation affects deadlines governed by Rules 12 and 15 of the Federal Rules of Civil Procedure, and the Court's Rule 26(f) Scheduling Conference presently scheduled for March 7, 2016. *See* Dkt. 9 (Order Setting Rule 26(f) Scheduling Conference). The parties have good cause for their joint motion, which promotes judicial economy.

Plaintiff Natural-Immunogenics ("NIC") filed its Complaint on December 7, 2015. The Complaint alleges violations of the federal RICO statute, counts for malicious prosecution, and allegations under the California Unfair Competition Law. The matter presently involves fifteen defendants and up to ten unnamed "Doe" parties. After waiving service under Rule 4(d), all Defendants must answer or otherwise respond to the Complaint by no later than February 16, 2016. *See, e.g.,* Dkt. Nos. 10-25 (waivers of service). The Defendants will likely file motions under Rule 12 in lieu of an answer. The parties have discussed scheduling related to those motions.

The Plaintiff intends to file an Amended Complaint setting forth additional facts and legal allegations. Under Rule 15(a)(1), Plaintiff may amend its complaint as a matter of right within 21 days after service of the original complaint, or within 21 days after service of a responsive pleading or motion under Rule 12. The parties have jointly agreed to reopen the Rule 15(a)(1)(A) window so that Plaintiff can file its Amended Complaint by January 25, 2016. Defendants will thereafter tailor Rule 12 motions to the content in that amended complaint. The parties concurrently request an extension of the time for Defendants' responsive pleadings or motions under Rule 12.

- 2 -
JOINT MOTION FOR ENTRY OF STIPULATION AND CONTINUE

Finally, the Parties agree that resolution of Rule 12 motions is appropriate before they engage in substantial discussions concerning their Rule 16 and 26 obligations. This Court set the initial Scheduling Conference for March 7, 2016. *See* Dkt. 9. Given the proposed and likely motions, none of the Defendants will have answered the complaint by the March 7, 2016 conference. The Parties therefore request that this Court continue the Initial Scheduling Conference to April 25, 2016. That extension ensures that defendants will have filed a timely Answer to the Amended Complaint (if required to do so) before the date of the initial Scheduling Conference.

## **STIPULATION**

For the foregoing reasons, the parties seek Court approval of this stipulation to expand deadlines as follows. For the Court's convenience, a comparison of ates affected appears in the two tables below. A proposed order adopting this stipulation is lodged herewith.

| Event | Present Deadline | Adjusted Deadline |
|---|---|---|
| Plaintiff's Amended Complaint | Within 21 days after service of a responsive pleading or motion, per Rule 15(a)(1). | Monday, January 25, 2016 |
| Defendants' Proposed Motion to Dismiss, other pleading motions, or Answer | February 8th and 16th[1] | All due on or before Monday, February 22, 2016 |

---

[1] Different dates for responsive pleadings reflects the different dates of service for certain defendants. The proposed stipulation would consolidate responsive dates for all Defendants in this action.

- 3 -
JOINT MOTION FOR ENTRY OF STIPULATION AND CONTINUE

| | | |
|---|---|---|
| Plaintiff's Consolidated Opposition to Pleading Motions | n/a | Monday, March 7, 2016 |
| Hearing on Motions | n/a | Monday, March 28, 2016 |
| Initial Scheduling Conference | March 7, 2016 | On or after Monday, April 25, 2016 |

Respectfully submitted,

Dated: January 21, 2016

So stipulated,

FOR PLAINTIFF NATURAL IMMUNOGENICS

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Ph: (602) 388-8899
Fx: (602) 393-4361

*Attorney for Plaintiff Natural-Immunogenics*

FOR NON-NTG DEFENDANTS

*/s/ Gillian L. Wade*
Gillian L. Wade, Esq.
gwade@milsteinadelman.com
MILSTEIN | ADELMAN, LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
Ph: (310) 396-9600

*Attorney for Defendants Andrew Nilon, Sam Pfleg, Matthew Dronkers, Taylor Demulder, Sam Schoonover, Giovanni Sandoval, Isabella Janovick, David Urzua, and Kaleb Patterson*

FOR NTG DEFENDANTS

*/s/ Michael S. LeBoff*
Michael S. LeBoff
MLeBoff@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Ph: (714) 241-4444, ext. 408
Fx: (714) 241-4445

*Attorneys for Defendants Newport Trial Group PC, Scott Ferrell, Ryan Ferrell, Victoria Knowles, and Andrew Baslow*

FOR DEFENDANT HARDIN

*/s/ Thomas L. Vincent*
Thomas L. Vincent
TLV@paynefears.com
PAYNE & FEARS
Jamboree Center
4 Park Plaza, Suite 1100
Irvine, CA 92614
Ph: (949) 851-1100
Fx: (949) 851-1212

*Attorney for Defendant James Hardin*

1     Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Michael
2 S. LeBoff, attest "that all other signatories listed, and on whose behalf this filing is
3 submitted, concur in the filing's content and have authorized the filing."

Dated: January 21, 2016     **CALLAHAN & BLAINE, APLC**

By: */s/ Michael S. LeBoff*
    Edward Susolik
    Michael S. LeBoff
    Attorneys for NEWPORT TRIAL GROUP; SCOTT J. FERRELL; RYAN M. FERRELL; VICTORIA C. KNOWLES; and ANDREW LEE BASLOW

# CERTIFICATE OF SERVICE

NATURAL IMMUNOGENICS CORP., V. NEWPORT TRIAL GROUP, ET AL.
U.S.D.C. CASE NO. 8:15-CV-02034-JVS-JCG

I am employed in the County of Orange, state of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707.**

On January 21, 2016, I served the following document(s) described as **JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND RULE 12 AND 15 DEADLINES AND CONTINUE MARCH 7, 2016 RULE 26(F) SCHEDULING CONFERENCE**

[X] **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

**Peter A. Arhangelsky, Esq.** – parhangelsky@emord.com

[X] **BY ELECTRONIC MAIL:** I transmitted the foregoing documents by electronic mail to the party(s) identified on the attached service list by using the electronic mail as indicated. Said electronic mail was verified as complete and without error. **Only To the following:**

**Thomas L. Vincent** -TLV@paynefears.com

**Gillian L. Wade, Esq.** - gwade@milsteinadelman.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 21, 2016, at Santa Ana, California.

Maria Martinez

<u>NATURAL IMMUNOGENICS CORP., V. NEWPORT TRIAL GROUP, ET AL.</u>
<u>U.S.D.C. CASE NO. 8:15-CV-02034-JVS-JCG</u>

***SERVICE LIST***

| | |
|---|---|
| Gillian L. Wade, Esq.<br>gwade@milsteinadelman.com<br>**MILSTEIN | ADELMAN, LLP**<br>10250 Constellation Blvd.<br>Los Angeles, CA 90067<br><br>Ph: (310) 396-9600 | *Attorney for Defendants Andrew Nilon, Sam Pfleg, Matthew Dronkers, Taylor Demulder, Sam Schoonover, Giovanni Sandoval, Isabella Janovick, David Urzua, and Kaleb Patterson* |
| Thomas L. Vincent<br>TLV@paynefears.com<br>**PAYNE & FEARS**<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br><br>Ph: (949) 851-1100<br>Fx: (949) 851-1212 | *Attorney for Defendant James Hardin* |
| Peter A. Arhangelsky (CA 291325)<br>parhangelsky@emord.com<br>**EMORD & ASSOCIATES, P.C.**<br>3210 S. Gilbert Road, Suite 4<br>Chandler, AZ 85286<br><br>Ph: (602) 334-4416<br>Fx: (602) 393-4361 | *Attorney for Plaintiff Natural Immunogenics* |