Thomas L. Vincent, Bar No. 149729
tlv@paynefears.com
David A. Grant, Bar No. 288760
dag@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant JAMES HARDIN

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

NATURAL IMMUNOGENICS CORP., a Florida corporation,

Plaintiff,

v.

NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; JAMES B. HARDIN, a California resident; VICTORIA C. KNOWLES, a California resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; ISABELLA JANOVICK, a California resident; DAVID URZUA, a California resident; KALEB PATTERSON, a California resident; and DOES 1-10, inclusive,

Defendants.

Case No. 8:15-cv-02034-JSV (JCG).

**DECLARATION OF THOMAS L. VINCENT IN SUPPORT OF MOTION TO STRIKE FIRST AND FOURTH CAUSES OF ACTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 AND FOR AN AWARD OF ATTORNEY FEES**

Date: April 4, 2016
Time: 1:30 p.m.
Judge: Hon. James V. Selna
Courtroom: 10C

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**DECLARATION OF THOMAS L. VINCENT**

I, Thomas L. Vincent, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice in the United States District Court for the Central District of California. I am a partner in the law firm Payne & Fears, LLP, attorneys of record for defendant, James Hardin ("Hardin"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. I make this declaration in support of Hardin's Motion to Strike First and Fourth Causes of Action Pursuant to California Code of Civil Procedure Section 425.12. If called as a witness, I could and would competently testify to the matters stated herein.

2. I spent more than 3 hours reviewing, researching, editing, and discussing Hardin's Motion to Strike First and Fourth Causes of Action Pursuant to California Code of Civil Procedure Section 425.12. I anticipate spending an additional 5 hours reviewing the opposition to the motion, preparing the reply and attending the hearing on the motion. As stated above, I am a partner in the law firm Payne & Fears, LLP. I received my B.A., *summa cum laude*, from the University of California at Santa Barbara in 1987 and my J.D. in 1990 from Stanford University Law School. I have been practicing business litigation in the state of California for over 25 years. My billing rate for this matter is $400.00 per hour. My time alone with regard to the above-referenced motion will therefore cost Hardin $3,200.00 in attorneys' fees. This does not include additional attorney time spent on this motion by other attorneys at my firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 22, 2016, at Irvine, California.

*/s/ Thomas L. Vincent*

Thomas L. Vincent

4811-5887-4668.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100