Thomas L. Vincent, Bar No. 149729
tlv@paynefears.com
David A. Grant, Bar No. 288760
dag@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant JAMES HARDIN

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

NATURAL IMMUNOGENICS CORP., a Florida corporation,

Plaintiff,

v.

NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; JAMES B. HARDIN, a California resident; VICTORIA C. KNOWLES, a California resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; ISABELLA JANOVICK, a California resident; DAVID URZUA, a California resident; KALEB PATTERSON, a California resident; and DOES 1-10, inclusive,

Defendants.

Case No. 8:15-cv-02034-JSV (JCG).

**DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF DEFENDANT JAMES HARDIN'S MOTION TO STRIKE FIRST AND FOURTH CAUSES OF ACTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 AND FOR AN AWARD OF ATTORNEY FEES**

Date: April 4, 2016
Time: 1:30 p.m.
Judge: Hon. James V. Selna
Courtroom: 10C

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# DECLARATION OF SCOTT J. FERRELL

I, Scott J. Ferrell, declare as follows:

1. I am a member of the State Bar of California. I am a partner in the law firm Newport Trial Group and a defendant in this case. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. I make this declaration in support of Defendant James Hardin's Motion to Strike First and Fourth Causes of Action Pursuant to California Code of Civil Procedure Section 425.12. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am the founder and owner of the law firm Newport Trial Group ("NTG"), a defendant in this action.

3. James Hardin ("Hardin"), also a defendant in this action, joined NTG in 2010 and resigned his employment with the firm in July 2015. During his time with NTG, Hardin was not an owner of the firm.

4. To my knowledge, Hardin did no work in in the matter entitled *Nilon v. Natural-Immunogenics Corp.*, No. 3:12-cv-930-LAB (S.D. Cal. Apr. 16, 2012) ("*Nilon/Sandoval*"). Hardin's name appears as one of several NTG attorneys listed in the pleading of the caption, however, as indicated above, Hardin did no work on the case and I never had any discussion with Hardin about him participating in the *Nilon/Sandoval* case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 18, 2016, at Newport Beach, California.

[signature]

Scott J. Ferrell

4820-9807-1084.2