Thomas L. Vincent, Bar No. 149729
tlv@paynefears.com
David A. Grant, Bar No. 288760
dag@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant JAMES HARDIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

NATURAL IMMUNOGENICS CORP., a Florida corporation,

Plaintiff,

v.

NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; JAMES B. HARDIN, a California resident; VICTORIA C. KNOWLES, a California resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; ISABELLA JANOVICK, a California resident; DAVID URZUA, a California resident; KALEB PATTERSON, a California resident; and DOES 1-10, inclusive,

Defendants.

Case No. 8:15-cv-02034-JSV (JCG).

**DECLARATION OF JAMES B. HARDIN IN SUPPORT OF MOTION TO STRIKE FIRST AND FOURTH CAUSES OF ACTION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 AND FOR AN AWARD OF ATTORNEY FEES**

Date: April 4, 2016
Time: 1:30 p.m.
Judge: Hon. James V. Selna
Courtroom: 10C

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**DECLARATION OF JAMES B. HARDIN**

I, James B. Hardin, declare as follows:

1. I am a member of the State Bar of California. I am a partner in the law firm Hardin & Associates and a defendant in this case. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. I make this declaration in support of my Motion to Strike First and Fourth Causes of Action Pursuant to California Code of Civil Procedure Section 425.12. If called as a witness, I could and would competently testify to the matters stated herein.

2. I joined Newport Trial Group ("NTG") in 2010, after previously working at the law firms Call & Jensen and Robinson, Calcagnie & Robinson, among others. I was never an owner of NTG. I resigned my employment with NTG in July 2015 to form my own firm, Hardin & Associates.

3. While at NTG, I focused my practice on business and employment litigation.

4. I was not at all involved in the case plaintiff, Natural Immunogenics Corp. ("NIC"), alleges was maliciously prosecuted against it, *Nilon v. Natural-Immunogenics Corp.*, No. 3:12-cv-930-LAB (S.D. Cal. Apr. 16, 2012) ("*Nilon/Sandoval*").

5. My name appears as one of several NTG attorneys listed in the pleading captions in *Nilon/Sandoval*. However, my name was included without my knowledge, consent, or approval. I had no involvement in NTG's research, analysis, or pre-filing pursuit of the case. I never requested that I be indicated as an attorney

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

of record on the case, nor did I ever discuss with anyone at NTG the prospect of being put on the case. No one ever discussed the prospect of me participating in the case in any respect. I was not even aware my name was included with the other NTG attorneys listed in the pleading captions in *Nilon/Sandoval* until this lawsuit was filed.

6. Moreover, I never participated in or assisted with *Nilon/Sandoval* in any respect. I never appeared via ECF. I never filed any document via ECF. I never received any ECF notices. I never interviewed or interacted with any parties, counsel, or witnesses in the case. I never sent any letter or other communication regarding the case. I never read, drafted, or signed any documents related to *Nilon/Sandoval.* I never performed any research for the case. I was never asked to perform, nor did I ever perform, any work in the case. My awareness that *Nilon/Sandoval* even existed was limited to possible casual conversations with my colleagues, but at no time was my participation discussed, my help requested, or my consultation provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 19, 2016, at Newport Bch California.

James B. Hardin

4833-8978-5644.3

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100