Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; JAMES B. HARDIN, a California resident; VICTORIA C. KNOWLES, a California resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; ISABELLA JANOVICK, a California resident; DAVID URZUA, a California resident; KALEB PATTERSON, a California resident; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-02034-JSV (JCG).<br><br>**STIPULATION TO DISMISS PARTY**<br><br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 7, 2015<br>Trial Date: None |

1  IT IS HEREBY STIPULATED by and between Plaintiff Natural-Immunogenics Corp. and Defendant James Hardin, by and through their respective counsel of record, that the above-captioned action is dismissed as to James B. Hardin without prejudice pursuant to FRCP 41(a)(1).

So stipulated,

| FOR PLAINTIFF NATURAL IMMUNOGENICS | FOR DEFENDANT HARDIN |
|---|---|
| */s/ Peter A. Arhangelsky*<br>Peter A. Arhangelsky (CA 291325)<br>parhangelsky@emord.com<br>EMORD & ASSOCIATES, P.C.<br>3210 S. Gilbert Road, Suite 4<br>Chandler, AZ 85286<br>Ph: (602) 388-8899<br>Fx: (602) 393-4361<br><br>*Attorney for Plaintiff Natural-Immunogenics* | /s/*Thomas L. Vincent*<br>Thomas L. Vincent<br>tlv@paynefears.com<br>PAYNE & FEARS<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Ph: (949) 851-1100<br>Fx: (949) 851-1212<br><br>*Attorney for Defendant James Hardin* |

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest "that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing."

STIPULATION OF DISMISSAL