1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
|---|---|
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT JAMES B. HARDIN WITHOUT PREJUDICE** |
| v. | |
| NEWPORT TRIAL GROUP, et al., | |
| Defendants. | Judge:  Hon. James V. Selna |
| | Complaint Filed: December 7, 2015 |
| | Trial Date: None |

[PROPOSED] ORDER

1  Plaintiff Natural-Immunogenics and Defendant James B. Hardin, jointly
2  moved the Court for entry of their stipulation that the above-captioned action be
3  dismissed without prejudice as to Defendant James B. Hardin.
4  Having considered this joint motion, and with good cause shown,
5  **IT IS HEREBY ORDERED** the above-captioned matter is dismissed
6  without prejudice as to Defendant James B. Hardin.

8  So ordered this 9th day of March, 2016.

   _____
   James V. Selna
   UNITED STATE DISTRICT JUDGE

[PROPOSED] ORDER