Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, *et al.*, <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF PETER A. ARHANGELSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Complaint Files: December 7, 2015 <br> Trial Date: December 5, 2017 <br> Judge: Hon. James V. Selna |

**DECLARATION OF PETER A. ARHANGELSKY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I, Peter A. Arhangelsky, am over the age of 18 and competent to testify to the information below.

2. I am an attorney with the law firm Emord & Associates, P.C. I am counsel of record representing Natural-Immunogenics Corp. ("NIC") against Newport Trial Group ("NTG") in the above captioned matter.

3. I make this declaration in support of Plaintiff's Motion for a Temporary Restraining Order. I have personal knowledge of the following:

4. On May 11, 2016 at 2:42 PM Pacific, I received an email from the email address: rzmlegal@gmail.com. The "sender" was listed as "Richard Martin." The sender directed the email to Emord & Associates, P.C. attorneys Jonathan W. Emord, Peter A. Arhangelsky, Eric J. Awerbuch, and Joshua S. Furman.

5. Emord & Associates has never received a prior message, phone call, email, or correspondence from someone purporting to be "Richard Martin" and having this same email address.

6. Upon further investigation, we determined that "Richard Martin" and the email address rzmlegal@gmail.com are associated with a fictitious or dummy account not linked to any commercial entity or individual through internet research. The email address has never appeared within court dockets or on social media.

7. A true and correct copy of the email is attached hereto as **Exhibit A**.

8. The "Richard Martin" email included a PDF attachment which is a draft legal complaint. A true and correct copy of that attachment is attached hereto as **Exhibit B**.

9. The email stated that the complaint would be sent to "lawyers all over California," thus threatening dissemination of the accusations contained in the complaint to many, if not all, members of the California bar.

10. The document timestamp referenced a "Creation" date of May 11, 2016 at 10:14 AM. A true, correct, and unaltered image of the PDF "metadata" or "properties" from the email attachment appears below. That content is viewable by selecting "Properties" within the Adobe Acrobat Pro software under the "File" menu. The

foregoing metadata comes directly from the source PDF file attached to the "Richard Martin" email (e.g., Janovick v NICEMordBaker.pdf), and is available through the "advanced metadata" display, which reveals the following information:

[Screenshot of PDF document properties dialog for "Janovick v NICEmordBaker.pdf" showing:
- Document Title: Pleading Template
- Author: Call, Jensen & Ferrell
- Description: KIC01-01
- Copyright Status: Unknown
- Created: 5/11/2016 10:14:16 AM
- Modified: 5/11/2016 10:14:16 AM
- Application: Microsoft® Word 2010
- Powered By xmp]

11.    Scott and Ryan Ferrell previously worked for "Call, Jensen, and Ferrell" before departing to create their own law firm, the Newport Trial Group (NTG), in or about 2010. The metadata tags are identical to other pleadings filed by NTG in more recent cases. For example (and as just one of many examples), NTG filed a declaration

Declaration of Peter A. Arhangelsky
3

in support of pleadings in the matter of *Andrew Nilon v. Natural-Immunogenics*, No. 12-cv-930 (S.D. Cal.), Dkt. No. 51-3 (Declaration of G. Sandoval). The metadata associated with that filing (below) is *identical* to the above metadata entries, thus providing prima facie proof that the documents were authored by the same computer(s) and individual(s) within NTG:



12. The Ferrells (or NTG) neglected to scrub or update metadata when using their PDF conversion software over time.

13. The Complaint contained certain information that could only have come from the NTG or counsel involved in this mater, *NIC v. NTG*, No. 16-cv-2034 (C.D. Cal.) because that information is nowhere else available. The complaint includes references to correspondence exchanged between counsel for the parties that is not publicly filed to the docket or otherwise publicly available, including, e.g., correspondence between counsel in early December 2015. Inclusion of that information indicates that the document was, or was caused to be, prepared and drafted by the NTG firm.

14. The Complaint includes false representations of fact that impugn my character and fitness to practice law.

15. In **Exhibit B** hereto, i.e., the complaint, there appears the following: "Arhangelsky has … been accused of serious sexual misconduct that he did not report to the State Bar of California when applying to practice." *See* Exh. B at ¶ 5. That statement is false. I have never been accused of sexual misconduct or offense of any kind.

16. I have never been charged with, arrested for, convicted of, or threatened with allegations of sexual misconduct.

17. On May 16, 2016, I commissioned a criminal history report through an online system called "Been Verified," which provides a report of criminal and traffic offenses from public records. A true and correct copy of that report is attached hereto as **Exhibit C** (redacted to protect personal information other than criminal history).

18. I have been admitted to practice law in Arizona and in California. I am admitted in good standing. I have no history or record of discipline of any kind by those licensure bodies.

19. Neither I nor any other attorney with Emord & Associates, P.C. has ever solicited legal work from any corporation or individual represented by the NTG. Indeed, as a policy of the firm consistent with the rules of legal ethics, Emord & Associates does

Declaration of Peter A. Arhangelsky

5

not and its individual attorneys do not contact individuals or corporations to request that the firm represent them, i.e., they do not "solicit" legal work.

20. Distributed to the legal community and/or the public, the false allegations of misconduct quoted above from the complaint associate my name with vile conduct that impugns my character and reputation in the legal community and at large. Any response filed by me, or any subsequent order finding those allegations to be baseless and malicious, may not similarly appear to those receiving the false and defamatory content, meaning that my identity is associated with egregiously false and malicious allegations of sexual and unprofessional conduct for an indefinite period of time. Accordingly, to help remedy the wrong committed, prompt action is needed to prevent further dissemination of the false statements and to require those who have received it to be notified of the falsity of the charges.

Executed on this 17th day of May, 2016.

                                   */s/ Peter A. Arhangelsky*
                                   Peter A. Arhangelsky, Esq.
                                   *Attorney for Plaintiff*