**DENIED**
BY ORDER OF THE COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NATURAL-IMMUNOGENICS CORP.,

Plaintiff,

v.

NEWPORT TRIAL GROUP, et al.,

Defendants.

Case No. 8:15-cv-02034-JVS (JCG)

**[PROPOSED] ORDER TO SHOW CAUSE**

Judge: Hon. James V. Selna

Complaint Filed: December 7, 2015
Trial Date: December 5, 2017

After considering Plaintiff Natural-Immunogenics Corporation's Ex Parte Application for a Temporary Restraining Order and the supporting papers for same, the Court finds that this is a proper case for issuance of an order to show cause.

**IT IS HEREBY ORDERED** that Defendants Newport Trial Group and Scott Ferrell, their successors, agents, officers, servants, employees, attorneys and representatives and all persons acting in concert or participating with them ("Defendants") appear before this Court at __________________, on __________, 2016 in Courtroom 10C of the United States District Court, Central District of California, located at 411 West Fourth Street, Room 1053, Santa Ana, CA 92701-4516 to show cause why a preliminary injunction should not issue enjoining Defendants from engaging in the following acts or commanding the performance of the following acts marked with an "x" :

- o Defendants are enjoined for the duration of the above-captioned matter from distributing, publishing, communicating or otherwise sharing any of the false and defamatory statements made regarding NIC's counsel, or NIC's witness Clark Baker, in the "Richard Martin" email and its contents, including the information contained in paragraphs 5, 6, and 8 of the "draft complaint."
- o Defendants must no later than twenty-four hours after issuance of this Order provide a list of individuals who received the "Richard Martin" document from Defendants;
- o Defendants must no later than twenty-four hours after issuance of this Order supply a copy of the Court's Order to each person who received a copy of the "Richard Martin" email and its contents, including the draft complaint;
- o Referral of the pleadings associated with this dispute and this Court's decision regarding same to the California State Bar with a

recommendation that the Bar undertake an investigation to determine if rules governing the practice of law or confidentiality of records have been violated;

So ordered this 24th day of May, 2016.

**DENIED**

BY ORDER OF THE COURT

James V. Selna

UNITED STATE DISTRICT JUDGE