1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **NATURAL IMMUNOGENICS**, <br><br> Plaintiff, <br> v. <br> **NEWPORT TRIAL GROUP**, et al., <br><br> Defendants. | No. 8:15-cv-02034-JVS-JCG <br><br> Judge: Hon. James V. Selna <br><br> **ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION RE: BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND STRIKE THE SECOND AMENDED COMPLAINT** |

    Plaintiff Natural-Immunogenics and Defendants Newport Trial Group, Scott Ferrell, Ryan Ferrell, David Reid, Victoria Knowles, Andrew Baslow, Andrew Nilon, Sam Pfleg, Matthew Dronkers, Taylor Demulder, Sam Schoonover and Giovanni Sandoval jointly move the Court for entry of their Stipulation Re: Briefing Schedule for Motions to Dismiss and Strike the Second Amended Complaint.  Having considered this joint motion, and with good cause shown, **THE JOINT MOTION IS GRANTED** as follows:

    May 31, 2016:    The NTG Defendants will file their motions to dismiss and/or strike the Second Amended Complaint;

[PROPOSED] ORDER

1

| | | |
|---|---|---|
| June 6, 2016: | | The non-NTG Defendants will file joinders to the arguments raised in the NTG Defendants' motion, and to the extent the non-NTG Defendants wish to raise additional grounds for dismissal, they will file motions addressing those additional grounds. |
| June 20, 2016: | | Plaintiff's oppositions to all motions are due. |
| June 27, 2016: | | All reply briefs are due. |
| July 11, 2016: | | Hearing on all motions at 1:30 p.m. |

So ordered this 26th day of May, 2016

_____
James V. Selna
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

2