UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:15–cv–02034–JVS–JCG | Date | 6/13/2016 |
|---|---|---|---|
| Title | NATURAL–IMMUNOGENICS CORP. V. NEWPORT TRIAL GROUP, ET AL | | |

Present:    The Honorable    James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Peter Arhangelsky | Michael LeBoff |
| Joshua Furman | Edward Susolik |
| | Sara Avila |

**Proceedings:     Plaintiff's Motion for Sanctions**

Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motion under submission.

:15

Initials of Preparer:  kt