# EXHIBIT C

Plaintiff's Opp. to NTG Defendants' Mot. to Strike
Exh. C
Page 54

Erik L. Jackson (SBN 166010)
ejackson@cozen.com
Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, California  90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

*Attorneys for Third Party, ChromaDex, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natural – Immunogenics Corp.<br><br>Plaintiffs,<br><br>vs.<br><br>Newport Trial Group, et. al<br><br>Defendants. | Civil Action No. 8:15-cv-02034-JVS (JCGx)<br><br>**THIRD-PARTY CHROMADEX, INC.'S OBJECTIONS TO NATURAL-IMMUNOGENICS CORP.'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

## REQUESTS FOR DOCUMENTS

Third Party ChromaDex, Inc. ("ChromaDex") objects to the Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in a Civil Action served by Natural-Immunogenics Corp. ("Subpoena") as follows:

**Request for Production No. 1:**

Any recording, document, or transcript that represents, concerns, memorializes, or relates to a phone call allegedly made by Andrew Nilon to Chromadex [sic] in 2013 that was identified or referenced in Paragraphs 1, 7, 8. 9, and 10 of the Complaint filed against Chromadex [sic] by NTG in the *Nilon* v. *Chromadex* matter (attached hereto).

1

CHROMADEX'S OBJECTIONS TO SUBPOENA

**Objection to Request for Production No. 1:**

Objection. This request is vague and ambiguous, overbroad and unduly burdensome and harassing. ChromaDex further objects to the extent this request seeks documents that are protected by the attorney-client privilege and/or work product doctrine. Additionally, this request seeks private and confidential information of or pertaining to ChromaDex and/or its customers.

Subject to and without waiving the above objections, ChromaDex responds that it does not now and has never had in its custody, possession or control any recording or transcript of any telephone call between Andrew Nilon and ChromaDex.

**Request for Production No. 2:**

Documents sufficient to show the date, time, originating and receiving telephone numbers, and durations for all incoming calls made to Chromadex's call centers for the months of January through March 2013, including but not limited to, all customer service phone logs for those months in question.

**Objection to Request for Production No. 2:**

Objection. This request is not reasonably calculated to lead to the discovery of admissible regarding this action. Furthermore, this request is vague and ambiguous, fatally overbroad and unduly burdensome and harassing. Additionally, this request seeks private and confidential information of or pertaining to ChromaDex and its customers.

**Request for Production No. 3:**

Any communications between you (or your attorneys) and the Newport Trial Group (including its attorneys or agents) relating to the *Nilon* v. *Chromadex* matter or NTG's allegations under the California Invasion of Privacy Act, including correspondence or communications prior and subsequent to the litigation.

Pages Excerpted for Brevity

**Request for Production No. 5:**

Any internal records or account information concerning whether "Andrew Nilon" ever purchased a Chromadex [sic] product or service, or inquired about same, including, but not limited to, purchase history, account notations, and general customer information.

**Objection to Request for Production No. 5:**

Objection. This request is not reasonably calculated to lead to the discovery of admissible evidence. Furthermore, this request is overbroad and unduly burdensome and harassing. Furthermore, this request seeks private and confidential information regarding ChromaDex and/or ChromaDex's customers.

Subject to and without waiving the above objections, ChromaDex responds that no responsive documents responsive to the request are in its custody, possession or control.

**Request for Production No. 6:**

Any Chromadex [sic] records, documentation, or information associated with the name **"Andrew Baslow,"** including, but not limited to, purchase history, account notations, and general customer information.

**Objection to Request for Production No. 6:**

Objection. This request is not reasonably calculated to lead to the discovery of admissible evidence. Furthermore, this request is overbroad and unduly burdensome and harassing. Furthermore, this request seeks private and confidential information regarding ChromaDex's customers.

Subject to and without waiving the above objections, ChromaDex responds that no responsive documents responsive to the request are in its custody, possession or control.

4

CHROMADEX'S OBJECTIONS TO SUBPOENA

Plaintiff's Opp. to NTG Defendants' Mot. to Strike
Exh. C
Page 58

Pages Excerpted for Brevity

Erik L. Jackson (SBN 166010)
ejackson@cozen.com
Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, California 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

*Attorneys for Third Party, ChromaDex, Inc.*

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natural – Immunogenics Corp.<br><br>Plaintiffs,<br><br>vs.<br><br>Newport Trial Group, et. al<br><br>Defendants. | Civil Action No. 8:15-cv-02034-JVS (JCGx)<br><br>**CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

This is to certify that **ELAINE BELL,**, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Los Angeles, County of Los Angeles, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within entitled action. My business address is Cozen O'Connor, 601 South Figueroa Street, Suite 3700, Los Angeles, California 90017.

I caused to be served the following documents: **THIRD-PARTY CHROMADEX, INC.'S OBJECTIONS TO NATURAL-IMMUNOGENICS CORP.'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

I caused the above document(s) to be served on each person on the attached list by the following means:

[**X**]    I enclosed true and correct copies of said document(s) in an envelope and placed it for collection and mailing with the United States Post Office on **June 9, 2016**, following the ordinary business practice.
*(Indicated on the attached address list by an [M] next to the address.)*

[ ]    I enclosed true and correct copies of said document(s) in an envelope, and placed it for collection and mailing via Federal Express Overnight Delivery on___ for guaranteed delivery on ___, following the ordinary business practice.
*(Indicated on the attached address list by an [FEDEX] next to the address.)*

[ ]    I consigned true and correct copies of said document(s) for facsimile transmission on _____.
*(Indicated on the attached address list by an [F] next to the address.)*

[ ]    I enclosed true and correct copies of said document(s) in an envelope, and consigned it for personal/hand delivery by messenger on _____.
*(Indicated on the attached address list by an [H] next to the address.)*

[ ]    CM/ECF Registered.
*(Indicated on the attached address list by an [E] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **June 9, 2016**, at Los Angeles, California.

_____
Elaine Bell

2

*Court Case: NATURAL – IMMUNOGENICS CORP. v. NEWPORT TRIAL GROUP, et al.*
USDC Central District Case No.  8:15-cv-02034-JVS (JCGx)

## SERVICE LIST

Joshua S. Furman, Esq.
Peter A. Arhangelsky, Esq.
EMORD & ASSOCIATES, P.C.
3210 S, Gilbert Road, Suite 4
Chandler, AZ  85286

Attorneys for Plaintiff *NATURAL-IMMUNOGENICS*

Telephone:  602.388.8899
Facsimile:   602.393.4361

Email:  jfurman@emord.com
Email:  parhangelsky@emord.com

LEGAL\26960217\1 12053.0001.000/260604.000