# EXHIBIT E

From: **Scott Ferrell** <sferrell@trialnewport.com>
Date: Mon, Dec 7, 2015 at 8:58 PM
Subject: RE: 8:15-cv-02034 - Waiver of Service
To: Joshua Furman <jfurman@emord.com>, Ryan Ferrell <rferrell@trialnewport.com>
Cc: Jonathan Emord <jemord@emord.com>, Peter Arhangelsky <PArhangelsky@emord.com>,
"aashish@desai-law.com" <aashish@desai-law.com>, Gillian Wade <gwade@milsteinadelman.com>

Mr. Furman,

In response to your below request, please be advised that:

1.  Aashish Desai, Esq. (copied here) will be representing Newport Trial Group, Ryan Ferrell, Scott Ferrell, Victoria Knowles, James Hardin, and Andrew Baslow.  Please direct any future correspondence and/or pleadings relating to those Defendants to his attention.

2.  We expect that Gillian Wade, Esq. (also copied here) will be representing all of the remaining Defendants except Andrew Nilon.  We are in the process of determining whether those Defendants will authorize her to accept service, and she will advise you.

3.  Please direct all future communication/pleadings to the above-referenced counsel, and have no further communication with me or any other represented parties.

4.  I expect that both Mr. Desai and Ms. Wade will be contacting you shortly to meet and confer regarding an anticipated Anti-SLAPP Motion in accordance with Local Rules 7-3 and 12(b). In the interim, we invite you to review the published opinion in *Lunada Biomedical v. Nunez*, 230 Cal. App. 4th 459 (2014) and dismiss the lawsuit before said motions are filed.

1

Regards,

# Scott J. Ferrell, Esq.

**Founding Partner**

*Newport Trial Group – A National Litigation Boutique*

sferrell@trialnewport.com

www.trialnewport.com

(949) 706-6464

---

**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Monday, December 07, 2015 6:13 PM
**To:** Ryan Ferrell <rferrell@trialnewport.com>
**Cc:** Scott Ferrell <sferrell@trialnewport.com>; Jonathan Emord <jemord@emord.com>; Peter Arhangelsky <PArhangelsky@emord.com>
**Subject:** 8:15-cv-02034 - Waiver of Service

Dear Messrs. Ryan and Scott Ferrell:

Attached please find a courtesy copy of a complaint filed December 7th in the United States District Court for the Central District of California.  Please inform us by email if you wish to waive service of process.

Sincerely,

**Joshua S. Furman, Esq. | EMORD & ASSOCIATES, P.C. |** 3210 S. Gilbert Rd., Ste. 4 | Chandler, AZ 85286

Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 | www.emord.com

2

<u>NOTICE</u>:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

3