UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-02034 JVS (JCGx)  Date  July 20, 2016

Title  Natural -Immunogenics Corp. v. Newport Trial Group, et al.

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(In Chambers)**  Order Clarifying Discovery Plan

The Court have reviewed the Joint Request for Order Clarifying Discovery Plan as well as the Erratum filed by Natural-Immunogenics Corp. (Docket Nos. 151, 153.)

For purposes of discovery with regard to the elements of any of the claims asserted in the Second Amended Complaint on the basis of defendants' prior litigation practices, the Court limits the scope of discovery to the specific prior suits alleged in the Second Amended Complaint. This is consistent with Natural-Immunogenics Corp.'s representations at the May 9, 2016 hearing.

If Natural-Immunogenics Corp. believes it has a basis to conduct discovery–whether of defendants or any third party–beyond the cases pled, it shall first apply to the Court for leave to do so. The Court has a systemic duty to ensure that there is a "just, speedy, and inexpensive determination of every action and proceeding." (Fed. R. Civ. P. 1.) Whether third parties object or not, discovery outside the approved scope increases the cost and complexity of the case for all.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |