1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| NATURAL IMMUNOGENICS CORP., a Florida corporation, | No. 8:15-cv-02034-JVS-JCG |
|---|---|
| Plaintiff, | Judge: Hon. James V. Selna |
| v. | **ORDER GRANTING JOINT MOTION FOR SHORT EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| NEWPORT TRIAL GROUP, et al., | |
| Defendants. | |

[PROPOSED] ORDER

1

Plaintiff Natural-Immunogenics Corp. and Defendants Newport Trial Group, Scott Ferrell, Ryan Ferrell, David Reid, Victoria Knowles, Andrew Baslow, Andrew Nilon, Sam Pfleg, Matthew Dronkers, Taylor Demulder, Sam Schoonover, and Giovanni Sandoval, jointly move the Court for entry of their stipulation extending the deadline for Defendants to file an Answer to the Second Amended Complaint ten days from August 16, 2016 to August 26, 2016.

Having considered this joint motion, and with good cause shown, **IT IS HEREBY ORDERED** that Defendants' deadline to answer the Second Amended Complaint shall be extended from August 16, 2016 to August 26, 2016.

So ordered this 12th day of August, 2016

_____
James V. Selna
UNITED STATES DISTRICT JUDGE