Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, *et al*., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF PETER A. ARHANGELSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE FURTHER DISCOVERY AND FOR LEAVE TO FILE THE THIRD AMENDED COMPLAINT** <br><br> Hearing Date: Oct. 17, 2016 <br> Time:  1:30 p.m. <br> Judge:  Hon. James V. Selna |

## DECLARATION OF PETER A. ARHANGELSKY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.     I, Peter A. Arhangelsky, am over the age of 18 and competent to testify to the information below.

2.      I am an attorney with the law firm of Emord & Associates, P.C.  I am counsel of record in the above-captioned case.  I make this declaration based on my own personal knowledge.

3.      On February 5, 2016, I received an unsolicited call from Allison Borts, an in-house attorney for Continuity Research, LLC.  Ms. Borts informed me that she had discovered unprivileged email correspondence sent to Continuity Research by NTG attorneys Scott Ferrell and David Reid.  She represented that the correspondence contained NTG's instructions to employees of Continuity Research to form dummy corporations designed to appear as legitimate "competitors."  *See* **Exhibit A** is a true and correct copy of emails exchanged with Ms. Borts concerning her calls with NIC counsel.

4.      Ms. Borts revealed that NTG was selecting individuals to front as corporate officers in corporate filings and would later use the dummy corporations as plaintiffs in corporate litigation involving intellectual property claims.  *See* **Exh. A** (memorializing subsequent phone calls with NIC counsel).

5.      Ms. Borts indicated that Continuity Research was willing to provide NIC with the relevant emails if subject to a subpoena.

6.      On Saturday, June 11, 2016, NIC counsel received an unsolicited email from attorney Scott Vick marked "Common Interest Privilege."  Therein, Mr. Vick disclosed suspicious circumstances surrounding five cases brought on behalf of Kristyne Hanberg, one of which was against Mr. Vick's client, DeviantArt, Inc., styled *Hanberg v. DeviantArt, Inc.*, No. BC 615184, (Super. Ct. L.A. Cnty. Mar. 28, 2016).

7.      NIC later served a subpoena on Scott Vick for all relevant information regarding Ms. Hanberg's lawsuits and received documents confirming that NTG had used Ms. Hanberg as a for-hire plaintiff to manufacture fraudulent litigation.

8.      On Friday, August 26, 2016, the parties met and conferred on this motion telephonically and were unable to reach agreement.

Declaration of Peter A. Arhangelsky

2

9.    **Exhibit B** is a true and correct copy of Scott J. Ferrell's Responses to Plaintiff Natural Immunogenics Corp.'s Interrogatories [Set One], excerpted for brevity.

10.    **Exhibit C** are true and correct copies of documents received by NIC from DeviantArt, which confirm that the purchase at issue in the DeviantArt matter trace back to the IP address of NTG.

11.    **Exhibit D** is a true and correct copy of the demand letter sent to DeviantArt, Inc., from attorney Scott J. Ferrell on October 27, 2015.

12.    **Exhibit E** is a true and correct copy of the March, 28, 2016 complaint filed against Deviant Art, Inc., by Gillian Wade on behalf of Kristyne Hanberg.

13.    **Exhibit F** is a true and correct copy of NIC's meet and confer letter requesting that NTG stipulate to our motion for leave to extend the deadline to amend.

14.    **Exhibit G** is a true and correct copy of attorney David J. Darnell's email, dated August 22, 2016, in response to NIC request to stipulate to a motion for leave to extend the deadline to amend.

15.    **Exhibit H** is a true and correct copy of the June 10, 2016 Deposition of Kristyne Hanberg in the Hanberg v. DeviantArt matter.

Executed on this 2nd day of September, 2016.

  */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky
*Attorney for Plaintiff NIC*

Declaration of Peter A. Arhangelsky

3