# EXHIBIT A

| | |
|---|---|
| **From:** | Allison Borts <aborts@continuityproducts.com> |
| **Sent:** | Wednesday, July 06, 2016 2:24 PM |
| **To:** | Peter Arhangelsky |
| **Subject:** | RE: Natural Immunogenics Corp |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Due By:** | Thursday, July 07, 2016 2:00 PM |
| **Flag Status:** | Flagged |

Sure.  Give me a call tomorrow afternoon or Friday.

**From:** Peter Arhangelsky [mailto:parhangelsky@emord.com]
**Sent:** Wednesday, July 06, 2016 11:33 AM
**To:** Allison Borts
**Subject:** FW: Natural Immunogenics Corp

Hi Alison,

Please forgive my delay responding, I was pulled out last week on other issues.  I would still like to connect with you for a short discussion.  Would you have time this week?


Best regards,

Peter


**Peter A. Arhangelsky, Esq.** | Emord & Associates, P.C. | 3210 S. Gilbert Rd., Ste 4 | Chandler, AZ 85286
Firm: (602) 388-8899 | Direct: (602) 334-4416 | Facsimile: (602) 393-4361 | www.emord.com


NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.


**From:** Allison Borts [mailto:aborts@continuityproducts.com]
**Sent:** Monday, June 27, 2016 4:32 PM
**To:** Peter Arhangelsky <parhangelsky@emord.com>
**Cc:** jfurman@emord.com
**Subject:** Re: Natural Immunogenics Corp

Sure.  Tomorrow is not great - but could talk any other day.  Between 9 - 3 pm pst.

Sent from my iPhone

On Jun 27, 2016, at 4:21 PM, Peter Arhangelsky <parhangelsky@emord.com> wrote:

Hello Allison,

We spoke in February about Natural Immunogenics' lawsuit against the Newport Trial Group.  In our call, you discussed documentary evidence concerning the extracurricular activities of Scott Ferrell, David Reid, and your former general counsel.  NIC has now entered fact discovery.  We have dispatched Rule 45 subpoenas to parties with relevant information.  We are determining whether to pursue discovery from Continuity Products related to our pending case.  Would you have some time to speak again later this week?


Best,

Peter

**Peter A. Arhangelsky, Esq.**  |  Emord & Associates, P.C.  |  3210 S. Gilbert Rd., Ste 4  |  Chandler, AZ 85286
Firm: (602) 388-8899  |  Direct: (602) 334-4416  |  Facsimile: (602) 393-4361  |  www.emord.com


NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

---------- Forwarded message ----------
From: **Allison Borts** <aborts@continuityproducts.com>
Date: Fri, Feb 5, 2016 at 12:15 PM
Subject: Natural Immunogenics Corp
To: "parhangelsky@emord.com" <parhangelsky@emord.com>

Hi Peter:


Thanks for speaking with me today.


Have a nice weekend,


Allison


**Allison Borts**

**General Counsel**

**Continuity Products**

2710 Gateway Road

Carlsbad, CA 92009

760-602-8462