# EXHIBIT C

## WHOIS-RWS

You searched for: **74.212.229.98**

| Network | |
|---|---|
| Net Range | 74.212.229.96 - 74.212.229.103 |
| CIDR | 74.212.229.96/29 |
| Name | NEWPORT-TRIAL-GROUP-PC |
| Handle | NET-74-212-229-96-1 |
| Parent | TELEPACIFIC-LA-BLK-5 (NET-74-212-192-0-1) |
| Net Type | Reassigned |
| Origin AS | |
| Customer | Newport Trial Group PC (C03169464) |
| Registration Date | 2012-09-28 |
| Last Updated | 2012-09-28 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-74-212-229-96-1 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |
| See Also | Related delegations. |

| Customer | |
|---|---|
| Name | Newport Trial Group PC |
| Handle | C03169464 |
| Street | 895 DOVE ST STE 425 |
| City | NEWPORT BEACH |
| State/Province | CA |
| Postal Code | 92660 |
| Country | US |
| Registration Date | 2012-09-28 |
| Last Updated | 2012-09-28 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/customer/C03169464 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |

| Point of Contact | |
|---|---|

Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint
Exh. C
Page 15

1/3

| Name | IP Engineer |
|---|---|
| Handle | IPENG24-ARIN |
| Company | TelePacific Communications |
| Street | 515 South Flower St<br>47th Floor |
| City | Los Angeles |
| State/Province | CA |
| Postal Code | 90071 |
| Country | US |
| Registration Date | 2011-05-02 |
| Last Updated | 2015-11-13 |
| Comments | |
| Phone | +1-213-213-3000 (Office) |
| Email | ipengineer@telepacific.com |
| RESTful Link | https://whois.arin.net/rest/poc/IPENG24-ARIN |

| Point of Contact | |
|---|---|
| Name | Abuse Team Role |
| Handle | ATR4-ARIN |
| Company | TelePacific Communications |
| Street | South Flower St. 47th Floor |
| City | LOS ANGELES |
| State/Province | CA |
| Postal Code | 90071 |
| Country | US |
| Registration Date | 2003-04-18 |
| Last Updated | 2016-03-28 |
| Comments | |
| Phone | +1-877-487-8349 (Office) |
| Email | abuse@telepacific.net<br>abuse@telepacific.com |
| RESTful Link | https://whois.arin.net/rest/poc/ATR4-ARIN |

| Point of Contact | |
|---|---|
| Name | Telepacific Communication |
| Handle | ZT119-ARIN |
| Company | Telepacific Communications |
| Street | 515 S. Flower St. 47th Floor |
| City | Los Angeles |
| State/Province | CA |

Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint

Exh. C

Page 16

| Postal Code | 90071 |
| --- | --- |
| Country | US |
| Registration Date | 2002-05-22 |
| Last Updated | 2016-04-22 |
| Comments | |
| Phone | +1-213-213-3000 (Office) |
| Email | ipadmin@telepacific.com |
| RESTful Link | https://whois.arin.net/rest/poc/ZT119-ARIN |

# iCIMS Applicant Tracking

Schedule Orientation, I-9, W-4 Form Completions & More.

○ ○

## IP address 74.212.229.98

| | |
|---|---|
| **Address type** | IPv4 ❓ (http://en.wikipedia.org/wiki/IPv4) |
| **Hostname** | 74-212-229-98.static-ip.telepacific.net |
| **ISP** | Telepacific Communications |
| **Organization** | Newport Trial Group PC |
| **Timezone** | America/Los_Angeles (UTC-7) |
| **Local time** | 09:36:18 |
| **Country** | United States 🏳 |
| **State / Region** | California |
| **District / County** | Orange County |
| **City** | Newport Beach |
| **Zip / Postal code** | 92660 |
| **Coordinates** | 33.658, -117.865 |

Is the above data incorrect ? Please help us improve our database accuracy.

Report wrong data (/report/?addr=74.212.229.98&loc=US+/+Newport+Beach&isp=Telepacific+Communications)



View Larger Map (http://www.openstreetmap.org/?lat=33.658&lon=-117.865&zoom=4&layers=M&mlat=33.658&mlon=-117.865)

Copyright © 2016 db-ip.com, all rights reserved.

terms of service (/tos.php) | contact (/contact/)

search (/all)

https://db-ip.com/74.212.229.98

Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint
Exh. C    1/1
Page 18





**HOME**          WHAT IS MY IP          HIDE IP          CHANGE IP          VPN COMPARISON

FORUMS

# Where is Geolocation of an IP Address?





Geolocation for IP **74.212.229.98**.

**Hide IP with VPN**

**IP Location** Finder

| IPv4, IPv6 or Domain Name | IP Lookup |

Here are the results from a few Geolocation providers. Accuracy of geolocation data may vary from a provider to provider. Test drive yourself, and decide on the provider that you like.

Do you have a problem with IP location lookup? Report a problem.

▷ AdChoices      ► Trace IP Address      ► IP Location      ► Location Tracking      ► Location Map

## Geolocation data from IP2Location (Product: DB6, updated on 2016-6-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 74.212.229.98 | United States | California | Newport Beach |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Newport Trial Group PC | Not Available | 33.632209777832 | -117.87158966064 |

## Geolocation data from ipinfo.io (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 74.212.229.98 | United States | California | San Bernardino |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Telepacific Communications | Newport Trial Group PC | 34.1795 | -117.2479 |

## Geolocation data from EurekAPI (Product: API, real-time)

| IP Address | Country | Region | City |
|---|---|---|---|
| 74.212.229.98 | United States | California | Santa Ana |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Telepacific Communications | Telepacific Communications | 33.7693 | -117.8797 |

## Geolocation data from DB-IP (Product: Full, 2016-6-1)

| IP Address | Country | Region | City |
|---|---|---|---|
| 74.212.229.98 | United States | California | Newport Beach |
| **ISP** | **Organization** | **Latitude** | **Longitude** |
| Telepacific Communications | Newport Trial Group PC | 33.658 | -117.865 |

## Geolocation data from MaxMind (Product: GeoLiteCity, updated on 2016-5-3)

| IP Address | Country | Region | City |
|---|---|---|---|
| 74.212.229.98 | United States | CA | San Bernardino |
| **ISP** | **Organization** | **Latitude** | **Longitude** |

Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint
Exh. C
Page 20

| Not Available | Not Available | 34.1795 | -117.2479 |

▷ AdChoices    ► Location Map    ► IP Lookup    ► Find IP    ► Location Finder

# Why do you need geolocation?

Pairing of IP address to a geographical location is called **geolocation**. There are times when you need to identify where your web visitors are coming from. You might have an **ecommerce** website, and would like to know where your potential customers are, pre-populate country code on forms, display different language and reduce credit card fraud based on geographic location. Or, you might want to fight against illegal spammers and hackers, and would like to locate source of a problem.

Although it would be nice to be able to find precise location of a visitor, it is almost impossible to find exact location of a host given its IP address. However, there are tools available to help identify approximate location of the host. ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN.

You may also use 3rd party websites such as Geobytes or Dnsstuff to lookup the IP address. The whois lookup will reveal name of the ISP who owns that IP address, and the country where it is originated from. If you're lucky, you might also find the city of orgin. You may also use products developed by 3rd party companies like Ip2location. Our sister website, findmyip.org also provides a geographic information of your IP address.

You may also use **reverse DNS** to find out the hostname of the IP address, which might give you some clues. Many ISPs, Corporations and Academic institutions use location as a qualified hostname, although this is not always true. A couple of things to note here: (1) Reverse DNS translation does not always work. It depends on the correct configuration of the ISP's DNS server. (2) The US domain names such as .com, .net and .org does not always imply that the host is located in the United States.

You may use 'traceroute' command to find clues to the location of the IP address. The names of the routers through which packets flow from your host to the destination host might hint at the geographical path of the final location.

# IP-based Geolocation FAQ

## 1. What is IP-based Geolocation?

IP-based Geolocation is mapping of an IP address or MAC address to the real-world geographic location of an Internet connected to a computing device or mobile device. Geolocation involves in mapping IP address to the country, region (city), latitude/longitude, ISP and domain name among other useful things.

## 2. Where can I get a IP-based Geolocation database?

There are a number of commercially available geolocation databases, and their pricing and accuracy may vary. Ip2location, MaxMind, Tamo Soft and IPligence offer a fee based databases that can be easily integrated into an web application. Most geolocation database vendors offers APIs and example codes (in ASP, PHP, .NET and Java programming languages) that can be used to retrieve geolocation data from the database. We use Ip2Location database to offer a free geolocation data on our website.

There are also freely available geolocation databases. Vendors offering commercial geolocation database also offer a Lite or Community edition that provides IP-to-Country mappings. Ip2Country.net and Webhosting.info (Directi) offer free IP-to-Country database that can be also integrated into your web application. There are companies also offering free web services that can be used to show geolocation of an IP address on your website.

## 3. How accurate is IP-based Geolocation?

Accuracy of geolocation database varies depending on which database you use. For IP-to-country database, some vendors claim to offer 98% to 99% accuracy although typical Ip2Country database accuracy is more like 95%. For IP-to-Region (or City), accracy range anywhere from 50% to 75% if neighboring cities are treated as correct. Considering that there is no official source of IP-to-Region information, 50+% accuracy is pretty good.

## 4. How does IP-based geolocation work?

ARIN Whois database provides a mechanism for finding contact and registration information for IP resources registered with ARIN. The IP whois information is available for free, and determining the country from this database is relatively easy. When an organization requires a block of IP addresses, a request is submitted and allocated IP addresses are assigned to a requested ISP.

## SEARCH OUR WEBSITE

Search

## IP TOOLS

TOOL  Trace Email Source
TOOL  Verify Email Address
TOOL  Proxy Check
TOOL  Subnet Calculator

## DOMAIN TOOLS

TOOL  Who is Hosting a Website
TOOL  Reverse DNS Lookup
TOOL  HTTP Server Header Check

## ADVERTISEMENT

Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint
Exh. C
Page 22



## IP ARTICLES

WIKI  What is an IP Address?

WIKI  What is an IPv6 Address?

WIKI  What is a Subnet Mask?

WIKI  What is a MAC address?

WIKI  What is an Ethernet?

WIKI  What is a TCP/IP?

WIKI  What is a DHCP?

WIKI  What is Ipconfig utility?

WIKI  What is IP Spoofing?

ARTICLE  What is public and private IP addresses?

ARTICLE  What is static and dynamic IP addresses?

ARTICLE  My IP address is hacked. What do I do?

## ADVERTISEMENT



Plaintiff's Motion for Leave to Take Discovery and for Leave to File Third Amended Complaint
Exh. C
Page 23

5/7

## VPN ARTICLES

WIKI    **What is a VPN?**

WIKI    **What is a Proxy Server?**

WIKI    **What is Tor?**

ARTICLE    **What is a Personal VPN?**

ARTICLE    **What is difference between Proxy & VPN?**

ARTICLE    **How to detect and prevent DNS Leak?**

## RELATED ARTICLES

WIKI    **What is denial of service (DoS) attack?**

ARTICLE    **Find IP address of a network printer?**

ARTICLE    **Find IP addresses of a private network**

ARTICLE    **How to protect from DDoS attack?**

ARTICLE    **How to shape bandwidth?**

ARTICLE    **DDoS Protection via Bandwidth Shaping**

ARTICLE    **How to wire a RJ-45 cable?**

ARTICLE    **Email delivery problems explained**

## SMARTPHONE ARTICLES

ARTICLE    **Track lost smartphone w/ IP Address**

ARTICLE    **Locate your lost Android smartphone?**

## ABOUT US

Welcome to IP Location, the home of IP Geolocation and IP Resources. This website was built to offer tips, tutorials and articles on IPv4 and IPv6 addresses, and how it relates to TCP/IP and Internet.

## TOP RATED VPN PROVIDERS

HIDE MY ASS!

$4.99/mo    Company Review     **1**
         Visit Site

vyprvpn

$5.00/mo    Company Review     **2**
         Visit Site

ExpressVPN

$8.32/mo    Company Review     **3**
         Visit Site

BLOGROLL

> Web Hosting Resources

> Webmaster Resources

> Free File Hosting

> Prepaid Wireless Plans

> How to setup a Website?

> Find a Tennis Partner

COMPANY INFO

> Terms of Service

> Privacy Policy

> Advertise With Us

> Contact Us

© 2006 - 2016, Brand Media, Inc. All rights reserved.