# EXHIBIT D

# NEWPORT TRIAL GROUP

## *A National Litigation Firm*

October 27, 2015

<u>**Via Federal Express**</u>

DeviantArt, Inc.
7095 Hollywood Blvd, #788
Los Angeles, CA  90028
Attention: Legal Department

> Re:   *Class Action For Violation of <u>California B&P Code</u> Section 17600 et seq.*

Ladies and Gentlemen:

**Please give this letter your immediate attention.**

This law firm has been retained to prosecute a class action lawsuit against you for violation of <u>California Business & Professions Code</u> Section 17600 (The "Auto-Renewal Statute"), which strictly regulates "automatic renewal" provisions in contracts with California consumers.

Prior to purchasing a subscription, our client visited your website at <u>www.deviantart.com.</u> As relevant here, the order screen does not contain *any* information disclosing that the program automatically renews or how to cancel; instead, a customer would have to visit a separate document regarding "Frequently Asked Questions" that is not in visual proximity to the order screen to obtain such information.

Based upon the preceding facts, you have violated Section 17602(a)(1) of the Auto-Renewal statute by "failing to present the automatic renewal offer terms or continuous service offer" in a way that the cancellation policy is clear to customers prior to purchase of the product and services.  See Section 17601(b).

Second, our client did not receive *any* of the post-transaction disclosures required by the Auto-Renewal Statute.  As such, you have also violated:

(1) Section 17602(a)(3) by failing to "provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer.";

4100 NEWPORT PLACE, SUITE 800, NEWPORT BEACH, CA 92660

PHONE (949) 706-6464  ·  FAX (949) 706-6469  ·  WWW.TRIALNEWPORT.COM

DeviantArt, Inc.
October 27, 2015
**Page 2**



(2) Section 17602(a)(3) by failing to disclose how the consumer can "cancel before the consumer pays for the goods or services."; and

(3) Section 17602(b) by failing to provide "a toll-free telephone number, electronic mail address, a postal address only when the seller directly bills the consumer, or another cost-effective, timely, and easy-to-use mechanism for cancellation" that is "*described in the acknowledgment.*"

The California legislature intended that the consumer's remedy for violation of the Auto-Renewal Statute be **severe**: any goods or services provided without the mandatory disclosures or acknowledgment are "for all purposes deemed an unconditional gift to the consumer..." (Cal. Bus. & Prof. Code § 17603.) This means that, in every offending transaction, you would be required – at a minimum – to refund to California consumers all monies paid by consumers or received by you. Because you are based in California, this remedy could extend to **all** purchasers of your product.

Please be advised that we intend to file a class action lawsuit within seven days of today's date. If you believe that any of the assertions in this letter are inaccurate or would like to discuss a confidential pre-filing resolution of this case, I urge you to retain counsel to contact me.

Sincerely,

Scott J. Ferrell, Esq.

SJF/mkj