Hon. Rosalyn M. Chapman (Ret.)
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
213-253-9776
SPECIAL MASTER

FILED
CLERK, U.S. DISTRICT COURT

February 6, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___Karla Tunis___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWPORT TRIAL GROUP, a California corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; VICTORIA C. KNOWLES, a California resident; DAVID REID, a California Resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No: 15 CV-02034-JVS (JCGx)<br><br>(JAMS Ref. No: 1220053347)<br><br>SPECIAL MASTER'S<br>INITIAL REPORT |

The Special Master, pursuant to Paragraphs 10 and 11 of the Order Appointing Special Master (Special Master Order) (Dkt. 223), hereby submits the first bimonthly discovery status report.

**A. General Information.**

1. The Special Master and the parties held an initial telephonic status conference on February 6, 2017.

1

2. At the request of the Special Master, the parties have designated discovery counsel, who shall make themselves available to promptly decide discovery matters and to sign discovery stipulations on behalf of the parties they represent.

3. The Special Master and counsel have established a schedule for monthly telephonic conferences to discuss the status of the case, upcoming discovery events, and potential discovery issues that may require decision by the Special Master. The next telephonic conference will be held on March 6, 2017, at 9:00 a.m. (PST).

4. Counsel were advised that if they desire any additional telephonic conferences with the Special Master, they should contact the Special Master's JAMS Case Manager, Michael Dawson, who will arrange for the conference.

5. The Special Master and counsel discussed the Order Appointing Special Master (Dkt. 223):

a. As to paragraph 1(b), the Special Master advised the parties that when her presence is desired by a party at a deposition, the date of the deposition must be agreed to in advance by the Special Master. Of course, the Special Master's involvement in setting the date of a deposition is not necessary if none of the parties desire the Special Master's presence at a deposition.

b. As to paragraph 8, the Special Master advised the parties that, as the case progresses, they should provide the Special Master with copies of all key non-discovery documents by providing electronic copies of the documents to the Special Master at JAMS, serving both the Special Master and her Case Manager, with the party who filed the document serving a courtesy copy on the Special Master. Hard copies of documents are not required.

c. As to paragraph 9, the Special Master advised the parties that all discovery motions shall be filed with JAMS, by serving the Special Master and her Case Manager; they shall not be filed on Pacer. And the parties shall not set a hearing date on the discovery motion. The parties

shall comply with Local Rule 37, unless they agree to follow the voluntary option afforded to them by the Special Master.

The Special Master offered the parties the voluntary option of presenting discovery disputes under a modified version of Local Rule 37. The parties must agree in writing, as part of the Joint Stipulation, that the Special Master may issue a ruling which cannot be appealed to the District Court. All deadlines in L.R. 37-1, 37-2.2, and 37-2.3 are shortened to five (5) calendar days. As discussed above, the Joint Stipulation shall be filed solely with JAMS, and not filed on Pacer, and no hearing date shall be set. The joint stipulation provided by the parties, however, must attach all relevant documents as exhibits so the submission is complete; and the parties need not cut and paste specific discovery requests into the joint stipulation, but may refer to the attachments to the moving papers. Generally, the Special Master will not hold an in-person oral hearing on a discovery dispute; rather, a telephonic oral hearing may be held if a party requests a telephonic oral hearing in its motion or a supplemental memorandum. Requests for costs (attorney fees) are not encouraged, as they increase the cost of discovery (Fed.R.Civ.P.1); however, if a party makes such a request, it should be set forth in the L.R. 37-2.3 supplemental memorandum and should be supported by one or more declarations attached
as no other evidence will be taken.

d. As to paragraph 16, the Special Master advised the parties that, generally, her expenses will be split three ways: Plaintiff, Defendant Newport Trial Group, and non-Newport Trial Group defendants. JAMS will bill the parties monthly for the Special Master's services.

6. The parties are hereby advised that if they submit any Orders to the Special Master for her signature, the Proposed Order should be in Word format that allows editing by the Special Master.

**B. Discovery Events.**

7. The parties were ordered to provide the Special Master with copies of their Initial Disclosures (and any supplements thereto), no later than February 7, 2017, at noon.

8. Defendant Newport Trial Group was ordered to provide document NTG 004939 – 004942 to the Special Master for *in camera* review (related to Dkt. Nos. 202, 203, and 208), no later than February 7, 2017, at noon.

9. The Special Master raised the issue of amending the Protective Order to add a second-tier of protection, in the hope that would eliminate redactions in documents.

10. There are three discovery motions under submission by the Special Master: (1) Dkt. Nos. 202, 203, 208; (2) Dkt. 205, 206, 209; and Dkt. 207, 210.

//

//

February 6, 2017          By: _Rosalyn M Chapman_

1220053347.1                Hon. Rosalyn Chapman (Ret.), Special Master