Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation , <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | **CASE NO.  8:15-cv-02034-JVS-JCG** <br><br> **PLAINTIFF NATURAL IMMUNOGENICS CORPORATION'S STIPULATION CONCERNING COMPENSATORY DAMAGES** <br><br> Judge:    Hon. James V. Selna <br><br> Complaint Filed:   December 7, 2015 <br> Trial Date:       December 6, 2017 |

PLAINTIFF'S STIPULATION TO LIMIT THE SCOPE OF ITS DAMAGES

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by Plaintiff Natural Immunogenics Corporation ["NIC"] that its request for compensatory damages is limited to the recovery of attorney fees and costs it spent in defending *Nilon v. Natural-Immunogenics Corp.*, No. 3:12-cv-00930-LAB (BGS) (S.D. Cal.). Specifically, NIC hereby stipulates and agrees that it will not seek to recover damages for the following:

- Injury to NIC's business or property;

- Injury to NIC's goodwill or reputation;

- Injury arising from NIC redirecting funds into litigation as opposed to its business; or

- Any other form of compensatory damages related to NIC's commercial interests.

This Stipulation is in no way intended to nor does it waive NIC's right to seek any other damages available at law or equity, including punitive damages as provided by law, the RICO multiplier, or recovery of attorney fees and costs incurred in prosecuting this action. This Stipulation is in no way intended nor does it limit the scope or type of costs recoverable. NIC will seek recovery for all actual, realized, or anticipated costs and fees incurred.

Dated: September 9, 2016        **NATURAL-IMMUNOGENICS CORP.**

By: _____
Peter A. Arhangelsky, Esq.
Joshua S. Furman, Esq.
Eric J. Awerbuch, Esq.
*Attorneys for Plaintiff NIC*
Attorneys for PLAINTIFF

- 1 -