Brendan M. Ford, Bar No. 224333
FORD & DIULIO PC
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-5540
Facsimile: (844) 437-7201
Email:  bford@forddiulio.com

Attorneys for Non-Party
JOSHUA A. WEISS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>        Defendants. | Case No.  SACV 15-02034-JVS (JCGx)<br><br>**DECLARATION OF BRENDAN M. FORD IN SUPPORT OF NON-PARTY JOSHUA A. WEISS'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER DENYING MOTION TO QUASH SUBPOENA TO CONTINUITY PRODUCTS LLC [ECF # 234]**<br><br>[Objections and Request for Judicial Notice filed concurrently herewith] |

FORD DECL ISO NON-PARTY WEISS'S OBJECTIONS TO SPECIAL MASTER'S ORDER DENYING MTQ

## <u>DECLARATION OF BRENDAN M. FORD</u>

I, Brendan M. Ford, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, as well as in this Court. I am a founding partner of Ford & Diulio, P.C., counsel for Non-Party Joshua A. Weiss. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge.

2. Attached hereto as Exhibit **"1"** is a true and correct copy of the Register of Actions Notice printed as of March 10, 2017 in *Obesity Research Institute, LLC, et al. v. Weiss*, Case No. 37-2016-00020883-CU-NP-CTL in the California Superior Court in San Diego County.

3. Attached hereto as Exhibit **"2"** is a true and correct copy of an excerpt of the docket sheet obtained from PACER in *The Tawnsaura Group, LLC v. Maximum Human Performance, LLC (Lead Case)*, Case No. CV 12-07189-SJO (AGRx) in the United States District Court for the Central District of California showing docket entries 306, 307, and 308.

4. In accordance with the Court's Order Appointing Special Master, which requires that a party filing an objection "shall submit with such objection the documents submitted by the Parties in connection with the Special Master's order, report or recommendation," (Order of 1/23/17 at 5:13-16; ECF #223), I am submitting to the Court the following documents previously submitted to the Special Master in connection with the Motion to Quash Subpoena to Continuity. Attached hereto as Exhibit **"3"** is a true and correct copy of Joint Stipulation Regarding Defendants Scott Ferrell and David Reid's, and Non-Party Josh Weiss, Motion to Quash Subpoena to Continuity Products LLC, which was filed on November 22, 2016 (ECF #202). Attached hereto as Exhibit **"4"** is a true and correct copy of Declaration of Peter A. Arhangelsky in Support of Plaintiff's Portion of the Joint Stipulation Regarding

FORD DECL ISO NON-PARTY WEISS'S OBJECTIONS TO SPECIAL MASTER'S ORDER DENYING MTQ

Defendants' Motion to Quash Subpoena to Continuity Products LLC, which was filed on November 22, 2016 (ECF #202-1).  Attached hereto as Exhibit **"5"** is a true and correct copy of Declaration of Joshua A. Weiss in Support of Defendants Scott Ferrell and David Reid's, and Non-Party Josh Weiss's Motion to Quash Subpoena to Continuity Products LLC, which was filed on November 22, 2016 (ECF #202-2). Attached hereto as Exhibit **"6"** is a true and correct copy of Declaration of Robert S. Lawrence in Support of Defendants Scott Ferrell and David Reid's Motion to Quash Subpoena to Continuity Products LLC, which was filed on November 22, 2016 (ECF #202-3).  Attached hereto as Exhibit **"7"** is a true and correct copy of Declaration of Brendan M. Ford in Support of Defendants Scott Ferrell and David Reid's, and Non-Party Josh Weiss's, Motion to Quash Subpoena to Continuity Products LLC, which was filed on November 22, 2016 (ECF #202-4).  Attached hereto as Exhibit **"8"** is a true and correct copy of Defendants Scott Ferrell and David Reid's Supplemental Memorandum to Joint Stipulation Re: Motion to Quash Subpoena to Continuity Products LLC, which was filed on December 29, 2016 (ECF #208).  Attached hereto as Exhibit **"9"** is a true and correct copy of Defendants Scott Ferrell and David Reid's Evidentiary Objections to the Declaration of Peter A. Arhangelsky and Exhibits Thereto on Motion to Quash Subpoena to Continuity Products LLC, which was filed on March 10, 2017 (ECF #242) and previously submitted to JAMS on March 5, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration was executed on March 14, 2017.

*/s/ Brendan M. Ford*
Brendan M. Ford

FORD DECL ISO NON-PARTY WEISS'S OBJECTIONS TO SPECIAL MASTER'S ORDER DENYING MTQ

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, I electronically filed the foregoing **DECLARATION OF BRENDAN M. FORD IN SUPPORT OF NON-PARTY JOSHUA A. WEISS'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER DENYING MOTION TO QUASH SUBPOENA TO CONTINUITY PRODUCTS LLC [ECF # 234]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Brendan M. Ford*
Brendan M. Ford

PROOF OF SERVICE