# EXHIBIT 6

NIC Exhs.
Page 42



## NATURAL IMMUNOGENICS
C O R P O R A T I O N

The Leader in Hydrosol Technology™

7504 Pennsylvania Ave.
Sarasota, FL 34243, USA

**PACKING SLIP**

| Packing Number | Date | Page |
|---|---|---|
| **20985** | **04/16/14** | **1/2** |

Customer No.
**C011467**

Your Reference
**5808370**

Your Contact
**NIC**

**1 - FEDEX_GROUND**

Delivery Address

**Sprouts Farmers Market - 202**
152 N. 2nd St.
El Cajon CA  92021
USA

**Sprouts Farmers Market - 202**
152 N. 2nd St.
El Cajon CA  92021
USA

| Description | Quantity | UoM |
|---|---|---|

Unresponsive Customer Ordering Information *Privileged*

| 05 | **Sovereign Silver - 2oz Dropper** | **9** | **ea** |
|---|---|---|---|
| | Item Code:          61CS10 | | |

Batch Info:

| # | Batch | Quantity | Expiration Date |
|---|---|---|---|
| 1 | CC091S | 9 | 02/28/17 |

Unresponsive Customer Ordering Information *Privileged*

Telephone: 1-888-328-8840 / +1-941-702-6100          Fax:     +1-941-702-6101          sales@n-icorp.com          www.natural-immunogenics.com

NIC Exhs.
Page 43

CONFIDENTIAL

NIC Opp. to MSJ
Exh. 16

NIC_0001105



**NATURAL IMMUNOGENICS**
C O R P O R A T I O N

The Leader in Hydrosol Technology™

7504 Pennsylvania Ave.
Sarasota, FL 34243, USA

# PACKING SLIP

| Packing Number | Date | Page |
|---|---|---|
| **20985** | **04/16/14** | **2/2** |

| Description | Quantity | UoM |
|---|---|---|
| *Privileged* | | |

| Shipping Type: | **1 - FEDEX_GROUND** |
|---|---|

Based On Sales Orders 169415.

Telephone: 1-888-328-8840 / +1-941-702-6100          Fax:    +1-941-702-6101          sales@n-icorp.com          www.natural-immunogenics.com

NIC Exhs.
Page 44
CONFIDENTIAL

NIC Opp. to MSJ
Exhibit 6
NIC_0001106