# EXHIBIT 7

NIC Exhs.
Page 45

NIC Opp. to MSJ
Exh. 7

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Thursday, August 20, 2015 1:24 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Call Time |

Hey John,

I got your message and I can give you a call later tonight, which I believe is morning time for you. I am available at your earliest convenience. Thank you again for removing the site, I cant really express to you how grateful we are. I look forward to speaking with you, please let me know what works for you when you get this.

Cheers,

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Thursday, August 20, 2015 3:25 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: website |

I think it would be a great idea to discuss this as we have obviously experienced a TON of frustration in our experience with them. 10am my time (California) would be great. (1)925-785-0902 is my number. I have put it on my calendar and will be looking forward to speaking with you.

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



On Thu, Aug 20, 2015 at 3:20 PM, John <electricfamily@nym.hush.com> wrote:
Drew - Can you be available tomorrow?  I can call you anytime between 9AM and 3PM your time.

I am not interested in your actions - I have no interest in defaming you or damaging your career (or your associates).  I'm most interested in the conduct of your attorneys.  I'd like to discuss your experience with the Farrells and how and why they facilitated your transparently bogus lawsuits.

Please let me know if you want me to call you at the same phone number I texted you at.  I don't expect the call to last more than 30-45 minutes.

John

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Friday, August 21, 2015 3:25 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: follow-up |

Hey AJ,

I've seen this and will respond over the weekend.

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



On Fri, Aug 21, 2015 at 12:55 PM, AJ Lyon <electricfamily@nym.hush.com> wrote:

Hi Drew:

THANK YOU for taking the time to talk to me about your experience with the Newport Trial Group. I have some follow-up questions:

1) When Andrew Baslow described products and advertising, did he provide a list of companies and products that he wanted you to buy? How did you know which products to buy?

2) Did you communicate by email? If so, did you save them? If so, please save copies of all correspondence and email.

3) Please send me Talee's phone number, address, or last name (if you know it).

4) The following is a ROUGH DRAFT of what you disclosed this morning. Please review it for accuracy and correctness and feel free to add, change, or modify it as you need to:

I attended Arizona State University (ASU) between 2007 and 2011, where I attended the W. P Carey School of Business. During my studies there, I became close friends with fellow ASU students Sam Pfleg and Taylor Demulder.

After graduating from ASU, Pfleg, Demulder and I moved to a San Diego apartment in August 2011. With student loans, liabilities and limited prospects, we were essentially broke by January 2012 and desperate for money.

About that time, a mutual friend introduced his girlfriend "Talee" to Pfleg, Demulder and me. Talee said "I think I might have some work for you." I saved the information and called the number at the Newport Trial Group. When I called, I was directed to Andrew Baslow, who identified himself as an employee of the Newport Trial Group. After a brief conversation, Baslow suggested that we meet.

Several days later, we met at a coffee shop located between Newport Beach and San Diego. During the conversation, Baslow told me that many natural food and supplement companies falsely advertise products that don't do what their advertising claims say they do. Baslow said that the Newport Trial Group needs "a lot of people" and that he would sign me up. Baslow said that all I had to do was try some products and, if I got back to him, NTG would pay me for my time.

The NTG operation was casual and laid back. Baslow told me that "these cases are already going through – you can come on to support them and we'll pay you some money. Baslow later said that I didn't even need to buy or try the product – that I would be paid if I signed papers that NTG sent to me. I recall that NTG paid me about $900 or $1000, which helped me pay the rent.  I took no other money from NTG.  Demulder, Pfleg, and I only had to sign papers.

Around May 2012, I got a weird feeling about the arrangement and told Baslow that I didn't want to have anything more to do with the lawsuit or NTG. Baslow pressured me to stay but, when I persisted, Baslow agreed and NTG drafted and sent me a declaration for my signature in which I declared that my grandmother was ill and that I had to take care of her - which prevented me from participating in the lawsuit. This declaration was false; my grandmother was not sick and she didn't need my company or time. The declaration was written solely to give me a plausible reason to leave the lawsuit without disclosing to the Court that I had been paid to sign onto a class-action lawsuit.

Despite these false claims, I signed Baslow's false declaration. In May 2013, I learned that NTG had used my name to file a false claim against ChromaDex – a company whose products I never purchased or used. When I discovered this, I contacted Baslow and told him to remove my name from the lawsuit. I learned that the lawsuit had been withdrawn the next day.

My friends Phleg, Demulder, Dronkers, and Brudzewski told me that they were similarly recruited by NTG to file false lawsuits against similar companies. Although I don't know the particulars about their cases, they all described similar experiences with NTG and Baslow – that NTG pays individuals to file false claims against natural health product companies.

Please respond with any changes you wish to make.  Again, I am interested in NTG's conduct and not yours, your friends, or your company.

AJ

2

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Sunday, August 23, 2015 6:48 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: declaration narrative |

Hey AJ,

I would really like to speak again on the phone before sending everything over. Can we chat in the morning sometime?

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



On Sun, Aug 23, 2015 at 1:45 PM, AJ <electricfamily@nym.hush.com> wrote:
Hi Andrew:

I'm just checking back with you. How does the narrative look? Do you think you'll have a cleaned-up version by tomorrow morning? As soon as it's completed I'll prepare a PDF for your signature. Once notarized, I'd like the original sent to McNair so that he can focus on NTG.

Again, thank you for your cooperation.

AJ Lyons
Vancouver BC

**From:**          Andrew Nilon <drew@electricfamily.com>
**Sent:**          Monday, August 24, 2015 11:57 AM
**To:**            electricfamily@nym.hush.com
**Subject:**       Re: follow-up


I attended Arizona State University (ASU) between 2007 and 2011, where I attended the W. P Carey School of Business. During my studies there, I became close friends with fellow ASU students Sam Pfleg and Taylor Demulder.

After graduating from ASU, Dronkers and I (didn't live with Demulder. Pfleg lived close by...we are all just close friends) moved to a San Diego apartment in August 2011. With student loans, liabilities and limited prospects, we were essentially broke by January 2012 and desperate for money.

About that time, a mutual friend introduced his girlfriend "Talee" to me. Talee said "I think I might have some work for you." I saved the information and called the number at the Newport Trial Group. When I called, I was directed to Andrew Baslow, who identified himself as an employee of the Newport Trial Group. After a brief conversation, Baslow suggested that we meet.

Several days later, we met at a coffee shop located between Newport Beach and San Diego. During the conversation, Baslow told me that they try to stop companies from falsely advertising products. Baslow said that the Newport Trial Group needs "a lot of people" and that he would sign me up. Baslow said that all I had to do was buy some products, sign some papers and NTG would pay me for my time.

The NTG operation was casual and laid back. Baslow told me that "these cases are already going through – you can come on to support them and we'll pay you some money. Baslow later said that I didn't even need to try the product – that I would be paid if I signed papers that NTG sent to me. I recall that NTG paid me about $900 or $1000, which helped me pay the rent.  I took no other money from NTG.  Demulder, Pfleg, Dronkers and I only had to sign papers.

Around May 2012, I got a weird feeling about the arrangement and told Baslow that I didn't want to have anything more to do with the lawsuit or NTG. Baslow pressured me to stay but, when I persisted, Baslow agreed and NTG drafted and sent me a declaration for my signature in which I declared that my grandmother was ill and that I had to take care of her - which prevented me from participating in the lawsuit. This declaration was false; my grandmother was not sick and she didn't need my company or time. The declaration was written solely to give me a plausible reason to leave the lawsuit without disclosing to the Court that I had been paid to sign onto a class-action lawsuit.

<span style="color:red">Despite these false claims, I signed Baslow's false declaration. In May 2013, I learned that NTG had used my name to file a false claim against ChromaDex – a company whose products I never purchased or used. When I discovered this, I contacted Baslow and told him to remove my name from the lawsuit. I learned that the lawsuit had been withdrawn the next day. (I only contacted Baslow 1 time about being removed from all communications with them. Never heard form them after that)</span>

My friends Phleg, Demulder, Dronkers, and Brudzewski told me that they were similarly recruited by NTG to file false lawsuits against similar companies. Although I don't know the particulars about their cases, they all described similar experiences with NTG and Baslow – that NTG pays individuals to file false claims against natural health product companies.


Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Monday, August 24, 2015 3:58 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: declaration |

I will get this signed AJ but it will take me a day or two. I am going to speak with my attorney just to get advice first before signing. I'm sure you can understand that.


Thank you,


Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily




On Mon, Aug 24, 2015 at 1:31 PM, AJ Lyon <electricfamily@nym.hush.com> wrote:
Hi Drew:

Based upon our conversation and your corrections, I have attached the latest draft of your declaration.

If the contents appear to be accurate, please sign it before a notary.  John or I will send you John's mailing address.  If you see something that is incorrect or requires a change, please let me know immediately.

Thank you for your trust and confidence.  John or I will keep you posted if any new NTG-related developments arise.

Sincerely,

AJ Lyon
Vancouver

**From:**         Andrew Nilon <drew@electricfamily.com>
**Sent:**          Tuesday, August 25, 2015 8:17 AM
**To:**            electricfamily@nym.hush.com
**Subject:**      Re: declaration

Got it, will do once I speak with my attorney!

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



On Tue, Aug 25, 2015 at 6:33 AM, AJ Lyon <electricfamily@nym.hush.com> wrote:
Andrew:

If/when you've signed and notarized your copy, please send it to John at:

PO Box 303
INGLEWOOD Western Australia 6932

Thank you,

AJ

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Thursday, August 27, 2015 12:10 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: declaration |

Hey AJ,

Can we please set up another time to chat tomorrow or Monday regarding the declaration?

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily



On Tue, Aug 25, 2015 at 1:14 PM, AJ Lyon <electricfamily@nym.hush.com> wrote:
I understand - thank you.

AJ

--------------------------------
On 8/25/2015 at 8:16 AM, "Andrew Nilon" <drew@electricfamily.com> wrote:

Got it, will do once I speak with my attorney!

Drew Nilon
Co-Founder & CEO
(925) 785-0902(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily

NIC Opp. to MSJ
Exh. 7

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Thursday, August 27, 2015 9:13 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: telephone chat... |

Are you available in the afternoon anytime?


Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily





On Thu, Aug 27, 2015 at 4:17 PM, AJ Lyon <electricfamily@nym.hush.com> wrote:
Hi Drew:

Yes - does 9AM work for you tomorrow?

AJ

NIC Opp. to MSJ
Exh. 7

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Friday, August 28, 2015 1:50 PM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: telephone chat... |

Hey AJ,

I misspoke about the council. The name and number I gave you was not correct. However, I will have the correct name and number for you on Monday. Can you please let the firm know?

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily

On Fri, Aug 28, 2015 at 8:55 AM, AJ Lyon <electricfamily@nym.hush.com> wrote:
Andrew:

I will be unavailable this afternoon through next Wednesday.  I'll call in five minutes.

AJ

NIC Exhs.
Page 56

1

NIC Opp. to MSJ
Exh. 7

| | |
|---|---|
| **From:** | Andrew Nilon <drew@electricfamily.com> |
| **Sent:** | Sunday, August 30, 2015 11:28 AM |
| **To:** | electricfamily@nym.hush.com |
| **Subject:** | Re: counsel |

Thanks AJ, as you know nothing can be mailed over the weekend. However, once your party contacts our counsel and can guarantee myself and my partners will be protected (like you said) we will be happy to help and move forward. He is out of the office Monday but will be expecting your call on Tuesday. I realize there is a time constraint and we are prepared to act quickly once you contact him.

Justin Romig - (310) 598-1766

I know you can tell them of my intentions to help and I trust that. Thank you!

Drew Nilon
Co-Founder & CEO
(925) 785-0902
www.electricfamily.com
www.facebook.com/electricfam
Twitter: @electricfamily
Instagram: @electricfamily

On Fri, Aug 28, 2015 at 3:05 PM, AJ Lyon <electricfamily@nym.hush.com> wrote:
I will let them know that you won't have counsel before Monday. I recommend that we get a declaration signed and to them today. If you drag it on they might misinterpret your delays.

Ideally, it would be best that you got something signed and mailed this weekend.

AJ

NIC Exhs.
Page 57

1

NIC Opp. to MSJ
Exh. 7