Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEWPORT TRIAL GROUP, et al.<br><br>                    Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF NIC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 10, 2017<br>Time:   1:30 p.m.<br>Location: Courtroom 10C<br><br>Judge: Hon. James V. Selna<br><br><br>Fact Discovery Cut-off:   Aug. 21, 2017<br>Expert Discovery Cut-off: Aug. 14, 2017<br>Pretrial Conf. Date:  November 20, 2017<br>Trial Date:            December 5, 2017 |

Pursuant to Federal Rule of Evidence 201, Plaintiff Natural Immunogenics Corp. ("NIC"), hereby requests that this Court take judicial notice of the following documents in support of NIC's Opposition to NTG's Partial Motion for Summary Judgment:

1. The Deposition Transcript of Giovanni Sandoval, Junior, filed as Docket No. 30-5 in *Natural Immunogenics Corp. v. Newport Trial Group, et al.*, No. 8:15-cv-02034-JVS-JCG (C.D. Cal.) (hereinafter "*NIC v. NTG*"). A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 1.

2. The Rebuttal Declarations of Andrew Nilon; Andrew Lee Baslow; Scott Ferrell; and Michael S. Leboff in Support of Motion to Strike Count Four of the Second Amended Complaint under Cal. Civ. Proc. Code § 425.16, filed on June 27, 2016 in *NIC v. NTG* as Docket No. 140. A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 2.

3. The first Class Action Complaint filed on March 5, 2012, and later filed to the federal docket on April 16, 2012 in *Nilon v. Natural-Immunogenics Corp.*, No. 3:12-cv-00930-LAB-BGS (S.D. Cal.) (hereinafter "*Nilon v. NIC*")) as Docket 1-1. A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 3.

4. The Court's Order on NIC's Motion to Dismiss and Nilon's Motion for Class Certification filed on April 15, 2014 in *Nilon v. NIC* as Docket 41. A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 4.

5. The "Notice of Motion and Motion for Order Compelling Class Representative Plaintiff Andrew Nilon to Attend and Testify at Deposition and Produce Documents and/or things Described in the Second Amended Notice of Deposition, and Imposing Monetary Sanctions," filed in *Nilon v. NIC* on June 30,

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF NIC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT

1

2014 at Docket No. 49.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 5.

6.      The "Notice of Motion and Motion to Substitute Class Representative and Modify Scheduling Order," filed in *Nilon v. NIC* on July 9, 2014 as Docket No. 51.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 6.

7.      The "Declaration of Giovanni Sandoval" filed in *Nilon v. NIC* on July 9, 2014 as Docket No. 51-3.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 7.

8.      The "Declaration of Ryan M. Ferrell in Support of Plaintiff's Motion to Substitute Class Representative and Modify Scheduling Order," filed in *Nilon v. NIC* on July 9, 2014 as Docket No. 51-4.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 8.

9.      The "Order Granting in Part and Denying in Part Defendant's Motion to Compel," filed in *Nilon v. NIC* on July 31, 2014 as Docket No. 55.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 55.

10.      The "Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel for Plaintiff Andrew Nilon," filed in *Nilon v. NIC* on August 15, 2014 as Docket 61-1.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 10.

11.      The "Second Amended Class Action Complaint," filed in *Nilon v. NIC* on August 25, 2014 as Docket No. 63.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 11.

12.      The "Notice of Hearing and Defendant's Rule 56 Motion for Summary Judgment," filed in *Nilon v. NIC* on April 2, 2015 as Docket Nos. 95 and

95-1.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 12.

13.     The "Defendant's Reply to Plaintiff's Opposition to Defendant's Rule 56 Motion for Summary Judgement," filed in *Nilon v. NIC* on May 4, 2015 as Docket No. 113.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 13.

14.     The "Order Tentatively Vacating Class Certification and Dismissing Case Without Prejudice," filed in *Nilon v. NIC* on May 12, 2015 as Docket No. 117.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 14.

15.     The "Plaintiff's Response re Tentative Decision Decertifying Class Action," filed in *Nilon v. NIC* on May 15, 2015 as Docket No. 118.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 15.

16.     The "Order of Dismissal" entered in *Nilon v. NIC* on May 22, 2015 as Docket No. 120.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 16.

17.     The "Notice of Hearing and Defendant's Motion for Rule 11 and Other Monetary Sanctions," filed in *Nilon v. NIC* on June 24, 2015 as Docket No. 122.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 17.

18.     The "Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Sanctions," filed in *Nilon v. NIC* on July 17, 2015 as Docket No. 123.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 18.

19.     The Deposition Transcript of Raquel Torres recorded on February 22, 2013 and filed on March 8, 2013 as Docket No. 20-3 in *Torres v. Nutrisystem, Inc.*,

No. 8:12-cv-0854-CJC (C.D. Cal.).  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 19.

20.    The "Declaration of Richard Richardson in Support of Plaintiff's Motion for Class Certification," filed on March 22, 2013 in *Torres v. Nutrisystem, Inc.*, No. 8:12-cv-0854-CJC (C.D. Cal.).  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 20.

21.    The Defendants declarations for S. Ferrell; R. Ferrell; V. Knowles; D. Reid; A. Baslow; J. Hardin; A. Nilon; G. Sandoval; and M. Leboff filed in *NIC v. NTG* as Dkt. No. 41.  A true and accurate copy of that filing is attached to this Request for Judicial Notice as Exhibit 21.

22.    The "Sanctions Order Re: Ryan Ferrell and Scott Ferrell of Newport Trial Group" issued in *Nilon v. NIC* on August 11, 2014 as Docket No. 59 by Magistrate Judge Bernard G. Skomal.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 22.

23.    The "Order on Plaintiff's Motion to Substitute Class Representative" issued in *Nilon v. NIC* on August 22, 2014 as Docket No. 62 by District Judge Larry A. Burns.  A true and accurate copy of that document is attached to this Request for Judicial Notice as Exhibit 23.

24.    The Defendants declarations for S. Ferrell and S. Schoonover filed in *NIC v. NTG* as Dkt. No. 66.  A true and accurate copy of that filing is attached to this Request for Judicial Notice as Exhibit 24.

DATED:  March 16, 2017.

Respectfully submitted,


NATURAL-IMMUNOGENICS CORP.


By:     */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 291325)
E-mail: parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF NIC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 16, 2017 the foregoing, **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF NIC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
Tel: (714) 384-5540
*Attorney for Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg,*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, David Reid, and Victoria Knowles*

  */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF NIC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT

6