# EXHIBIT 2

**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esulolik@callahan-law.com
Michael S. LeBoff (SBN 204612)
Mleboff@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for NEWPORT TRIAL GROUP; SCOTT J. FERRELL; RYAN M. FERRELL; VICTORIA C. KNOWLES; DAVID REID and ANDREW LEE BASLOW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

NATURAL IMMUNOGENICS CORP., a Florida corporation ,

Plaintiff,

v.

NEWPORT TRIAL GROUP, et al.,

Defendants.

Judge:     Hon. James V. Selna

**CASE NO.  8:15-cv-02034-JVS-JCG**

**REBUTTAL DECLARATIONS OF:**
**(1) ANDREW NILON;**
**(2) ANDREW LEE BASLOW;**
**(3) SCOTT FERRELL; AND**
**(4) MICHAEL S. LEBOFF**
**IN SUPPORT OF MOTION TO STRIKE COUNT FOUR OF THE SECOND AMENDED COMPLAINT UNDER CAL. CIV. PROC. CODE § 425.16; EXHIBITS**

Hearing:
Date:          July 11, 2016
Time:          1:30 p.m.
Courtroom:     10C

Complaint Filed:   December 7, 2015
Trial Date:        December 5, 2017

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

<u>**DECLARATION OF ANDREW NILON**</u>

I, ANDREW NILON, declare:

1.     I am a defendant in this lawsuit.  The following facts are based upon my personal information and if called as a witness, I would and could competently testify as follows.

2.     I did call Chromadex sometime during the week of February 25, 2013.

3.     I did not call Chromadex from my own personal wireless phone.

4.     I called Chromadex from another person's wireless phone.  The phone number from which I called had a telephone number ending in 6646.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 24 day of June, 2016 at Culver City, California.

Andrew Nilon, Declarant

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

## DECLARATION OF ANDREW LEE BASLOW

I, Andrew Lee Baslow, declare:

1.     I am a defendant in this action. The following facts are based upon my personal knowledge, and if called as a witness, I would and could competently testify as follows.

2.     In October 2013, I attempted to contact Cynthia Sandoval by dialing the phone number, 619-952-9832, about her own legal matter. Ms. Sandoval was a client of Newport Trial Group. Her own legal matter had nothing to do with Natural Immunogenics.

3.     I did not speak to Giovanni Sandoval at any time in October 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27 day of June 2016 at

SANTA ANA , CALIFORNIA

Andrew Lee Baslow

DECLARATION OF ANDREW LEE BASLOW

Scanned by CamScanner

NIC's Request for Judicial Notice
in Opposition to MSJ
Exh. 2

## DECLARATION OF SCOTT FERRELL

I, Scott Ferrell, declare:

1.     I am a defendant in this action.  The following facts are based upon my personal knowledge and if called as a witness, I would and could competently testify as follows.

2.     Filed herewith as Rebuttal Exhibit 2 is a true and correct copy of the settlement agreement entered into effective June 17, 2016 between Kristyne Hanberg and DeviantArt, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of June 2016 at Newport Beach, California.

_____
Scott Ferrell

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

DECLARATION OF GIOVANNI SANDOVAL

## DECLARATION OF MICHAEL S. LEBOFF

I, Michael S. LeBoff, declare:

1.     I am an attorney licensed to practice before the Courts of the State of California and admitted in the Central District of California.  I am an attorney at Callahan & Blaine, APLC, attorneys of record, for the NTG Defendants in this case. The following facts are based upon my personal knowledge and if called as a witness, I would and could, competently testify as follows:

2.     Attached as Rebuttal Exhibit 1 is a true and correct except from the transcript of the May 9, 2016 Scheduling Conference.

3.     Attached as Rebuttal Exhibit 3 is a true and correct copy of an email I received on June 21, 2016 at or about 6:36 p.m.

4.     Attached as Rebuttal Exhibit 4 is a true and correct copy of page 1257 from the AT&T production, showing the full information for what Plaintiff claims was a call between Andrew Baslow and Giovanni Sandoval on October 17, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of June 2016 at Santa Ana, California.

_____/s/ Michael S. LeBoff_____
Michael LeBoff

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

# EXHIBIT 1

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

CERTIFIED TRANSCRIPT

```
NATURAL-IMMUNOGENICS CORP., )
                Plaintiff,  }
     vs.                    }
                            }  SACV-15-2034-JVS
NEWPORT TRIAL GROUP, et al.,)
                Defendants. }
----------------------------}
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 9, 2016

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

APPEARANCES OF COUNSEL:

For the Plaintiff:

PETER A. ARHANGELSKY
JOSHUA S. FURMAN
EMORD & ASSOCIATES, P.C.
3210 South Gilbert Road, Suite 4
Chandler, AZ  85286
(602) 388-8899


For Defendant NEWPORT TRIAL GROUP:


MICHAEL LEBOFF
EDWARD SUSOLIK
CALLAHAN & BLAINE
3 Hutton Circle Drive
Santa Ana, CA  92707
(714) 241-4444

For Defendants ANDREW NYLON; GIOVANNI SANDOVAL;
                MATTHEW DRONKERS; TAYLOR DEMOLDER;
                SAM FLAGG; SAM SCHOONOVER;
                CALEB PATTERSON; DAVID URZUA;
                ISABELLE AJANOVIC:

GILLIAN LEIGH WADE
SARA AVILA
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
(310) 396-9635

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

3

SANTA ANA, CALIFORNIA; MONDAY, MAY 9, 2016; 11:37 A.M.

THE CLERK: Item No. 3, SACV-15-2034-JVS, Natural Immunogenics Corporation versus Newport Trial Group, et al.

Counsel, please state your appearances for the record.

MR. LEBOFF: Good morning, Your Honor. Michael LeBoff on behalf of the NTG defendants.

MR. SUSOLIK: Good morning, Your Honor. Edward Susolik on behalf of the NTG defendants.

MS. WADE: Good morning, Your Honor. Gillian Wade and Sara Avila on behalf of the non-NTG defendants.

MR. ARHANGELSKY: Good morning, Your Honor. Peter Arhangelsky and Josh Furman on behalf of the plaintiff Natural Immunogenics.

THE COURT: Good morning.

With a couple of adjustments in your dates, I think the trial track that you propose is a reasonable one -- that the defendants propose. This matter isn't going to be ready for August 2017, too many defendants, too many complicated. I think you are going to need more time than that if you are seriously going to explore your claims against the wide variety of defendants we have. So my inclination is to adopt the proposed December 2017 trial date.

MR. ARHANGELSKY: Thank you, Your Honor.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

7

the individual defendants with regard to the interrogatories. I think we can accept a limitation on interrogatories of course, but I think we have to have enough that allows us to at least reach the types of documents that they have.

THE COURT: Well, see how far you can get with 20 interrogatories per defendant.

MS. WADE: The individual defendants don't have a lot of ESI, so it's not an issue.

THE COURT: Okay. One thing I'm concerned about is the potential number of other lawsuits that you are going to want to inquire into.

MR. ARHANGELSKY: Let me address that. Our Amended Complaint is due tomorrow, and we intend to substantially narrow the scope of our RICO allegations. I believe in its current format our Amended Complaint will inquire into about seven to eight specific cases. We are reducing the number of RICO defendants.

The discovery taken with respect to those cases within those cases is also narrow. We are not relitigating these cases. We are looking only at recruitment, acquisition, those types of aspects of the relationship early before the cases are often even filed. So with that, we think our Amended Complaint will be far more circumscribed certainly imposing no greater burdens than

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

8

many other civil cases.

THE COURT: Well, that sounds like a reasonable limitation, seven or eight cases to explore at least initially.

In this case, I'm probably going to hold a status conference every 90 days to keep my finger on the pulse. I use those status conferences to keep me informed and also to the extent we can to resolve problems informally. So I would ask you a week in advance to give me a joint report on what issues you want to discuss so that I can be thinking about those.

I'm thinking we ought to schedule a status conference sometime in September, maybe the 19th. Would that be a convenient day?

MR. ARHANGELSKY: No objection on that date.

THE COURT: Okay, let's say 11:30 on the 19th.

You discuss an issue of a privilege log. I think to be of any utility privilege logs need to be listed by document, not by category. I don't know how you can really test a prima facie showing of the state of privilege without knowing the author, addressee, subject, some -- you know, the Bates number identification, things that would usually go into a privilege log.

In this case, I think it would be useful to make myself available. If you have any problems between now and

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 8:15-cv-02034-VSS-JCG   Document 140-2   Filed 06/27/16   Page 12 of 28   Page ID #:4808

14

confer and both sides share what your electronic retention practices are, where the servers are.  So within 14 days would you put in a report.  It can be very brief.  But I want to know that you met, and I want to know that each party disclosed what its assets are or if it has none.  I suspect the individuals not associated with the law firm probably have no electronic discovery, so let's get that on the table.

MR. LEBOFF:  Just a point of clarification, as to the specific information, it's where the server is, what type of computer systems we use, just general basic stuff?

THE COURT:  Right.

MR. LEBOFF:  That's fine.

THE COURT:  Okay.  Thank you very much.

(Whereupon, the proceedings were concluded.)

*        *        *

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 3:15-cv-02034-JVS-JCG   Document 140-2   Filed 06/27/16   Page 15 of 28   Page ID #:4805

15

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  June 15, 2016

/s/   Sharon A. Seffens   6/15/16
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 8:15-cv-02034-JVS-JCG   Document 140-2   Filed 06/27/16   Page 14 of 28   Page ID #:4816

# EXHIBIT 2

## SETTLEMENT AGREEMENT & MUTUAL GENERAL RELEASE

This Settlement Agreement ("Agreement") is made and entered into by and between Kristyne Hanberg ("Plaintiff") on the one hand, and DeviantArt, Inc ("Defendant") on the other hand (each, a "Party" and collectively, the "Parties"). This Agreement shall have an Effective Date of June 17, 2016.

## RECITALS

This Agreement is entered into with respect to the following facts:

WHEREAS, on or about March 28, 2016, Plaintiff filed an action against Defendant alleging causes of action based on Defendant's alleged violation of California Business & Professions Code §§ 17600 *et seq.* and 17200 *et seq.* in the Superior Court of California for the County of Los Angeles, case no. BC615184 (the "Action");

WHEREAS, the Parties agree and stipulate that the DeviantArt "Core" membership at issue in the Action is not a "service" that is governed by the automatic renewal statute and that the claims in the action should be dismissed;

WHEREAS, the Parties have agreed to a dismissal of the Action with prejudice in exchange for mutual releases, waiver of costs and fees, and the agreements contained herein.

## AGREEMENT

NOW THEREFORE, in consideration of the above Recitals, which are incorporated fully herein by this reference, and the terms and conditions of the covenants and agreement set forth below, the adequacy of which is hereby

1

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

acknowledged, and in order to fully settle all claims between the Parties, the Parties hereby agree as follows:

1. **Release and Covenant Not to Sue**

In consideration of the mutual warranties, covenants, agreements, and the terms contained within this Agreement, each Party shall forever release, acquit, and discharge the other Party and its agents, representatives, attorneys, insurers, partners, managers, members, shareholders franchisees, officers or directors and/or its affiliates (singly or collectively "Affiliated Parties"), from any and all claims, including the claims contained in the Action. Each Party expressly waives the rights provided under California Civil Code Section 1542 as to the other, which states:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

This entire Agreement, including without limitation the foregoing release, is effective only upon the condition that this entire action (consisting both of the individual *and* the putative class action) is dismissed with prejudice.

2. **Dismissal with Prejudice**

Within one (1) business day of receiving a fully executed copy of this Agreement, Plaintiff shall dismiss her individual Action with prejudice and shall request that the Court dismiss the remainder of the putative class action with prejudice. If the putative class action is not dismissed (at least without prejudice) this Agreement will have no force and effect.

3. **Waiver of Costs**

2

The Parties, and each of them, agree to waive any costs they may be entitled to, including attorneys' fees, costs, and any and all damages.

### 5. Attorneys' Fees and Costs

Each Party will bear its own costs and attorney's fees relating to the Action and this Agreement.

### 7. Facsimile and Execution in Parts

The Parties agree that facsimile, or otherwise electronically scanned, signatures are deemed to be originals and that this Agreement may be executed in counterparts, which taken together shall constitute a fully-executed Agreement.

### 8. Governing Law

This Agreement shall be interpreted and governed according to the laws of the State of California.

### 10. Entire Agreement

This Agreement constitutes the entire agreement between the Parties hereto with respect to all of the matters discussed herein, and supersedes all prior discussions, communications, or agreements, expressed or implied, written or oral, by or between the Parties.

### 11. Warranty Regarding Other Potential Claimants or Legal Claims

Plaintiff, Newport Trial Group APC, and Milstein, Adelman, Jackson, Fairchild, Wade LLP each represent and warrant that they have not disclosed, discussed, or

3

revealed the contents of the Action, the facts alleged therein, or the threat of any legal action to any other potential plaintiff or putative class member, or any attorney outside of Newport Trial Group APC and Milstein, Adelman, Jackson, Fairchild, Wade LLP. Plaintiff, Newport Trial Group APC, and Milstein, Adelman, Jackson, Fairchild, Wade LLP represent and warrant that they have not encouraged any other person to consider or bring, or assisted any other person in considering or bringing, claims against Defendant that are the same as or similar to those asserted in the Action.  Plaintiff agrees that she will not in the future encourage or assist any other person in considering or bringing claims against Defendant that are the same as or similar to those asserted in the Complaint.

To the fullest extent permissible under applicable California law, Newport Trial Group and Milstein, Adelman, Jackson, Fairchild, Wade LLP represent and warrant on behalf of themselves and all others acting on their behalf, that they: (i) have not been retained by any other individuals with claims against Defendant; (ii) are unaware of any other individuals who have or may have claims against Defendant; (iii) are not aware of, and have not been informed of, any other plaintiff, class member, or attorney who intends to bring a claim against Defendant including, but not limited to, any claim based on the subject matter of the Action; and (iv) do not intend to bring any other claim against Defendant.

The Parties expressly acknowledge and agree that the representations and warranties set forth in this section are material inducements to Defendant to enter into this Agreement.

4

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5

IN WITNESS WHEREOF the undersigned Parties do hereby execute this Agreement as of the Effective Date.

KRISTYNE HANBERG ("HANBERG")

_Kristyne Hanberg_

By: Kristyne Hanberg


DEVIANTART, INC.

_____

By: _____


NEWPORT TRIAL GROUP APC

_Scott Ferrell_

By: Scott J. Ferrell, Esq.
Attorneys for Kristyne Hanberg


MILSTEIN, ADELMAN, JACKSON, FAIRCHILD, WADE LLP

_Gillian Wade_

By: Gillian Wade, Esq.
Attorneys for Kristyne Hanberg


VICK LAW GROUP, APC

_____

By: Scott Vick, Esq.
Attorneys for DeviantArt

6

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

IN WITNESS WHEREOF the undersigned Parties do hereby execute this Agreement as of the Effective Date.

KRISTYNE HANBERG ("HANBERG")

_____

By: Kristyne Hanberg

DEVIANTART, INC.

By: _____ ANGELA SCHERPOPODOS _____
CEO

NEWPORT TRIAL GROUP APC

_____

By: Scott J. Ferrell, Esq.
Attorneys for Kristyne Hanberg

MILSTEIN, ADELMAN, JACKSON, FAIRCHILD, WADE LLP

_____

By: Gillian Wade, Esq.
Attorneys for Kristyne Hanberg

VICK LAW GROUP, APC

_____

By: Scott Vick, Esq.
Attorneys for DeviantArt

6

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 8:15-cv-02034-VSS-JCG   Document 140   Filed 06/27/16   Page 22 of 28   Page ID #:4818

# EXHIBIT 3

## Michael LeBoff

| | |
|---|---|
| **From:** | Jackson, Erik L. <ejackson@cozen.com> |
| **Sent:** | Tuesday, June 21, 2016 6:36 PM |
| **To:** | Joshua Furman |
| **Cc:** | Peter Arhangelsky; Eric Awerbuch; Jonathan Emord; Taylor, Brett; Michael LeBoff |
| **Subject:** | RE: Production of Documents RE: Subpoena to Chromadex |

**oCaseID:** 600

Josh –

Thanks for your email.

Please include Brett Taylor of my office on all emails sent to me.

My apologies for not responding to your initial email. As you no doubt realized when you received the auto return email indicating that I was out of the office today, I have been in deposition over the past few days.

We will provide the responsive non-privileged, non-objectionable documents identified in ChromaDex's response to the subpoena shortly. Those documents include the correspondence between The Newport Trial Group and my office. I'm not sure why you are threatening to file a motion to compel documents from ChromaDex, a third party to this action, but your threats are off base, especially when we have already informed you of ChromaDex' use of a separate call center business and that any allegedly relevant documents you identify (i.e. phone logs), if they exist, would be in their possession. As requested by you (although not required), we sent an email to you advising you of the name of the call center. Feel free to subpoena whatever records that you want to from that entity (assuming that such records are discoverable in your action).

By this email, I am copying defense counsel in your action.

Thank you,

Erik



**Erik L. Jackson**
Shareholder | Cozen O'Connor
601 S. Figueroa Street, Suite 3700 | Los Angeles, CA 90017
P: 213-892-7961 F: 866-484-0947
Email | Bio | LinkedIn | Map | cozen.com

**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Tuesday, June 21, 2016 4:52 PM
**To:** Jackson, Erik L. <ejackson@cozen.com>
**Cc:** Peter Arhangelsky <PArhangelsky@emord.com>; Eric Awerbuch <eawerbuch@emord.com>; Jonathan Emord <jemord@emord.com>
**Subject:** Production of Documents RE: Subpoena to Chromadex

Mr. Jackson,

1

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

I again write to inquire about the timeframe for your client's compliance with Natural-Immunogenics' Rule 45 Subpoena. While I have received Chromadex Inc.'s Objections and Responses, I have not received any indication of your timetable for production of documents. Please see my email below, sent a week ago, regarding this issue. Please provide the courtesy of a response. If I do not hear from you by Monday, June 27, I will send you a meet and confer letter regarding a motion to compel production. Thank you.

Regards,

Joshua S. Furman, Esq. | EMORD & ASSOCIATES, P.C. | 3210 S. Gilbert Rd., Ste. 4 | Chandler, AZ 85286
Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 | www.emord.com

NOTICE: This is a confidential communication intended for the recipient listed above. The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine. If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended. Duplication or distribution of this communication is prohibited by the sender. If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

---

**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Tuesday, June 14, 2016 4:46 PM
**To:** 'Jackson, Erik L.'
**Cc:** Peter Arhangelsky; Jonathan Emord
**Subject:** Production of Documents RE: Subpoena to Chromadex

Mr. Jackson,

Yesterday, I received your client's objections and responses to Natural-Immunogenics' Rule 45 Subpoena. It appears that, while Chromadex objects to certain requests, it intends to supply a partial production. Please confirm that our understanding is correct and, if so, let us know when we should expect those files.

In the interests of disclosure, I note that discovery of Mr. Nilon's records (including his phone logs) reveals that he never called Chromadex or BlueScience as alleged in his complaint. This information may be relevant to your client in determining whether to force our motion to compel. Because Mr. Nilon's complaint against Chromadex appears to have lacked support, we will need to fully investigate the factual basis under which Chromadex believed Nilon had a valid claim. That includes, of course, information the Newport Trial Group sent to Chromadex concerning Andrew Nilon's allegations. To the extent Chromadex intends to withhold that type of information, we would ask that you contact us to discuss your position. The Chromadex records are unquestionably relevant to our lawsuit against Nilon. I think the parties can reach an agreement here without having to advance these issues before the court.

Please contact me with any questions. Thank you.

Regards,

Joshua S. Furman, Esq. | EMORD & ASSOCIATES, P.C. | 3210 S. Gilbert Rd., Ste. 4 | Chandler, AZ 85286
Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 | www.emord.com

NOTICE: This is a confidential communication intended for the recipient listed above. The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine. If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended. Duplication or distribution of this communication is prohibited by the sender. If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 8:15-cv-02034-JVS-JCG   Document 140   Filed 06/27/16   Page 25 of 28   Page ID #:1998

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

3

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

Case 8:15-cv-02034-JVS-JCG   Document 140-2   Filed 06/27/16   Page 26 of 28   Page ID #:4822

# EXHIBIT 4

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

## MOBILITY USAGE

2001133.003
06/10/2016
SCAMP

AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



| Run Date: | 06/10/2016 |
|---|---|
| Run Time: | 19:03:51 |
| Voice Usage For: | (818)519-0164 |
| Account Number: | 574241040 |

| Item | Conn. Date | Conn. Time | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 23299 | 10/17/13 | 02:06:21 | 0:28 | 0:37 | 18185190164 | 16199529832 | 0129400015833611 APPLE IPHONE4S | 310410438598038 | MO | [NIOR] |

---

AT&T Proprietary

Sep                The information contained here is for use by authorized persons only and is not
                                       for general distribution.

NIC's Request for Judicial Notice
In Opposition to MSJ
Exh. 2

# CERTIFICATE OF SERVICE
## NATURAL IMMUNOGENICS CORP., V. NEWPORT TRIAL GROUP, ET AL.
### U.S.D.C. CASE NO. 8:15-CV-02034-JVS-JCG

I am employed in the County of Orange, state of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707**.

On June 27, 2016, I served the following document(s) described as **REBUTTAL DECLARATIONS OF 1. ANDREW NILON; 2. ANDREW LEE BASLOW; 3. SCOTT FERRELL; AND MICHAEL LEBOFF IN SUPPORT OF MOTION TO STRIKE COUNT FOUR OF THE SECOND AMENDED COMPLAINT UNDER CAL.CIV. PROC. CODE SECTION425.16; EXHIBITS**

☒ **BY ELECTRONIC MAIL:** I electronically filed such document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet as listed below:

Peter A. Arhangelsky; Eric J. Awerbuch; and Joshua S. Furman:
parhangelsky@emord.com
eawerbuch@emord.com
jfurman@emord.com

Leah M Kaufman: leah@leahmkaufman.com

Gillian L. Wade; Marc Castaneda; Mayo L. Makarczyk; and Sara D. Avila:
gwade@majfw.com
mcastaneda@milsteinadelman.com
savila@majfw.com
mmakarczyk@milsteindelman.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 27, 2016, at Santa Ana, California.

*/s/ Maria Martinez*
Maria Martinez

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NIC's Request for Judicial Notice
~~In Opposition~~ to MSJ
Exh. 2

**CERTIFICATE OF SERVICE**