Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Drive, Bldg. 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff Natural Immunogenics Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **PLAINTIFF'S APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2(b)** |
| v. | |
| NEWPORT TRIAL GROUP, et al., | Judge: Hon. James V. Selna |
| Defendants. | |

///
///
///
///
///
///
///

Plaintiff Natural-Immunogenics Corp. ("NIC") hereby submits this application pursuant to Local Rule 79-5.2.2(b).  On March 10, 2017, the Court ordered the parties to file all motions pending before the Special Discovery Master to the CM/ECF system forthwith.  *See* Dkt. 239.  NIC's Motion to Compel Production of Financial Documents (the "Motion") is pending before Discovery Master Chapman.  Exhibit D to that Motion has been designated "confidential" under the stipulated discovery protective order (Dkt. 87) by Defendants Newport Trial Group and Scott Ferrell ("NTG").  NTG has informed NIC that Exhibit D to the Motion meets the heightened standard for an under seal filing.

NIC takes no position regarding whether Exhibit D meets that standard. NIC hereby submits the relevant document and an accompanying declaration pursuant to Local Rule 79-5.2.2(b).

NIC cannot eliminate the need to file this application through redactions because the document as a whole is relevant to NIC's factual and legal argument presented in the pending motion.

NIC will file the Motion pursuant to the Court's March 10, 2017 order following the Court's Order on this application.

DATED:  March 17, 2017

Respectfully submitted,

EMORD & ASSOCIATES, PC

*/s/ Peter A. Arhangelsky*

Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Ph:  (602) 388-8899

PLAINTIFF'S APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2(b)

1

Fx:  (602) 393-4361

*Attorney for Plaintiff Natural-Immunogenics*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2017, the foregoing, **PLAINTIFF'S APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2(b)** was electronically filed using the Court's CM/ECF system and was sent via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
Tel: (714) 384-5540
*Attorney for Andrew Nilon,*
*Giovanni Sandoval, Sam Schoonover,*
*Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

 */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.