# ATTACHMENT 1

# EXHIBIT D

**Scott Jason Ferrell**
**Personal Balance Sheet**



Confidential: Subject to Protective Order

Exhibits in Support of Jt. Stip. Re: Plaintiff's Motion to Compel Financial Documents
Page 29