# Exhibit "A"

B1 (Official Form 1) (04/13)                                                                    Bar No#: 102229

| United States Bankruptcy Court<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**SANTA ANA DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Negrete, Carlos F** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Law Offices of Carlos F. Negrete** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-2604** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**27442 Calle Arroyo**<br>**San Juan Capistrano, CA**<br><br>ZIP CODE **92675** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Check one box:**          **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                              THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 1413230792)*

Exhibit "A" - 2

**B1 (Official Form 1) (04/13)**                                                                                      **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Carlos F Negrete** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **Central District of California Santa Ana** | Case Number: **8:13-17212-ES** | Date Filed: **9/30/2013** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X** /s/ Michael R. Totaro                     6/8/2015  **Michael R. Totaro**                          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐ Yes, and Exhibit C is attached and made a part of this petition.  ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.  If this is a joint petition:  ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)   _____ (Name of landlord that obtained judgment)   _____ (Address of landlord)  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 1413230792)*

Exhibit "A" - 3

B1 (Official Form 1) (04/13)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s):   Carlos F Negrete |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** **/s/ Carlos F. Negrete** | |
| **Carlos F Negrete** | **X**_____ |
| **X**_____ | (Signature of Foreign Representative) |
| | _____ |
| | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | _____ |
| **6/8/2015** | |
| Date | Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| **X** **/s/ Michael R. Totaro** | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| **Michael R. Totaro**          Bar No. **102229** | |
| **Totaro & Shanahan** | |
| **P.O. Box 789** | |
| **Pacific Palisades, CA 90272** | |
| | _____ |
| | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Phone No.**(310) 573-0276**     Fax No.**(319) 496-1260** | _____ |
| 6/8/2015 | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Address |
| | **X**_____ |
| **X**_____ | _____ |
| Signature of Authorized Individual | Date |
| | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| _____ | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| _____ | |
| Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| _____ | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 1413230792)*

Exhibit "A" - 4

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276 Fax(319) 496-1260<br>102229<br><br>☑ *Attorney for:* Negrete, Carlos F | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
**SANTA ANA DIVISION**

| In re:  Carlos F Negrete | CASE NO.: 8:15-bk-21906-MW |
|---|---|
| | CHAPTER: 11 |
| Debtor | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐  Petition, statement of affairs, schedules or lists          Date Filed: _____
☐  Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐  Other: _____          Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests,statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____          June 8, 2015
Signature of Signing Party                               Date

Carlos F Negrete
_____
Printed Name of Signing Party

_____          June 8, 2015
Signature of Joint Debtor (if applicable)                Date

_____
Printed Name of Joint Debtor (if applicable)

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____          June 8, 2015
Signature of Attorney for Signing Party                  Date

Michael R. Totaro
_____
Printed Name of Attorney for Signing Part

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Exhibit "A" - 5

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:    **Carlos F Negrete**                                                    Case No.

                                                                                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | *Disputed* | **$83,232.86** |
| Internal Revenue Service Central Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | *Disputed* | **$46,876.45** **Value: $0.00** |
| Internal Revenue Service Central Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | | **$32,876.15** |
| Internal Revenue Service Central Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | *Disputed* | **$29,270.94** |
| US Bank, NA 1310 Madrid St. Marshall, NM 56258 | | Copier | *Disputed* | **$28,710.98** |
| US Bank, NA 1310 Madrid St. Marshall, NM 56258 | | Lease | *Disputed* | **$30,210.98** **Value: $1,500.00** |

Exhibit "A" - 6

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Carlos F Negrete**                                     Case No.

                                                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 | | Taxes | | **$22,622.55** |
| J.P. Morgan Chase, NA<br>P.O. Box 15298<br>Wilmington, DE 19850 | | Credit Card | *Disputed* | **$22,365.87** |
| Merrill Corp./Legal Link<br>20750 Ventura Blvd. #205<br>Woodland Hills, CA 91364 | | Services | *Disputed* | **$16,666.00** |
| Maria Lopez et al.<br>c/o Robert Cherry<br>8001 Irvine Center Dr. #157<br>Irvine, CA 92618 | | Collection | *Disputed*<br>*Setoff* | **$15,500.00** |
| Brookline Management, LLC<br>c/o Tiarna Real Estate Services, Inc.<br>2603 Main St. #210<br>Irvine, CA 92614 | | CAM | *Disputed* | **$14,945.72** |
| Santander Consumer, USA<br>Attn. Bankruptcy Dept.<br>P.O. Box 961275<br>Forth Worth, TX 76161 | | Purchase Money | *Disputed* | **$36,206.06**<br>**Value: $21,475.00** |
| Lexis Nexsis Martindale Hubbell<br>c/o Jerome O'Brien<br>P.O. Box 505<br>Caldwell, NJ 07007 | | Services | *Disputed* | **$6,434.66** |

Exhibit "A" - 7

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Carlos F Negrete**                                      Case No.

                                                            Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Barry G. Coleman<br>23931 Sofia St.<br>Mission Viejo, CA 92691 | | Collection | *Disputed*<br>*Setoff* | **$6,275.00** |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | Credit Card | *Disputed* | **$5,431.00** |
| Public Storage<br>P.O. Box 1854<br>Southgate, MI 48195 | | Storage | *Disputed* | **$5,126.00** |
| Cheap Storage<br>228 Avenida Fagricante<br>San Clemente, CA 92672 | | Storage | *Disputed* | **$4,951.00** |
| Public Storage<br>P.O. Box 1854<br>Southgate, MI 48195 | | Storage | *Disputed* | **$4,928.00** |
| Jefferson Capital Systems, LLC<br>P.O. Box 7999<br>St. Cloud, MN 56302 | | Collecting for -HSBC | *Disputed* | **$4,906.62** |
| MRC Smart Technology<br>5657 Copley Dr.<br>San Diego, CA 92111 | | Service | | **$4,889.48**<br>**Value: $0.00** |

Exhibit "A" - 8

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Carlos F Negrete**                                         Case No.

                                                                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*


I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **6/8/2015**                                    Signature:   **/s/ Carlos F. Negrete**
                                                                    *Carlos F Negrete*


Exhibit "A" - 9

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:                                                    CHAPTER    **11**

**Carlos F Negrete**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
|  |  |  |  |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __6/8/2015__                          Signature: __/s/ Carlos F. Negrete__
                                                      *Carlos F Negrete*

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:    **Carlos F Negrete**                                           Case No. _____
                                                                                        (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)    **UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:    **Carlos F Negrete**                                    Case No.    _____

                                                                          (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Carlos F. Negrete**
                                   Carlos F Negrete

Date:    _____**6/8/2015**_____

Exhibit "A" - 12

B 201 - Notice of Available Chapters (Rev. 06/14)                                   USBC, Central District of California

Name:    Totaro & Shanahan

Address:    P.O. Box 789
Pacific Palisades, CA 90272

Telephone: (310) 573-0276                     Fax:     (319) 496-1260

☒  Attorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names, including trade names, used by Debtor(s) within last 8 years:<br><br><br>Carlos F Negrete<br>dba Law Offices of Carlos F. Negrete | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

Exhibit "A" - 13

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts ininstallments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollaramounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

Exhibit "A" - 14

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____        _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
                                                                         Address:  preparer is not an individual, state the
                                                                         Social Security number of the officer, principal,
_____        responsible person, or partner of the bankruptcy
                                                                         petition preparer.) (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Carlos F Negrete                                  /s/ Carlos F Negrete_____        June 8, 2015
Printed Name(s) of Debtor(s)                       Signature of Debtor                 Date


Case No. (if known)_____        /s/_____        June 8, 2015
                                                   Signature of Joint Debtor (if any)   Date

Exhibit "A" - 15

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    Ch 13 Filed on 9/30/2013 8:13-bk-17212-ES Dismissed,

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  San Juan Capistrano,,          California          /s/ Carlos F Negrete
                                                                 Debtor

Dated          June 8, 2015

                                                                 Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          **F1015-2.1.STMT.RELATED.CASES**

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re  **Carlos F Negrete**                                                Case No.

                                                                           Chapter        **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $222,568.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $131,537.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $59,358.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $311,111.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $7,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $6,805.61 |
| TOTAL | | 34 | $222,568.00 | $502,006.50 | |

Exhibit "A" - 17

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re  **Carlos F Negrete**                                                                Case No.

                                                                                        Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$1,250.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$58,108.35** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$59,358.35** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$7,000.00** |
| Average Expenses (from Schedule J, Line 22) | **$6,805.61** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$7,000.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$97,487.02** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$59,358.35** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$311,111.13** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$408,598.15** |

Exhibit "A" - 18

B6A (Official Form 6A) (12/07)

In re  **Carlos F Negrete**                                                    Case No. _____
                                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

Exhibit "A" - 19

B6B (Official Form 6B) (12/07)

In re  **Carlos F Negrete**                                    Case No.  _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash not in banks | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking | - | $3,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | On office | - | $24,818.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | No 1 item over 650.00 | - | $650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family pictures with no market value | - | $0.00 |
| 6. Wearing apparel. | | Normal clothing for one person | - | $650.00 |
| 7. Furs and jewelry. | | Misc. costume jewelry | - | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Photography Equipment | - | $400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmer's Universal Life | - | $2,500.00 |

Exhibit "A" - 20

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Carlos F Negrete**                                    Case No.  _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Owner of law practice, Service business unsellable | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Possible Accounts Receivables | - | $150,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Exhibit "A" - 21

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Carlos F Negrete**                                    Case No.  _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | PI action v. Sadedhnobari CIV 1212-04320 for medical claim | - | Unknown |
| | | Potential claim against Calle Arroyo Cottages | - | Unknown |
| | | Claim against Farmers Ins for mold and abestos on property insured by Carlos F. Negrete | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 C 250 Mercedes 48K miles | - | $21,475.00 |

Exhibit "A" - 22

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Carlos F Negrete**                                      Case No. _____

                                                                                    (if known)


## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2009 Audi A4 97K miles | - | $11,075.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment | - | $3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 1990 Conquest Travel Trailer very old | - | $1,000.00 |
| | | 2001 Express Chevy Cargo Van 117K miles | - | $2,400.00 |

_____3_____ continuation sheets attached    **Total >**    **$222,568.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Exhibit "A" - 23

B6C (Official Form 6C) (4/13)

In re  **Carlos F Negrete**                                              Case No. _____
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash not in banks | C.C.P. § 703.140(b)(5) | $100.00 | $100.00 |
| Business Checking | C.C.P. § 703.140(b)(5) | $3,500.00 | $3,500.00 |
| No 1 item over 650.00 | C.C.P. § 703.140(b)(3) | $650.00 | $650.00 |
| Normal clothing for one person | C.C.P. § 703.140(b)(3) | $650.00 | $650.00 |
| Misc. costume jewelry | C.C.P. § 703.140(b)(4) | $1,000.00 | $1,000.00 |
| Photography Equipment | C.C.P. § 703.140(b)(5) | $400.00 | $400.00 |
| Farmer's Universal Life | C.C.P. § 703.140(b)(7) | $2,500.00 | $2,500.00 |
| PI action v. Sadedhnobari CIV 1212-04320 for medical claim | C.C.P. § 703.140(b)(11)(D) | Unknown | Unknown |
| Potential claim against Calle Arroyo Cottages | C.C.P. § 703.140(b)(11)(D) | Unknown | Unknown |
| Claim against Farmers Ins for mold and abestos on property insured by Carlos F. Negrete | C.C.P. § 703.140(b)(11)(D) | Unknown | Unknown |
| Office Equipment | C.C.P. § 703.140(b)(6) | $3,000.00 | $3,000.00 |
| 2001 Express Chevy Cargo Van 117K miles | C.C.P. § 703.140(b)(2) | $2,400.00 | $2,400.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $14,200.00 | $14,200.00 |

Exhibit "A" - 24

B6D (Official Form 6D) (12/07)

In re  **Carlos F Negrete**                                    Case No. _____

                                                                                    (if known)

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **2604**<br><br>**Internal Revenue Service**<br>**Central Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED: **2012**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Unknown**<br>REMARKS:<br><br>VALUE: $0.00 | | | X | **$46,876.45** | **$46,876.45** |
| ACCT #: **9487**<br><br>**MRC Smart Technology**<br>**5657 Copley Dr.**<br>**San Diego, CA 92111** | | - | DATE INCURRED: **2015**<br>NATURE OF LIEN:<br>**Service**<br>COLLATERAL:<br><br>REMARKS:<br><br>VALUE: $0.00 | | | | **$4,889.48** | **$4,889.48** |
| ACCT #: **6593**<br><br>**Santander Consumer, USA**<br>**Attn. Bankruptcy Dept.**<br>**P.O. Box 961275**<br>**Forth Worth, TX 76161** | | - | DATE INCURRED: **5/2013**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2012 C 250 Mercedes**<br>REMARKS:<br><br>VALUE: $21,475.00 | | | X | **$36,206.06** | **$14,731.06** |
| ACCT #: **6195**<br><br>**US Bank, NA**<br>**1310 Madrid St.**<br>**Marshall, NM 56258** | | - | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Lease**<br>COLLATERAL:<br>**Copier**<br>REMARKS:<br><br>VALUE: $1,500.00 | | | X | **$30,210.98** | **$28,710.98** |
| | | | Subtotal (Total of this Page) > | | | | **$118,182.97** | **$95,207.97** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 25

B6D (Official Form 6D) (12/07) - Cont.

In re  **Carlos F Negrete**                                                           Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **6432** <br><br> **Wilshire Commercial Capital** <br> **4751 Wilshire Blvd. #100A** <br> **Los Angeles, CA 90010** | | - | DATE INCURRED: **12/2011** <br> NATURE OF LIEN: <br> **Loan** <br> COLLATERAL: <br> **2009 Audi A4** <br> REMARKS: <br><br><br> VALUE:        **$11,075.00** | | | X | **$13,354.05** | **$2,279.05** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$13,354.05** | **$2,279.05** |
| Total (Use only on last page) > | **$131,537.02** | **$97,487.02** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Exhibit "A" - 26

B6E (Official Form 6E) (04/13)

In re  **Carlos F Negrete**                                    Case No. _____

                                                                                           (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____continuation sheets attached

                                                                        Exhibit "A" - 27

B6E (Official Form 6E) (04/13) - Cont.

In re **Carlos F Negrete**                                Case No. _____
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **4879**<br>**City of San Diego**<br>**Attn. Collections Program**<br>**P.O. Box 129039**<br>**San Diego, CA 92112** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Misc. Govt. Tax**<br>REMARKS: | | | | $140.15 | $140.15 | $0.00 |
| ACCT #: **3033**<br>**City of San Juan Capistrano**<br>**c/o Citation Processing Center**<br>**P.O. Box 7275**<br>**Newport Beach, CA 92658** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Admin Citation**<br>REMARKS: | | | | $500.00 | $500.00 | $0.00 |
| ACCT #: **BK00015**<br>**County of Orange Tax Collector**<br>**Attn. Bankruptcy Dept**<br>**P.O. Box 4515**<br>**Santa Ana, CA 92702** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $308.62 | $308.62 | $0.00 |
| ACCT #: **0080**<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $22,622.55 | $22,622.55 | $0.00 |
| ACCT #: **5251**<br>**Internal Revenue Service**<br>**Central Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $32,876.15 | $32,876.15 | $0.00 |
| ACCT #: **2604**<br>**State of California Franchis Tax Bd**<br>**Bankruptcy Dept.**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $1,398.88 | $1,398.88 | $0.00 |

Sheet no. ___**1**___ of ___**3**___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $57,846.35 | $57,846.35 | $0.00 |
|---|---|---|---|---|

Total >
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

Exhibit "A" - 28

B6E (Official Form 6E) (04/13) - Cont.

In re  **Carlos F Negrete**                                          Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **Negrete** <br><br> **The Toll Roads** <br> **P.O. Box 50310** <br> **Irvine, CA 92619** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Fees** <br> REMARKS: | | | | $262.00 | $262.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____2____ of ____3____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED |
|---|---|---|---|
| Subtotals (Totals of this page) > | $262.00 | $262.00 | $0.00 |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

Exhibit "A" - 29

B6E (Official Form 6E) (04/13) - Cont.

In re  **Carlos F Negrete**                                            Case No.  _____
                                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **Negrete**<br>**Luz Maria Tamarit**<br>**3513 Calle Zorra**<br>**San Clemente, Ca 92673** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support On Going**<br>REMARKS: | | | | $1,250.00 | $1,250.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___3___ of ___3___ continuation sheets     **Subtotals (Totals of this page) >**   | $1,250.00 | $1,250.00 | $0.00 |

attached to Schedule of Creditors Holding Priority Claims

**Total >**   $59,358.35
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

**Totals >**   $59,358.35   $0.00
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

Exhibit "A" - 30

B6F (Official Form 6F) (12/07)

In re    **Carlos F Negrete**                                                       Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5400**<br>**Account Management Service**<br>**5300 Orange Ave. #120**<br>**Cypress, CA 90630** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collecting for - So Ca Ref. Labor**<br>REMARKS: | | | X | $111.00 |
| ACCT #:  **F4238**<br>**Aiken Welch Court Reporters**<br>**One Kaiser Plaza #250**<br>**Oakland, CA 94612** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $516.86 |
| ACCT #:  **6032**<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $5,431.00 |
| ACCT #:  **1383**<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $83,232.86 |
| ACCT #:  **2003**<br>**American Express**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $1,393.13 |
| ACCT #:  **0923**<br>**Arrowhead Direct**<br>**6661 Dixie Hwy #4**<br>**Louisville, KY 40158** | | - | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Product**<br>REMARKS: | | | X | $264.74 |

| | |
|---|---|
| Subtotal > | $90,949.59 |
| Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

____**14**____ continuation sheets attached

Exhibit "A" - 31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carlos F Negrete**                                                    Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2944**<br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:  **2003**<br>CONSIDERATION:<br>**Collecting for - Pac Bell**<br>REMARKS: | | | X | $168.10 |
| ACCT #:  **5020**<br>**Barkley Court Reporters**<br>**File 50127**<br>**Los Angeles, CA 90074** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $900.68 |
| ACCT #:  **OCSC 00667497**<br>**Barry G. Coleman**<br>**23931 Sofia St.**<br>**Mission Viejo, CA 92691** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | X | $6,275.00 |
| ACCT #:  **3658**<br>**Brookline Management, LLC**<br>**c/o Tiarna Real Estate Services, Inc.**<br>**2603 Main St. #210**<br>**Irvine, CA 92614** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**CAM**<br>REMARKS: | | | X | $14,945.72 |
| ACCT #:  **Negrete**<br>**Calle Arroyo Cottages, LLC**<br>**Attn. Leslie A. Bower**<br>**Bower & Associates APLC**<br>**52 Argonaut #120**<br>**Aliso Viejo,CA 92658** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **Negrete**<br>**Capistrano Dispatch**<br>**34932 Calle Del Sol #B**<br>**San Juan Capistrano, CA 92675** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Marketing**<br>REMARKS: | | | X | $1,191.65 |

Sheet no. _____**1**_____ of _____**14**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Subtotal >    $23,481.15

                                                                                    Total >
                                                (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 32

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carlos F Negrete**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **Negrete**<br>**Case Home Page**<br>**775 Baywood Dr. #308**<br>**Petaluma, CA 94954** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | **$480.95** |
| ACCT #:  **2040**<br>**Case Home Page**<br>**775 Baywood Dr. #308**<br>**Petaluma, CA 94954** | | - | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Documents**<br>REMARKS: | | | X | **$1,575.00** |
| ACCT #:  **Negrete**<br>**CC Processing Services**<br>**2511 W. 3rd St. #209**<br>**Los Angeles, CA 90026** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Service**<br>REMARKS: | | | X | **$196.00** |
| ACCT #:  **4658**<br>**CEB**<br>**2100 Franklin St. #500**<br>**Oakland, CA 94612** | | - | DATE INCURRED: **2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | **$480.00** |
| ACCT #:  **2260**<br>**Chase Receivables**<br>**4700 Broadway**<br>**Sonoma, CA 95476** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Verizon**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **39**<br>**Cheap Storage**<br>**228 Avenida Fagricante**<br>**San Clemente, CA 92672** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | **$4,951.00** |

Sheet no. ____**2**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$7,682.95**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 33

Case 8:15-bk-12928-ES    Doc 1    Filed 06/08/15    Entered 06/08/15 17:18:45    Desc
Main Document    Page 33 of 75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2777**<br>**Citibank, NA**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS: | | | X | $1,936.00 |
| ACCT #:  **1202**<br>**Coast to Coast Business Equipment**<br>**8 Vanderbilt**<br>**P.O. Box 57077**<br>**Irvine, CA 92619** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Service**<br>REMARKS: | | | X | $123.07 |
| ACCT #:  **8254**<br>**Collection Consultants**<br>**6100 San Fernando Rd. #211**<br>**Glendale, CA 91201** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Mediclal Bill**<br>REMARKS: | | | X | $1,693.00 |
| ACCT #:  **1002**<br>**Corodata Records Mgmt**<br>**P.O. Box 842638**<br>**Los Angeles, CA 90084** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | $1,833.97 |
| ACCT #:  **7177**<br>**Corodata Records Mgmt Inc.**<br>**12375 Kerran St.**<br>**Poway, CA 92064** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Service**<br>REMARKS: | | | X | $225.14 |
| ACCT #:  **4073**<br>**Corporate Collection Services**<br>**Division of HRS**<br>**P.O. Box 1500**<br>**Henrietta, NY 14467** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Paychex**<br>REMARKS: | | | X | $2,335.73 |

Sheet no. ____3____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $8,146.91 |
|---|---|---|
|  | **Total >** | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**    Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **00586896**<br>**Danny Cavic**<br>**c/o William Stocker**<br>**31878 Del Obispo #118-606t**<br>**San Juan Capistrano, CA 92675** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **00597224**<br>**David Vasoughkla**<br>**c/o Stanley D. Boweman**<br>**700 N. Pacific Coast Hwy #20**<br>**Redondo Beach, CA 90277** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Malpractice Claim**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **9105**<br>**DDS Legal Services**<br>**2900 Bristol E-106**<br>**Costa Mesa, CA 92626** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Legal Services**<br>REMARKS: | | | X | **$3,200.00** |
| ACCT #:  **Negrete**<br>**Debra Smeltzer**<br>**23 Lilac**<br>**Irvine, CA 92618** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Employment Claim Denied**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **4125**<br>**Department of Education**<br>**400 Maryland Ave. SW**<br>**Washington, DC 20202** | | - | DATE INCURRED:  **1982**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | X | **$2,850.00** |
| ACCT #:  **4099**<br>**Department of Education**<br>**400 Maryland Ave. SW**<br>**Washington, DC 20202** | | - | DATE INCURRED:  **1982**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | X | **$1,140.00** |

Sheet no. ____ **4** ____ of ____ **14** ____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | **$7,190.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                    Case No. _____
                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4116** <br> **Department of Education** <br> **400 Maryland Ave. SW** <br> **Washington, DC 20202** | | - | DATE INCURRED: **1980** <br> CONSIDERATION: <br> **Student Loan** <br> REMARKS: | | | X | **$1,036.00** |
| ACCT #: **Negrete** <br> **Drymaster, Inc.** <br> **27136 Paseo Espada #1101** <br> **San Juan Capistrano, CA 92675** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | X | **Unknown** |
| ACCT #: **Negrete** <br> **Echo Reporting, Inc.** <br> **6336 Greenwish Dr. #B** <br> **San Diego, CA 92122** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Reporting Services** <br> REMARKS: | | | X | **$127.50** |
| ACCT #: **Negrete** <br> **Elite Court Reporting** <br> **23312 Madero Rd. #B** <br> **Mission Viejo, CA 92691** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Reporting Services** <br> REMARKS: | | | X | **$505.50** |
| ACCT #: **xxxrete** <br> **Farmer's Ins.** <br> **Burton A. Harris** <br> **4766 Park Granada #104** <br> **Calabasas, CA 91302** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | X | **$659.02** |
| ACCT #: **BC521361** <br> **Galina & Vadim Vaynter** <br> **c/0 Paul D. Fitzgerald,** <br> **1645 N. Cine St. #306** <br> **Los Angeles, CA 90028** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: <br> **Malpractice dismissed** <br> REMARKS: <br> **RE Ryan Romlinson, Lorina Vyanter, Arthur Katz, Regina Vaynter Dismissed Case** | | | X | **Notice Only** |

Sheet no. ____**5**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$2,328.02**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carlos F Negrete**                                         Case No.  _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **Negrete**<br>**Integrity Legal Services**<br>**3432 N.Orangewood Ave. #534**<br>**Rialto, CA 92377** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $63.00 |
| ACCT #:  **2604**<br>**Internal Revenue Service**<br>**Central Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | X | $29,270.94 |
| ACCT #:  **6618**<br>**J.P. Morgan Chase, NA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,387.00 |
| ACCT #:  **6110**<br>**J.P. Morgan Chase, NA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $22,365.87 |
| ACCT #:  **7492**<br>**JAMS**<br>**P.O. Box 512850**<br>**Los Angeles, CA  90051** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $400.00 |
| ACCT #:  **3026**<br>**Janny & Janny**<br>**1545 Wilshire Blvd. #311**<br>**Los Angeles, CA 90017** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $980.75 |

Sheet no. ____**6**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $55,467.56

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 37

Case 8:15-bk-12928-ES    Doc 1    Filed 06/08/15    Entered 06/08/15 17:18:45    Desc
Main Document    Page 37 of 75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**    Case No. _____
    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4272** <br> **Jefferson Capital Systems, LLC** <br> **P.O. Box 7999** <br> **St. Cloud, MN 56302** | | - | DATE INCURRED: **1994** <br> CONSIDERATION: **Collecting for -HSBC** <br> REMARKS: **1994 claim** | | | X | **$4,906.62** |
| ACCT #: **F5043** <br> **Jilio-Ryan Court Reporters** <br> **14661 Franklin Ave. #150** <br> **Tustin, CA 92780** | | - | DATE INCURRED: **2015** <br> CONSIDERATION: **Services** <br> REMARKS: | | | X | **$1,045.00** |
| ACCT #: **Negrete** <br> **John S. Shegerian et al** <br> **c/o Hwan Kim** <br> **Squire Patton Boggs, LLP** <br> **2550 M. St. NW** <br> **Washington, DC 20037** | | - | DATE INCURRED: <br> CONSIDERATION: **Attorney Fees** <br> REMARKS: | | | X | **Unknown** |
| ACCT #: **4272** <br> **JR Adjustment Co.** <br> **P.O. Box 782107** <br> **Orlando, FL 32878** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: **Services** <br> REMARKS: | | | X | **$272.26** |
| ACCT #: **Negrete** <br> **Lexis Nexsis Martindale Hubbell** <br> **c/o Jerome O'Brien** <br> **P.O. Box 505** <br> **Caldwell, NJ 07007** | | - | DATE INCURRED: **2013** <br> CONSIDERATION: **Services** <br> REMARKS: | | | X | **$6,434.66** |
| ACCT #: **7127** <br> **M Leonard & Assoc** <br> **P.O. Box 2339** <br> **Van Nuys, CA 91411** | | - | DATE INCURRED: **2008** <br> CONSIDERATION: **Collecting for - David Winsor MD** <br> REMARKS: | | | X | **$67.00** |

Sheet no. ____**7**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$12,725.54**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 38

Case 8:15-bk-12928-ES   Doc 1   Filed 06/08/15   Entered 06/08/15 17:18:45   Desc
Main Document   Page 38 of 75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carlos F Negrete**                                                  Case No. _____
                                                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **00512824**<br>**Maria Lopez et al.**<br>**c/o Robert Cherry**<br>**8001 Irvine Center Dr. #157**<br>**Irvine, CA 92618** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | X | $15,500.00 |
| ACCT #: **Negrete**<br>**Maxene Weinberg Agency**<br>**Affiliate of National Depo**<br>**27881 Las Ramblas #160**<br>**Mission Viejo, CA 92691** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $3,082.85 |
| ACCT #: **0065**<br>**Medicredit Corporation**<br>**P.O. Box 1629**<br>**Maryland Heights, MO 63043** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Collecting for - Mission Viejo ER**<br>REMARKS: | | | X | $113.00 |
| ACCT #: **13N17185**<br>**Merrill Corp./Legal Link**<br>**20750 Ventura Blvd. #205**<br>**Woodland Hills, CA 91364** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $16,666.00 |
| ACCT #: **7503**<br>**Mission Hospital**<br>**P.O. box 31001-1884**<br>**Pasadena, CA 91110** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Medial Bill**<br>REMARKS: | | | X | $145.25 |
| ACCT #: **1817**<br>**Mission Hospital**<br>**P.O. box 31001-1884**<br>**Pasadena, CA 91110** | | - | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Medial Bill**<br>REMARKS: | | | X | $788.29 |

Sheet no. ___**8**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $36,295.39

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5087**<br>**Mission Viejo ER. Med. Assn**<br>**P.O. Box 66099**<br>**Arcadia, CA 91066** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | X | **$588.62** |
| ACCT #:  **Negrete**<br>**OC Smart Shopper**<br>**34175 Camino Caapistrano #201**<br>**Capistrano Beach,CA 926234** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Ads**<br>REMARKS: | | | X | **$726.00** |
| ACCT #:  **3378**<br>**Paluma Med Group, Inc.**<br>**P.O. Box 7087**<br>**Orange, CA 92863** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Med Services**<br>REMARKS: | | | X | **$293.68** |
| ACCT #:  **4073**<br>**Paychecks, Inc.**<br>**Attn. Bankruptcy Dept.**<br>**1175 John St.**<br>**West Henrietta, NY 14586** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Service**<br>REMARKS: | | | X | **$2,200.00** |
| ACCT #:  **Negrete**<br>**PDQ Investments, LLC**<br>**as Trustee for Via de Agua Trust #33506**<br>**c/o Micole Simi**<br>**27372 Aliso Creek Rd. #230**<br>**Aliso Viejo, CA 92656** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**UD**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **6118**<br>**Portfolio Recovery Associates, LLC**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase**<br>REMARKS: | | | X | **Notice Only** |

Sheet no. ____**9**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$3,808.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carlos F Negrete**    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5006**<br>**Price Self Storage**<br>**32992 Valley Rd**<br>**SJC, CA 92675** | | - | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | **$320.50** |
| ACCT #:  **0254**<br>**Progressive Mgmt Systems**<br>**6477 Telephone Rd. #5**<br>**Ventura, CA 93003** | | - | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Collecting for - Saddleback**<br>REMARKS:<br>**2008 claim barred by Statute of Limitations** | | | X | **Notice Only** |
| ACCT #:  **4634**<br>**Progressive Mgmt Systems**<br>**6477 Telephone Rd. #5**<br>**Ventura, CA 93003** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for - Saddleback**<br>REMARKS:<br>**2009 claim barred by statute of limitations** | | | X | **$0.00** |
| ACCT #:  **0132**<br>**Public Storage**<br>**P.O. Box 1854**<br>**Southgate, MI 48195** | | - | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | **$5,126.00** |
| ACCT #:  **0547**<br>**Public Storage**<br>**P.O. Box 1854**<br>**Southgate, MI 48195** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | **$4,807.00** |
| ACCT #:  **0546**<br>**Public Storage**<br>**P.O. Box 1854**<br>**Southgate, MI 48195** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Storage**<br>REMARKS: | | | X | **$4,928.00** |

Sheet no. ___**10**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$15,181.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 41

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carlos F Negrete**                                        Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **0697** <br> **Public Storage** <br> **P.O. Box 1854** <br> **Southgate, MI 48195** | | - | DATE INCURRED: **2015** <br> CONSIDERATION: <br> **Storage** <br> REMARKS: | | | X | **$3,883.00** |
| ACCT #: **8572** <br> **Quantum3 Group LLC** <br> **P.O.Box 788** <br> **Kirkland, WA 98083** | | - | DATE INCURRED: **1995** <br> CONSIDERATION: <br> **Collecting for - Galaxy GE Capital** <br> REMARKS: <br> **Claim barred by statute of limitations** | | | X | **Notice Only** |
| ACCT #: **xxxrete** <br> **Rebecca Sheffield** <br> **1900 Via Pimpollo** <br> **San Clemente, CA 92673** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Potential Claim** <br> REMARKS: | | | X | **Unknown** |
| ACCT #: **7539** <br> **Select Resource Group** <br> **P.O. Box 25969** <br> **Greenville, SC 29616** | | - | DATE INCURRED: **201** <br> CONSIDERATION: <br> **Collecting for - Bank of Georgia** <br> REMARKS: | | | X | **$1,382.72** |
| ACCT #: **3185** <br> **Sequoia Financial Services** <br> **500 N. Brand Blvd.** <br> **Glendale, CA 91203** | | - | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Collecting for - Cedars Sinai** <br> REMARKS: | | | X | **$4,350.00** |
| ACCT #: **0609** <br> **Smartstop Baffin Bay** <br> **25650 Baffin Bay Dr.** <br> **Lake Forest, CA 92630** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Storage** <br> REMARKS: | | | X | **Notice Only** |

Sheet no. ____**11**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$9,615.72**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                            Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **Negrete 2604**<br>**St Joseph Health**<br>**Mission Hospital**<br>**P.O. Box 1022**<br>**Wison, MI 48393** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:  **xxxrete**<br>**Suzanne Bedford**<br>**27882 Camino del Rio**<br>**San Juan Capistrano, Ca 92675** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Potential Claim**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **0514**<br>**T-Mobile**<br>**P.O. Box 51843**<br>**Los Angeles, CA 90051** | | - | DATE INCURRED:  **2015**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$131.45** |
| ACCT #:  **9258**<br>**The Hartford**<br>**2 Park Ave.**<br>**New York, NY 10016** | | - | DATE INCURRED:  **013**<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | X | **$2,422.00** |
| ACCT #:  **5597**<br>**Thompson Rueters Business**<br>**610 Opperman Dr.**<br>**D6-11 Accounts Receivables**<br>**St. Paul, MN 55123** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | **$3,225.54** |
| ACCT #:  **2676**<br>**TSC A/R Solutions**<br>**2701 Loker Ave. W #270**<br>**Calrsbad, CA 92010** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collecting for - Saddleback**<br>REMARKS:<br>**2009 claim barred by the statute of limitations** | | | X | **Unknown** |

Sheet no. ____**12**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$5,778.99**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                   Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **3609** <br> **TSC Accounts Receivable Solutions** <br> **2701 Loker Ave. West #270** <br> **Carlsbad, CA 92010** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Collecting for - Saddleback** <br> REMARKS: | | | X | **$818.89** |
| ACCT #: **5695** <br> **US Airways** <br> **P.O. Box 1337** <br> **Philadelphia, PA 19101** | | - | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | **Unknown** |
| ACCT #: **6195** <br> **US Bank, NA** <br> **1310 Madrid St.** <br> **Marshall, NM 56258** | | - | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Copier** <br> REMARKS: <br> **Unsecured portion of claim** | | | X | **$28,710.98** |
| ACCT #: **Negrete** <br> **US Nationaal Bank** <br> **c/o Jeffrey Fulton** <br> **1545 Hotel Circle Sourth #240** <br> **San Diego, CA 92108** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Collecting for - US Bank** <br> REMARKS: | | | X | **Notice Only** |
| ACCT #: **9899** <br> **Verizon Wireless** <br> **P.O. Box 660108** <br> **Dallas, TX 75266** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | X | **$650.59** |
| ACCT #: **4275** <br> **Williams, Babbit & Weisman** <br> **5255 N. Federal Hwy 3rd Fl.** <br> **Boca Raton, FL 33487** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Jams** <br> REMARKS: | | | X | **Notice Only** |

Sheet no. ____**13**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$30,180.46**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Exhibit "A" - 44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carlos F Negrete**                                                    Case No. _____
                                                                                            (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6432**<br>**Wilshire Commercial Capital**<br>**4751 Wilshire Blvd. #100A**<br>**Los Angeles, CA 90010** | | - | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Audi**<br>REMARKS:<br>**Unsecured portion of Audi** | | | X | $2,279.05 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**14**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal >** | $2,279.05 |
|---|---|---|
|  | **Total >** | $311,111.13 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Exhibit "A" - 45

B6G (Official Form 6G) (12/07)

In re  **Carlos F Negrete**                                                      Case No. _____
                                                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Brookline Management, LLC**<br>Tiarna Real Estate Services, Inc.<br>2603 Main St. #210<br>Irvine, CA 92614 | Business lease 27442 and 27462A<br>Contract to be ASSUMED |
| **MRC Smart Technology**<br>5657 Copley Dr.<br>San Diego, CA 92111 | Copier Lease<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Carlos F Negrete**                                                Case No. _____
                                                                                               (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Exhibit "A" - 47

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Carlos | F | Negrete |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Attorney** | |
| **Employer's name** | **Law Offices of Carlos Negrete** | |
| **Employer's address** | **27422 Calle Arroyo**<br>Number  Street | Number  Street |
| | **SJC**          **CA**   **92675**<br>City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | **27 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$7,000.00** | |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. **$7,000.00** | |

Official Form B 6I                    **Schedule I: Your Income**                    page 1

Exhibit "A" - 48

Debtor 1   **Carlos**          **F**          **Negrete**                    Case number (if known) _____
          First Name      Middle Name      Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ......................................................... ➔ 4. | **$7,000.00** | _____ |

**5.   List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | _____ |
| 5e. Insurance | 5e. | $0.00 | _____ |
| 5f. Domestic support obligations | 5f. | $0.00 | _____ |
| 5g. Union dues | 5g. | $0.00 | _____ |
| 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | _____ |

**6.   Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   $0.00   _____

**7.   Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   **$7,000.00**   _____

**8.   List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**   8a.   $0.00   _____

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**   8b.   $0.00   _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**   8c.   $0.00   _____

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**   8d.   $0.00   _____

8e. **Social Security**   8e.   $0.00   _____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $0.00   _____

8g. **Pension or retirement income**   8g.   $0.00   _____

8h. **Other monthly income.** Specify: _____   8h.+   $0.00   _____

**9.   Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $0.00   _____

**10.   Calculate monthly income.**   Add line 7 + line 9.   10.   $7,000.00   +   _____   =   $7,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.   State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.   +   $0.00

**12.   Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.   Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.   **$7,000.00**
**Combined monthly income**

**13.   Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:   **I expect to increase my income in the months leading to confirmation**

Official Form B 6I          **Schedule I: Your Income**          page 2

Exhibit "A" - 49

**Fill in this information to identify your case:**

Debtor 1    **Carlos**      **F**      **Negrete**
    First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

☑ No.  Go to line 2.

☐ Yes.  **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes.  Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes.  Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.     **$2,000.00**

**If not included in line 4:**

4a.  Real estate taxes      4a. _____

4b.  Property, homeowner's, or renter's insurance      4b.   **$150.00**

4c.  Home maintenance, repair, and upkeep expenses      4c.   **$100.00**

4d.  Homeowner's association or condominium dues      4d. _____

Exhibit "A" - 50

Debtor 1    **Carlos**              **F**                        **Negrete**                    Case number (if known) _____

First Name            Middle Name              Last Name

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | | **$80.00** |
| | 6b. Water, sewer, garbage collection | 6b. | | **$50.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | | **$280.00** |
| | 6d. Other. Specify:  **Cell Phone** | 6d. | | **$150.00** |
| 7. | **Food and housekeeping supplies** | 7. | | **$350.00** |
| 8. | **Childcare and children's education costs** | 8. | | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | | **$100.00** |
| 10. | **Personal care products and services** | 10. | | **$75.00** |
| 11. | **Medical and dental expenses** | 11. | | **$120.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | | **$150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | **$120.00** |
| 14. | **Charitable contributions and religious donations** | 14. | | **$100.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | | **$100.00** |
| | 15b. Health insurance | 15b. | | |
| | 15c. Vehicle insurance | 15c. | | **$616.00** |
| | 15d. Other insurance. Specify:  **UST Fees** | 15d. | | **$216.66** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1    **Mercedes** | 17a. | | **$588.95** |
| | 17b. Car payments for Vehicle 2    **Audi** | 17b. | | **$209.00** |
| | 17c. Other. Specify: | 17c. | | |
| | 17d. Other. Specify: | 17d. | | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** **Support Payment** | 18. | | **$1,250.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | | |
| | 20b. Real estate taxes | 20b. | | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | | |
| | 20e. Homeowner's association or condominium dues | 20e. | | |

Official Form B 6J                                **Schedule J: Your Expenses**                                page 2

Exhibit "A" - 51

Debtor 1  **Carlos**                    **F**                        **Negrete**                              Case number (if known) _____

First Name              Middle Name              Last Name

**21.  Other.**  Specify: _____    21.  **+** _____

**22.  Your monthly expenses.**    Add lines 4 through 21.
The result is your monthly expenses.    22. | **$6,805.61**

**23.  Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$7,000.00**

23b.   Copy your monthly expenses from line 22 above.    23b.  **–**  **$6,805.61**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c. | **$194.39**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.
☐  Yes.  | Explain here:
**None.**

Exhibit "A" - 52

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Carlos F Negrete**                                                          Case No. _____
                                                                                             (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6/8/2015**_____        Signature  **/s/ Carlos F. Negrete**_____
                                                                      ***Carlos F Negrete***

Date _____        Signature _____

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

Exhibit "A" - 53

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:   **Carlos F Negrete**                                     Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $33,917.00 | 2012 Employment |
| $26,300.00 | 2013 Employment |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☐

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Luz Maria Tamarit** **3513 Calle Zorra** **San Clemente, Ca 92673** | **Last three months Ongoing support** | **$3,750.00** | **$0.00** |

Exhibit "A" - 54

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:   **Carlos F Negrete**                                              Case No.   _____
                                                                                           (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Coleman v. Negrete 30-2013-00667497 | Dispute | Small Claims | Stayed |
| Cavic v. Negrete 30-2012 00586896 | Civil | OC Superior court | Dismissed 12/15/2014 |
| Vosoughia v. Negrete 30-2012 00597224 | Civil | OC Superior | Dismissed 2/10/2014 |
| Vaynter v. Negrette BC521361 | Civil | LA Sup. Ct | Pending |
| Legal Link v. Negrete 13N17185 | Collection | LA Sup Ct | Judgment |
| Negrete v. Sadeghnogbari CIV1204320 | PI | Marin County | Judgment |
| PDQ v. Negrete 300771322 | UD | OC Sup Ct. | Trial |
| Shegerian v. Chlean Tech Partners Jams 1100076382 | Fees | San Francisco | Pending |
| Lopez v, Negrete 00512824 | PI | OC Superior Court | Pending |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Exhibit "A" - 55

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:  **Carlos F Negrete**                                      Case No. _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Totaro & Shanahan** **P.O. Box 789** **Pacific Palisades, CA 90272** | **06/06/2015** | **$5,900.00 Retainer against** **$400.00 an hour** |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

Exhibit "A" - 56

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:   **Carlos F Negrete**                                    Case No. _____
                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

   **NAME**

   **Luz Maria Tamarit**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Exhibit "A" - 57

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:   **Carlos F Negrete**                                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Law Offices of Carlos F. Negrete APLC 27422 Calle Arroyo SJC, CA 92675** | **Law Firm** | **2007 to present** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bottom Line Financial LLC 3900 Birch St. #110 Newport Beach, CA 92660** | **2007 to present** |

---

None ☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

Exhibit "A" - 58

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:  **Carlos F Negrete**                                    Case No. _____
                                                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:  **Carlos F Negrete**                                     Case No. _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **6/8/2015**_____        Signature ____**/s/ Carlos F. Negrete**_____
                                                                           of Debtor        *Carlos F Negrete*

Date  _____        Signature _____
                                                                           of Joint Debtor
                                                                           (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

Exhibit "A" - 60

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Carlos F Negrete**                                           CASE NO

                                                                        CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **Hourly billing** |
| Prior to the filing of this statement I have received: | **$5,900.00** |
| Balance Due: To be billed hourly | **(Hourly** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Adversary actions based on fraud.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| **6/8/2015** | **/s/ Michael R. Totaro** | |
|---|---|---|
| *Date* | *Michael R. Totaro* | Bar No.  102229 |

---

Case 8:15-bk-12928-ES    Doc 1    Filed 06/08/15    Entered 06/08/15 17:18:45    Desc
Main Document        Page 61 of 75

February 2006                                                    2006 USBC Central Distrcit of California

| United States Bankruptcy Court Central District of California | |
|---|---|
| In re    Negrete, Carlos F                                          Debtor(s). | CHAPTER: 11 CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Carlos F Negrete _____ , the debtor in this case, declare under penalty
(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition. (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the enitre 60-day period prior to the date of the filing of my bankruptcy petition.


I, _____ , the debtor in this case, declare under penalty
(Print Name of Joint Debtor)

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition. (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the enitre 60-day period prior to the date of the filing of my bankruptcy petition.


Date June 8, 2015 _____        Signature /s/Carlos F Negrete _____
                                                            Debtor

Date _____        Signature _____
                                                            Joint Debtor (if any)


Exhibit "A" - 62

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carlos** | **F** | **Negrete** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 22B

# Chapter 11 Statement of Your Current Monthly Income
**12/14**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.**  Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.**  Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.**  Fill out Column A, lines 2-11.

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.**  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $7,000.00 | |
| 3. | **Alimony and maintenance payments.**  Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.**  Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates.  Include regular contributions from a spouse only if Column B is not filled in.  Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Column A | | Column B |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | − $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | Copy here → | $0.00 |

6. **Net income from rental and other real property**

| | Column A | | Column B |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | − $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | Copy here → | $0.00 |

Exhibit "A" - 63

Debtor 1   **Carlos**          **F**          **Negrete**          Case number (if known) _____
          First Name      Middle Name      Last Name

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| **7. Interest, dividends, and royalties** | $0.00 | |
| **8. Unemployment compensation** | $0.00 | |

Do not enter the amount if you contend that the amount received was a
benefit under the Social Security Act.  Instead, list it here: ................↓

For you............................................................. _____ $0.00

For your spouse.............................................. _____

**9. Pension or retirement income.**  Do not include any amount received that          $0.00
was a benefit under the Social Security Act.

**10. Income from all other sources not listed above.**  Specify the source and
amount.  Do not include any benefits received under the Social Security Act
or payments received as a victim of a war crime, a crime against humanity,
or international or domestic terrorism.  If necessary, list other sources on a
separate page and put the total on line 10c.

10a. _____  _____  _____

10b. _____  _____  _____

10c.  Total amounts from separate pages, if any.       + _____  + _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.                 $7,000.00  +  _____  =  $7,000.00
Then add the total for Column A to the total for Column B.

                                                                        **Total average monthly income**

## Part 2:   Deduct any applicable marital adjustment

**12. Copy your total average monthly income from line 11.** ..................................................................   $7,000.00

**13. Calculate the marital adjustment.**  Check one:

☑ You are not married.  Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you.  Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses
of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other
than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose.  If
necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____  _____

13b. _____  _____

13c. _____ + _____

13d. Total................................................................... [_____]   Copy here..........➔...... 13d. − _____

**14. Your current monthly income.**  Subtract line 13d from line 12.                    14.   $7,000.00

Exhibit "A" - 64

| Debtor 1 | **Carlos** | **F** | **Negrete** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**  **/s/ Carlos F. Negrete** _____         **X** _____
    **Carlos F Negrete**                                         Signature of Debtor 2

Date  **6/8/2015** _____                         Date _____
    MM / DD / YYYY                                             MM / DD / YYYY

Exhibit "A" - 65

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Carlos F Negrete**                                                                        CASE NO

                                                                                                             CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/8/2015                                          Signature   /s/ Carlos F. Negrete
                                                                          *Carlos F Negrete*


Date _____            Signature _____



                                                             /s/ Michael R. Totaro
                                                            *Michael R. Totaro*
                                                            *102229*
                                                            *Totaro & Shanahan*
                                                            *P.O. Box 789*
                                                            *Pacific Palisades, CA 90272*
                                                            *(310) 573-0276*

Account Management Service
5300 Orange Ave. #120
Cypress, CA 90630


Aiken Welch Court Reporters
One Kaiser Plaza #250
Oakland, CA 94612


American Express
P.O. Box 981537
El Paso, TX 79998


Arrowhead Direct
6661 Dixie Hwy #4
Louisville, KY 40158


Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090


Barkley Court Reporters
File 50127
Los Angeles, CA 90074


Barry G. Coleman
23931 Sofia St.
Mission Viejo, CA 92691


Brookline Management, LLC
c/o Tiarna Real Estate Services, Inc.
2603 Main St. #210
Irvine, CA 92614


Brookline Management, LLC
Tiarna Real Estate Services, Inc.
2603 Main St. #210
Irvine, CA 92614

Exhibit "A" - 67

Calle Arroyo Cottages, LLC
Attn. Leslie A. Bower
Bower & Associates APLC
52 Argonaut #120
Aliso Viejo,CA 92658

Capistrano Dispatch
34932 Calle Del Sol #B
San Juan Capistrano, CA 92675

Carlos F Negrete
27442 Calle Arroyo
San Juan Capistrano, CA 92675

Case Home Page
775 Baywood Dr. #308
Petaluma, CA 94954

CC Processing Services
2511 W. 3rd St. #209
Los Angeles, CA 90026

CEB
2100 Franklin St. #500
Oakland, CA 94612

Chase Receivables
4700 Broadway
Sonoma, CA 95476

Cheap Storage
228 Avenida Fagricante
San Clemente, CA 92672

Citibank, NA
P.O. Box 6241
Sioux Falls, SD 57117

Exhibit "A" - 68

City of San Diego
Attn. Collections Program
P.O. Box 129039
San Diego, CA 92112


City of San Juan Capistrano
c/o Citation Processing Center
P.O. Box 7275
Newport Beach, CA 92658


Coast to Coast Business Equipment
8 Vanderbilt
P.O. Box 57077
Irvine, CA 92619


Collection Consultants
6100 San Fernando Rd. #211
Glendale, CA 91201



Corodata Records Mgmt
P.O. Box 842638
Los Angeles, CA 90084



Corodata Records Mgmt Inc.
12375 Kerran St.
Poway, CA 92064



Corporate Collection Services
Division of HRS
P.O. Box 1500
Henrietta, NY 14467


County of Orange Tax Collector
Attn. Bankruptcy Dept
P.O. Box 4515
Santa Ana, CA 92702


Danny Cavic
c/o William Stocker
31878 Del Obispo #118-606t
San Juan Capistrano, CA 92675

David Vasoughkla
c/o Stanley D. Boweman
700 N. Pacific Coast Hwy #20
Redondo Beach, CA 90277


DDS Legal Services
2900 Bristol E-106
Costa Mesa, CA 92626


Debra Smeltzer
23 Lilac
Irvine, CA 92618


Department of Education
400 Maryland Ave. SW
Washington, DC 20202


Drymaster, Inc.
27136 Paseo Espada #1101
San Juan Capistrano, CA 92675


Echo Reporting, Inc.
6336 Greenwish Dr. #B
San Diego, CA 92122


Elite Court Reporting
23312 Madero Rd. #B
Mission Viejo, CA 92691


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Farmer's Ins.
Burton A. Harris
4766 Park Granada #104
Calabasas, CA 91302

Exhibit "A" - 70

Galina & Vadim Vaynter
c/0 Paul D. Fitzgerald,
1645 N. Cine St. #306
Los Angeles, CA 90028


Integrity Legal Services
3432 N.Orangewood Ave. #534
Rialto, CA 92377



Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


J.P. Morgan Chase, NA
P.O. Box 15298
Wilmington, DE 19850



JAMS
P.O. Box 512850
Los Angeles, CA  90051



Janny & Janny
1545 Wilshire Blvd. #311
Los Angeles, CA 90017



Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302



Jilio-Ryan Court Reporters
14661 Franklin Ave. #150
Tustin, CA 92780



John S. Shegerian et al
c/o Hwan Kim
Squire Patton Boggs, LLP
2550 M. St. NW
Washington, DC 20037

JR Adjustment Co.
P.O. Box 782107
Orlando, FL 32878


Lexis Nexsis Martindale Hubbell
c/o Jerome O'Brien
P.O. Box 505
Caldwell, NJ 07007


Luz Maria Tamarit
3513 Calle Zorra
San Clemente, Ca 92673


M Leonard & Assoc
P.O. Box 2339
Van Nuys, CA 91411


Maria Lopez et al.
c/o Robert Cherry
8001 Irvine Center Dr. #157
Irvine, CA 92618


Maxene Weinberg Agency
Affiliate of National Depo
27881 Las Ramblas #160
Mission Viejo, CA 92691


Medicredit Corporation
P.O. Box 1629
Maryland Heights, MO 63043


Merrill Corp./Legal Link
20750 Ventura Blvd. #205
Woodland Hills, CA 91364


Mission Hospital
P.O. box 31001-1884
Pasadena, CA 91110


Exhibit "A" - 72

Mission Viejo ER. Med. Assn
P.O. Box 66099
Arcadia, CA 91066


MRC Smart Technology
5657 Copley Dr.
San Diego, CA 92111


OC Smart Shopper
34175 Camino Caapistrano #201
Capistrano Beach,CA 926234


Office of the United States Trustee
411 W. Fourth St. 7th Fl.
Santa Ana, CA 92701


Paluma Med Group, Inc.
P.O. Box 7087
Orange, CA 92863


Paychecks, Inc.
Attn. Bankruptcy Dept.
1175 John St.
West Henrietta, NY 14586


PDQ Investments, LLC
as Trustee for Via de Agua Trust #33506
c/o Micole Simi
27372 Aliso Creek Rd. #230
Aliso Viejo, CA 92656

Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk, VA 23502


Price Self Storage
32992 Valley Rd
SJC, CA 92675

Exhibit "A" - 73

Progressive Mgmt Systems
6477 Telephone Rd. #5
Ventura, CA 93003


Public Storage
P.O. Box 1854
Southgate, MI 48195


Quantum3 Group LLC
P.O.Box 788
Kirkland, WA 98083


Rebecca Sheffield
1900 Via Pimpollo
San Clemente, CA 92673


Santander Consumer, USA
Attn. Bankruptcy Dept.
P.O. Box 961275
Forth Worth, TX 76161


Select Resource Group
P.O. Box 25969
Greenville, SC 29616


Sequoia Financial Services
500 N. Brand Blvd.
Glendale, CA 91203


Smartstop Baffin Bay
25650 Baffin Bay Dr.
Lake Forest, CA 92630


St Joseph Health
Mission Hospital
P.O. Box 1022
Wison, MI 48393


Exhibit "A" - 74

State of California Franchis Tax Bd
Bankruptcy Dept.
P.O. Box 2952
Sacramento, CA 95812


Suzanne Bedford
27882 Camino del Rio
San Juan Capistrano, Ca 92675


T-Mobile
P.O. Box 51843
Los Angeles, CA 90051


The Hartford
2 Park Ave.
New York, NY 10016


The Toll Roads
P.O. Box 50310
Irvine, CA 92619


Thompson Rueters Business
610 Opperman Dr.
D6-11 Accounts Receivables
St. Paul, MN 55123


Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272


TSC A/R Solutions
2701 Loker Ave. W #270
Calrsbad, CA 92010


TSC Accounts Receivable Solutions
2701 Loker Ave. West #270
Carlsbad, CA 92010


Exhibit "A" - 75

US Airways
P.O. Box 1337
Philadelphia, PA 19101


US Bank, NA
1310 Madrid St.
Marshall, NM 56258


US Nationaal Bank
c/o Jeffrey Fulton
1545 Hotel Circle Sourth #240
San Diego, CA 92108


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Williams, Babbit & Weisman
5255 N. Federal Hwy 3rd Fl.
Boca Raton, FL 33487


Wilshire Commercial Capital
4751 Wilshire Blvd. #100A
Los Angeles, CA 90010

# Exhibit "B"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert C. Rosen (SBN 79684)<br>robertrosen@rosen-law.com<br>John B. Wallace (SBN 93047)<br>johnwallace@rosen-law.com<br>ROSEN & ASSOCIATES, P.C.<br>333 S. Flower St., Ste. 3010,<br>Los Angeles, CA 90012<br>Tel: (213) 362-1000<br>Fax: (213) 362-1001<br><br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CLARK WARREN BAKER<br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-20351–BB<br><br>CHAPTER: 7 |
|---|---|
| JAMES MURTAGH, M.D.<br><br><br><br>Plaintiff(s)<br>Versus<br><br>CLARK WARREN BAKER<br><br><br><br>Defendant(s) | ADVERSARY NUMBER:<br><br><br>**SUMMONS AND NOTICE OF<br>STATUS CONFERENCE IN ADVERSARY<br>PROCEEDING  [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ | Place: |
|---|---|
| Time: _____ | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                            Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

Exhibit "B" - 78

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                  Page 2                                  **F 7004-1.SUMMONS.ADV.PROC**

Exhibit "B" - 79

**ROSEN & ASSOCIATES, P.C.**
**Robert C. Rosen (SBN 79684)**
**John B. Wallace (SBN 93047)**
**Lisa Hiraide (SBN 206142)**
444 S. Flower Street, Suite 3010
Los Angeles, CA 90071
Tel.: (213) 362-1000; Fax: (213) 362-1001
email: mail@rosen-law.com

Attorneys for Plaintiff JAMES MURTAGH, M.D.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLARK WARREN BAKER,<br><br>               Debtor.<br><hr>JAMES MURTAGH, M.D.,<br><br>               Plaintiff,<br>vs.<br><br>CLARK WARREN BAKER,<br><br>               Defendant. | Bk. Case No.: 2:15-bk-20351–BB<br><br>Chapter 7<br>Adv. Case No. _____<br><br>**COMPLAINT FOR:**<br><br>**DETERMINATION OF NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(6) and 523(a)(4)** |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

1

# TABLE OF CONTENTS

PAGE NO.

JURISDICTION AND VENUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
THE PARTIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

A.   BAKER'S SUICIDE TAUNTS . . . . . . . . . . . . . . . . . 10

B.   BAKER'S MALICIOUS INTENT . . . . . . . . . . . . . . . . 13

C.   BAKER FAILED TO PAY SANCTIONS . . . . . . . . . . . . . 15

D.   BAKER'S DEFAMATORY WEBSITES . . . . . . . . . . . . . 15

E.   BAKER'S STALKING . . . . . . . . . . . . . . . . . . . . . . 23

F.   BAKER'S INTERFERENCE WITH EMPLOYMENTS . . . . . . 25

G.   BAKER'S DEFAMATION . . . . . . . . . . . . . . . . . . . . 32

H.   BAKER'S HACKING - EMAIL . . . . . . . . . . . . . . . . . 32

I.   BAKER'S HACKING - COMPUTER . . . . . . . . . . . . . . 32

J.   BAKER'S HACKING - WEBSITE . . . . . . . . . . . . . . . . 33

K.   BAKER'S PINGING . . . . . . . . . . . . . . . . . . . . . . . 34

L.   BAKER'S SPOOFING . . . . . . . . . . . . . . . . . . . . . . 35

M.   BAKER'S THREATS . . . . . . . . . . . . . . . . . . . . . . 40

N.   BAKER'S POSTING OF PSYCHIATRIC RECORDS . . . . . . 40

O.   BAKER'S VIOLATION OF HIPAA . . . . . . . . . . . . . . . 41

P.   BAKER'S VIOLATION OF PROTECTIVE ORDERS . . . . . . 42

Q.   BAKER'S ALTERATION OF DOCUMENTS . . . . . . . . . . 44

R.   BAKER'S FRIVOLOUS LEGAL PROCEEDINGS . . . . . . . . 46

S.   BAKER'S DISCOVERY OF CONFIDENTIAL DATA . . . . . . 47

T.   BAKER'S TAX EVASION . . . . . . . . . . . . . . . . . . . . 49

U.   BAKER'S RETALIATION . . . . . . . . . . . . . . . . . . . . 51

FIRST CLAIM FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . 52
SECOND CLAIM FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . 54
PRAYER FOR RELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## JURISDICTION AND VENUE

1.     This is a core proceeding under 28 U.S.C. § 157(b)(2)(I) in that Plaintiff James Murtagh, M.D. ("Plaintiff" or "Dr. Murtagh"), seeks a determination under 11 U.S.C. § 523(a)(6) as to the dischargeability of debts owed by the Debtor Clark Baker to Dr. Murtagh under 11 U.S.C. §§ 523(a)(6) and 523(a)(4).  Consent is hereby given to the entry of final orders and a judgment.

2.     On June 29, 2015, Debtor Clark Baker, the defendant herein ("Baker," "Debtor," or "Defendant"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

3.     This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334 because the claims are core proceedings which arise in a case pending in this Court - In re Baker (the "Baker Case").

4.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409 because the Baker Case is pending in this Court. Venue is also proper under 28 U.S.C. § 1391 because the Debtor resides in this District. Venue is also proper because the wrongful acts and/or omissions alleged in this Complaint took place within the District. Accordingly, this Court has personal jurisdiction over the Debtor.

## OVERVIEW

5.     Debtor should be denied a discharge because of, or at least with respect to, the following willful and malicious actions and liabilities:

(a)     Baker routinely **taunted** and encouraged Dr. Murtagh to commit *suicide* (in violation of California Penal Code section 401).

(b)     Baker regularly expressed and implemented his explicit **intent** to destroy Dr. Murtagh's career.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

3

(c) Baker **violated an Order** of the Los Angeles Superior Court awarding $60,000.00 in attorneys' fees and expenses for filing a *frivolous* motion, by failing to pay any amount.

(d) Baker created, owns and maintained **websites** containing falsehoods about Dr. Murtagh.

(e) Baker **stalked** Dr. Murtagh.

(f) Baker intentionally **interfered** with at least 49 actual and potential **employments** of Dr. Murtagh.

(g) Baker **defamed** Dr. Murtagh in email to potential and actual employers, recruiters and hospitals.

(h) Baker **defamed** Dr. Murtagh in verbal communications with employers, recruiters and hospitals, resulting in a loss of income exceeding $1 million.

(i) Baker **hacked** into and other intercepted Dr. Murtagh's email.

(j) Baker **hacked** into Dr. Murtagh's computer and took data and files including without limitation personal photographs.

(k) Baker **hacked** into Dr. Murtagh's website, altered the password and altered the website by adding links to websites including without limitation links to www.omsj.org.

(l) Baker illegally **"pinged"** the phones of Dr. Murtagh and other persons to locate them.

(m) Baker **"spoofed"** other persons, including attorneys, in emails to Dr. Murtagh and other persons in order to obtain confidential information by using an email address very similar to, but not identical to, the actual email address of

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

4

Exhibit "B" - 83

a person trusted by Dr. Murtagh, *including legal counsel*, effectively misdirecting and intercepting confidential and privileged communications.

(n)    Baker **threatened** Dr. Murtagh and other persons with defamation and/or violence.

(o)    Baker wrongfully posted Dr. Murtagh's personal psychiatric records online.

(p)    Baker **violated** the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") by soliciting members of the public to send Baker their confidential medical records without any privacy protections and/or limitations on the use of those records.

(q)    Baker violated two other Los Angeles Superior Court Orders, including a Protective Order to return or destroy materials which Baker obtained from an attorney to whom Dr. Murtagh had confidentially provided those materials.

(r)    Baker **intentionally altered documents** and submitted those altered documents as exhibits to the Los Angeles Superior Court together with a declaration under penalty of perjury which falsely represented that the documents were authentic.

(s)    Baker initiated legal proceedings which were either dropped or unsuccessful for the explicit purpose of causing Dr. Murtagh to incur legal expenses.

(t)    Baker improperly claims that co-Debtor OMSJ is tax-exempt in order to evade payment of taxes. It appears that the IRS and FTB did not even receive notice of the bankruptcy proceedings for Baker and OMSJ.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

5

(u)   Baker engaged in other criminal and tortious activities, which are presently suspected by Dr. Murtagh as a result of Baker's acquisition of confidential information which could only have been acquired by illegal invasions of Dr. Murtagh's privacy.

## THE PARTIES

6.   **PLAINTIFF.**  James Murtagh, M.D. is a licensed and experienced medical doctor.  He is board certified in Internal Medicine (1985); Pulmonary Disease (1988); and Sleep Medicine (2009).  On November 15, 2013, approximately 19 months prior to Baker's bankruptcy, Dr. Murtagh filed a civil action for damages and equitable relief against Baker and the Office of Medical and Scientific Justice, Inc. ("OMSJ"), titled *James Murtagh, M.D. v. Clark Baker; Office of Medical and Scientific Justice, Inc.,* Los Angeles Superior Court Case No. BC527716 ("LASC Case").

7.   **DEFENDANT.**  Debtor Clark Baker is a California licensed private investigator, license number 19547, issued June 9, 1997.  Baker's P.I. license specifically requires him to avoid "dishonesty or fraud," at the risk of professional discipline, including license revocation, pursuant to Bus. & Prof. Code §§ 7561.1 and 7561.4.  Baker is the founder and operator of the Office of Medical and Scientific Justice, Inc. ("OMSJ"), which: (a) is another Debtor in this Court;[1] (b) purports to be a non-profit corporation;[2] (c)

---

[1]   See *In Re Office of Medical and Scientific Justice, Inc.*, Case No. 2:15-bk-20345-BB.

[2]   **OMSJ's Alleged Purpose.** OMSJ's Articles of Incorporation are inconsistent about OMSJ's purpose; compare:

!   Article II(A) states that OMSJ " is organized under the Nonprofit Public

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

6

claims to pursue a charitable agenda;[3] and (d) dissipated its assets immediately before its own bankruptcy petition was filed (specifically, by paying $32,000 to Viral Forensics, LLC, an entity which appears to be continuing some of the activities of OMSJ). Baker admitted that he has purposefully made himself judgment-proof to allow himself greater latitude in the activities in which he can engage without consequences.[4]

## GENERAL ALLEGATIONS

8.    **OMSJ.** Baker is OMSJ's President, sole shareholder and Director, and its co-obligor and co-debtor.[5]

---

Benefit Corporation Law for *charitable* purposes.

!    Article II(B) states that OMSJ " is organized exclusively for *charitable, religious. educational, and/or scientific* purposes under section 501(c)(3) of the Internal Revenue Code.

[3]    **OMSJ's "Mission."** OMSJ states its "mission" as follows:

!    "To protect and defend the victims and witnesses of medical and scientific corruption," according to OMSJ's 2012 IRS Form 990 filing, Ex. 5.

!    "The Office of Medical & Scientific Justice is engaged in the mission of protecting and defending the integrity of the medical and scientific community by providing CONFIDENTIAL investigative resources to the victims and witnesses of medical and scientific corruption." Website homepage.

[4]    **Admission.** in his internet blog (the address for which is http://exlibhollywood.blogspot.com/2005/05/whats-in-name.html) (bold added) – Baker agreed to protect the substantial assets of his *defacto* wife, Carol Dunn and wrote that he would "protect her assets in a way that, if I was ever targeted by someone like Warren Christopher again, I would never again expose my loved ones to the liability I incurred. We never married and I signed away all future claims against her. In this way, I legally own nothing except my generous LAPD pension - which cannot be touched by courts or plaintiffs. I learned that there are worse things than death and that cash isn't one of them. As a private investigator, **such protection makes my job easier.**"

[5]    See *In Re OMSJ*, Docket No. 3, p. 21, Item 21 and pp. 12 and 15.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

7

9.    **COMPLAINTS**.  Complaints about Baker have been made to the following regulators, police and prosecutors about Baker, and Dr. Murtagh believes that investigations have been initiated by various authorities: (a) California Attorney General (for the criminal activity alleged herein); (b) California Department of Consumer Affairs - Bureau of Security & Investigative Services (based on Baker's violation of the statutory prohibition of "dishonesty or fraud" by a PI licensee); (c) California Franchise Tax Board (for his failure to pay taxes on OMSJ's income); (d) California Medical Board (based on Baker's advice to AIDS and HIV patients to discontinue taking medicine and on Baker's HIPPA violations with respect to medical records he publicly solicited from AIDS and HIV patients); (e) California Registry of Charitable Trusts (for his abusive claim that OMSJ is a non-profit); (f) California State Bar (for spoofing attorneys and thus attempting to acquire confidential information and for failing to return or destroy confidential materials as ordered by the Los Angeles Superior Court); (g) United States Department of Justice (for the criminal activity alleged herein and for identity theft); (h) the Federal Bureau of Investigation (for the criminal activity alleged herein); (i) Internet Crime Complaint Center c/o National White Collar Crime Center (for the criminal activity alleged herein); (j) Los Angeles District Attorney (for the criminal activity alleged herein); (k) Los Angeles Police Department (for the criminal activity alleged herein); and (l) United States Attorney (for the criminal activity alleged herein).

10.    **OTHER COMPLAINANTS**.  Dr. Murtagh is not the only person targeted by Baker and is not the only person who has made complaints about Baker to government authorities; complaints about Baker have been made to regulators, police and prosecutors about Baker by other persons

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

8

including without limitation:  Todd DeShong; Brian Foley, PhD;  Nikolas

11.  **PAYMENT.**  Through the related Debtor, OMSJ, Baker received the use of at least $1.2 million to finance the activities alleged herein, primarily from billionaire Robert Leppo.

12.  **STATE COURT ACTION.**  On February 18, 2015, Dr. Murtagh filed a third amended complaint against Defendants in the LASC Case based on the conduct of Defendants described herein. Plaintiff alleged: (a) Intentional Infliction of Emotional Distress; (b) Negligent Infliction of Emotional Distress; (c) Negligence; (d) Defamation; (e) Violation of Civil Code § 1798.53; (f) Intentional Interference with Contractual Relations; (g) Intentional Interference with Prospective Economic Advantage; (h) Intrusion Into Private Affairs; (i) Violation of B.&P. Code §§ 17200 and 17500; (j) Violation of Civ. Code §3344; (k) Unauthorized Use of Name/Likeness; and (l) Declaratory Relief. In his third amended complaint, Dr. Murtagh prays for: (a) compensatory damages which Plaintiff estimates presently to be not less than $ 5 million; (b) exemplary or punitive damages; (c) injunctive relief including a Permanent Injunction, Temporary Injunction, Order to Show Cause, and/or Temporary Restraining Order; and (d) declaratory relief.

13.  **SANCTIONS AWARD.**  On May 12, 2015, the Los Angeles Superior Court, in the LASC Case, ordered Baker and OMSJ, jointly and severally, to pay $60,000 in sanctions to Dr. Murtagh.  Defendants failed to pay any part of that sanctions award before filing for bankruptcy protection under Chapter 7 of the U.S. Bankruptcy Code.

14.  **OMSJ WIRE TRANSFERS ONE MONTH BEFORE FILING FOR BANKRUPTCY PROTECTION.**  In May 2015, as revealed in OMSJ's checking account statements produced by the Custodian of Records of Bank of America in response to Plaintiff's Subpoena for Rule 2004 Examination, OMSJ wire transferred $65,000 to Godes & Pries, a law firm

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

9

that substituted in as counsel for Defendants on May 22, 2015 in the LASC Case; the payments were made over 11 days: May 15, 2015 ($5,000); May 18, 2015 ($15,000); May 20, 2015 ($15,000) and May 26, 2015 ($30,000). The $65,000 transferred was nearly 100% of the amount in OMSJ's checking account at the time.

15.    On June 11, 2015, a mere 20 days after formally substituting in as counsel for Defendants in the LASC Case, Godes & Pries filed a Motion to Be Relieved as Counsel, which was granted at the hearing on the motion. Godes & Pries filed no pleadings on behalf of Defendants, nor did they propound any discovery during the 20 day period they purportedly represented Defendants.

16.    **DEBTORS' SCHEDULE F.**  On the Debtors' Schedule F – Creditors Holding Unsecured Non Priority Claims, the Debtors as co-obligors, reported "$60,000 for SLAPP judgment - Claim for damage $1,000,000". The total amount of claim owed to Creditor James Murtagh, M.D. was also stated as **$1,060,000.000.**

### A.  BAKER'S SUICIDE TAUNTS

17.    **PENAL CODE 401 VIOLATION.**  Baker has expressly taunted Dr. Murtagh to commit suicide by insidious emails. By such conduct, Baker violated California Penal Code § 401 which states that "[e]very person who deliberately aids, or advises, or encourages another to commit suicide, is guilty of a felony."

18.    **NOVEMBER 16, 2012 TAUNT**.  On November 16, 2012, at 12:48 p.m. (bold added), Baker emailed Dr. Murtagh: "Every message I receive from you reminds me that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

10

did....**Now that your medical career is finally over, will you work at McDonalds or hang yourself in a closet?"**

19. **NOVEMBER 19, 2012 TAUNT**.  Three days later, on November 19, 2012 at 1:16 p.m., Baker again emailed Dr. Murtagh (bold added): "Dear Mo:[6] I've received a lot of email and phone calls lately - from former lawyers, healthcare recruiters, hospitals...it looks like your behavior is finally catching up with you. With no job, no family, no children, no prospects and no future, **I pray that someone won't find you hanging from a belt in a motel closet this Christmas**. I want you alive so that I can depose you on videotape.  You're the most fascinating sociopath I've ever met. [¶] You can probably find work somewhere that doesn't require you to interact with other people, delivering papers or maybe as a long haul truck driver. [¶] In 2008, I warned you and your associates that the storm would come.  That storm has come."

20. **OCTOBER 27, 2014 TAUNT**.  Rewording the heading "circling the drain" (which was sent directly from Baker's email account), Dr. Murtagh received the following spoofed email which was similarly titled (i.e., "swirling the drain"), promptly after Dr. Murtagh was asked to leave a hospital at which he was then working: "From: "Arnold Palmer" <apalmer46@yahoo.com> [¶] Subject: **swirling the drain...** [¶] Date: October 27, 2014 at 10:55:57 AM MDT [¶] To: jmurtag@mindspring.com [¶] Reply-To: apalmer46@yahoo.com [¶] **"you're done - your life is over."**

21. **NOVEMBER 24, 2014 TAUNT**.  Two years later on November 24, 2014 at 2:38 p.m. Baker emailed Dr. Murtagh (bold added): "Dear Mo...I see that your medical recruiters, clinics and hospitals regularly visit your

---

[6]    **"Mo."** Baker refers to James Murtagh, M.D., as "Mo" based on the name of one of the "Three Stooges" ("*Larry, Mo, and Curly*").

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

website. They spend a few minutes there, click on links that describe your mental problems, and leave. The clock is ticking, your career is circling the drain, and **the holiday season will be a very dark and empty place for you and yours – oh wait – you don't have anyone do you**. I forgot. http://www.jamesmurtaghmdtruth.com/[7] Happy Thanksgiving, to the biggest turkey I know. Clark Baker (LAPD ret)"

22.    **"HA HA" TAUNTS**.  On numerous occasions, Dr. Murtagh received anonymous emails shortly after being asked to lease a hospital at which Dr. Murtagh was working, which contained the word "HA" multiple times, as in "HA HA HA HA HA HA . . ."

23.    **TAUNT RE LOSS OF MEDICAL LICENSE**.  Baker filed a complaint with the Texas Medical Board (in which Dr. Murtagh prevailed), and, shortly thereafter, Baker wrote to Dr. Murtagh (bold added): "I received the attached notice about your upcoming TMB hearing. **What will you do when they revoke your medical license?** They seem to get a lot of information from www.JamesMurtaghMD.com. I'm sure that your former employers in Georgia, Idaho, Maine, and Ohio will want to write letters for you too. BTW, how's your buddy Kevin Kuritzky? You have some creepy friends."

24.    **OFFENSIVE NAME-CALLING**.  Baker has engaged in intentional conduct designed to cause emotional distress including that Baker has publicly referred to Dr. Murtagh as a "goon", "psycho" ( hyper link to www.jamesmurtaghmdpsycho), "corrupt", "sociopath",  and "fucking loser".

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

[7]    **Admission.** Baker admitted that he owns this website.

## B. BAKER'S MALICIOUS INTENT

25.  **BAKER'S VERBAL ADMISSIONS.** At least two witnesses have informed Dr. Murtagh that Baker has expressly stated to them that Baker's goal is to prevent Dr. Murtagh from earning a livelihood.

26.  **DECEMBER 5, 2012.** On or about December 5, 2012, Dr. Murtagh's attorney, Joseph Bird, spoke to Baker by phone. According to an affidavit signed by Mr. Bird (as ¶7)(bold added): "Mr. Baker was not logical or lucid in his speaking, but made it clear **he was on a mission to destroy Dr. Murtagh**..."

27.  **BAKER'S WRITINGS.** Numerous emails reflect Dr. Murtagh's intent to destroy Dr. Murtagh's career, to ensure that he never practices medicine again, and to isolate him from friends, colleagues, and supporters.

28.  **FEBRUARY 6, 2013.** On February 6, 2013, at 11:47 a.m. Baker sent an email which stated: "It seems that Mo is in dire straights...sounding more desperate each day."

29.  **DIMINISHING EMPLOYMENT OPPORTUNITIES.** Baker wrote that he has "exposed James Murtagh (Mo) on this website for more than a year, which has apparently diminished his employment opportunities around the US."

30.  **APRIL 8, 2013.** On April 8, 2013, a mutual acquaintance sent an email which stated that: "...It was Baker's goal to make sure Murtagh didn't work again...."

31.  **OCTOBER 30, 2013.** On October 30, 2013 at 5:06 p.m., Baker sent an email: "...I suspect that the website has delivered him to the cul-de-sac of his career. Let's hope Texas impounds it."

32.  **BAKER'S VENDETTA.**

(b)  **SSI Board.** Dr. Murtagh and Clark Baker first met in connection with their membership on the Board of Directors of the

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

13

Semmelweis Society International ("SSI"); subsequently, there was a struggle for control of SSI ( Board resolution dated August 6, 2008 to impeach Baker and remove him as a Director).

(b)    **Threats of Violence.**  The SSI Board *removed Clark Baker* as a Director, citing in the Board resolution, Baker's "dishonorable and possibly criminal conduct by instructing to 'target physicians', **by threatening violence**, and engaging in intimidating tactics . . . By threatening violence and **publicly advocating the lynching of a Founder** of this organization."[8]

(c)    **Disagreement**.  Dr. Murtagh and Baker also strongly disagree about the relationship of HIV and AIDS and more specifically, of the value of available medication for the prevention and/or treatment of AIDS; Baker is an "AIDS denialist" and his reputation and income are based on the defense of AIDS related criminal defendants.

(d)    **CONTROL OF SSI**.  Despite being removed from SSI, Baker gained control of the website of Semmelweis Society International; after Baker was removed, the group's website contains a referral to Baker as follows (by clicking on the Assistance link):  "SEMMELWEIS SOCIETY INTERNATIONAL (SSI) IS NO LONGER IN OPERATION. IF YOU ARE A VICTIM OF FRAUDULENT (SHAM) PEER REVIEW, CONTACT OMSJ IMMEDIATELY. Since 2011, the Office of Medical & Scientific Justice (OMSJ) has accepted requests for assistance from clinicians who are targeted by hospitals and healthcare organizations for 'sham peer review.' OMSJ urges SPR victims to visit this page or before contacting any other group that misuses the Semmelweis name."

---

[8]    **Death Threat**. Dr. Murtagh's colleague revealed in an email that "Clark Baker recently emailed a death threat to a colleague of Bob Gallo's".

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

14

33.   **BAKER'S VENDETTA.**  Baker explained that Baker wanted that "[t]he website should serve as a virtual Chinese rope trick – the harder he [Dr. Murtagh] works to extricate himself the tighter the restraint gets. When he gets a parking ticket, I want it posted on the website." Baker also planned to isolate Dr. Murtagh from his supporters through intimidation and wrote that "Eventually, we might add a page that contains the names, links and meta tags of his supporters. **This would further isolate Mo AND make well-intentioned people think twice before providing support.**" (bold added.)

## C.  BAKER FAILED TO PAY SANCTIONS

34.   **LASC ORDER.**  On May 12, 2015, The Los Angeles Superior Court imposed sanctions of $60,000 jointly on Baker and OMSJ, finding that: "This court finds that [defendants'] anti-SLAPP motion was frivolous. As stated in the Order denying the anti-SLAPP motion, "defendants made no showing that the claims were based on protected conduct and have produced virtually no evidence that the claims were based on protected conduct and have produced virtually no evidence to support their anti-SLAPP motion. ...[¶] Therefore, plaintiff is entitled to his fees and costs."

35.   **BAKER'S FAILURE TO PAY.**  Rather than pay the sanctions, Baker filed this Chapter 7 proceeding to evade the judicial order.

## D. BAKER'S DEFAMATORY WEBSITES

36.   **www.jamesmurtaghmd.com.**  Baker conceived of, created, owned and maintained www.jamesmurtaghmd.com, which contained falsehoods about Dr. Murtagh. By email dated Thursday, November 1, 2012, Baker wrote the following, which shows his intent to trick readers into believing that Dr. Murtagh had authorized the website:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

15

"I envision the website to look like an online resume. Some good examples are posted here. I would use this photo to identify him too. I wish I had time – if you can create it for us I'll be VERY happy.  You build it and I'll host it at http://www.jamesmurtaghmd.com/.  Your name won't appear anywhere."

37.    **WIPO Case**.  As a result, Dr. Murtagh was forced to incur substantial expense in bringing a proceeding before the World Internet Property Organization ("WIPO") to assert his right to an email address, namely www.jamesmurtaghmd.com; the proceeding was titled *James Murtagh M.D. v. Clark Baker, OMSJ,* WIPO Case No D2014-0711. Baker defended his claim to the website name but Dr. Murtagh prevailed in that WIPO proceeding.

38.    **www.jamesmurtaghmdpsycho.com.**  In a blatant attempt to evade the WIPO decision, Baker conceived of, created, owned and maintained www.jamesmurtaghmdpsycho.com, which contained similar falsehoods about Dr. Murtagh which were in the original website (namely, www.jamesmurtaghmd.com) but this new website was abandoned apparently because the website did not have the intended result (to cause Dr. Murtagh to lose employment) in that the website name was apparently not respected by the hospitals and recruiters which Baker tried to influence.

39.    **www.jamesmurtaghmdtruth.com.**  Baker then conceived of, created, owned and maintained www.jamesmurtaghmdtruth.com, which contained similar falsehoods about Dr. Murtagh which were in the original website (namely,  www.jamesmurtaghmd.com) as well as additional falsehoods about Dr. Murtagh and which has caused Dr. Murtagh to lose actual and prospective employments.  If a person searches on the internet for "James Murtagh," one of the first search results will be the website created by Baker. The search result on Google states: "Who is James Murtagh MD? CAUTION! www.jamesmurtaghmdtruth.com."  The first

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

16

sentence in this website is: "WELCOME to the unofficial page of James J. Murtagh, MD. . . ."  The word "unofficial" is vague and does not disclose the meaning that the website was not "authorized" by Dr. Murtagh. The language "unofficial page of James J. Murtagh, MD" implies simply that it is informal and that there is another website which is the official website. The language does not disclose that the website was created by someone other than Dr. Murtagh. The home page has a link to Baker's site, and states:

"IF YOU HAVE INFORMATION ABOUT DR. MURTAGH OR ASSOCIATES, CONTACT ME."

A hyperlink on the words "CONTACT ME" generates an email to murtaghinfo@nym.hush.com.  Hush.com, also known as Hushmail, is an untraceable webserver located in Canada.  This conduct violates Baker's duties as a California investigator, including Baker's duty not to deceive and Baker's duty not to operate as a private investigator outside of California.

40.    **www.omsj.org.**  Baker conceived of, created, owned and maintained www.omsj.com, which contained falsehoods about Dr. Murtagh.

41.    **www.cwbpi.com.**  Baker conceived of, created, owned and maintained www.cwbpi.com, which contained falsehoods about Dr. Murtagh.

42.    **www.propagandista.com.**  Baker conceived of, created, owned and maintained www.propagandista.com, which contained falsehoods about Dr. Murtagh.

43.    **COMMENTS ABOUT DR. MURTAGH.**  Baker's website mentions Dr. Murtagh in various webpages including:

!    "Corrupt Doc Celebrates Dubious Victory" dated **November 3, 2012** – at http://www.omsj.org/issues/civil-cases/murtagh-celeb.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

17

! "Corruption Dooms DC Whistleblowers" dated May 21, 2010 at http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers

! Posting a link to Dr. Murtagh's highly confidential, private psychiatric records. http://www.omsj.org/goons/murtagh/20090413_Observations.pdf.

44. **DEFAMATION: "CORRUPT."** Baker refers to Dr. Murtagh as a "corrupt doc." Corrupt (as an adjective), according to Merriam Webster's Dictionary, refers to "doing things that are dishonest or illegal in order to make money or to gain or keep power." There is no evidence supporting Baker's accusation. No statement is offered as to the specific conduct which was allegedly "corrupt." Baker's accusation is defamatory, dishonest and fraudulent.

45. **FALSE ADVERTISING**. Baker made false statements on the OMSJ website that Baker has worked on multiple criminal cases involving HIV and AIDS defendants. Todd Deshong, who has an online blog which aims to educate AIDS denialists, and who has also been harassed by Baker, communicated with the lawyers for several of the cases with which Baker claimed to have been involved. Many of these attorneys confirmed that Baker's only contact on the case was Baker's phone call to offer Baker's services.

46. **WEBPAGE ADDRESS**: Baker maintains a webpage at: http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers. In that webpage, Baker states and/or infers that Dr. Murtagh engaged in "corruption." Again, no statement is offered as to the specific "corruption." The website contains no evidence in support of Baker's statement. Baker's accusation is defamatory, dishonest and fraudulent. The following language

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

18

is quoted from Baker's first sentence about Dr. Murtagh on that webpage (bold added): "Although **cited and fined for perjury, poor patient care, issuing false and defamatory emails in other people's names, altering evidence, identity theft and tax fraud**, James Murtagh MD is not the first fraud GAP has knowingly promoted, which is why SSI has distanced itself from GAP and its cohorts since 2008."[9] This is a false statement.

47.    **DEFAMATION -- ACCUSATION OF CRIMES**.  In Baker's first sentence on that webpage, Baker falsely and publicly accuses Dr. Murtagh of committing various crimes.  These accusations are "per se" defamatory, dishonest and fraudulent.[10]

48.    **DEFAMATION – FALSE IDENTIFICATION**.  Baker also accuses Dr. Murtagh of "issuing emails in other people's names."  There is no evidence supporting this accusation.  Baker does not identify the "other people's names" and/or what Dr. Murtagh is actually accused of doing.  Baker's accusation is defamatory, dishonest and fraudulent.

49.    **DEFAMATION – FALSE EMAILS**.  Baker also accuses Dr. Murtagh of "sending false and defamatory emails".  There is no evidence supporting this accusation on Baker's website.  No statement is offered as to how any specific statement by Dr. Murtagh in an email was false or defamatory.  Baker's accusation is defamatory, dishonest and fraudulent.

50.    **DEFAMATION – ALTERING EVIDENCE**.  Baker also accuses Dr. Murtagh of "altering evidence."  There is no evidence supporting this accusation on Baker's website.  No statement is offered as to what

---

[9]    **GAP**. GAP refers to the Government Accountability Project.

[10]    **Per Se Defamation**. If a defamatory meaning appears from the language itself without the necessity of explanation or the pleading of extrinsic facts, there is libel per se. *MacLeod v. Tribune Publishing Co.* (1959) 52 Cal.2d 536, 549, 343 P.2d 36.

19

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

evidence was altered and/or any description as to how the evidence was altered. Baker's accusation is defamatory, dishonest and fraudulent.

51.     **DEFAMATION – IDENTITY THEFT.**  Baker also accuses Dr. Murtagh of "identity theft."  There is no evidence supporting this accusation on Baker's website.   No statement is offered as to whose identity was stolen and/or any description as to how Dr. Murtagh allegedly stole someone's identity. Baker's accusation is defamatory, dishonest and fraudulent.

52.     **DEFAMATION – TAX FRAUD.**  Baker also accuses Dr. Murtagh of "tax fraud."  There is no evidence supporting this accusation on Baker's website.  No statement is offered as to how Dr. Murtagh allegedly committed tax fraud and/or of the dollar amount involved.  Baker's accusation is defamatory, dishonest and fraudulent.

53.     **DEFAMATION -- FALSELY ATTRIBUTED REMARKS**.  The same webpage, states that Dr. Murtagh made statements which he did not make and Baker imagine affiliations which do not exist: "According to James Murtagh, his *confederate* SSI organization is funded and controlled by the Treatment Action Campaign (TAC).  TAC is a South African pharmaceutical front group whose funding comes indirectly from the pharmaceutical industry and pro-Marxist groups." Baker's statement is defamatory, dishonest and fraudulent.

54.     **DEFAMATION -- "GOON.**  The webpage also refers to "goons like Murtagh."

55.     **VISIBILITY OF WEBSITE**.  If a person searches on the internet for "James Murtagh," one of the first search results will be this page on Baker's own website. The search result on Yahoo! states:

"The Corruption Dooms DC Whistleblowers.

www.omsj.org/authors/corruption-dooms-dc-whistleblowers"

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

20

Exhibit "B" - 99

56.    **FURTHER ACCUSATION OF CRIMINAL CONDUCT.**  The first page of search results for Baker's webpage is itself libelous in that it publicly and falsely accuses Dr. Murtagh of corruption by its title "Corrupt Doc Celebrates Dubious Victory" dated November 3, 2012.

57.    **WEBSITE ADDRESS.  Baker maintain that webpage at:** http://www.omsj.org/issues/civil-cases/murtagh-celeb.

58.    **REPEATED DEFAMATION.**  Baker repeats the defamation accusing Dr. Murtagh of "tax evasion" and "ID theft" (bold added): "UPDATE 27 Dec 2012:  Like the OpEd story, blogger Mike Volpe does not explain Murtagh's **tax evasion, ID theft**, vexatious litigation or his penchant for illegally recording conversations with his targets (1, 2, 3).  To avoid troubling questions about his latest story, there is no comments section [sic]. For more about Dr. Murtagh and his associates, see: Defending Semmelweis (2012); Judge Denies Motion to Dismiss (2011); Corruption Dooms Whistleblowers (2010); The Rats Scatter (2009); Semmelweis Report (2008); Jamesmurtaghmdtruth.com."

59.    **NONEXISTENT "PROOF."**  Baker's webpage purports to offer evidentiary support for the following point but when one clicks on each link, the response is always: "Error 404 - Not Found:" "**UPDATE 1 Dec 2012**: Dr. Murtagh's unlawfully records telephone conversations like this, this, and this to prepare cases against his targets." A similar result occurs with the links in Baker's statement:  "**UPDATE 27 Dec 2012**:  Like the OpEd story, blogger Mike Volpe does not explain Murtagh's tax evasion, ID theft, vexatious litigation or his penchant for illegally recording conversations with his targets (1, 2, 3).  To avoid troubling questions about his latest story, there is no comments section."

60.    **DEFAMATION: "FABRICATING EVIDENCE."**  Baker falsely accused Dr. Murtagh of fabricating evidence and of "receiving support from

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

21

Dr. Gallo," when Baker wrote in his blog,
http://exlibhollywood.blogspot.com/2008/07/gallos-egg.html: "**AUTHOR'S**
**NOTE**: When I wrote this report in 2008, *I had no evidence* that
Duesberg's primary accusers, **James Murtagh MD and Kevin Kuritzky**
had a long history of fabricating evidence and were working directly with –
and receiving support from - Robert Gallo himself." (emphasis added).

Baker also repeats this defamatory statment on another website,
http://www.jamesmurtaghmdtruth.com/omsj-the-questionable-company-robert-gallo-keeps.

61.    **DEFAMATION: FALSE ASSOCIATION**.  Baker falsely accused
Dr. Murtagh of receiving funding from "pharmaceutically funded operatives"
in multiple locations, in the webpage
http://exlibhollywood.blogspot.com/2008/07/gallos-egg.html): "At the time, I
did not know that Murtagh and Kuritzky were being supported by
pharmaceutically funded operatives from South Africa, Cornell University,
and the Los Alamos National Laboratory."

62.    **FALSITY.** There is no evidence of this accusation on Baker's
website.  No evidence is offered as to any funding from those three sources.
Baker's accusation is defamatory, dishonest and fraudulent.

63.    **OTHER WEBSITES**.  The above examples are not Baker's
only webpages about Dr. Murtagh.  Baker has created entire websites about
Dr. Murtagh, hijacking his likeness and identity to make it appear that the
websites are Dr. Murtagh's own websites.

64.    **REPEATED FALSE ACCUSATIONS**.  In the above-mentioned
webpages, Baker placed quotation marks around statements which were
never made and attached legal documents – all to falsely suggest that the
statement is a quote from one of those legal documents:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

22

Exhibit "B" - 101

"After claiming he was forced out and discriminated against because of his 'ancestry,' Murtagh filed several lawsuits against Emory. Murtagh then breached a settlement agreement with the university, and was fined by the court for 'perjury, poor patient care, issuing false and defamatory emails in other people's names, altering evidence, identity theft, and tax fraud.'" (See- http://www.jamesmurtaghmdtruth.com/omsj-the-questionable- company-robert-gallo-keeps/).

## E. BAKER'S STALKING.

65.   **BAKER'S INTENT**.  Baker stalked and harassed Dr. Murtagh in order to accomplish Baker's purpose of causing Dr. Murtagh to lose employment opportunities.

66.   **BAKER'S SUBTERFUGE**.  Baker took steps to hide the evidence of his stalking and harassment by sending emails to Dr. Murtagh anonymously – through multiple accounts at "Hush.com" and a Czech server, both of which facilitate the sending of anonymous email which cannot be traced.  However, the emails can be shown to have been sent by Baker because Baker provided versions of the emails which reveal metadata and embedded links, such as links to Baker's websites, including omsj.org.[11]

67.   **FUNCTION OF TRACERS**.  Baker also sent emails with "tracers." A tracer can inform the sender of email information such as: (1) when the email is opened; and (2) to whom the recipient forwards the emails. Baker admits and boasts that he can locate Dr. Murtagh by using

---

[11]   **Perpetrator's Scienter**.  Baker wrote to Dr. Murtagh in a spoofed email from "Poodle."  The words "from you" actually contain a link or embedded tracer linked to "http://www.omsj.org/1/Murtagh.html" (bold added): "Every message I receive **from you** reminds me that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they did. You sure know how to make friends and influence people. Now that your medical career is finally over, **will you work at McDonalds or hang yourself in your closet?**"

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

23

tracer. The tracer can reveal the exact location of the server of the hospital at which Dr. Murtagh opens the email.

68.   **PRESENCE OF TRACER.**  The presence of the address "mesvr.com" indicates that a tracer is present.

69.   **NON-DISCLOSURE OF TRACER.**  Baker sent emails to Dr. Murtagh without disclosing that there was a tracer on the email.

70.   **BAKER ALSO TRACED DR. MURTAGH'S ATTORNEY.**  Mr. Clay Culotta, Esq. represented Dr. Murtagh in a legal matter several years ago.  Mr. Culotta sent an email to Baker on Dr. Murtagh's behalf.  Baker then surreptitiously sent an email to Mr. Culotta embedded with a tracer. Baker emailed Mr. Culotta boasting that he attached a tracer to the email he had sent to Mr. Culotta, which was activated each time the email was opened or forwarded.  Baker confirmed to Mr. Culotta that he knew Mr. Culotta's location, when and how many times he read and forwarded Baker's email, the locations of the persons to whom Mr. Culotta forwarded Baker's email, and how many times those persons read the email, etc.

71.   **STAKE OUT OF DR. MURTAGH'S GIRLFRIEND IN GEORGIA.**  Baker wrote in an email from his email account at OMSJ.ORG on September 29, 2012 at 9:20:52 AM EDT: "His [Dr. Murtagh's] girlfriend has a home in Alpharetta … I've staked it out before." Alpharetta is in the state of Georgia; because Baker are not licensed as private investigators in Georgia, Baker cannot possibly justify the stake-out as a lawful exercise of licensed activity.

72.   **BAKER CONTACTED DR. MURTAGH'S MOTHER.**

(a)  **Contact.**  Baker wrote in an email from his email account at OMSJ.ORG on Monday, November 03, 2008: "FYI, I just had a nice conversation with Murtagh's mother. She and her aging husband don't know

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

24

'Junior' very well anymore, but she talks to him once in a while and will let him know that we're concerned for his health and welfare."

(b) **No Legitimate Reason for Contact**. Baker had no client whose work required contact with Dr. Murtagh's mother.

(c) **Veiled Threat**. Baker's statement that "we're concerned for his health and welfare" is a veiled threat to Dr. Murtagh's "health and welfare" because Baker has no such sincere concern and Baker is not aware of any threat to Dr. Murtagh's "health and welfare" other than Baker. By contacting Dr. Murtagh's mother, Baker conveyed to Dr. Murtagh that he, Baker, was aware of the location of Dr. Murtagh's parents.

## F. BAKER'S INTERFERENCE WITH EMPLOYMENTS

73. **EMPLOYMENT LOSSES**. Dr. Murtagh lost numerous job opportunities as a direct result of the defamatory statements in the Websites and from Baker, according to various people knowledgeable about the causes of those lost opportunities.

74. In a sworn declaration, one recruiter, who has known and worked with Dr. Murtagh and from whom Dr. Murtagh had received desirable placements, described the effect Baker's contact had on its relationship with Dr. Murtagh, despite the positive feedback from hospitals about Dr. Murtagh: "...In January 2012, Whitaker received troubling communications allegedly from Clark Baker." ...[¶]. "**Based on the telephone call Whitaker terminated its relationship with Dr. Murtagh**. I personally felt this was unfair and without justification given the positive information Whitaker previously received regarding Dr. Murtagh." (bold added.)

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

25

75.   Dr. Murtagh received numerous emails from recruiters which shows the devastating effect the websites have had on Dr. Murtagh's placement opportunities:

(a)   "Dr. Murtagh, I wanted to warn you of the seriousness of the slanderous websites seen on Google about you. **From a recruitment standpoint, this could be devastating to your career** as more and more hospitals are "searching Google'" during their credentialing due-diligence process....We believe that **even with your clean NPDB and spotless work history, that the majority of the hospitals who see this, will cancel their recruitment of you**...." (12/2/14 email from Erick Barnett, Managing Partner, Staff Plus, Inc. d/b/a/ Odyssey Staffing) (bold added.)

(b)   "Dr. Murtagh, You're probably already aware, but there is a website very similar to the original which pops up on Google. **I don't see how to proceed with that in place. *www.jamesmurtaghjmdtruth.com/*"** (9/15/14 email to Dr. Murtagh from Tom Pate, President, Southern Hospitalists Contract Staffing) (bold added.)

(c)   "Dear Jim, ...the site [www.jamesmurtaghmdtruth.com] is clearly designed to severely complicate your ability to earn income as a clinical physician at a minimum. **At worst this site was set up with the goal to destroy you financially**...." (2/10/14 letter to James Murtagh, M.D. from Mark Bolton, President and CEO, Coast to Coast Health Care Services) (bold added.)

(d)   "Good Afternoon Dr. Murtagh, ... **It is requested that you provide a complete detailed explanation of the website www.jamesmurtaghmd.com including your response to the accusations listed against you, as well as what you are doing/have done in response to the website being posted**. Please list any action you have taken against the website and/or its creators to have it removed or

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

26

altered…" (4/3/14 email to Dr. Murtagh from Danielle Watts, Credentialing Coordinator, Hospital Physician Partners/ARH System Center) (bold added.)

(e)   "Dr. Murtagh, **ARH will not extend privileges to you**…I am happy you were able to get the negative website removed. Good luck with your future endeavors…." (8/14/14 email to Dr. Murtagh from Rebecca Skrzypek, Regional Director, Physician Services, Hospital Physician Partners/ARH) (bold added.)

(f)   "…However, I will be honest with you…. As long as that website is still up about you, I am afraid we might keep running into the same problem…." (10/30/14 email to Dr. Murtagh from Joy Hernandez, Physician Recruiter, Alliance Recruiting).

(g)   "Dear Dr. Murtagh, ….Based on my continued conversations with my Director and VP, we will be needing a statement from you or your lawyer to provide us with statement refuting the information on line….Below are the sites that have been viewed as concerning: http://jamesmurtaghmd.com/; http://www.omsj.org/authors/corruption-dooms-dc-whistleblowers" (2/28/13 email to Dr. Murtagh from Garrett Youngblood, Senior Recruiting Consultant, ECHO Locum Tenens).

(h)   "Hi Dr. Murtagh, ….After consulting with the Credentialing Department at Sound along with our legal team, and along with the Credentialing Department at our clients office in Virginia, **they have decided it would be best for us not to move forward with credentialing in Virginia based on the information we have in hand.**" (3/1/13 email to Dr. Murtagh from Garrett Youngblood, ECHO Locum Tenens).

(i)   "I spoke to the then General Counsel of Barton, Emily Wood, concerning Dr. Murtagh and any contact with or information supplied

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

27

Exhibit "B" - 106

by Clark Baker. [¶] During my discussions with her, she advised me that Clark Baker did call Barton directly and she did speak with him….[¶]…Baker painted a very negative picture of Dr. Murtagh, emphasized the Emory University Whistle Blowing case brought by Dr. Murtagh…[¶] Emily Wood confirmed that **Barton had placed Dr. Murtagh on a "do not call and do not hire" list following Clark Baker's call and email submission to Barton**…" (12/5/13Affidavit of Joseph C. Bird, Esq. ¶¶13-16) ( bold added.)

76.    **BAKER'S INTENTIONAL CONDUCT.**  Baker intentionally acted to interfere with Dr. Murtagh's potential and/or actual placements employment opportunities. By maintaining the defamatory websites and actually communicating falsehoods about Dr. Murtagh, Baker caused Dr. Murtagh to lose potential and/or actual placements at various hospitals and/or relationships with various recruiters, including at least the following:

| Jobs / Business Relationships Lost | Dates |
| --- | --- |
| St. Francis Hospital, Columbus, Georgia | Oct. 2014 |
| Mercy Hospital, in Mason City, Iowa (a member of the Trinity National Hospital System) | Nov. 2014 |
| Trinity Hospital, Tyler, Texas (a Sound Physician managed program) | June 2014 |
| ER/ICU/VA James E. Van Zandt, VA Medical Center, 2907 Pleasant Valley Blvd., Altoona, PA 16602 | Nov. 2009 |
| Southwest Idaho Advanced Care Hospital, 6651 West Franklin Road Boise, ID 83709-0914 | Feb. 2010 |
| Leavenworth VAMC | March 2010 |
| Pulmonary, Critical Care and Sleep at St. Mary's Regional Medical Center, 93 Campus Avenue, Lewiston, ME | May 2010 |
| Eastgate Laboratory Sleepcare Diagnostics, 4355 Ferguson Drive, Cincinnati, OH | June 2010 to Feb. 2012- |
| Pulmonary, Critical Care and Hospitalist, SOMC | Nov. 2010 - |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Southern Ohio Medical Center, Portsmouth, Ohio 45662 | Nov. 2011 |
| Pulmonology / ICU/ Hospitalist Baptist Memorial Hospital-North Mississippi, 2301 South Lamar Boulevard, Oxford, MS 38655 | Feb. 2012 - March 2012 |
| Hospitalist Locum Sierra Nevada Memorial Hospital, 155 Glasson Way, Grass Valley, CA 95945 | April 2012 - May 2012 |
| Hospitalist Locum Covenant Medical Center, 700 Cooper Avenue, Saginaw, MI 48602 | 4/2012 - 11/2012 |
| Southwest Regional Medical Center, 4903 State Route 125, Georgetown | Sept. 2012- Jan. 2013 |
| Pulmonary /Critical Care Trinity Medical Center West, 2701 17th Street, Rock Island, IL 61201 | March 2013 |
| Hospitalist Locum, Mercy Medical Center/West Coast Hospitalists, 333 Mercy Ave, Merced, CA 95340 | 10/2012 – 12/2012 |
| Biggs-Gridley Memorial Hospital, Spruce Street, Gridley, CA | May 2013 |
| Hospitalist Santa Rosa Memorial Hospital ,1165 Montgomery Drive, Santa Rosa, CA 95405 | May 2013- June 2013 |
| Pikeville Medical Center Emergency Room, Bypass Rd.,  Pikeville, KY 41501 (606) 218-3500 | May 2013 - Aug. 2013 |
| Bryan Hospital, Montpelier Ohio, Emergency Medicine | Sept. 2013 - Nov. 2013 |
| Shenandoah Medical Center, Shenandoah, Iowa Emergency Medicine | Oct. 2013 - Dec. 2013 |
| Ft Yates Hospital, HIS North Dakota | Jan. 2014 |
| VAMC Fresno | Jan. – Feb. 2014 |
| Taylor Regional in Campbellsville, KY, Pulmonary and Critical Care. | April 2014 - June 2014 |
| Mother Frances Hospital - Tyler, Texas, Pulmonary and Critical Care, Hospitalist | May 2014 - Sept. 2014 |
| Crow Agency, Indian Health Service, Montana, Locum | March 2014- |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

29

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Tenens Emergency Medicine Physician. | Sept. 2014 |
| St. Francis Hospital Columbus, GA,  Locum Tenens Hospitalist | Oct. 2014 - Nov. 2014 |
| Mercy Hospital, Mason City, IA | Dec. 2014 |
| Mercy Hospital, Dubuque, IA | Dec. 2014 |
| SwiftMD (telemedicine) | March 2015 |
| Highlands Medical Center, Kentucky | May 2015 |
| Knox County ER | May 2015 |
| Holzer Clinic, Ohio | June 2015 |
| Nacogdoches | June 2015 |
| Pulmonology /ICU/Sleep, VA Medical Center in Fayetteville, Arkansas | March 2009 - Dec. 2015 |
| S. Arizona VAMC | Jan. 2014 |
| AllMedical locum tenens | May 2014 |
| Sound Physicians locum tenens Nationwide, and Sound's partner organizations Eagle, Echo, HCA, Parallon | |
| Cogent National Hospitalists locum tenens | |
| Comphealth Physician Recruiters | March 2014 |
| Southern Hospitalists | |
| Hospital Physician Partners (HPP) | April 2013 |
| Whitaker Medical | Jan. 2013 |
| Onyx Medical Recruiting | Jan. 2013 |
| Barton Medical Associates | Dec. 2012 |
| Global Medical Staffing documents that most groups-including Cogent, Eagle, Sound, HCA, EmCare will not work with Dr. Murtagh because of the Websites. | Sept. 2014 |

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

30

| Jobs / Business Relationships Lost | Dates |
|---|---|
| Andre Crease, MD, FACEP; Chief Executive Officer, OPYS | Nov. 2013 |
| Odyssey Staffing | Dec. 2014 |
| New Mexico and Virginia licenses (could not obtain licenses in these states) | 2013 |
| Job in Nome Alaska | 2014 |

77.    **OTHER MEDICAL BOARDS**.  Dr. Murtagh was unable to work in certain states (and thus lost many job opportunities for high-paying and fulfilling work) as a result of Baker's contacting other medical boards about him. For example, while applying for a New Mexico license in 2013, Dr. Murtagh was asked to explain Mr. Baker's allegations.  Discussions with the New Mexico board dragged on for months, and in the meantime the job opportunity Dr. Murtagh had in New Mexico was filled by another M.D.  Dr. Murtagh had a similar experience in the state of Virginia; after more than six months of discussions, again Dr. Murtagh lost out on a job opportunity in Virginia because of delays caused by Baker's complaints.  Dr. Murtagh has not made any additional applications for state medical licenses due to delays caused by Baker's interference.

78.    **BAKER'S COMMUNICATIONS - HOSPITALS**.  Baker routinely communicated with many hospitals at which Dr. Murtagh was then working and Dr. Murtagh was regularly then asked to leave usually without explanation and despite otherwise positive reviews.

79.    **BAKER'S COMMUNICATIONS - RECRUITERS**.  Baker has also communicated falsehoods to recruiters with whom Dr. Murtagh has developed business relationships.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

31

Exhibit "B" - 110

## G. BAKER'S DEFAMATION.

80.    **BAKER's MASS MAILING.**  On June 28, 2014, Baker sent an anonymous email from drm@num.hushmail.com to many recruiters including GMedical, one of Mr. Murtagh's recruitment agencies. The email, which included a link to Baker's website, contained false information about Dr. Murtagh, and was a clear attempt to convince the recruiting agency to cancel, not honor or not renew Dr. Murtagh's contract with them.  Baker has sent anonymous emails (from the email address: drm@nym.hush.com):[12]

> "first name: James [¶] last name: Murtagh [¶] email: drm@nym.hush.com [¶] country: United States [¶] specialty: [¶] question: FYI - James John Murtagh MD is a Georgia physician who **shakes down** hospitals and clinics throughout the United States. Shortly after he finds an employer, he **causes a problem and sues** hoping to get a $10,000 - $200K settlement. He **records all telephone conversations** and uses them to sue recruiting companies and recruiters. He may try to find jobs through your agency. For more information about his behavior and court cases, visit www.jamesmurtaghmd.com."

## H. BAKER'S HACKING - EMAIL

81.    **ILLEGALITY.**  Baker *hacked* into Dr. Murtagh's icloud and email accounts in violation of 18 U.S.C.§§ 1037, 1039).

## I. BAKER'S HACKING - COMPUTER

---

[12]    **Hush.com**. Hush.com is maintained by Hush Communications Canada Inc., a Canadian company, which advertises that it provides a "privacy oriented email service" with "built-in encryption" and that "It only takes a minute to sign up.  Hush Communications Canada Inc.. Attn.: Compliance Officer, Suite 1177 – 1100 Melville Street, Vancouver, BC, Canada V6E 4A6.  Hush's "privacy policy" provides:

"We will only disclose account data in the following circumstances:

1.  If we receive an order enforceable under the laws of British Columbia, Canada, compelling us to disclose account data for a **specific user account**. The account data we disclose may include data in an unencrypted format. Because such orders generally state that we are not permitted to disclose the existence of the order to a user, we will not disclose to any user the existence, or nonexistence, of any order we may have received."

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

32

82.   **RECENT INCIDENT.**  Starting at or about 4:49 p.m. CST on Saturday, January 3, 2015, at the Hotel Julien in Dubuque, Iowa, while Dr. Murtagh was using his Apple MacBook Pro, someone remotely accessed and took control of Dr. Murtagh's computer.  The hacker caused the cursor to work independently of Dr. Murtagh's directions, flipped between pages and opened various applications; see details above.  After Dr. Murtagh performed a safe boot of the computer and turned off his connection to the Apple's ICloud, the machine was returned to Dr. Murtagh's control. This incident followed publicity about hacking through Apple's icloud ("new hacking tool available on GitHub").

83.   **PROOF OF BAKER'S INVOLVEMENT.**  Baker sent an email which contains photos and other documents which he could only have obtained by hacking into Dr. Murtagh's computer.  Dr. Murtagh was sent the email by David Pardo (along with many others).

84.   **UNEXPLAINED ACCESS.**  Baker appear to have access to Dr. Murtagh's private financial records, according to one email to Baker's friend, David Pardo (bold added): "Murtagh . . . [is] extremely sophisticated when it comes to hiding - **he doesn't use credit cards** either and it looks like he'll be unemployable for a while too."

### J. BAKER'S HACKING - WEBSITE

85.   **WEBSITE OWNERSHIP.**  Dr. Murtagh owns a website: www.internationalwhistleblower.org.  Dr. Murtagh paid Bluehost to host the site. It is not currently accessible to the public because Dr. Murtagh had it taken down because of Baker's actions.

86.   **UNAUTHORIZED WEBPAGES.**  Dr. Murtagh recently discovered a webpage on the website – a webpage which was completely unauthorized and which defames Dr. Murtagh. In addition, new and very

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

33

offensive content had been put on the Website without Dr. Murtagh's knowledge or approval, including a reference to Dr. Murtagh's claimed involvement in gay porn ( "Unauthorized Webpage").

87.     **LINKS TO BAKER'S WEBSITE.**  Clearly, Baker posted the Unauthorized Webpage because the Unauthorized Webpage links to a website created by Baker (direct links to OMSJ.com - "For more information about these individuals, visit http://jamesmurtaghmd.com"). Moreover, in several emails, Baker discusses creating jamesmurtaghmd.com.

88.     **CHANGE OF PASSWORD.**  Baker even caused the password to be changed. To the best of Dr. Murtagh's knowledge the only persons who had the password to the Website were Kendrick, Dr. Murtagh's attorney, Joseph Bird, Esq., and Dr. Murtagh, who never authorized Kendrick or Bird to give the password to anyone else. Dr. Murtagh never used the password and never gave it to anyone else.  Mr. Bird assures Dr. Murtagh that he never used the password and that he never gave it to anyone else.  Kendrick, who covertly cooperated with Baker, contrary to Dr. Murtagh's interests and in breach of Kendrick's duty to maintain confidentiality, must have given Baker the password.

89.     **CONSEQUENCES.**  Because of the negative matter posted by Baker, virtually all members of the IAW resigned.

## K.  BAKER'S PINGING

90.     **DEFINITION.**  A cell phone "ping" determines the location, with reasonable accuracy, of a cell phone at any given point in time by utilizing the phone's GPS location aware capabilities.  To "ping" in this context means to send a signal to a particular cell phone and have the cell phone respond with the requested data. (Locating Mobile Phones through Pinging and Triangulation, Pursuit Magazine 01 Jul 2008, L. Scott Harrell,

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

34

http://pursuitmag.com/locating-mobile-phones-through-pinging-and-triangulation/).

91.    **ILLEGALITY.**  Baker illegally *pinged* Dr. Murtagh's phone in violation of Penal Code § 631. By pinging Dr. Murtagh's phone, Baker can locate the nearest cell tower to Dr. Murtagh in order to locate Dr. Murtagh's most recent workplace. Baker's pinging of Dr. Murtagh's phone is illegal pursuant to the Telephone Records and Privacy Protection Act of 2006.

92.    **BAKER'S BOASTING.**  Baker boasted in writing that he can "ping" Dr. Murtagh's phone to locate Dr. Murtagh. Baker wrote to Pardo from his omsj.org email account on October 21, 2012: "...If you want to know where he [Dr. Murtagh] is we need to **ping his cell phone** ($$).  I suspect that he is either in Ohio with his mother or with his GF in Alpharetta GA...." (emphasis added.)  Baker also wrote Pardo in another email from his omsj.org email account on September 29, 2012: "He [Dr. Murtagh] didn't bite on my messages and he probably didn't click through them on his cell... SO... when I need his location **I'll need to ping his cell**. That'll put me within 100 feet of his location." (bold added.)

## L. BAKER'S SPOOFING

93.    **GOVERNING LAW.**  Baker engaged in deceptive and illegal spoofing in violation of 18 U.S.C. § 1037) (i.e., sending emails which appear to be from trusted persons, such as Dr. Murtagh's attorneys).

94.    **EMAIL SPOOFING.**  According to Wikipedia: "Email spoofing is the creation of email messages with a forged sender address - something which is simple to do because the core protocols do no authentication.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

35

Exhibit "B" - 114

Spam and phishing emails typically use such spoofing to mislead the recipient about the origin of the message."

95.   **IP ADDRESS SPOOFING.**  According to Wikipedia: "In computer networking, IP address spoofing or IP spoofing is the creation of internet Protocol (IP) packets with a source IP address, with the purpose of concealing the identity of the sender or impersonating another computing system."

96.   **SPOOFING ATTACK.**  According to Wikipedia: "In the context of network security, a spoofing attack is a situation in which one person or program successfully masquerades as another by falsifying data and thereby gaining an illegitimate advantage."

97.   **BAKER'S BRAGGING.**  Baker bragged "how easy it is to spoof" emails when they spoofed an email from the President of the United States, "Obama" to Pardo through the Czech server (Baker's email dated November 19, 2012):  "I sent you an email spoofing Obama's email address to show you how easy it is to spoof.  With no job, no friends, no career and no lawyers, Mo has a lot of time to generate fake emails, using your name to defame and insult other people."

98.   **BAKER "SPOOFED" EMAILS TO DR. MURTAGH.**  Baker admits he frequently uses false names in communications (such as "Judy Simmons" and "Obama") in order to deceive recipients.  Baker has specifically created fake email accounts in the names of friends and acquaintances of Dr. Murtagh (e.g., Todd Deshong; Carol Czarkowski; Amanda deGroat, and Alpharetta Martin, and Dr. Murtagh's attorneys, Tom Jacobs  and Jami Kohn).  Baker has at least two purposes in sending spoofed email.  The first purpose is at least to trick Dr. Murtagh into opening the email and/or to click on an embedded link in the email.  Clicking on the link activates a tracer, which reveals Dr. Murtagh's **physical location** to

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

36

Exhibit "B" - 115

Baker.  Baker often includes in these emails embedded links to Baker's various websites that when clicked, reveal to Baker Dr. Murtagh's physical location.  The second purpose, even more insidious, is to trick Dr. Murtagh into responding, which Baker hopes will contain confidentiality, including email chains with privileged communications from Dr. Murtagh's attorneys.

99.    **FINDING PHYSICAL LOCATION**.  According to Baker, clicking the link reveals the unwitting recipient's IP address.

100.  **SPOOFED PHONE CALLS**.  Baker also telephoned Dr. Murtagh using phone numbers other than their own phone number, including the phone of an FBI branch.

101.  **SPOOFED EMAIL LINKS TO BAKER'S WEBSITE.**

(a)    **"Poodle" Email**.  In a spoofed email from "Poodle" to Dr. Murtagh sent on November 16, 2012, the author [purportedly Baker] states: "Every message I receive from you reminds  that I have a life and you don't. I have more time now that hospital recruiters no longer call me as much as they did....Now that your medical career is finally over, will you work at McDonalds or hang yourself in a closet?"

(b)    **Embedded Link**.  The phrase "from you" hyperlinks to a page on Perpetrator's website, "http://www.omsj.org/1/Murtagh.html."

(c)    **Other Links to Baker**.  Other spoofed emails Dr. Murtagh received contain links to http://www.omsj.org/1/operation-letterhead.html and to www.jamesmurtaghmd.com.

102.  **BAKER'S FAKE FACEBOOK ACCOUNT**.  Baker created a fake facebook account, "Judy Simmons," to contact at least one of Dr. Murtagh's employers, Sleepcare Diagnostics, located in Ohio. Baker boasts that he uses fake Facebook accounts routinely (emphasis added): "Judy Simmons is **just ONE of my many fake Facebook accounts**. PIs [private investigators] (and the Gov't) routinely use them as investigative

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

tool not to harass or commit crimes, but to gather evidence and information."

103. **BAKER "SPOOFED" DESHONG EMAIL.** Baker knows that Todd DeShong is a friend of Dr. Murtagh. On September 28, 2012, Dr. Murtagh received an email supposedly **from** Mr. DeShong from the email address jtdeshonq@hotmail.com. Dr. Murtagh was able to determine that the originating IP address for the Deshong email was: 76.93.63.68. Mr. Deshong confirmed the email was neither composed nor sent by him and that he did not own that email address.

104. **BAKER'S IP ADDRESS MATCHES SPOOFED EMAIL IP ADDRESS.** Approximately one hour after Dr. Murtagh received a spoofed email from "Todd Deshong," Baker sent an email on September 28, 2012, boasting that he "**just sent a spoofed email to Mo. If he clicks on a link I'll know where he is.**" (emphasis added). Furthermore, on October 1, 2012, Baker sent an email admitting that "<u>**76.93.63.68 is my IP address**</u>..." In an October 1, 2012 email, Baker wrote: "Thanks for the heads-up, but **76.93.63.68 is my IP address**") (emphasis added)).

105. **LINKS TO Baker.** On November 12, 2012, Mr. Kenneth Kendrick sent Dr. Murtagh an email showing that the physical location of the 76.93.63.68 email corresponds with Baker's known home address in Los Angeles, CA. In addition, the email contains embedded a link to the Baker's website, www.OMSJ.org and to their "Operation Letterhead."

106. **TIMING OF SPOOFED EMAILS.**

(a) **Timing.** The timing of Baker's spoofed emails often corresponds with certain events, e.g., immediately after a court hearing in Dr. Murtagh's civil lawsuit against Baker, immediately after Dr. Murtagh's attorney sending a litigation hold letter to various witnesses aligned with Baker, and after Dr. Murtagh received an adverse ruling in his civil lawsuit.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

38

(b)    **Chart**. Dr. Murtagh has created a chart which lists some of the spoofed emails he received from Baker or Baker's agents, including Pardo: (i) the date the emails were received; (ii) the provoking event; (iii) how Dr. Murtagh knows the emails came from Baker; (iv) and the reasons Dr. Murtagh believes Baker sent the spoofed emails to him. (See "Table of Baker Anonymous Spoofed emails").

107. **BAKER SPOOFED ATTORNEYS**

(a)    **SPOOFED EMAIL FROM "TOM JACOBS"**: On November 11, 2014, Dr. Murtagh received an email purporting to be from his attorney, Tom Jacobs, from the email address: tjake@aol.com sent from a Czech server. The email had a different Czech IP address, IP 46.167.245.71, than from the IP address Baker previously used. The email asked, "So what are your doing with all of your free time?" If Dr. Murtagh hit Reply, Dr. Murtagh's email even though Dr. Murtagh clearly intended to send to his attorney, would be sent to tjake@aol.com. Mr. Jacobs confirmed to Dr. Murtagh that he did not compose or send that email and that he does not own the email address "tjake@aol.com."

(b)    **SPOOFED EMAIL FROM "JAMI KOHN"**: On November 28, 2014, Dr. Murtagh received an email which states that the email was from an attorney he retained in Georgia, Jami Kohn, Esq. Dr. Murtagh forwarded the email to Ms. Kohn, who confirmed that she did not compose or send the email.

108. **DANGER**. By spoofing Dr. Murtagh's lawyers, Baker can acquire a communication from Dr. Murtagh to his lawyer – because Baker will have fooled Dr. Murtagh into believing that Dr. Murtagh is communicating with his lawyer when in fact Dr. Murtagh is actually communicating with Baker. This technique is particularly egregious as it poses a real danger to the attorney-client privilege.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

## M.  BAKER'S THREATS

109.  **PLAINTIFF.**  Baker has repeatedly threatened Dr. Murtagh as alleged above, usually by indirect, cowardly innuendo, such as: (a) by writing to Dr. Murtagh that he, Dr. Murtagh, might be found dead hanging in a closet (and Baker, a former police officer, communicated this at a time of news reports of incarcerated persons found dead by hanging); (b) contacting Dr. Murtagh's mother to tell her that he, Baker, was concerned for her son's health (at a time when Baker was trying to ruin Dr. Murtagh's career and mental health); (c) by warning Dr. Murtagh of a "storm" unless Dr. Murtagh renounced certain of his beliefs; and (d) other conduct alleged above.

110.  **SEMMELWEIS.**  Baker was removed from the Semmelweiss Board because of threats of harm to carious physicians and scientists.

111.  **Other Persons.**  Baker has threatened numerous other persons with physical, property and reputational harm unless those persons renounced certain of their beliefs.

## N.  BAKER'S POSTING OF PSYCHIATRIC RECORDS

112.  **PSYCHIATRIC RECORDS.**  Baker posted online private psychiatric records concerning Dr. Murtagh without permission. (http://www.omsj.org/goons/murtagh/20090413_Observations.pdf.)

113.  **PERSONAL EMAILS.**  Baker posted online Dr. Murtagh's personal emails. "According to James Murtagh" hyperlinks to Dr. Murtagh's confidential email; see also http://www.slideshare.net/mspbwatch/kevin-kuritzkys-declaration-in-murtagh-v-baker (which contains 31 emails). This fact also suggests that Baker hacked into Dr. Murtagh's email account.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

40

## O.  BAKER'S VIOLATION OF HIPAA

114.  **BAKER'S PHARMACEUTICAL ADVICE.**  Baker regularly advises AIDS patients to stop taking their medication.  Baker apparently bases that advice on his claim to possess great knowledge of the hoax behind the HIV-AIDS connection.

115.  **BAKER VIOLATES HIPAA.**  Baker invites the public to submit to Baker information about medical testing and about use of street and prescribed drugs.  Baker has no HIPPA policy on use of that information, in violation of 42 USCS § 1320d-6).  Baker solicits confidential medical information; see e.g., http://www.omsj.org/op-letterhead-pp-form:[13]

"To your best recollection, please describe the circumstances and process that led to your testing, treatment and/or diagnosis:

"I may have been tested using: Elisa? ☐ Yes ☑ No ☐ Not Sure

Western Blot? ☐ Yes ☑ No ☐ Not Sure

Viral Load? ☐ Yes ☑ No ☐ Not Sure

Other (PCR)? ☐ Yes ☑ No ☐ Not Sure

Are you currently taking any HIV/HAART Medications?

☐ Yes

☑ No

Are you currently taking any other prescription drugs?

☐ Yes

☑ No

Do you use recreational drugs?

☐ Yes

☑ No

---

[13]    **HIPAA.** Health Insurance Portability and Accountability Act of 1996, 42 U.S.C.S. § 1320d to 1320d-9, and the Privacy Rule, 45 C.F.R. §§ 164.502(a), 164.508(a)(1).

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

41

If yes, check all that apply

☐ Marijuana/Cannabis/Hashish

☐ Cocaine/Methamphetamines

☐ Amyl Nitrates (poppers)

☐ Opiates/heroin, oxycodone, Percocet (etc)

☐ Hallucinogens (psilocybin, LSD, Ecstasy)"

116. **BAKER MAKES NO HIPAA DISCLOSURES**. Baker fails to disclose his intended use of the information. Baker fails to disclose that patients may be waiving their privacy and the privilege which protects the information. Baker does not set forth any privacy policies on his websites as to the medical information which OMSJ receives. Baker does not show any attempt to comply with HIPAA; see e.g., http://www.omsj.org/op-letterhead-pp-form.

## P. BAKER'S VIOLATION OF PROTECTIVE ORDERS

117. **FIRST ORDER**. Hon. Ruth Kwan granted Dr. Murtagh's Motion on or about May 27, 2014, and:

(a) Ordered Baker's counsel to pay Dr. Murtagh $1,000 in discovery sanctions for *failing to properly give notice* to Dr. Murtagh;

(b) Compelled Baker to *return* all "Pardo Emails;"

(c) *Forbade* Baker from sharing or using the Pardo Emails (specifically forbidding Baker's counsel from *reading* any of the Pardo Emails); and

(d) Placed the *burden* on Baker *to prove* that any challenged document was legitimately obtained from a non-confidential source.

118. **SECOND ORDER**. Judge Kwan issued a second Order on July 10, 2014, which clarified that *all* Documents which Dr. Murtagh gave to *any* of the Document Trustees were privileged and/or confidential and

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

42

required that Baker return or destroy those documents but Baker subsequently filed those documents as exhibits and shared those documents with other persons. Specifically, the Court held that:

(a) **Confidentiality of Specific Evidence**. "The 'GreenFire Memo' is protected by the attorney client privilege and/or attorney work product doctrine. . . the Court finds the 'GreenFire Memo' is subject to the attorney client privilege and/or attorney work product doctrine. Based on the foregoing, the Court finds the [witness interview] audio tapes are subject to the attorney-client privilege and attorney work product doctrine."

(b) **Pardo's Relationship to Dr. Murtagh**: "the Court finds the attorney-client privilege applies to communications between Plaintiff and Pardo (from at least June 2012)."

(c) **Brown's Privileged Relationship to Dr. Murtagh**: "all communications between Plaintiff and Brown prior to September 2012, including the June 2012 'emails containing private legal documents and strategic discussions' and August 2012 emails regarding strategy (and attaching the 'GreenFire Memo' and other documents) are subject to the attorney-client privilege. . . Based on the foregoing, the Court finds the attorney-client privilege applies to communications between Plaintiff and Brown (from at least Summer 2012 to April 2013). . . .the attorney-client privilege extends to communications between Plaintiff, Brown, and the Kendricks.."

(d) **Kendricks' Privileged Relationship to Dr. Murtagh**: "the attorney-client privilege extends to communications between Plaintiff, Brown, and the Kendricks. . . . the attorney client privilege extends to communications between Plaintiff and the Kendricks."

119. **BAKER OBTAINED PRIVILEGED DOCUMENTS.** Baker obtained those privileged documents from Pardo, Brown and/or Kendricks –

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

43

and Baker failed to return to Dr. Murtagh these privileged documents despite repeated requests from Dr. Murtagh's counsel.

120.    **ATTORNEY-CLIENT RECORDS.**  Baker posted online materials *which were determined to be attorney-client materials* -- which Baker obtained from other persons, including an attorney, David Pardo, who Dr. Murtagh had consulted.

121.  **BOASTING RE NON-COMPLIANCE.**  Baker posted on his website that the link to the privileged documents will be restored when this case is over – so that Baker violated the Protective Orders by keeping the privileged documents.

### Q.  BAKER'S ALTERATION OF DOCUMENTS

122.  **Civil Spoliation.**  "Spoliation of evidence means the destruction or significant **alteration** of evidence or the failure to preserve evidence for another's use in pending or future litigation." *Williams v. Russ* (2008) 167 Cal.App.4th 1215, 1223 (bold added); *Willard v. Caterpillar, Inc.* (1995) 40 Cal.App.4th 892, 907, overruled on other grounds, 18 Cal.4th at 18; *Black's Law Dictionary* (8th ed. 2004) (spoliation of evidence is the intentional, reckless, or negligent withholding, hiding, altering, or destroying of evidence relevant to a legal proceeding).

(a)    *Spoliation No. 1.*  Baker *destroyed* relevant emails which first existed *after* he was served with process in the LASC Case.

(b)    *Spoliation No. 2.*  Baker *deleted* part of an email which related to the contested issue of Dr. Murtagh's California residence.

(c)    *Spoliation No. 3.*  Baker "***copied and pasted*** both HTML and plain text versions and source code into separate Word documents before saving them as EXHIBIT 1 in a single Portable Document Format (PDF)" – according to Baker's *own* expert. Thus, it is undisputed that a

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

44

Exhibit "B" - 123

document filed as an exhibit is a composite of *new* documents admittedly *created by Baker*, which he authenticated as a "true and correct copy of the original."

123. **Nature and Purpose of Alterations**. Baker deleted the "To" line, i.e., the *recipient's* email address on emails which were sent **to Baker** – and he altered the emails *to disassociate Baker from* anonymous email accounts at Hush.com ("Hush Accounts") – *to* which Dr. Murtagh's emails were sent because defamatory emails had been sent *from* the Hush Accounts. Dr. Murtagh's emails were sent to the Hush Accounts to try to elicit a response and thereby determine the *author* of defamatory emails sent from those Hush Accounts. In their Court filing, Baker slipped up and included the *metadata* (i.e., normally hidden information about the email) and the metadata *revealed* the recipient anyway, defeating the purpose of Baker's spoliation. In other words, Baker argued that Dr. Murtagh sent email to Baker but also tried to hide the *recipient email address*.

124. **Perjury.**

(a) *Perjury No. 1.* When asked to identify *all* of their email accounts, Baker omitted the Hush Accounts in his discovery responses, even though Baker admitted that email sent to the Hush Accounts was sent to *him*.

(b) *Perjury No. 2.* In discovery responses, Baker failed to disclose all of his websites.

(c) *Perjury No. 3.* In discovery responses, Baker failed to disclose medical recruiters he contacted, such as a recruiter who forwarded to Dr. Murtagh an email received from Baker.

(d) *Perjury No. 4.* In *verified* responses to discovery, Baker stated that he complied with Court Orders and "deleted [confidential matter] per court order," but as noted below, Baker still possesses Dr. Murtagh's

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

45

tape recordings and other confidential matter – according to Defendants' own statement that Baker intends to post those materials in the future.

(e) *Perjury No. 5. Knowing* that he deleted part of an email and filed a *partial* "cut and paste" composite of multiple emails, as explained above, Baker falsely declared under penalty of perjury that: "I, CLARK BAKER, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing, consisting of FOURTEEN (14) pages and SIX (6) exhibits are **true and correct copies of the originals**."

125. **Baker *Continues* to Abuse Process**. Even after being sanctioned $1000 for serving subpoenas without giving Dr. Murtagh proper notice, Baker did so *again! Without* serving a copy on Dr. Murtagh, Defendants served a subpoena on Dr. Murtagh's landlord about Dr. Murtagh's California *residence* (about which Dr. Murtagh had a reasonable expectation of privacy, especially from Baker, and especially in a case involving *stalking* allegations). Baker then used a declaration and information from that witness in filings on October 14, 2014 with this Court. Baker also posted information from their illegal subpoena on their website, http://www.jamesmurtaghmdtruth.com. That witness stated that, absent a subpoena, she would not have provided a declaration or information.

### R. BAKER'S FRIVOLOUS LEGAL PROCEEDINGS

126. **BAKER'S INTENT - Imposing Expense**. Baker admitted to investigator and former FBI agent Harold Copus, that Baker's primary motivation for filing a civil suit against Dr. Murtagh in New York was to make Dr. Murtagh spend "$25,000 retainer for a New York attorney." Baker also stated that he had assisted the reporter Celia Farber to file a lawsuit against Dr. Murtagh in New York, and that defending the lawsuit would cost Dr. Murtagh at least $25,000 to hire a New York lawyer.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

46

127. **BAKER'S TMB COMPLAINT.** Baker made a 2012 Complaint to the Texas Medical Board Case No. 13-1422, and in writing admitted his purpose in complaining to the TMB was to harass Dr. Murtagh; the complaint was rejected and Dr. Murtagh was exonerated, at substantial expense to Dr. Murtagh.

128. **BAKER'S LOSS AT THE WIPO.** Dr. Murtagh prevailed in a claim filed with the WIPO concerning the right to the website name "www.jamesmurtaghmd.com." Then Baker filed an appeal of the WIPO decision in Federal court but then failed to prosecute it, resulting in dismissal of the appeal.

129. **BAKER'S CALIFORNIA CRIMINAL COMPLAINTS.** Baker initiated a 2008 Criminal complaint against Dr. Murtagh in Los Angeles County, Case No. 08-0619018, which was not pursued or abandoned.

130. **BAKER'S NEW YORK COMPLAINT.** Baker initiated a 2009 Administrative/Civil Complaint New York/NY Case No. 09106399, which was not pursued or abandoned.

### S. BAKER'S DISCOVERY OF CONFIDENTIAL DATA

131. **BAKER'S INTENT.** Baker took steps to locate Dr. Murtagh so that Baker could then take steps to cause Dr. Murtagh to lose his employment.

132. **NEW PHONE NUMBER.** On 8/2/2014, Dr. Murtagh obtained a new phone and a new phone number (307) 690-8483 -- specifically to evade Baker's stalking.

133. **CONFIRMATION EMAIL.** Verizon sent a confirmation via email (bold added): "From: DoNotReply@verizonwireless.com [¶]

Subject: Your Receipts Are Available to View in My Verizon [¶]
Date: August 2, 2014 at 12:53:33 PM GMT-4 [¶]
To: JMURTAG@MINDSPRING.COM [¶]

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

47

Exhibit "B" - 126

Your Verizon Wireless Receipt(s) Now Available. **The receipt for your recent transaction for phone number(s) 307-690-8483 is now available on My Verizon.** Simply follow the link below to sign in to My Verizon and select the mobile number(s) listed above to view your receipt(s)."

134. **BAKER PROMPTLY LEARNED OF NEW PHONE NUMBER.** On *Dr. Murtagh's new* phone, on August 4, 2014 at 7:50 a.m. CST (two days after acquiring the new number), Dr. Murtagh received a text message from Baker via a spoofed number, (772) 285-0939:

"where are you? Not sure you are in Maine or Jackson. Call me when you have a chance or let me know where you are. OX"

135. **SECRECY OF NEW PHONE NUMBER.** Until he received the text message, Dr. Murtagh had shared the new number only with a very limited group of trusted people, namely his girlfriend and a hospital staff person who did not know Mr. Baker; each was warned not to share the new number with anyone.

136. **ANALYSIS.** The only ways Baker could have obtained Dr. Murtagh's new phone number would have been: (a) by hacking into Verizon's business records (unlikely because of Verizon's security and because the information was obtained within two (2) days after the phone number was changed); or (b) by obtaining access to ("hacking into") Dr. Murtagh's email, which is the most likely alternative. Confidential email had been sent to and from Dr. Murtagh using that email account, including communications with Dr. Murtagh's lawyers.

137. **FOLLOWUP.** Dr. Murtagh sent an authorization to Verizon requesting information regarding the unpermitted access to his account and new phone number and to Mindspring/Earthlink (which hosted Dr. Murtagh's email account. Absent a subpoena, and in light of the stay caused by this case, a meaningful response will not be forthcoming.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

48

## T. BAKER'S TAX EVASION

138. **Revocation and Audit**. OMSJ's tax exemption under § 501(c)(3) is improper because OMSJ engages in substantial non-exempt activities, and provides unreported compensation to its founder; in addition, OMSJ's Form 990 filings contain inconsistent information, omit key information and are questionable. OMSJ improperly comingles its "public benefit" and profit seeking activities.[14]

139. **Basis for Revocation: Private Inurement**.

(a)   OMSJ operates as a referral agency to its founder, Clark Baker, who charges $3500 for pre-trial consultation and $400 per hour plus expenses. (http://denyingaids.blogspot.com/2012/10/aids-denier-clark-baker-invades-us.html).

(c)   OMSJ's Legal Expenses. OMSJ's 2011 Form 990 shows $124,331 in "total revenue" and $76,429 in "legal expenses," or in other words, 61.4% of total revenues were spent on legal expenses. Mr. Baker frequently is sued because of his tortious and illegal activities.  The legal expenses unquestionably involved litigation expenses of Mr. Baker rather than to defend other persons, and were therefore a form of compensation.

140. **Basis for Revocation: "Operation Letterhead."** OMSJ itself charges for its services to individuals in competition with other private investigators at market prices and does not differentiate itself in any way from other private investigators. OMSJ is no different from any commercial

---

[14/]   **Commingled Website**. As explained below, Baker commingles on one omsj.org website: (i) solicitations for both *donating* money to the alleged public benefit corporation and *hiring Baker* as private investigators; and (ii) voluminous materials *attacking* various persons and *advocating* that there is a widespread conspiracy by the drug industry (a debate in which Baker thrust himself despite the complete lack of any no medical or scientific credentials).

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

49

enterprise, see e.g., http://www.omsj.org/operation-letterhead (Ex. 15) (bold added): "For a **flat service fee of $1500**, OMSJ will prepare customized correspondence for patients whose questions about their own testing, diagnosis and treatment remain unanswered. OMSJ's consultants will review your case and prepare a series of carefully written letters for our clients."

141. **Basis for Revocation: Criminal Activity**. Because of the criminal nature of at least one of OMSJ's activities described elsewhere in this Complaint, OMSJ's tax exempt status may be and should be revoked.

142. **Basis for Audit: Inconsistent and Missing Information.**

(a) **Failure to File**. OMSJ was formed on July 16, 2009. OMSJ's 2011 Form 990 shows "total revenue" of $38,582 for 2009 and $93,930 in "total revenue" for the "prior year," namely 2010. It appears that the income threshold was exceeded and yet OMSJ did not file for 2010.

(b) **Excessive Legal Expenses**. OMSJ's 2011 Form 990 shows $124,331 in "total revenue" and $76,429 in "legal expenses," or in other words, 61.4% of total revenues were spent on legal expenses. This is an unusual percentage to spend on legal expenses in the ordinary course and is not a product of "charitable" activity, but is a result of Baker's tortious and criminal activity.

(c) **Unspecified "Other Expenses."** OMSJ's 2012 Form 990 shows $421,590 in "total revenue" and $251,573 in "other expenses," or in other words, 59.7% of total revenues were spent on unspecified "other expenses."

(d) **OMSJ's Incomplete Return**. OMSJ fails to disclose how it spends donations, stating that in 2012 OMSJ had expenses of $251,573, but OMSJ fails to provide a detailed description of its purported expenses.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

50

(e)  **No Income for "Operation Letterhead."** OMSJ advertises that it charges $1500 for a service but does not report any earned income whatsoever from this or any other service.

(f)  **Inconsistency: Baker's Compensation**. OMSJ's 2012 Form 990 states that there were no salaries paid but Attachment 'O' states that "periodic reviews are regularly conducted to determine whether compensation arrangements and benefits are reasonable." Therefore, either: (i) there was compensation which is periodically reviewed but was not disclosed in OMSJ's return; or (ii) there was no compensation and the statement in Attachment O is misleading by stating that there are periodic reviews of something which does not exist. Moreover, Mr. Baker claims to average 65 hours per week for OMSJ, so that if (as OMSJ reports) he receives no compensation for that work, it is unclear how he supports himself and his family.

## U. BAKER'S RETALIATION

143.  **RETALIATION AGAINST BRIAN FOLEY, PhD.**  Baker also targeted Brian Foley, PhD, who has devoted his professional career to researching HIV and AIDS, as one of Dr. Murtagh's "AIDS goons." Baker also attempted to get Dr. Foley fired from his job with the Los Alamos National Laboratory in New Mexico ("LANL") by contacting LANL and other state and federal agencies.  Dr. Foley also sent a complaint to the CA Dept. of Consumer Affairs to complain about Baker's conduct.  Baker have posted Dr. Foley's personal email on Perpetrator's website.

144.  **RETALIATION AGAINST KEVIN KURITSKY.**  Mr. Kuritzky sent a complaint to the DCA about Clark Baker on December 9, 2009. Kuritzky complained that Baker harassed him by employing persons to show up on Kuritzky doorstep.  Mr. Kuritsky's complaint reflects conduct by Baker which

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

51

Exhibit "B" - 130

is similar to the conduct documented by Dr. Murtagh's complaint. Kuritzky sent a follow up complaint to the DCA about Baker on May 18, 2011 complaining that Baker: (a) continued to post Kuritzky's personal phone number on internet discussion boards online, (b) sent Kuritzky harassing emails, and (c) harassed both Kuritzky's mother and father, who live in separate states.

145. **RETALIATION AGAINST DR. LOKESH VUYYURU**. Lokesh Vuyyuru, MD appeared to testify at a hearing in favor of Dr. Murtagh and against Baker, who immediately created a very nasty website about Dr. Lokesh.

146. **RETALIATION AGAINST RALPH BARD, JD, MD.** Baker posted a webpage encouraging clients of Dr. Bard to seek refunds and accusing Dr. Bard of killing patients.

147. **RETALIATION AGAINST DR. MURTAGH'S ATTORNEYS**. Baker have also created negative web postings about Dr. Murtagh's lawyers, including Mr. SD Smith, Mr. Richard Condit, Mr. Tom Devine, and Mr. Mick Harrison. Baker have contacted Dr. Murtagh's lawyers in an effort to try and bully them into not representing Dr. Murtagh.

## FIRST CLAIM FOR RELIEF

**(Against Debtor for Determination of Non-dischargeability of Debt Under 11 U.S.C. § 523(a)(6): Willful and Malicious Injury)**

148. Dr. Murtagh incorporates by this reference, all allegations in paragraphs 1 though 147, inclusive, as though set forth in full here.

149. Baker engaged in wilful and malicious conduct against Dr. Murtagh and intended the consequences of those acts, including without limitation:

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

52

(a)   Intentionally interfering with Dr. Murtagh's career livelihood by creating and maintaining false and defamatory websites about Dr. Murtagh to be viewed by hospitals and medical recruiters with whom Dr. Murtagh worked, state medical licensing agencies, and friends, colleagues and family.  Baker intended that Dr. Murtagh would be terminated from hospitals and unable to obtain and maintain employment with hospitals and medical recruiting agencies and unable to obtain medical licenses in certain states, thus destroying Dr. Murtagh's career and livelihood and alienating him from friends, family and colleagues;

(b)   Stalking and cyberstalking Dr. Murtagh, such as by spoofing emails to Dr. Murtagh and pinging Dr. Murtagh's cell phone in order to track Dr. Murtagh's whereabouts; and

(c)   Defendants taunted Dr. Murtagh to commit suicide as a result of Defendants' conduct which frustrated Dr. Murtagh's ability to obtain and maintain meaningful employment and which alienated him from friends, family and colleagues.

150.   Baker, in perpetrating the acts alleged herein above against Dr. Murtagh, acted with the specific intent to injure Dr. Murtagh.

151.   Baker willfully and maliciously injured Dr. Murtagh, and the Defendants actions were committed with knowledge that harm to Dr. Murtagh was substantially certain.

152.   No just cause or excuse exists for Baker's actions.

153.   As a direct and proximate result of Defendants' conduct, Plaintiff Dr. Murtagh has sustained in excess of $5 million in compensatory damages.

154.   Baker's conduct and statements show that his malice, oppression and fraud, such that Dr. Murtagh is entitled to punitive damages.

155.   Based on the allegations as alleged herein, Plaintiff requests

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

53

a determination by this Bankruptcy Court that all damages and any and all other claims, debts and damages by Baker to Plaintiff arising from or relating the allegations herein and the basis of the LASC Case, are not dischargeable pursuant to § 523(a)(6) of the Bankruptcy Code.

## SECOND CLAIM FOR RELIEF

### (Against Debtor for Determination of Non-Dischargeability of Debt Under 11 U.S.C. § 523(a)(4))

156. Dr. Murtagh incorporates by this reference, all allegations in paragraphs 1 though 147, inclusive, as though set forth in full here.

157. As alleged above, while acting in a fiduciary capacity for OMSJ, Baker engaged in fraud, defalcation, embezzlement, and/or larceny by causing money to be diverted from OMSJ immediately before OMSJ filed a petition in bankruptcy, and specifically by diverting, without limitation: (a) $32,000 to Viral Forensics, LLC, which is a continuation of the same type of activities which were engaged in by OMSJ and Baker; and (b) $65,000 to attorneys who appeared in the LASC Case for only a few days before filing a motion to withdraw.

158. Baker, in perpetrating the acts alleged herein above against Dr. Murtagh, acted with a specific intent.

159. Baker willfully and maliciously injured Dr. Murtagh by diverting those funds, and Baker's actions were committed with knowledge that harm to Dr. Murtagh was substantially certain.

160. No just cause or excuse exists for Baker's actions.

161. As a direct and proximate result of Defendants' conduct, Plaintiff Dr. Murtagh has sustained compensatory damages.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

54

Exhibit "B" - 133

162.  Baker's conduct and statements show that his malice, oppression and fraud, such that Dr. Murtagh is entitled to punitive damages.

153. Based on the allegations as alleged herein, Plaintiff requests a determination by this Bankruptcy Court that all damages and any and all other claims, debts and damages by Baker to Plaintiff arising from or relating the allegations herein and the basis of the LASC Case, are not dischargeable pursuant to § 523(a)(4) of the Bankruptcy Code.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment as follows:

1.     For an Order declaring that the debt owed to Dr. Murtagh by Baker is non-dischargeable pursuant to 11 U.S.C. § 523(a)(6), based on Baker's conduct, as alleged herein;

2.     For compensatory, punitive and exemplary damages arising from Baker's conduct alleged herein, according to proof;

3.     For attorneys' fees and costs of suit incurred in prosecuting this Complaint;

4.     For injunctive relief including a Permanent Injunction, Temporary Injunction, Order to Show Cause, and/or Temporary Restraining Order and specifically:

a.     To take down all websites, blogs, webpages and any foreign language websites, any webcast, video and/or any radio show which mention Dr. Murtagh including www.jamesmurtaghMDtruth.com.

b.     To stay away from any physical contact, correspondence, telephonic, email or other electronic contact (via any name) with: Dr. Murtagh, his mother, his girlfriend, all hospitals (at which he currently works,

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

55

Exhibit "B" - 134

at which he worked in the past, and at which he may work in the future), all medical staffing recruiters (with whom he works, with whom he worked in the past, and with whom he may work in the future), Mr. Todd DeShong, Dr. Brian Foley, PhD, and Dr. Seth Kalichman, PhD, and all attorneys retained by Dr. Murtagh.

c.    To stop: (i) posting any false information on the internet about Dr. Murtagh; (ii) Communicating any false information to any person about Dr. Murtagh; (iii) Accessing Dr. Murtagh's email, cell phone, website and/or any of the business accounts with records about Dr. Murtagh's email, cell phone, and/or website.

d.    To disclose: (a) all websites and blogs under their control (including under the control of Baker's agents); and (b) all donors or persons funding his work as to Dr. Murtagh.

5.    For declaratory relief as follows: (a) that the alter ego doctrine applies to Baker and OMSJ so that they should be treated as one person; (b) that Baker is jointly and severally for the acts of OMSJ; (c) that Baker's pinging, spoofing and hacking are each illegal; (d) that Baker has engaged in "dishonest or fraudulent" acts which as a PI licensee, he is barred from engaging in; (e) that Baker improperly claims a tax exemption for OMSJ; (f) that Baker's permit to carry a gun should be revoked because of Baker's dangerous and unstable mental condition; (g) that Baker be required to retrieve and destroy all copies of documents subject to the Los Angeles Superior Court's Protective Order dated on or about July 10, 2014 and by failing to do so, finding that Baker violated that Protective Order; (h) that Baker's public posting of Plaintiff's psychiatric records was illegal and/or dishonest; (i) that Baker be barred from advertising that it can provide "medical support," "legal support" and/or "scientific support" as advertised

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

56

Exhibit "B" - 135

retrieve and destroy all copies of documents subject to the Los Angeles Superior Court's Protective Order dated on or about July 10, 2014 and by failing to do so, finding that Baker violated that Protective Order; (h) that Baker's public posting of Plaintiff's psychiatric records was illegal and/or dishonest; (i) that Baker be barred from advertising that it can provide "medical support," "legal support" and/or "scientific support" as advertised on Defendants' website; (j) that Baker has illegally practiced medicine by soliciting private medical information and by advising that patients stop taking medicine; (k) that Baker violated HIPPA by soliciting and not protecting private medical information and by not disclosing their HIPPA policy; (l) that Baker be barred from providing investigative services outside California; and (m) that the burden of proof on various issues be shifted to Baker;

6.     For other equitable relief including disgorgement and restitution; and

7.     For such other and further relief as the Court deems just and proper.

Dated: October 5, 2015                 ROSEN & ASSOCIATES, P.C.

                                       By: _____
                                           David Bleistein
                                           Attorneys for Plaintiff
                                           James Murtagh, M.D.

ROSEN & ASSOCIATES, P.C.
Law Offices
444 S. Flower St.
Suite 3010
Los Angeles, CA 90071
(213) 362-1000

57

Exhibit "B" - 136

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse, 255 E. Temple St., Ste. 1482/Ctrm. 1475, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                                   *Printed Name*                                          *Signature*

Exhibit "B" - 137

Exhibit "B" - 138

Exhibit "B" - 139

# Exhibit "C"

http://www.theaustralian.com.au/archive/executive-living/the-businessman-his-wife-and-the-ark-at-the-end-of-the-world/news-story/84e20e56ae1e76b4c48a977019306533

**The businessman, his wife, and the ark at the end of the world**

- Trent Dalton
- The Australian
- 12:00AM July 12, 2014

THREE reasons why the world can't end: my wife and daughters. Things I won't miss: eight-character passwords, four-digit pins and leaf-blowers; life's merry-go-round of small victories, the carrot-and-stick mystery of existence and "down, down, prices are down".

A bullying moonlit wave slams the wall of my cabin, our 14m catamaran dips into a trough and a blue ink line slashes across my notepad. We are nine hours' hard night sail from the new world.

I sleep and dream of drowning. Before dawn I emerge above deck to find Steve Quinto at the ship's wheel, where I left him last night. Steve is a rich American businessman. He once owned an international airline, pioneered low-cost travel across the United States. Steve believes the world I know is in the second phase of certain self-destruction. "So you've found your way to us," he says. He nods to the horizon. Cloud and fog seem to shift at his command and the untouched, impenetrable west coast forest mountains of the island of Espiritu Santo, Vanuatu, rise out of the Pacific like monsters made of moss and vine.

Beyond those mountains is Steve's utopia, an 800ha living ark he has spent the past eight of his 79 years creating, investing his life's fortune in the shipment of 300 tonnes of materials from around the world to the edge of human existence. Paradise. Salvation. A new world for when the old one dies. He calls it Edenhope. Eden would have sufficed. "Soon you will meet Ona," Steve says. Ona is a girl. Ona is a beginning.

The catamaran anchors at a buoy floating off the shore of the tiny village of Tasmate, well off the tourist trail. Steve's wife of 46 years, Ruth Quinto, emerges from the galley, looks out to the village. Ruth speaks with a refined English accent. She does not suffer fools or stubborn jar lids. "Almost home," she says. The Tasmate locals greet Ruth with hugs. She brings them gifts of fruit and vegetables from the long-distant town of Luganville where we first set out. Shirtless kids smile wide, make cartwheels on a curving black sand beach running from a sheltered haven of sapphire blue water. Ruth picks 20 coconuts and loads them with my bag onto a heavy haul Kawasaki four-wheel all-terrain vehicle. The kids wave goodbye, their parents' faces grim and curious. The thin and ageing white ghost couple from deep in the forest have attracted another believer.

Ruth hands me a large silver bowl containing hundreds of baby tomatoes she bought from a Luganville market. She puts the Kawasaki into gear and motors into the heart of the forest, her husband sputtering behind her. We bounce and rock for almost an hour along a loose earth track that climbs up steep hills, skirting ridges that drop off into oblivion. A single baby tomato spills from the bowl. "Oh, you dropped one," Ruth says, panicked. She looks beneath her feet at the pedals. "Oh, there, I see it."

In coming months Ruth and Steve will disconnect themselves totally from the civilised world. "You have found us at an extraordinary moment in our lives," Steve says. "As we make our transition." Ruth has left behind houses and cars and furniture and expensive ornaments and jewellery. The errant baby tomato beneath her feet is more precious to her than any of it. "The world of man proceeds on a suicidal journey," she says. "We've turned all of life into a commodity. Everything has a price. Everything is for sale … and it finally became impossible for us. We couldn't go on participating in it."

Ruth's skin and bone arms work the steering wheel and the vehicle cuts through a stunning avenue of tall lush forest trees. A mosquito buzzes by my right ear. Malaria and dengue fever have spread through these parts. Ruth has had malaria seven times, once so severely it infected her brain. "It tests me," she says. We pass the first of Edenhope's sprawling plantations alive with pineapples, pawpaws, pumpkins, oranges, figs and countless other fruits. "I long for Eden," she says. "To return to living totally within nature, with no more desire outside of that. No need to harm or be at all destructive. And have loving family join us in honouring creation."

There is, Steve estimates, room enough on the ark for 23 people to live comfortably. And Australians are welcome. Singles, couples, families, believers. All that's required is a $300 one-way ticket from Brisbane to Luganville and a commitment that means forever. You won't need a ticket home. There soon won't be one.

"We want quality, not quantity," says Steve. "We don't want people who are trying to escape themselves. We don't want damaged people. You'll have nowhere to go. You'll be out here and you'll have nothing else to face except yourself. So you better be all good with yourself. Once you've made the decision to leave the world behind, there's no going back."

The turning track straightens to a clearing and there it is: the dream, Edenhope, a new world among the trees, a network of wooden bridges and paths and staircases weaving through manicured garden beds and rolling orchards with fruit trees in the hundreds and a kitchen hut and 10 octagonal bungalows made of red hardwood timbers. The wondrous dreamscape includes wild blue flowers and bird of paradise plants and trees so big their root systems form houses of their own. There's a communal library; a warehouse filled with endless tools and hardware; a surgery stocked with enough medicines to last two decades.

It's a staggering work of human endeavour. Steve brought an earthmover and a front-end loader here from Canada. He rallied workers, paid and paid for their services for eight years; organised thousands of nine-hour sailing journeys back and forth between civilisation and sanctuary, hauling floors and sacks of concrete and machinery and miscellaneous goods in preparation for the apocalypse. He walks to a patch of dirt in the centre of his village. "It started here," he says. "It was nothing but Ruth and I in two hammocks tied to trees."

Steve closes his eyes and breathes his home in deep through his thin chest. "This is the birth of a new species," he says. "This is the birth of beauty. This is the birth of dreams."

I won't understand it, he says, because I'm from The Paradigm. To connect to the dream I must first disconnect myself from The Paradigm that has enslaved me for 35 years on Earth. The Paradigm is ambition and greed and war and politics and *Deal or No Deal* and Coca-Cola and

Big Mac meal deals and home mortgages and nine-to-five and the iPhone in my pocket. "You're not exposed to an awful lot because The Paradigm keeps shaping your education. It's really tough for anyone to resist The Paradigm. Few can. Very few people claw their way back from it."

He has secured a lease for this land from the Vanuatu government that he has paid in advance for up to 75 years. "What happens when the lease runs out?" I ask. He looks at me, bemused. "There ain't gonna be anything left of this world," he says. "Twenty more years at the outside, that's all that's left for the end of the destruction of this world. Finished." The end isn't nigh. The end is here. "Oh yeah, we're in it," he says. "We're in the end of the world."

We've just passed the first part, purification. The second part will be judgment and execution. "We're in that phase but we're still at the top end where you don't see very much change; over the next 20 years you will see more things occur than you ever would have believed possible. It will reflect the cataclysmic time we have prepared for," Steve says. "The debt in the US is not even serviceable. There is no economic reality. Stock markets around the world are at record highs. Commodities are at record highs. Nobody realises we are living in hyper-inflation. Some men are making so much money they don't even know how to spend it. And the 99.5 per cent of everybody else is experiencing contraction. The whole of the western world is bankrupt. They're holding it together with glue and image but it will break shortly. It can't possibly survive what's happening. And then the major powers, when they lose control of their body politic, will resort to the only thing they have to express their power. You know what that is. This is the way the world ends."

The story is written. Financial collapse brings political collapse brings religious conflict. "Every major urban centre will turn to riot," he says. The world eats, fights, claws, betrays, shoots, stabs and burns its way to the end. While the people of Edenhope wait it out on the living ark at the unreachable edge of the Earth. "We're in a position where we could clothe, feed and shelter ourselves for the rest of our lives," Steve says.

There will be no lease costs because there will be no Vanuatu government. "You will see it," he says. "You're part of the witness group that will watch what is the most astounding period in the history of our species. And you will see it soon."

A young woman emerges from the forest. Long, flowing brown hair, a yellow sun dress. She walks barefoot along a pebble path but maybe she glides, floats like the yellow and black butterfly that seems to covet her right shoulder like a pirate's parrot. She walks straight towards me and wraps her arms around my neck, a long embrace from beyond the paradigm. Who are you? How on Earth did you get here?

"How do we find each other?" she says. "By coincidence. Like everyone."

Ona Drisoa will not kill a living thing, not even a stinging mosquito potentially infecting her with malaria. Ona's skin is the colour of the flat white coffee I will not drink for six days. Ona's default facial expression is profound and universal wonder. She was raised in the wilderness of Canada, a Swiss mother, a Moroccan father. She might be 25 or 35 or 18. She embraces Steve

for 30 seconds, then glides off into the forest, arm in arm with Ruth. "Ona is my daughter," says Steve. "She is my granddaughter. She is my sister. She is my mother.

"I don't lie," he says. "If I need to keep something confidential I will. But I won't lie. I don't know how you managed to connect with us."

I was connected by a friend who was connected by a friend, a traveller who spent almost a month on the ark. Coincidence did the rest.

"We had decided several years ago that we would not share this experience with media," Steve says. "We don't need the exposure."

But a fact is a fact. Miracles should be shared. Ona does the impossible. Ona is between time and space and living and dying. Ona is magic.

**We eat fruit and yams and wipe our bums** with leaves. We pad through the forest thumbing foliage that could double as toilet paper. "Very young leaf," says Ruth, with Edwardian resonance. "That will be like silk." Our laughter echoes through the dappled sunlight forest.

No meat, no fish, no dairy. Boiled wild cabbage two meals a day. We find wild mushrooms and pick pawpaws and pumpkins and armfuls of wild cabbage that the bamboo kitchen hut cook, a local village woman, Katherine, boils into coconut milk and taro puddings and yam and banana stews that we spoon from leaves shaped like breakfast bowls. We sprinkle our food with sea salt scooped from Tasmate beach.

Two local village helpers in the sanctuary, Max and John, show me how to cut and shave coconut; how to crack open bush peanuts. Their arms are all muscle and machete scars. John has tattooed lines beneath his eyes. We speak of our loved ones. "I can't say your name so I call you Jimmy," John informs me in broken English.

"Open up," says Ruth. I open my mouth and she shoves a spoonful of foul-tasting swamp-green liquid down my throat. She smiles warmly. "You will not get dengue fever."

We sleep, read and stare at things for 30-minute periods in silence. "What are you thinking about?" asks Ona out of nowhere. I'm thinking about my daughters swinging on that snake vine. Jimmy likes snake vines. Jimmy likes Edenhope.

In the library I read page 81 of James Hilton's *Lost Horizon*, where Hugh Conway reaches Shangri-La: "It was indeed a strange and half-incredible sight." I'm growing so attuned to nature and living things that I can't turn to page 82 for fear of squashing a dust mite.

Steve sits beneath a tree with roots like a submarine's rudder. "Who was Stephen Quinto?" I ask him. He's almost forgotten. I have a news article in my pocket that might remind him, dated August 18, 1985, from the Sun Sentinel newspaper of his former home state, Florida. It describes Steve's supernova journey through high-stakes US business, when he created Northeastern International Airways, a pioneering low-fare airline with revenue that in three years swelled from $700,000 to $230 million. For a moment in 1984 Quinto's airline boasted the highest load factor of any carrier in the US. This was a man Richard Branson came to for advice. A former United

Airlines executive described Quinto as possessing "the instincts of a junkyard dog; one of the most tenacious men you'll ever meet. If it is possible, he'll find a way."

Quinto was a cigar-smoking, hard-living Miami-based tycoon with a past as colourful as his aircraft designs. He'd flown cargo planes on illegal shipping runs through South America and Africa and Europe. If someone needed a shipment of chillies moved discreetly overnight, he was your guy. A cargo of caged chooks, no problem. He'd been shot at, imprisoned and threatened by gangsters. By the time he started Northeastern out of every last dollar he and Ruth had to their names — about $200,000 — he had no fear of losing his shirt because he'd lost it so many times before. "Stephen Quinto spent his entire life searching for himself," Steve says. "Now he's just 'Steve'."

Northeastern was a victim of its success. He couldn't find the planes to meet rapidly increasing load demands. The dizzying party ended as quickly as it began and Northeastern filed for bankruptcy in early 1985. "You're dealing with cretins," he says. "They keep raising the ante so nobody can come in and challenge them. But about the same time, the big guy talked to me. He said, 'This is not your game. This is my game. I'm taking the ship back from you.' It was that simple. I moved out of the ship."

"When you say 'the big guy'…"

"You know who I'm talking about. It was about 6am. We were in a house in Miami Beach on Allison Island. I'd just woken up and the voice came from everywhere. Everywhere. I'd never had such an experience in my life. At about 9am that morning, at the breakfast table, I said to Mum [Ruth]: 'I'm finished with the airline business.' Her immediate comment: 'Thank God.' Just like that. It was incredible."

But there was bark left in the junkyard dog. He would make a new fortune in colloidal silver — silver particles suspended in liquid, a new-age cure-all to boost immunity and curb infections. Steve's Florida-based company, Natural Immunogenics, owns more than 60 per cent of the North American colloidal silver market. Passion, obsession and dreams built Edenhope, but so did a 480ml bottle of liquid silver that retails for $49. His four sons manage the business today. He can communicate with them through email and telephone via a giant satellite dish he erected at Edenhope. But soon he will disconnect all communications. The ark, once full, will make its final departure into the new world. They will pull the plug. They will live on raw fruit and edible plants. Steve will abandon contact with his sons, his grandchildren and their children to come.

He considers this for a moment. "Do not look back when you walk into the woods," he says. "It will be too painful to turn around."

**Days meander into nights. Nights into days.** Time pressures don't exist here. Great chunks of it are devoted to the smallest matters. A simple miscommunication about meeting for a walk becomes a 15-minute, thigh-slapping rumination on the wonders of happenstance. We sacrifice half an hour to discussing the ingredients of a dressing for an avocado salad. "I wonder if Shiam is a good cook?" Ona wonders.

Many have trialled the Edenhope experience. Steve and Ruth have welcomed believers, curious and true, from Australia, Norway, Italy, France, Germany and America. Shiam is a young and

spiritual Indian man who has given his commitment to join Steve, Ruth and Ona as the fourth forever member of their great transition. A fifth, a young Greek man, has pledged his commitment via email. Places on the ark are slowly filling.

By the kitchen fire at night we talk about death. When the time comes Ruth says she will simply walk into the forest and die. "I'm going to take something to tie myself up into a tree," she says. "You'll have to look up to find me."

The tattooed and muscular John taps my shoulder. "Jimmy!" he says. "I have riddle for you Jimmy." You are driving a bus with 20 seats and 18 passengers. You come to a bus stop where four people stand: an old lady with a cane; a heavily pregnant woman; your best friend; and the girl of your dreams. "You only have enough seats for two people, Jimmy," says John. "What do you do, Jimmy? *What do you do?*"

**I try and fail to avert my eyes from Steve's carefree and dangling penis.** Everybody's nude. Pure river water flows into the swimming hole and perfect auburn afternoon sun shines upriver on the Edenhope inhabitants. Ruth rests naked on a smooth rock beneath the water surface; Ona spirals through the water like a seahorse.

I bring Ruth a towel and she grips my forearm as we climb over misshapen boulders towards the path leading back to our bungalows. Ruth's weary legs heave over rocks and streams. She takes deep breaths, pushes on valiantly. "It's good to get out of one's comfort zone," she says. "Did you ever do this with your grandmother?" My grandmother had polio and spent much of her life in a wheelchair. "Oh," she says. Ruth grips my arm, looks up and says in a soft, sincere tone: "I would like to have a grandson like you."

I return to the swimming hole to find Steve gazing downriver at Ona, who rests meditatively atop a giant circular white rock. Her bare chest arches backwards in a kind of ballet-meets-yoga-meets-escapology pose. "Isn't she beautiful," Steve says, mesmerised.

And it is at this moment that the big guy speaks to me. My own personal big guy. He tells me it's all bullshit. He tells me there are no worlds but this one in the pit of my stomach. He's whispering to me, saying we men are beasts. We eat meat, rare and bloody. We belong in the animal pens of Tasmate village and everything we convince ourselves we are and aspire to be can be undermined and rendered false by the sight of a woman's breasts. So maybe we truly are doomed.

Later, in the library, another notion comes to me. Steve is sitting on a reading chair talking about his parents. He was born in The Bronx, raised in Long Island. "My mum and my dad were galvanised by the Depression," he says. "During the war my father said to my mother, 'When the war is over, I'm going to take you around the world'. Well, when the war was over she died. I was 10." He thinks for a moment, some distant answer coming to him. "Life is an experience we're treated to for a very specific purpose. I'm living my purpose. I'm living it."

I put the notion to him. "Ona is Eve," I say. "This is Eden and Ona is your Eve."

He doesn't hesitate. "You're exactly right." He admires Ona as much for her commitment to nature as her commitment to Edenhope. Ona is a beginning at the end. "She's a young woman at

the height of her blossoming," he says. "We still have to explore the situation of relationships. But we do so in a truly loving way. We have no expectations of each other other than our absolute commitment to what we're doing together. So we share. We have no hierarchy. There is no leader. You might say I am responsible for making this happen. But it wasn't me. I was just the messenger. Whatever I'm given to do it's at the service of a cause far greater than my own."

"Really, Edenhope is all about kids," says Ruth. "And their future. Those who will grow up with all the dreams we held sacred. Our bodies have been ruined, we've abused them and live the results now. But these children will grow up with their senses intact, able to see, to hear, and live life consciously. It's so terribly important."

"We have done an abysmal thing to the Earth," says Steve. "That's why Ruth and I have devoted ourselves to ensuring that we can get some kids through this trial. We're going to protect our children from the paradigm."

On the porch of my bungalow I scribble lines in my spiral notepad. *Jimmy is confused. Jimmy worries for Ona. Jimmy could murder a Four'N Twenty.* Something makes me look up at the path outside my bungalow. Nothing there. I go back to my notes. *Jimmy misses home.*

A soft voice from the forest: "Hello." Ona is standing on the path. She's laughing. We stroll through the nearest fruit grove. "I saw you look up," she says. "You were looking for me. You sensed me. That happens all the time in your world but you are too busy to notice."

She asks me about my wife and two girls. I ask about her family. "They don't know I'm here," she says. She stops on the spot. "I will tell you a secret that I have not told Steve and Ruth," she says. "But I will tell them soon." She whispers it. It's a secret that makes perfect sense, a revelation about her health, her past and her future that cuts to the heart of Edenhope, now and until the end of the world. She stares into my eyes and convinces me it's truth.

"Can I write about it?" I ask.

"You can write about it," she says.

But soon she will send me a seven-page letter. It will be filled with vivid insights, poetic and powerful thoughts on what brought her to Edenhope and why she will stay to the end with Steve and Ruth, two people she loves with her heart and soul. Towards the end she will ask, "Please leave out what I have shared with you, as a person, about my journey to the edge of life … but, yes, you may mention the now ongoing journey to the edge of life and that I am finding that what there is … is not the end at all."

**Going home will be an act of faith.** That the small wooden boat from Tasmate village with no life jackets or backup fuel or oars will make it four hours across open seas to a small village called Tassiriki. Faith that my end doesn't begin here. "A black Chinaman will be waiting for you in Tassiriki," says Ruth. We bounce for four hours in the back of the black Chinaman's ute with eight villagers, a basket of yams and pillows of bush peanuts as he cuts through the thick centre of Espiritu Santo towards Luganville.

Ruth's Kawasaki drops me at the Tasmate hut where I stay overnight before setting off at 5am in darkness. She has arranged a mattress and blanket, and dinner — boiled wild cabbage. She hands me a bag of peanuts and four oranges for my journey. "Will you be OK?" she asks. Her love of living things extends even to journalists. Anyone would like a grandmother like her. "Did you get something out of this?" she asks.

I tell her she opened my eyes. I tell her she's a beautiful human being. She smiles warmly and shrugs her shoulders, suggesting neither she nor I will be the ultimate judge of that. She puts the Kawasaki into gear and speeds into the forest.

At 5am an endless road of moonlight shines across the Pacific Ocean towards the horizon. The village boat rocks in the water, its bow buzzing with thousands of mosquitoes. John and Max have come down to the beach to say goodbye. As we sputter off, John raises an old cassette player. The reassuring voice of Bob Marley echoes across the water. *Don't worry, 'bout a thing, cuz every little thing, gonna be all right ...* John dances on the beach. "Be safe Jimmy!" he hollers. We share a thumbs up.

John says there is only one answer to his riddle about the crowded bus. The answer is to let the old woman with the cane and the heavily pregnant woman onto the bus. If your best friend is truly that he will take your place at the driver's seat and allow you to hop off the bus and follow the girl of your dreams. Follow her all the way home, to runny noses and mortgages and jaffle makers and four-digit pins and Vick's VapoRub and stop, drop and go. All the way to your perfect world, your beloved paradigm.