Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Drive, Bldg. 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff Natural Immunogenics Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **PLAINTIFF'S APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2(b)** |
| v. | |
| NEWPORT TRIAL GROUP, et al., | Judge:  Hon. James V. Selna |
| Defendants. | |

Plaintiff Natural-Immunogenics Corp. ("NIC") hereby submits this application pursuant to Local Rule 79-5.2.2(b).  On March 10, 2017, the Court ordered the parties to file all motions pending before the Special Discovery Master to the CM/ECF system forthwith.  *See* Dkt. 239.  NIC's has the following motion pending before the Master:  NIC's Motion to Compel Production of Documents on Grounds that (1) Documents Are Not Privileged; (2) the Crime-Fraud Exception Applies; and/or (3) Defendants Have Impliedly Waived Privilege (the Crime-Fraud "Motion").

NIC's motion attaches and relies on 105 supporting Exhibits.  Eight (8) of those exhibits contain information that has been designated "confidential" under the discovery protective order (Dkt. 87) by non-filing parties.  The information designated "confidential" primarily concerns settlement terms contained in "confidential" settlement agreements entered into between NTG and defendant corporations that NTG sued.  NIC's moving papers and supporting declarations excerpt or quote from that "confidential" material.  Thus, NIC's moving papers are also subject to this Application to File Under Seal.

NIC took efforts to meet and confer with non-filing parties to reduce the scope of an "under seal" filing, and rely on redactions wherever possible.

NIC takes the position that none of the material in its Crime-Fraud Motion, or the supporting exhibits, should be filed under seal other than information that would qualify under Fed. R. Civ. Pro 5.2 and Local Rule 5.2.  Consistent with Local Rule 79-5.2.2(b), NIC hereby asks the Court to rule on the proposed "under seal" filings (attached hereto).

NIC hereby submits the relevant document and an accompanying declaration pursuant to Local Rule 79-5.2.2(b).  Consistent with Local Rule 79-5.2.2(b), NIC will provide prompt service of this filing to all affected parties, thus affording them four days to file a response.

To the greatest extent possible, NIC has attempted to limit "under seal" designations through redactions. Following the Court's ruling on this Application to File Under Seal, NIC will promptly file and docket its Crime-Fraud Motion pursuant to the Court's March 10, 2017 Order (Dkt. 239), thus creating a CM/ECF event for the motion presently pending before the Special Discovery Master. NIC will publicly file all information not specifically addressed by this Application to File Under Seal.

DATED:  March 27, 2017

Respectfully submitted,

EMORD & ASSOCIATES, PC

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Chandler, AZ 85286
Ph:  (602) 388-8899
Fx:  (602) 393-4361

*Attorney for Plaintiff Natural-Immunogenics*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, the foregoing, **PLAINTIFF'S APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2(b)** was electronically filed using the Court's CM/ECF system and was sent via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
Tel: (714) 384-5540
*Attorney for Andrew Nilon,*
*Giovanni Sandoval, Sam Schoonover,*
*Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

/s/ Peter A. Arhangelsky
Peter A. Arhangelsky, Esq.