Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | (JAMS Ref. No.: 1220055347) |
| v. | **DISCOVERY MATTER** |
| NEWPORT TRIAL GROUP, et al., | **NOTICE OF JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| Defendants. | |

Judge:      Hon. James V. Selna
Master:     Hon. Rosalyn Chapman (Ret.)

Complaint Filed:          Dec. 7, 2015
Fact Discovery Cut-off:   Aug. 21, 2017
Expert Discovery Cut-off: Aug. 14, 2017
Pretrial Conf. Date:      Nov. 20, 2017
Trial Date:               Dec. 5, 2017

PLEASE TAKE NOTICE that on March 9, 2017, in the above-captioned matter before the Special Master located at 555 West 5th Street, 32nd Floor, Los Angeles, California, Plaintiff Natural Immunogenics Corp. ("NIC"); and Defendants Newport Trial Group, Scott J. Ferrell, David Reid, Ryan Ferrell, Victoria Knowles,  and Andrew Baslow ("NTG Defendants" or "NTG") will and hereby do submit a joint stipulation regarding NIC's Motion for an Order Compelling Defendants to Produce Financial Documents to Plaintiff.  Defendants oppose the motion.

The joint stipulation is made following the conference of counsel pursuant to Rule 37-1.

This stipulated discovery motion is based on this Notice of Stipulation, the concurrently filed joint memorandum pursuant to Local Rule 37-2, the supporting exhibits, and any forthcoming oral argument at the noticed hearing.

Plaintiff NIC hereby requests that the Court compel production of the documents responsive to NIC's First Set of Requests for Production to All NTG Defendants.


So stipulated,


DATED:  March 9, 2017


EMORD & ASSOCIATES, PC


By:   */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 291325)
Joshua S. Furman (pro hac vice)
Eric A. Awerbuch (pro hac vice)
*Attorneys for Plaintiff Natural Immunogenics Corp.*


NOTICE OF JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL

2

DATED:  March 9, 2017

CALLAHAN & BLAINE, APLC

By:   */s/ David J. Darnell*

David J. Darnell
Edward Susolik
Robert S. Lawrence
CALLAHAN & BLAINE
*Attorneys for Defendants Newport Trial Group PC, Scott Ferrell, Ryan Ferrell, Victoria Knowles, David Reid and Andrew Baslow*

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 9, 2017

EMORD & ASSOCIATES, PC

By:   */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 291325)
Joshua S. Furman (pro hac vice)
Eric A. Awerbuch (pro hac vice)
*Attorneys for Plaintiff Natural Immunogenics Corp.*