# EXHIBIT D

Scott Jason Ferrell
Personal Balance Sheet



Confidential: Subject to Protective Order