Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| | (JAMS Ref. No.: 1220055347) |
| Plaintiff, | |
| v. | **DISCOVERY MATTER** |
| NEWPORT TRIAL GROUP, et al., | **NOTICE OF JOINT STIPULATION RE PLAINTIFF'S MOTION TO FIND:** |
| Defendants. | **(1) DOCUMENTS ARE NOT PRIVILEGED;** |
| | **(2) THE CRIME-FRAUD EXCEPTION APPLIES; AND/OR** |
| | **(3) DEFENDANTS HAVE IMPLIEDLY WAIVED PRIVILEGE,** |
| | **AND TO COMPEL PRODUCTION OF DOCUMENTS** |
| | Hon. Rosalyn M. Chapman (Ret.) |

PLEASE TAKE NOTICE that on April 14, 2017, in the above-captioned matter before the Special Master located at 555 West 5th Street, 32nd Floor, Los Angeles, California, Plaintiff Natural Immunogenics Corp. ("NIC"); Defendants Newport Trial Group, Scott J. Ferrell, David Reid, Ryan Ferrell, Victoria Knowles, and Andrew Baslow ("NTG Defendants" or "NTG"); and Defendants Andrew Nilon, Sam Schoonover, Taylor Demulder, Matthew Dronkers, and Giovanni Sandoval ("Non-NTG Defendants") will and hereby do submit a joint stipulation regarding NIC's Motion for an Order Finding (1) Documents are Not Privileged, (2) the Crime-Fraud Exception Applies, and/or (3) Defendants have Impliedly Waived Privilege, and Compelling Defendants to Produce Documents to Plaintiff. All Defendants oppose the motion.

The joint stipulation is made following the conference of counsel pursuant to Rule 37-1.

This stipulated discovery motion is based on this Notice of Stipulation, the concurrently filed joint memorandum pursuant to Local Rule 37-2, the supporting exhibits, and any forthcoming oral argument at the noticed hearing. NIC requests production of all documents and files designated in Appendix B to the joint stipulation filed contemporaneously herewith, which lists 1,074 documents by individual DocID numbering. In the alternative, NIC requests that this Court compel production of all files in Appendix B for *in camera* review so that the Court may rely on that content in evaluating the issues briefed.

So stipulated,

DATED:  April 14, 2017

EMORD & ASSOCIATES, PC


By:    */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 291325)
Joshua S. Furman (pro hac vice)
Eric A. Awerbuch (pro hac vice)
*Attorneys for Plaintiff Natural*
*Immunogenics Corp.*


DATED: April 14, 2017

CALLAHAN & BLAINE, APLC

By:    */s/ David J. Darnell*

David J. Darnell
Edward Susolik
Robert S. Lawrence
CALLAHAN & BLAINE
*Attorneys for Defendants Newport Trial*
*Group PC, Scott Ferrell, Ryan Ferrell,*
*Victoria Knowles, David Reid and Andrew*
*Baslow*

DATED: March 8, 2017

FORD & DIULIO PC


By:    */s/ Brendan M. Ford*
Brendan M. Ford
Kristopher P. Diulio
Tyler E. Sanchez
*Attorneys for Defendants Andrew Nilon,*
*Sam Schoonover, Sam Pfleg, Taylor*
*Demulder, Matthew Dronkers, and Giovanni*
*Sandoval*


Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 14, 2017

EMORD & ASSOCIATES, PC


By:    */s/ Peter A. Arhangelsky*

Peter A. Arhangelsky, Esq. (SBN 291325)
Joshua S. Furman (pro hac vice)
Eric A. Awerbuch (pro hac vice)
*Attorneys for Plaintiff Natural*
*Immunogenics Corp.*

NOTICE OF JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 14, 2017, the foregoing **NOTICE OF JOINT STIPULATION RE PLAINTIFF'S MOTION TO FIND: (1) DOCUMENTS ARE NOT PRIVILEGED; (2) THE CRIME-FRAUD EXCEPTION APPLIES; AND/OR (3) DEFENDANTS HAVE IMPLIEDLY WAIVED PRIVILEGE, AND TO COMPEL PRODUCTION OF DOCUMENTS** was electronically filed through the Court's CM/ECF system and was sent to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
Tel: (714) 384-5540
*Attorney for Andrew Nilon,*
*Giovanni Sandoval, Sam Schoonover,*
*Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

 */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.