# APPENDIX B:  LIST OF ALL DOCUMENTS SOUGHT FOR *IN CAMERA* REVIEW

The following 1,074 documents include all files designated "privileged" by defendants and which are at issue in NIC's crime-fraud motion.  The list below includes an alphabetical, chronological listing of all documents sought by NIC for *in camera* review.  The list overlaps documents listed with more detail in Appendix A.  This list appears in NIC's Cover Motion.

| | | |
|---|---|---|
| 1.  DEMULDER00001 | 32.  NILON00030 | 63.  NTG000146 |
| 2.  DEMULDER00007 | 33.  NILON00031 | 64.  NTG000148 |
| 3.  DEMULDER00011 | 34.  NILON00041 | 65.  NTG000149 |
| 4.  DRONKERS00001 | 35.  NILON00043 | 66.  NTG000150 |
| 5.  DRONKERS00003 | 36.  NILON00047 | 67.  NTG000151 |
| 6.  DRONKERS00005 | 37.  NILON00048 | 68.  NTG000152 |
| 7.  DRONKERS00010 | 38.  NILON00049 | 69.  NTG000153 |
| 8.  DRONKERS00011 | 39.  NILON00050 | 70.  NTG000154 |
| 9.  DRONKERS00012 | 40.  NILON00051 | 71.  NTG000155 |
| 10.  DRONKERS00013 | 41.  NILON00052 | 72.  NTG000166 |
| 11.  DRONKERS00014 | 42.  NILON00060 | 73.  NTG000167 |
| 12.  DRONKERS00015 | 43.  NILON00063 | 74.  NTG000168 |
| 13.  DRONKERS00016 | 44.  NILON00066 | 75.  NTG000169 |
| 14.  DRONKERS00021 | 45.  NTG000104 | 76.  NTG000170 |
| 15.  DRONKERS00027 | 46.  NTG000107 | 77.  NTG000172 |
| 16.  DRONKERS00028 | 47.  NTG000111 | 78.  NTG000174 |
| 17.  DRONKERS00029 | 48.  NTG000112 | 79.  NTG000176 |
| 18.  DRONKERS00030 | 49.  NTG000114 | 80.  NTG000179 |
| 19.  DRONKERS00031 | 50.  NTG000121 | 81.  NTG000182 |
| 20.  NILON00001 | 51.  NTG000123 | 82.  NTG000185 |
| 21.  NILON00003 | 52.  NTG000125 | 83.  NTG000186 |
| 22.  NILON00008 | 53.  NTG000128 | 84.  NTG000232 |
| 23.  NILON00009 | 54.  NTG000129 | 85.  NTG000232 |
| 24.  NILON00010 | 55.  NTG000132 | 86.  NTG000234 |
| 25.  NILON00012 | 56.  NTG000134 | 87.  NTG000234 |
| 26.  NILON00015 | 57.  NTG000135 | 88.  NTG000235 |
| 27.  NILON00016 | 58.  NTG000137 | 89.  NTG000235 |
| 28.  NILON00017 | 59.  NTG000138 | 90.  NTG000237 |
| 29.  NILON00019 | 60.  NTG000140 | 91.  NTG000237 |
| 30.  NILON00020 | 61.  NTG000142 | 92.  NTG000239 |
| 31.  NILON00025 | 62.  NTG000144 | 93.  NTG000239 |

APPENDIX B:  Itemized List of Documents for
*In Camera* Review and/or Production

| | | | | | |
|---|---|---|---|---|---|
| 94. | NTG000241 | 133. | NTG004825 | 172. | NTG005139 |
| 95. | NTG000241 | 134. | NTG004826 | 173. | NTG005142 |
| 96. | NTG000242 | 135. | NTG004827 | 174. | NTG005146 |
| 97. | NTG000242 | 136. | NTG004872 | 175. | NTG005150 |
| 98. | NTG000244 | 137. | NTG004873 | 176. | NTG005151 |
| 99. | NTG000244 | 138. | NTG004893 | 177. | NTG005155 |
| 100. | NTG000245 | 139. | NTG004896 | 178. | NTG005159 |
| 101. | NTG000246 | 140. | NTG004897 | 179. | NTG005164 |
| 102. | NTG000247 | 141. | NTG004898 | 180. | NTG005169 |
| 103. | NTG000248 | 142. | NTG004899 | 181. | NTG005170 |
| 104. | NTG000249 | 143. | NTG004900 | 182. | NTG005171 |
| 105. | NTG000251 | 144. | NTG004901 | 183. | NTG005172 |
| 106. | NTG000252 | 145. | NTG004903 | 184. | NTG005173 |
| 107. | NTG000257 | 146. | NTG004905 | 185. | NTG005174 |
| 108. | NTG000258 | 147. | NTG004906 | 186. | NTG005175 |
| 109. | NTG000259 | 148. | NTG004907 | 187. | NTG005176 |
| 110. | NTG000377 | 149. | NTG004908 | 188. | NTG005177 |
| 111. | NTG000379 | 150. | NTG004911 | 189. | NTG005178 |
| 112. | NTG000379 | 151. | NTG004913 | 190. | NTG005183 |
| 113. | NTG000380 | 152. | NTG004914 | 191. | NTG005197 |
| 114. | NTG000380 | 153. | NTG004916 | 192. | NTG005200 |
| 115. | NTG000382 | 154. | NTG004917 | 193. | NTG005214 |
| 116. | NTG000382 | 155. | NTG004920 | 194. | NTG005218 |
| 117. | NTG000383 | 156. | NTG004921 | 195. | NTG005219 |
| 118. | NTG000383 | 157. | NTG004922 | 196. | NTG005233 |
| 119. | NTG000385 | 158. | NTG004923 | 197. | NTG005238 |
| 120. | NTG000385 | 159. | NTG004924 | 198. | NTG005240 |
| 121. | NTG000389 | 160. | NTG004926 | 199. | NTG005254 |
| 122. | NTG000389 | 161. | NTG004927 | 200. | NTG005256 |
| 123. | NTG000390 | 162. | NTG004930 | 201. | NTG005257 |
| 124. | NTG000390 | 163. | NTG004965 | 202. | NTG005259 |
| 125. | NTG000391 | 164. | NTG005126 | 203. | NTG005260 |
| 126. | NTG000391 | 165. | NTG005127 | 204. | NTG005264 |
| 127. | NTG004818 | 166. | NTG005128 | 205. | NTG005265 |
| 128. | NTG004819 | 167. | NTG005129 | 206. | NTG005269 |
| 129. | NTG004820 | 168. | NTG005132 | 207. | NTG005270 |
| 130. | NTG004821 | 169. | NTG005135 | 208. | NTG005274 |
| 131. | NTG004823 | 170. | NTG005137 | 209. | NTG005275 |
| 132. | NTG004824 | 171. | NTG005138 | 210. | NTG005279 |

APPENDIX B:  Itemized List of Documents for
*In Camera* Review and/or Production

| | | |
|---|---|---|
| 211. NTG005281 | 250. NTG005762 | 289. NTG006032 |
| 212. NTG005305 | 251. NTG005764 | 290. NTG006034 |
| 213. NTG005306 | 252. NTG005765 | 291. NTG006040 |
| 214. NTG005308 | 253. NTG005768 | 292. NTG006046 |
| 215. NTG005494 | 254. NTG005769 | 293. NTG006052 |
| 216. NTG005496 | 255. NTG005770 | 294. NTG006058 |
| 217. NTG005522 | 256. NTG005771 | 295. NTG006061 |
| 218. NTG005524 | 257. NTG005776 | 296. NTG006064 |
| 219. NTG005620 | 258. NTG005780 | 297. NTG006067 |
| 220. NTG005621 | 259. NTG005783 | 298. NTG006070 |
| 221. NTG005622 | 260. NTG005784 | 299. NTG006073 |
| 222. NTG005623 | 261. NTG005786 | 300. NTG006076 |
| 223. NTG005624 | 262. NTG005794 | 301. NTG006078 |
| 224. NTG005625 | 263. NTG005977 | 302. NTG006087 |
| 225. NTG005626 | 264. NTG005977 | 303. NTG006090 |
| 226. NTG005634 | 265. NTG005978 | 304. NTG006093 |
| 227. NTG005635 | 266. NTG005980 | 305. NTG006095 |
| 228. NTG005643 | 267. NTG005982 | 306. NTG006097 |
| 229. NTG005644 | 268. NTG005984 | 307. NTG006099 |
| 230. NTG005645 | 269. NTG005986 | 308. NTG006101 |
| 231. NTG005645 | 270. NTG005987 | 309. NTG006110 |
| 232. NTG005648 | 271. NTG005988 | 310. NTG006110 |
| 233. NTG005661 | 272. NTG005989 | 311. NTG006119 |
| 234. NTG005662 | 273. NTG005990 | 312. NTG006120 |
| 235. NTG005733 | 274. NTG005991 | 313. NTG006129 |
| 236. NTG005734 | 275. NTG005992 | 314. NTG006130 |
| 237. NTG005735 | 276. NTG005993 | 315. NTG006132 |
| 238. NTG005737 | 277. NTG005998 | 316. NTG006133 |
| 239. NTG005738 | 278. NTG006003 | 317. NTG006136 |
| 240. NTG005740 | 279. NTG006004 | 318. NTG006138 |
| 241. NTG005741 | 280. NTG006005 | 319. NTG006140 |
| 242. NTG005742 | 281. NTG006010 | 320. NTG006142 |
| 243. NTG005744 | 282. NTG006011 | 321. NTG006147 |
| 244. NTG005746 | 283. NTG006012 | 322. NTG006148 |
| 245. NTG005749 | 284. NTG006013 | 323. NTG006149 |
| 246. NTG005749 | 285. NTG006022 | 324. NTG006150 |
| 247. NTG005752 | 286. NTG006024 | 325. NTG006150 |
| 248. NTG005756 | 287. NTG006026 | 326. NTG006151 |
| 249. NTG005760 | 288. NTG006026 | 327. NTG006152 |

APPENDIX B:  Itemized List of Documents for
*In Camera* Review and/or Production

| | | |
|---|---|---|
| 328. NTG006153 | 367. NTG006330 | 406. NTG006425 |
| 329. NTG006154 | 368. NTG006332 | 407. NTG006433 |
| 330. NTG006155 | 369. NTG006346 | 408. NTG006434 |
| 331. NTG006161 | 370. NTG006347 | 409. NTG006442 |
| 332. NTG006168 | 371. NTG006349 | 410. NTG006444 |
| 333. NTG006175 | 372. NTG006351 | 411. NTG006446 |
| 334. NTG006176 | 373. NTG006353 | 412. NTG006453 |
| 335. NTG006177 | 374. NTG006355 | 413. NTG006459 |
| 336. NTG006179 | 375. NTG006357 | 414. NTG006461 |
| 337. NTG006181 | 376. NTG006358 | 415. NTG006461 |
| 338. NTG006182 | 377. NTG006363 | 416. NTG006467 |
| 339. NTG006183 | 378. NTG006368 | 417. NTG006469 |
| 340. NTG006185 | 379. NTG006369 | 418. NTG006475 |
| 341. NTG006187 | 380. NTG006370 | 419. NTG006476 |
| 342. NTG006197 | 381. NTG006372 | 420. NTG006482 |
| 343. NTG006198 | 382. NTG006374 | 421. NTG006483 |
| 344. NTG006200 | 383. NTG006379 | 422. NTG006489 |
| 345. NTG006200 | 384. NTG006380 | 423. NTG006495 |
| 346. NTG006210 | 385. NTG006380 | 424. NTG006501 |
| 347. NTG006212 | 386. NTG006385 | 425. NTG006503 |
| 348. NTG006222 | 387. NTG006386 | 426. NTG006509 |
| 349. NTG006229 | 388. NTG006388 | 427. NTG006511 |
| 350. NTG006236 | 389. NTG006390 | 428. NTG006517 |
| 351. NTG006238 | 390. NTG006392 | 429. NTG006519 |
| 352. NTG006248 | 391. NTG006397 | 430. NTG006527 |
| 353. NTG006258 | 392. NTG006402 | 431. NTG006528 |
| 354. NTG006268 | 393. NTG006403 | 432. NTG006528 |
| 355. NTG006270 | 394. NTG006404 | 433. NTG006530 |
| 356. NTG006273 | 395. NTG006405 | 434. NTG006532 |
| 357. NTG006281 | 396. NTG006407 | 435. NTG006534 |
| 358. NTG006290 | 397. NTG006408 | 436. NTG006536 |
| 359. NTG006291 | 398. NTG006410 | 437. NTG006538 |
| 360. NTG006302 | 399. NTG006411 | 438. NTG006547 |
| 361. NTG006304 | 400. NTG006413 | 439. NTG006549 |
| 362. NTG006305 | 401. NTG006415 | 440. NTG006555 |
| 363. NTG006305 | 402. NTG006417 | 441. NTG006556 |
| 364. NTG006316 | 403. NTG006419 | 442. NTG006558 |
| 365. NTG006318 | 404. NTG006421 | 443. NTG006565 |
| 366. NTG006319 | 405. NTG006423 | 444. NTG006568 |

| | | | | | |
|---|---|---|---|---|---|
| 445. | NTG006571 | 484. | NTG006668 | 523. | NTG007985 |
| 446. | NTG006574 | 485. | NTG006669 | 524. | NTG007987 |
| 447. | NTG006577 | 486. | NTG006669 | 525. | NTG007989 |
| 448. | NTG006577 | 487. | NTG006670 | 526. | NTG007990 |
| 449. | NTG006581 | 488. | NTG006670 | 527. | NTG007990 |
| 450. | NTG006582 | 489. | NTG006672 | 528. | NTG007992 |
| 451. | NTG006584 | 490. | NTG006672 | 529. | NTG007993 |
| 452. | NTG006586 | 491. | NTG006673 | 530. | NTG008001 |
| 453. | NTG006615 | 492. | NTG006673 | 531. | NTG008012 |
| 454. | NTG006616 | 493. | NTG006675 | 532. | NTG008015 |
| 455. | NTG006617 | 494. | NTG006675 | 533. | NTG008016 |
| 456. | NTG006621 | 495. | NTG006676 | 534. | NTG008017 |
| 457. | NTG006626 | 496. | NTG006678 | 535. | NTG008019 |
| 458. | NTG006628 | 497. | NTG006679 | 536. | NTG008071 |
| 459. | NTG006628 | 498. | NTG006680 | 537. | NTG008072 |
| 460. | NTG006630 | 499. | NTG006682 | 538. | NTG008073 |
| 461. | NTG006631 | 500. | NTG006684 | 539. | NTG008188 |
| 462. | NTG006632 | 501. | NTG006686 | 540. | NTG008189 |
| 463. | NTG006633 | 502. | NTG006687 | 541. | NTG008192 |
| 464. | NTG006634 | 503. | NTG006689 | 542. | NTG008193 |
| 465. | NTG006635 | 504. | NTG006691 | 543. | NTG008215 |
| 466. | NTG006636 | 505. | NTG006693 | 544. | NTG008216 |
| 467. | NTG006641 | 506. | NTG006696 | 545. | NTG008217 |
| 468. | NTG006642 | 507. | NTG006696 | 546. | NTG008239 |
| 469. | NTG006643 | 508. | NTG006697 | 547. | NTG008240 |
| 470. | NTG006644 | 509. | NTG006700 | 548. | NTG008313 |
| 471. | NTG006646 | 510. | NTG006703 | 549. | NTG008316 |
| 472. | NTG006647 | 511. | NTG006704 | 550. | NTG008320 |
| 473. | NTG006648 | 512. | NTG006705 | 551. | NTG008323 |
| 474. | NTG006649 | 513. | NTG006706 | 552. | NTG009972 |
| 475. | NTG006651 | 514. | NTG006707 | 553. | NTG009974 |
| 476. | NTG006652 | 515. | NTG006708 | 554. | NTG009976 |
| 477. | NTG006665 | 516. | NTG006710 | 555. | NTG009978 |
| 478. | NTG006665 | 517. | NTG006711 | 556. | NTG009980 |
| 479. | NTG006666 | 518. | NTG006713 | 557. | NTG009984 |
| 480. | NTG006666 | 519. | NTG006715 | 558. | NTG009985 |
| 481. | NTG006666 | 520. | NTG006717 | 559. | NTG009986 |
| 482. | NTG006666 | 521. | NTG007983 | 560. | NTG009988 |
| 483. | NTG006668 | 522. | NTG007984 | 561. | NTG009990 |

APPENDIX B:  Itemized List of Documents for
*In Camera* Review and/or Production

| | | |
|---|---|---|
| 562. NTG009991 | 601. NTG014146 | 640. NTG014670 |
| 563. NTG009992 | 602. NTG014194 | 641. NTG014672 |
| 564. NTG009994 | 603. NTG014242 | 642. NTG014674 |
| 565. NTG009996 | 604. NTG014290 | 643. NTG014676 |
| 566. NTG009999 | 605. NTG014338 | 644. NTG014679 |
| 567. NTG010001 | 606. NTG014386 | 645. NTG014681 |
| 568. NTG010001 | 607. NTG014434 | 646. NTG014684 |
| 569. NTG010003 | 608. NTG014482 | 647. NTG014684 |
| 570. NTG011030 | 609. NTG014483 | 648. NTG014687 |
| 571. NTG011057 | 610. NTG014531 | 649. NTG014688 |
| 572. NTG011064 | 611. NTG014531 | 650. NTG014689 |
| 573. NTG011091 | 612. NTG014538 | 651. NTG014690 |
| 574. NTG011149 | 613. NTG014586 | 652. NTG014691 |
| 575. NTG011150 | 614. NTG014593 | 653. NTG014692 |
| 576. NTG011592 | 615. NTG014594 | 654. NTG014693 |
| 577. NTG011593 | 616. NTG014595 | 655. NTG014694 |
| 578. NTG011594 | 617. NTG014596 | 656. NTG014695 |
| 579. NTG011597 | 618. NTG014598 | 657. NTG014696 |
| 580. NTG011598 | 619. NTG014600 | 658. NTG014697 |
| 581. NTG011602 | 620. NTG014601 | 659. NTG014698 |
| 582. NTG011604 | 621. NTG014602 | 660. NTG014699 |
| 583. NTG011605 | 622. NTG014604 | 661. NTG014700 |
| 584. NTG011910 | 623. NTG014605 | 662. NTG014701 |
| 585. NTG011911 | 624. NTG014607 | 663. NTG014703 |
| 586. NTG011983 | 625. NTG014608 | 664. NTG014705 |
| 587. NTG011984 | 626. NTG014609 | 665. NTG014705 |
| 588. NTG011988 | 627. NTG014610 | 666. NTG014712 |
| 589. NTG014035 | 628. NTG014611 | 667. NTG014713 |
| 590. NTG014083 | 629. NTG014612 | 668. NTG014716 |
| 591. NTG014086 | 630. NTG014613 | 669. NTG014719 |
| 592. NTG014086 | 631. NTG014613 | 670. NTG014722 |
| 593. NTG014134 | 632. NTG014614 | 671. NTG014725 |
| 594. NTG014135 | 633. NTG014615 | 672. NTG014726 |
| 595. NTG014136 | 634. NTG014616 | 673. NTG014729 |
| 596. NTG014141 | 635. NTG014617 | 674. NTG014730 |
| 597. NTG014142 | 636. NTG014665 | 675. NTG014733 |
| 598. NTG014143 | 637. NTG014666 | 676. NTG014736 |
| 599. NTG014144 | 638. NTG014667 | 677. NTG014740 |
| 600. NTG014145 | 639. NTG014668 | 678. NTG014744 |

| | | |
|---|---|---|
| 679. NTG014748 | 718. NTG015262 | 757. NTG015919 |
| 680. NTG014752 | 719. NTG015263 | 758. NTG015968 |
| 681. NTG014762 | 720. NTG015265 | 759. NTG015969 |
| 682. NTG014765 | 721. NTG015266 | 760. NTG015981 |
| 683. NTG014770 | 722. NTG015268 | 761. NTG015997 |
| 684. NTG014771 | 723. NTG015270 | 762. NTG015999 |
| 685. NTG014772 | 724. NTG015272 | 763. NTG016001 |
| 686. NTG014773 | 725. NTG015275 | 764. NTG016003 |
| 687. NTG014774 | 726. NTG015275 | 765. NTG016005 |
| 688. NTG014776 | 727. NTG015277 | 766. NTG016005 |
| 689. NTG014777 | 728. NTG015283 | 767. NTG016008 |
| 690. NTG014778 | 729. NTG015284 | 768. NTG016967 |
| 691. NTG014786 | 730. NTG015285 | 769. NTG016968 |
| 692. NTG014787 | 731. NTG015286 | 770. NTG016968 |
| 693. NTG014788 | 732. NTG015287 | 771. NTG016971 |
| 694. NTG014790 | 733. NTG015288 | 772. NTG016972 |
| 695. NTG014792 | 734. NTG015289 | 773. NTG016975 |
| 696. NTG014794 | 735. NTG015298 | 774. NTG016976 |
| 697. NTG014842 | 736. NTG015299 | 775. NTG016977 |
| 698. NTG014843 | 737. NTG015308 | 776. NTG016979 |
| 699. NTG014844 | 738. NTG015309 | 777. NTG016980 |
| 700. NTG014845 | 739. NTG015311 | 778. NTG016981 |
| 701. NTG014893 | 740. NTG015670 | 779. NTG016982 |
| 702. NTG014899 | 741. NTG015672 | 780. NTG016986 |
| 703. NTG014903 | 742. NTG015672 | 781. NTG017013 |
| 704. NTG014951 | 743. NTG015731 | 782. NTG017016 |
| 705. NTG014999 | 744. NTG015732 | 783. NTG017019 |
| 706. NTG015047 | 745. NTG015733 | 784. NTG017026 |
| 707. NTG015095 | 746. NTG015734 | 785. NTG017030 |
| 708. NTG015101 | 747. NTG015745 | 786. NTG017036 |
| 709. NTG015101 | 748. NTG015745 | 787. NTG017038 |
| 710. NTG015108 | 749. NTG015746 | 788. NTG017054 |
| 711. NTG015156 | 750. NTG015756 | 789. NTG017058 |
| 712. NTG015204 | 751. NTG015757 | 790. NTG017060 |
| 713. NTG015252 | 752. NTG015767 | 791. NTG017062 |
| 714. NTG015253 | 753. NTG015768 | 792. NTG017063 |
| 715. NTG015254 | 754. NTG015769 | 793. NTG017064 |
| 716. NTG015260 | 755. NTG015770 | 794. NTG017067 |
| 717. NTG015261 | 756. NTG015917 | 795. NTG017068 |

| | | |
|---|---|---|
| 796. NTG017069 | 835. NTG017128 | 874. NTG017228 |
| 797. NTG017070 | 836. NTG017130 | 875. NTG017232 |
| 798. NTG017070 | 837. NTG017132 | 876. NTG017236 |
| 799. NTG017071 | 838. NTG017134 | 877. NTG017240 |
| 800. NTG017073 | 839. NTG017136 | 878. NTG017240 |
| 801. NTG017074 | 840. NTG017138 | 879. NTG017241 |
| 802. NTG017076 | 841. NTG017140 | 880. NTG017242 |
| 803. NTG017078 | 842. NTG017142 | 881. NTG017247 |
| 804. NTG017081 | 843. NTG017144 | 882. NTG017252 |
| 805. NTG017082 | 844. NTG017145 | 883. NTG017257 |
| 806. NTG017084 | 845. NTG017147 | 884. NTG017262 |
| 807. NTG017086 | 846. NTG017149 | 885. NTG017267 |
| 808. NTG017088 | 847. NTG017152 | 886. NTG017272 |
| 809. NTG017089 | 848. NTG017155 | 887. NTG017278 |
| 810. NTG017091 | 849. NTG017158 | 888. NTG017284 |
| 811. NTG017093 | 850. NTG017161 | 889. NTG017290 |
| 812. NTG017095 | 851. NTG017165 | 890. NTG017296 |
| 813. NTG017097 | 852. NTG017169 | 891. NTG017302 |
| 814. NTG017098 | 853. NTG017173 | 892. NTG017308 |
| 815. NTG017099 | 854. NTG017175 | 893. NTG017320 |
| 816. NTG017100 | 855. NTG017175 | 894. NTG017320 |
| 817. NTG017101 | 856. NTG017177 | 895. NTG017328 |
| 818. NTG017102 | 857. NTG017179 | 896. NTG017330 |
| 819. NTG017102 | 858. NTG017181 | 897. NTG017333 |
| 820. NTG017104 | 859. NTG017183 | 898. NTG017339 |
| 821. NTG017106 | 860. NTG017186 | 899. NTG017343 |
| 822. NTG017108 | 861. NTG017188 | 900. NTG017349 |
| 823. NTG017109 | 862. NTG017191 | 901. NTG017353 |
| 824. NTG017110 | 863. NTG017194 | 902. NTG017359 |
| 825. NTG017111 | 864. NTG017197 | 903. NTG017366 |
| 826. NTG017113 | 865. NTG017202 | 904. NTG017366 |
| 827. NTG017114 | 866. NTG017205 | 905. NTG017369 |
| 828. NTG017116 | 867. NTG017208 | 906. NTG017376 |
| 829. NTG017118 | 868. NTG017211 | 907. NTG017379 |
| 830. NTG017120 | 869. NTG017216 | 908. NTG017386 |
| 831. NTG017121 | 870. NTG017218 | 909. NTG017393 |
| 832. NTG017124 | 871. NTG017221 | 910. NTG017399 |
| 833. NTG017127 | 872. NTG017223 | 911. NTG017403 |
| 834. NTG017128 | 873. NTG017225 | 912. NTG017405 |

| | | |
|---|---|---|
| 913. NTG017411 | 952. NTG018733 | 991. NTG018929 |
| 914. NTG017415 | 953. NTG018734 | 992. NTG018932 |
| 915. NTG017422 | 954. NTG018735 | 993. NTG018935 |
| 916. NTG017426 | 955. NTG018737 | 994. NTG018939 |
| 917. NTG017427 | 956. NTG018741 | 995. NTG018944 |
| 918. NTG017428 | 957. NTG018742 | 996. NTG018949 |
| 919. NTG017430 | 958. NTG018744 | 997. NTG018955 |
| 920. NTG017432 | 959. NTG018746 | 998. NTG018958 |
| 921. NTG017442 | 960. NTG018759 | 999. NTG018959 |
| 922. NTG017442 | 961. NTG018761 | 1000. NTG019004 |
| 923. NTG017451 | 962. NTG018763 | 1001. NTG019398 |
| 924. NTG017549 | 963. NTG018776 | 1002. NTG019496 |
| 925. NTG017559 | 964. NTG018776 | 1003. NTG019505 |
| 926. NTG017560 | 965. NTG018779 | 1004. NTG019506 |
| 927. NTG017563 | 966. NTG018781 | 1005. NTG019599 |
| 928. NTG017565 | 967. NTG018783 | 1006. NTG019602 |
| 929. NTG017567 | 968. NTG018785 | 1007. NTG019605 |
| 930. NTG017568 | 969. NTG018787 | 1008. NTG019606 |
| 931. NTG017569 | 970. NTG018806 | 1009. NTG019607 |
| 932. NTG017570 | 971. NTG018808 | 1010. NTG019608 |
| 933. NTG017576 | 972. NTG018810 | 1011. NTG019609 |
| 934. NTG017580 | 973. NTG018812 | 1012. NTG019610 |
| 935. NTG017582 | 974. NTG018814 | 1013. NTG019611 |
| 936. NTG017584 | 975. NTG018817 | 1014. NTG019613 |
| 937. NTG017585 | 976. NTG018820 | 1015. NTG019614 |
| 938. NTG017586 | 977. NTG018823 | 1016. NTG019622 |
| 939. NTG017586 | 978. NTG018826 | 1017. NTG019623 |
| 940. NTG018162 | 979. NTG018829 | 1018. NTG019627 |
| 941. NTG018164 | 980. NTG018831 | 1019. NTG019628 |
| 942. NTG018166 | 981. NTG018850 | 1020. NTG019629 |
| 943. NTG018689 | 982. NTG018852 | 1021. NTG019637 |
| 944. NTG018693 | 983. NTG018854 | 1022. NTG019638 |
| 945. NTG018698 | 984. NTG018916 | 1023. NTG019646 |
| 946. NTG018703 | 985. NTG018917 | 1024. NTG019646 |
| 947. NTG018708 | 986. NTG018919 | 1025. NTG019647 |
| 948. NTG018714 | 987. NTG018921 | 1026. NTG019649 |
| 949. NTG018720 | 988. NTG018923 | 1027. NTG019650 |
| 950. NTG018726 | 989. NTG018925 | 1028. NTG019651 |
| 951. NTG018729 | 990. NTG018927 | 1029. NTG019653 |

APPENDIX B:  Itemized List of Documents for
*In Camera* Review and/or Production

1030. NTG019655
1031. NTG019657
1032. NTG019659
1033. NTG019662
1034. NTG019665
1035. NTG019667
1036. NTG019670
1037. NTG019673
1038. NTG019676
1039. NTG019679
1040. NTG019682
1041. NTG019685
1042. NTG019688
1043. NTG019691
1044. NTG019703
1045. NTG019705
1046. NTG019706

1047. NTG019710
1048. NTG019711
1049. NTG019715
1050. PFLEG00001
1051. PFLEG00002
1052. PFLEG00003
1053. PFLEG00007
1054. PFLEG00015
1055. PFLEG00023
1056. PFLEG00024
1057. SCHOONOVER00001
1058. SCHOONOVER00002
1059. SCHOONOVER00003
1060. SCHOONOVER00004
1061. SCHOONOVER00009
1062. SCHOONOVER00010
1063. SCHOONOVER00011

1064. SCHOONOVER00012
1065. SCHOONOVER00013
1066. SCHOONOVER00014
1067. SCHOONOVER00015
1068. SCHOONOVER00016
1069. SCHOONOVER00020
1070. SCHOONOVER00021
1071. TORRES00001
1072. TORRES00001-1
1073. TORRES00002
1074. TORRES00002-1

# NTG DOCUMENTS DESIGNATED ONLY "WORK PRODUCT"

The following documents include all files designated "work product" by defendants and which are at issue in NIC's crime-fraud motion.  The list below includes an alphabetical, chronological listing of all documents sought by NIC for *in camera* review.  NIC argues that all of the following documents should be produced because the work product doctrine is a qualified privilege, and NIC has demonstrated a substantial need for these files in litigation.  The following list of 412 documents is a subset of documents listed above.

| | | | |
|---|---|---|---|
| 1. NTG005150 | 35. NTG005648 | 69. NTG006101 |
| 2. NTG005170 | 36. NTG005662 | 70. NTG006110 |
| 3. NTG005256 | 37. NTG005734 | 71. NTG006110 |
| 4. NTG005257 | 38. NTG005735 | 72. NTG006119 |
| 5. NTG005259 | 39. NTG005737 | 73. NTG006120 |
| 6. NTG005260 | 40. NTG005738 | 74. NTG006129 |
| 7. NTG005264 | 41. NTG005740 | 75. NTG006130 |
| 8. NTG005265 | 42. NTG005741 | 76. NTG006132 |
| 9. NTG005269 | 43. NTG005742 | 77. NTG006133 |
| 10. NTG005270 | 44. NTG005744 | 78. NTG006136 |
| 11. NTG005274 | 45. NTG005746 | 79. NTG006138 |
| 12. NTG005275 | 46. NTG005749 | 80. NTG006140 |
| 13. NTG005279 | 47. NTG005749 | 81. NTG006142 |
| 14. NTG005281 | 48. NTG005783 | 82. NTG006147 |
| 15. NTG005305 | 49. NTG005977 | 83. NTG006148 |
| 16. NTG005306 | 50. NTG005977 | 84. NTG006149 |
| 17. NTG005308 | 51. NTG005978 | 85. NTG006150 |
| 18. NTG005494 | 52. NTG005980 | 86. NTG006150 |
| 19. NTG005496 | 53. NTG005982 | 87. NTG006154 |
| 20. NTG005522 | 54. NTG006003 | 88. NTG006155 |
| 21. NTG005524 | 55. NTG006004 | 89. NTG006181 |
| 22. NTG005620 | 56. NTG006005 | 90. NTG006182 |
| 23. NTG005621 | 57. NTG006010 | 91. NTG006183 |
| 24. NTG005622 | 58. NTG006011 | 92. NTG006222 |
| 25. NTG005623 | 59. NTG006012 | 93. NTG006229 |
| 26. NTG005624 | 60. NTG006013 | 94. NTG006248 |
| 27. NTG005625 | 61. NTG006022 | 95. NTG006258 |
| 28. NTG005626 | 62. NTG006024 | 96. NTG006273 |
| 29. NTG005634 | 63. NTG006076 | 97. NTG006281 |
| 30. NTG005635 | 64. NTG006078 | 98. NTG006290 |
| 31. NTG005643 | 65. NTG006093 | 99. NTG006291 |
| 32. NTG005644 | 66. NTG006095 | 100. NTG006302 |
| 33. NTG005645 | 67. NTG006097 | 101. NTG006304 |
| 34. NTG005645 | 68. NTG006099 | 102. NTG006305 |

| | | |
|---|---|---|
| 103. NTG006305 | 148. NTG006461 | 193. NTG008239 |
| 104. NTG006316 | 149. NTG006467 | 194. NTG008240 |
| 105. NTG006318 | 150. NTG006469 | 195. NTG008313 |
| 106. NTG006319 | 151. NTG006475 | 196. NTG008316 |
| 107. NTG006330 | 152. NTG006476 | 197. NTG008320 |
| 108. NTG006332 | 153. NTG006482 | 198. NTG008323 |
| 109. NTG006346 | 154. NTG006483 | 199. NTG009972 |
| 110. NTG006347 | 155. NTG006489 | 200. NTG009974 |
| 111. NTG006349 | 156. NTG006495 | 201. NTG009976 |
| 112. NTG006351 | 157. NTG006501 | 202. NTG009978 |
| 113. NTG006353 | 158. NTG006503 | 203. NTG009980 |
| 114. NTG006355 | 159. NTG006509 | 204. NTG014594 |
| 115. NTG006374 | 160. NTG006511 | 205. NTG014595 |
| 116. NTG006379 | 161. NTG006517 | 206. NTG014596 |
| 117. NTG006380 | 162. NTG006527 | 207. NTG014598 |
| 118. NTG006380 | 163. NTG006528 | 208. NTG014600 |
| 119. NTG006385 | 164. NTG006528 | 209. NTG014601 |
| 120. NTG006386 | 165. NTG006530 | 210. NTG014602 |
| 121. NTG006388 | 166. NTG006532 | 211. NTG014604 |
| 122. NTG006390 | 167. NTG006534 | 212. NTG014605 |
| 123. NTG006392 | 168. NTG006536 | 213. NTG014607 |
| 124. NTG006397 | 169. NTG006615 | 214. NTG014608 |
| 125. NTG006402 | 170. NTG006616 | 215. NTG014609 |
| 126. NTG006403 | 171. NTG006617 | 216. NTG014610 |
| 127. NTG006404 | 172. NTG006621 | 217. NTG014611 |
| 128. NTG006405 | 173. NTG006626 | 218. NTG015260 |
| 129. NTG006407 | 174. NTG006628 | 219. NTG015261 |
| 130. NTG006408 | 175. NTG006628 | 220. NTG015262 |
| 131. NTG006410 | 176. NTG006630 | 221. NTG015263 |
| 132. NTG006411 | 177. NTG006665 | 222. NTG015298 |
| 133. NTG006413 | 178. NTG006665 | 223. NTG015299 |
| 134. NTG006415 | 179. NTG006704 | 224. NTG015670 |
| 135. NTG006417 | 180. NTG006710 | 225. NTG015672 |
| 136. NTG006419 | 181. NTG006711 | 226. NTG015672 |
| 137. NTG006421 | 182. NTG006713 | 227. NTG015917 |
| 138. NTG006423 | 183. NTG006715 | 228. NTG015919 |
| 139. NTG006425 | 184. NTG008015 | 229. NTG015968 |
| 140. NTG006433 | 185. NTG008017 | 230. NTG015969 |
| 141. NTG006434 | 186. NTG008188 | 231. NTG015981 |
| 142. NTG006442 | 187. NTG008189 | 232. NTG015997 |
| 143. NTG006444 | 188. NTG008192 | 233. NTG015999 |
| 144. NTG006446 | 189. NTG008193 | 234. NTG016001 |
| 145. NTG006453 | 190. NTG008215 | 235. NTG016003 |
| 146. NTG006459 | 191. NTG008216 | 236. NTG016005 |
| 147. NTG006461 | 192. NTG008217 | 237. NTG016005 |

| | | |
|---|---|---|
| 238. NTG016008 | 283. NTG017208 | 328. NTG018734 |
| 239. NTG016979 | 284. NTG017211 | 329. NTG018735 |
| 240. NTG016980 | 285. NTG017216 | 330. NTG018737 |
| 241. NTG016981 | 286. NTG017218 | 331. NTG018741 |
| 242. NTG016982 | 287. NTG017221 | 332. NTG018742 |
| 243. NTG016986 | 288. NTG017223 | 333. NTG018744 |
| 244. NTG017013 | 289. NTG017225 | 334. NTG018746 |
| 245. NTG017016 | 290. NTG017228 | 335. NTG018759 |
| 246. NTG017019 | 291. NTG017232 | 336. NTG018761 |
| 247. NTG017026 | 292. NTG017236 | 337. NTG018763 |
| 248. NTG017030 | 293. NTG017240 | 338. NTG018776 |
| 249. NTG017036 | 294. NTG017240 | 339. NTG018776 |
| 250. NTG017038 | 295. NTG017241 | 340. NTG018779 |
| 251. NTG017054 | 296. NTG017242 | 341. NTG018781 |
| 252. NTG017058 | 297. NTG017247 | 342. NTG018783 |
| 253. NTG017060 | 298. NTG017252 | 343. NTG018785 |
| 254. NTG017062 | 299. NTG017257 | 344. NTG018787 |
| 255. NTG017084 | 300. NTG017262 | 345. NTG018806 |
| 256. NTG017086 | 301. NTG017267 | 346. NTG018808 |
| 257. NTG017088 | 302. NTG017272 | 347. NTG018810 |
| 258. NTG017089 | 303. NTG017405 | 348. NTG018812 |
| 259. NTG017097 | 304. NTG017411 | 349. NTG018814 |
| 260. NTG017098 | 305. NTG017415 | 350. NTG018817 |
| 261. NTG017101 | 306. NTG017422 | 351. NTG018820 |
| 262. NTG017102 | 307. NTG017567 | 352. NTG018823 |
| 263. NTG017102 | 308. NTG017568 | 353. NTG018826 |
| 264. NTG017118 | 309. NTG017569 | 354. NTG018829 |
| 265. NTG017121 | 310. NTG017570 | 355. NTG018831 |
| 266. NTG017124 | 311. NTG017576 | 356. NTG018850 |
| 267. NTG017149 | 312. NTG017584 | 357. NTG018852 |
| 268. NTG017152 | 313. NTG017585 | 358. NTG018854 |
| 269. NTG017155 | 314. NTG017586 | 359. NTG018916 |
| 270. NTG017158 | 315. NTG017586 | 360. NTG018917 |
| 271. NTG017161 | 316. NTG018162 | 361. NTG018919 |
| 272. NTG017165 | 317. NTG018164 | 362. NTG018921 |
| 273. NTG017169 | 318. NTG018166 | 363. NTG018923 |
| 274. NTG017181 | 319. NTG018689 | 364. NTG018925 |
| 275. NTG017183 | 320. NTG018693 | 365. NTG018927 |
| 276. NTG017186 | 321. NTG018698 | 366. NTG018929 |
| 277. NTG017188 | 322. NTG018703 | 367. NTG018932 |
| 278. NTG017191 | 323. NTG018708 | 368. NTG018935 |
| 279. NTG017194 | 324. NTG018714 | 369. NTG018939 |
| 280. NTG017197 | 325. NTG018720 | 370. NTG018944 |
| 281. NTG017202 | 326. NTG018726 | 371. NTG018949 |
| 282. NTG017205 | 327. NTG018733 | 372. NTG018955 |

373. NTG018958
374. NTG018959
375. NTG019004
376. NTG019398
377. NTG019496
378. NTG019505
379. NTG019506
380. NTG019599
381. NTG019602
382. NTG019605
383. NTG019606
384. NTG019607
385. NTG019608
386. NTG019609
387. NTG019610
388. NTG019611
389. NTG019613
390. NTG019614
391. NTG019628
392. NTG019629
393. NTG019637
394. NTG019638
395. NTG019646
396. NTG019646
397. NTG019651
398. NTG019653
399. NTG019655
400. NTG019657
401. NTG019659
402. NTG019662
403. NTG019665
404. NTG019667
405. NTG019670
406. NTG019673
407. NTG019676
408. NTG019679
409. NTG019682
410. NTG019685
411. NTG019688
412. NTG019691