# **Table of Exhibits**

**Exhibit No.**                                                                  **Page No.**

Exh. 1 – Giovanni Sandoval Responses to First Set of ROGs………………………………………..1-7

Exh. 2 – Giovanni Sandoval's Sovereign Silver Bottle…………………………………………………8-12

Exh. 3 – NIC Shipping Records NIC_0001098………………………………………………………13-18

Exh. 4 – NIC Shipping Records NIC_0001107………………………………………………………19-21

Exh. 5 – NIC Shipping Records NIC_0001103………………………………………………………22-24

Exh. 6 – NIC Shipping Records NIC_0001105………………………………………………………25-27

Exh. 7 – Vehicle Registration…………………………………………………………………………28-29

Exh. 8 – Andrew Nilon Admission Emails to Clark Baker………………………………………......30-42

Exh. 9 – Sam Schoonover Dec. 4, 2015 Text Message to Clark Baker………………………………43-44

Exh. 10 – NIC's Meet and Confer Correspondence…………………………………………………......45-56

Exh. 11 – Matthew Dronkers - Revised Privilege Log…………………………………………………57-61

Exh. 12 – Taylor Demulder - Revised Privilege Log…………………………………………………62-64

Exh. 13 – Andrew Nilon - Revised Privilege Log……………………………………………………65-68

Exh. 14 – NTG's Third Supplemental Privilege Log (9-9-2016)………………………………………..69-72

Exh. 15 – Sam Pfleg- Responses to Requests for Production (Set One)………………………………...73-74

Exh. 16 – NTGs Privilege Log re. Richard Richardson…………………………………………………75-84

Exh. 17 – Sam Schoonover - Revised Privilege Log……………………………………………………85-87

Exh. 18 – Magna-RX Production of Documents………………………………………………………..88-100

Exh. 19 – Nilon v. Chromadex Complaint……………………………………………………………...101-06

Exh. 20 – Vaughn v. Magna-RX Complaint……………………………………………………………107-21

Exh. 21 – Declaration of Pamela Spence………………………………………………………………122-24

Exh. 22 – Transcript of Taylor Demulder's Call to Carter-Reed Co..…………………………………125-30

Exh. 23 – Deposition of Taylor Demulder re: Carter-Reed Co………………………………………....131-69

Exh. 24 – Deposition of Kelly Fortin…………………………………………………………………..170-86

Exh. 25 – Taylor Demulder's Responses to Interrogatories (Set One)………………………………...187-211

Exh. 26 – Taylor Demulder's Responses to Requests for Production (Set One)……………………212-20

Exh. 27 – Matthew Dronkers Responses to Interrogatories (Set One)………………………………221-36

Exh. 28 – Matthew Dronkers Responses to Requests for Production (Set One)……………………237-44

Exh. 29 – Andrew Nilon's Responses to First Set of RFPs (July 25, 2016)…………………………245-56

Exh. 30 – Andrew Nilon's Responses to First Set of ROGs (July 25, 2016)………………………257-73

Exh. 31 – NTG's Rule 26 Disclosure (Apr 18, 2016)……………………………………………274-83

Exh. 32 – NTG's Responses to Interrogatories (Set One)…………………………………………….284-306

Exh. 33 – NTG's Responses to RFPs Set Two (Sep 2, 2016)……………………………………....307-24

Exh. 34 – NTG's Responses to NIC's RFP, Set One (August 15, 2016)…………………………325-37

Exh. 35 – NTG's Responses to NIC's ROGs 1 and 2 (Testers)…………………………………..338-46

Exh. 36 – Sam Pfleg's Responses to Interrogatories…………………………………………….347-59

Exh. 37 – R. Ferrell Response to NIC's ROGS, Set 2 (Nov. 8, 2016)……………………………...360-67

Exh. 38 – R. Ferrell ROG response (July 11, 2016)……………………………………………..368-79

Exh. 39 – S. Ferrell ROG response (July 11, 2016)……………………………………………...380-92

Exh. 40 – S. Ferrell Responses to NIC's ROGS, Set Two (Aug. 15, 2016)………………………...393-99

Exh. 41 – S. Ferrell Suppl. Resp to Plaintiff's Rog 6, Set One (Sept. 16, 2016)…………………....400-06

Exh. 42 – S. Ferrell Further Supp. Resp. NIC's ROG 6 (Oct. 21, 2016)……………………………...407-13

Exh. 43 – Sam Schoonover's Responses to Interrogatories (Set One)………………………………414-28

Exh. 44 – Matthew Dronkers's LinkedIn Page……………………………………………………...429-32

Exh. 45 – Matthew Dronkers Receipt Produced as DRONKERS000001…………………………433-34

Exh. 46 – Kelly Fortin's California State Bar Page……………………………………………………435-36

Exh. 47 – Email re: Kristyne Hanberg's Location at the Time of Purchase………………………...437-39

Exh. 48 – NIC's Sept. 2, 2016 Letter to NTG re: ROG Response Deficiencies……………………440-47

Exh. 49 – Erin Ferrell Raises Funds for Friend Trycia Carlberg………………………………….....448-56

Exh. 50 – Private Investigator's Report re: Jennifer L Loop………………………………………...457-59

Exh. 51 – Private Investigator's Report re: Richard L Richardson………………………………….460-62

Exh. 52 – Sam Schoonover's LinkedIn Page………………………………………………………...463-67

Exh. 53 – Documents Produced by Nature's Way…………………………………………………468-94

Exh. 54 – Sam Pfleg's Responses to Requests for Production (Set One)…………………………...495-502

Exh. 55 – Sam Pfleg's Receipt (PFLEG000001)…………………………………………………....503-04

Exh. 56 – Original NTG Demand Letter to NIC…………………………………………………505-08

Exh. 57 – Emails between David Reid and Eric Jackson re: Nilon v. Chromadex……………….....509-12

Exh. 58 – NTG Demand Letter to Chromadex……………………………………………………...513-14

Exh. 59 – Email from Perri Weiner to Chromadex Informing of NTG's Lawsuit…………………..515-17

Exh. 60 – Chromadex's Third Party Phone Records Showing Nilon's Call………………………..518-20

Exh. 61 – Chromadex Responses and Objections to NIC's Supboena……………………………..521-32

Exh. 62 – Nilon v. Chromadex Settlement Agreement…………………………………………..533-42

Exh. 63 – Email Agreement to Limit Discovery………………………………………………….543-46

Exh. 64 – Email to Ferrell re: Richardson, NUTRI-0000212……………………………………547-48

Exh. 65 – Email to Ferrell re: Richardson (No call identified)…………………………………..549-52

Exh. 66 – AT&T Phone Records Key…………………………………………………………….553-63

Exh. 67 – Andrew Baslow's Excerpted Phone Records…………………………………………564-656

Exh. 68 – Andrew Nilon's Phone Records……………………………………………………….657-60

Exh. 69 – Sam Pfleg's Phone Records……………………………………………………………661-68

Exh. 70 – Sam Schoonover's Phone Records…………………………………………………….669-74

Exh. 71 – Raquel Torres's Phone Records……………………………………………………….675-79

Exh. 72 – Verification of Authenticity of AT&T Records……………………………………….680-81

Exh. 73 – Giovanni Sandoval's Retainer Agreement with NTG…………………………………682-83

Exh. 74 – Austin Glenn's LinkedIn Page………………………………………………………..684-88

Exh. 75 – Email from Himalaya Counsel re: No Harris Call……………………………………..689-90

Exh. 76 – Himalaya's List of Recorded California Calls………………………………………...691-714

Exh. 77 – David Reid Email re: Harris's Phone No. and No Schoonover Call……………………715-24

Exh. 78 – Andrew Baslow Call Recording, Chromadex (Produced electronically)…………………..726

Exh. 79 – Andrew Baslow Call Recording, Himalaya Drug Co. (Produced electronically)………….726

Exh. 80 – Sam Schoonover Call Recording, Himalaya Drug Co. (Produced electronically)…………726

Exh. 81 – Andrew Nilon Call Recording, Chromadex (Produced electronically)……………………726

Exh. 82 – Taylor Demulder's Call Recording, Carter-Reed Co. (Produced electronically)…………..726

Exh. 83 – Andrew Baslow Nutrisystem Call (NTG000353.wav) (Produced electronically)…………726

Exh. 84 – Andrew Baslow Nutrisystem Call (NTG000354.wav) (Produced electronically)…………726

Exh. 85 – Andrew Baslow Nutrisystem Call (NTG000355.wav) (Produced electronically)…………726

Exh. 86 – Nutrisystem's Warning (NTG002413.wav) (Produced electronically)……………………726

Exh. 87 – Raquel Torres Nutrisystem Call (NTG000355.wav ) (Produced electronically)…….…...726

Exh. 88 – Newport Trial Group's Corp Filings………………………………………………...727-31

Exh. 89 – Cox Subpoena Response re: Wynn Ferrell's Phone No………………………………732-34

Exh. 90 – Wedding Photos Establishing Jennifer Loop is Jamie Baslow's Sister…………………735-37

Exh. 91 – NTG's Responses to RFP 3rd Set re: Richardson……………………………………….738-46

Exh. 92 – Sprouts Subpoena Response Excerpted…………………………………………………747-48

Exh. 93 – Giovanni Sandoval's Arrest Record……………………………………………………..749-59

Exh. 94 – Joint Letter to AT&T re. Baslow's Phone No. ………………………………………….760-63

Exh. 95 – Kiss My Face, LLC Product Screen Shot………………………………………………..764-65

Exh. 96 – Raquel Torres's Subpoena Responses, Objections, and Privilege Log………………….766-772

Exh. 97 – Andrew Nilon Retainer Agreement with NTG in *Nilon v. NIC*…………………………773-78

Exh. 98 – Complaint in *Obesity Research Institute, LLC v. Weiss*,

      No. 37-2016-00020883-CU-NP-CTL (Sup. Ct. San Diego June 21, 2016)……………..779-94

Exh. 99 – NTG's Privilege Log Dated February 8, 2017………………………………………..795-918

Exh. 100 – Felipe Morales's Receipt re: Magna-RX Purchase (NTG006725)…………………….919-20

Exh. 101 – Voluntary Dismissal of Nilon v. Chromadex ………………………….…………921-23

Exh. 102 – Kelly Fortin's Relacore Receipt………………………………………………….......924-25

Exh. 103 – Transcript of the Deposition of Sam Schoonover on January 11, 2017……………....926-1073

Exh. 104 – Email Correspondence re: Crime-Fraud Motion Briefing Schedule………………….1074-85

Exh. 105 – Defendants' Unredacted Retainer Agreements (NTG000189-NTG000224)…………1086-1122