# EXHIBIT 21

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **DECLARATION OF PAMELA M. SPENCE** |
| v. | Judge:  Hon. James V. Selna |
| NEWPORT TRIAL GROUP, *et al.*, | |
| Defendants. | |

## DECLARATION OF PAMELA M. SPENCE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.    I, Pamela M. Spence, am over the age of 18 and competent to testify to the information below.

2.    I resided in the property at 305 Poppy Ave., Corona Del Mar, California 92625 through a family trust.

Declaration of Pamela M. Spence

3.    My family acquired the property at 305 Poppy Ave. and we took possession of same on June 6, 2012.

4.    Since June 6, 2012, my family has continuously held that property.

5.    Since June 6, 2012, my family has never executed a rental agreement or rented the property to any individual or entity.

6.    No one by the name of Richard Richardson has ever lived at 305 Poppy Ave., Corona Del Mar, California 92625 since at least June 6, 2012.

7.    We did not purchase the property from an individual by the name of Richard Richardson, or from any person named "Richardson."

8.    I have never met or spoken with any person named Richard Richardson, particularly Richard Richardson of 7296 Parkside Pl., Alta Loma, CA 91701.

9.    I have reviewed the Supplemental Response to Interrogatory No. 6 purportedly drafted by the Newport Trial Group. That response states that an individual by the name of Richard Richardson held a "last known address" of 305 Poppy Ave., Corona Del Mar, California 92625. To the best of my information and belief, that statement is incorrect—and could not be correct—for the years that my family has owned and resided at 305 Poppy Ave., Corona Del Mar, California.

Executed on this 15 day of November, 2016 in WARREN ，~~California~~ Ohio.


_Pam M. Spen_
Pamela M. Spence

Declaration of Pamela M. Spence