# EXHIBIT 46


**THE STATE BAR OF CALIFORNIA**
Protecting the Public and Enhancing the Administration of Justice

Monday, October 24, 2016

## ATTORNEY SEARCH

### Kelly Ann Fortin - #158580

Current Status:  Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 158580 | | |
| **Address:** | Rippetoe Law, P.C. 2 Park Plz Ste 525 Irvine, CA 92614 Map it | **Phone Number:** | (949) 852-0020 |
| | | **Fax Number:** | Not Available |
| | | **e-mail:** | Not Available |
| **County:** | Orange | **Undergraduate School:** | Oakland Univ; Rochester MI |
| **District:** | District 4 | | |
| **Sections:** | None | **Law School:** | Wayne State Univ Law School; Detroit MI |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/9/1992 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law in California

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »