# EXHIBIT 53

**FILED UNDER SEAL AND WITH REDACTIONS PURSUANT TO COURT ORDER DATED APRIL 10, 2017**



**NEWPORT**
TRIAL GROUP
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

January 2, 2012

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Nature's Way Products, Inc.
825 Challenger Drive
Green Bay, Wisconsin 54311

Attn:  Chief Executive Officer

*Re:    Violations of California Consumer Protection Laws and Breach of Warranty*

Dear Madame or Sir:

I am writing on behalf of an individual Californian, as well as a class of similarly
situated persons, to advise you that we believe you are violating the California
Consumer Legal Remedies Act.

You market and sell a product known as "Arnica Montana." You market it as a
remedy for "bumps, bruises, sports injuries, over-exercising" and "[f]or the
temporary relief of minor muscle or joint aches and pain; strains, sprains, bruises,
backache or over-exertion".

In reality, Arnica Montana has no medical effect in the dilution that you offer.
Further, Arnica Montana is poisonous and would be dangerous to your consumers
if it were present in an appreciable level.

We believe that your marketing, advertising, and distribution of Arnica Montana
violates the California Consumer Legal Remedies Act by falsely representing that
the product has characteristics, uses and benefits which it does not have. We
further believe that the aforementioned representations regarding the purported

LITIGATION

NATURE'SWAY_000238

January 2, 2012
Page 2

benefits, qualities and characteristics of Arnica Montana constitutes: (1) breach of express warranty; (2) breach of implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of Arnica Montana and provide all consumers who have purchased the product with a full refund.

Given that our primary goal is to enjoin the false advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP
A Professional Corporation

Ryan M. Ferrell

LITIGATION

NATURE'SWAY_000239



| SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| 555 WEST FIFTH STREET | BRUSSELS | PALO ALTO |
| LOS ANGELES, CA 90013 | CHICAGO | SAN FRANCISCO |
| (213) 896 6000 | DALLAS | SHANGHAI |
| (213) 896 6600 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |
| | LOS ANGELES | |

alally@sidley.com
(213) 896 6642

FOUNDED 1866

February 1, 2012

**BY FAX AND U.S. MAIL**

Ryan M. Ferrell
Newport Trial Group
895 Dove Street, Suite 425
Newport Beach, CA 92660

Dear Mr. Ferrell:

This letter is written in response to yours of January 2, 2012 to Nature's Way Products, Inc. (the "Company") regarding "Arnica Montana".

Your letter alleges that the Company's marketing of Arnica Montana for "bumps, bruises, sports injuries, over-exercising" and "[f]or the temporary relief of minor muscle or joint aches and pain, strains, sprains, bruises, backache or over-exertion" is proscribed by Civil Code § 1770 *et seq.* and other laws. Your letter also claims that the Company has falsely represented the characteristics of Arnica Montana because "[i]n reality" the Company's Arnica Montana products are a "dilution" that has "no medical effect" and Arnica Monica is "poisonous" and "dangerous … if present in an appreciable level." As set forth herein, your client cannot maintain an action under Civil Code § 1781 or any other cause of action because the Company has accurately represented the characteristics, uses and benefits of its products and your client's claims are not typical and are fact specific.

**Arnica Montana is a remedy for "bumps, bruises, sports injuries, over-exercising" and "[f]or the temporary relief of minor muscle or joint aches and pain; strains, sprains, bruises, backache or over-exertion".**

None of the laws upon which your letter is based require scientific evidence or prescribe any specific scientific testing regime for representations like those at issue. Nonetheless, we note that Arnica Montana has been used for years to manage various minor injuries including those noted above, and numerous scientific articles have documented the benefits of Arnica Montana including: C.A. Newall, et al. Herbal Medicines: A Guide for Health Care Professionals (London: The Pharmaceutical Press, 1996) 34-35; I.H. Hall, et al. "Anti-inflammatory Agents;

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

NATURE'SWAY_000234


### SIDLEY

SIDLEY AUSTIN LLP

Ryan M. Ferrell
February 1, 2012
Page 2

IV. Structure Activity Relationships of Sesquiterpene Lactone Esters Derived from Helenalin," Planta Med 53(2) (Apr 1987): 153-156; I.H. Hall, et al., "Mode of Action of Sesquiterpene Lactones as Anti-inflammatory Agents," J. Pharma Sci 69(5) (May 1980): 537-543; H.Schroder, et al., "Helenalin and 11 Alpha, 13-dihydrohelenalin, Two Constituents From Arnica montana L., Inhibit Human Platelet Function Via Thiol-dependent Pathways," Thromb Res 57(6) (Mar 1980):839-845; and G. Lyss, et al., "Helenalin, An Anti-inflammatory Sesquiterpene Lactone From Arnica. Selectively Inhibits Transcription Factor NF-KappaB," Biol Chem 378(9) (Sept 1997):951-961.

The Company's representations regarding the benefits of Arnica Montana are an accurate reflection of the findings of those authors and others.

Arnica Montana is an official homeopathic drug that has been monographed and included in the Homeopathic Pharmacopeia of the United States (HPUS). To be eligible for inclusion in the HPUS there must be scientific, clinical and/or medical evidence supporting the "therapeutic use" of the drug. The Homeopathic Pharmacopoeia Convention of the United States (HPCUS) must also determine that the drug is "safe and effective." The Company is not obligated to reinvent the wheel. The Company reasonably relied upon the findings of the HPCUS that there is scientific evidence of therapeutic use for Arnica Montana and that Arnica Montana is safe and effective when used at the dilutions noted in the monograph.

**Arnica Montana is truthfully marketed as a homeopathic medicine.**

Your letter states that Arnica Montana is present in the Company's products as a "dilution" and that Arnica Montana would be "dangerous to consumers" if present at an appreciable level. The Company concurs in your statement that this is the "reality" but disputes any implication in your letter that the Company has falsely represented that reality.

Each of the Company's Arnica Montana products is labeled a "homeopathic" medicine. The dictionary definition of homeopathy is "the method of treating disease by drugs, given in minute doses, that would produce in a healthy person symptoms similar to those of the disease." Thus, a homeopathic medicine is, by definition, a dilution of a substance that would be harmful to humans in larger undiluted doses. The Company's clear and reasonable labeling of its product as a "homeopathic" is an accurate statement of the reality that the Arnica Montana contained in its products is a dilution and that Anica Montana would be harmful to consumers if present in an appreciable amount.

Your client's allegation that the Company's Arnica Montana products have "no medical effect" because the Arnica Montana is diluted in the products and Arnica Montana would, in undiluted form, be dangerous to consumers challenges the fundamental tenants of homeopathy.

NATURE'SWAY_000235



SIDLEY AUSTIN LLP
**SIDLEY**

Ryan M. Ferrell
February 1, 2012
Page 3

As set forth in the Introduction to the HPUS, "Homeopathy is the art and the science of healing the sick by using substances capable of causing the same symptoms, syndromes and conditions when administered to healthy people." Every homeopathic drug is a dilution of a substance that would be harmful to humans in undiluted form. To claim that those factors mean a product has no medical benefit is to claim that homeopathy has no medical benefit. There is a mountain of evidence to the contrary.

**Your client's claims are not amenable to a class action.**

There are a number of fact specific inquires that may render your client's claims unsuitable for class action. Did your client actually purchase a product? Did he or she purchase the product before your letter was sent? Did he or she purchase the product for personal use, or to attempt to generate standing for a suit similar to the one brought against Boiron, Inc.? Did he or she actually use the product, and, if so, when? What were his or her symptoms before taking the product and to what degree? What were his or her symptoms after taking the product and to what degree? The answer to each of these questions is fact specific and individualized.

I trust this resolves the issues in your letter. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Amy P. Lally

APL:lr

LA1 2384505v.1

NATURE'SWAY_000236

 

**NEWPORT**
TRIAL GROUP
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone(949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

March 15, 2012

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Nature's Way Products, Inc.
1375 Mountain Springs Parkway South
Springville, UT 84663

    Re:   *Violations of California Consumer Protection Laws*

Dear Sir or Madam:

I am writing on behalf of an individual California consumer, as well as a class of similarly situated persons, to advise you that we believe your conduct in connection with the marketing, sale and advertisement of "Boericke & Tafel Arnica Montana 30C" and similar products violates the California Consumer Legal Remedies Act ("CLRA").

You market and sell Arnica Montana 30C as an internal analgesic that "relieves pain from bumps, bruises, sports injuries, [and] over-exercising." You also claim the indications for use of this product include "pain, stiffness or swelling may be associated with acute injuries or trauma."

The preceding claims are false and misleading, and are not supported by competent and reliable scientific evidence. There is no reliable evidence that can support those claims made about Arnica Montana 30C, a homeopathic "treatment." In reality, your products have no ability to treat any of the symptoms you claim. Arnica Montana is simply a homeopathic "treatment" which contains a mere micro-dosage of the arnica montana ingredient. Diluted to a dosage of 30C HPUS, the product contains no active ingredients and is of no medicinal value whatsoever.

In sum, the manner and presentation of your marketing leaves consumers with a misleading overall net impression regarding the efficacy of Arnica Montana 30C. Your misleading marketing and advertising of this, and similar products, caused our client to purchase this product but she did not experience any of the promised benefits. In fact, the product was completely useless to her.

As such, we believe that you are advertising Arnica Montana 30C as having characteristics, uses and benefits which it does not have in violation of the Consumer Legal Remedies Act. We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of this product constitute: (1) a violation of

NATURE'SWAY_000232

March 15, 2012
Page 2

California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (2) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of these and similar products marketed and that you provide all consumers who have purchased the product with a full refund. If you conform your activities to comply with California law, we will take no further action in this matter. We invite you to contact us to further discuss and resolve this matter.

Very truly yours,

NEWPORT TRIAL GROUP

Scott J. Ferrell

SJF:

NATURE'SWAY_000233

**Ruiz, Lillian**

| | |
|---|---|
| From: | Chad Wiegand [CWiegand@ENZY.com] |
| Sent: | Monday, March 19, 2012 9:11 PM |
| To: | Lally, Amy P. |
| Subject: | RE: Letter from Newport Trial Group - re: B&T Arnica Montana |

Thanks Amy.

-----Original Message-----
From: Lally, Amy P. [mailto:alally@sidley.com]
Sent: Monday, March 19, 2012 11:08 PM
To: Chad Wiegand
Subject: RE: Letter from Newport Trial Group - re: B&T Arnica Montana

Chad,

I spoke too soon.  I saw tonight that the lawsuit on the first notice letter was filed on Friday.  I suspect it will be served on Nature's Way's registered agent in Utah.  The second notice letter may be an oversight or may be designed to expand the lawsuit.  I should have a copy of the complaint tomorrow and will send it to you when I receive it.  I'm running a conflicts check on the named plaintiff but don't expect any conflicts.  We can add this to our agenda for Friday's call.  There is anything that has to be done this week.

APL

-----Original Message-----
From: Chad Wiegand [mailto:CWiegand@ENZY.com]
Sent: Monday, March 19, 2012 4:12 PM
To: Lally, Amy P.
Subject: RE: Letter from Newport Trial Group - re: B&T Arnica Montana

Bizarre.  Would you be so kind to draft/send the letter you mention below ...to a member of the Ferrell family, whomever the rightful recipient may be.

C

-----Original Message-----
From: Lally, Amy P. [mailto:alally@sidley.com]
Sent: Monday, March 19, 2012 6:09 PM
To: Chad Wiegand
Subject: RE: Letter from Newport Trial Group - re: B&T Arnica Montana

This is going to sound very incestuous.

This letter is from Scott Ferrell.  The prior letter was from his brother Ryan Ferrell.  Ryan's letter was about "Arnica Montana"
generally.  Scott's is about a specific arnica montana product.

1

NATURE'SWAY_000228

I'm not sure it behooves us to point that out. Newport Trial Group is a CLRA "shop". They have a matrix for determining what products to issue notice letters on and what products to pursue in litigation. However that matrix works, our last letter (to Ryan) was sufficient to take the product off the litigation track. I suggest sending an identical letter to Scott. It should accomplish the same result.

I don't see the second letter as intending to "up the ante" from the first letter. The first letter isn't even mentioned. I don't think Newport Trial group even realizes the duplication.

APL

Amy P. Lally
Sidley Austin LLP
555 W. 5th Street, Suite 4000
Los Angeles, California 90013
Tel: 213-896-6642
Fax: 213-896-6600


-----Original Message-----
From: Chad Wiegand [mailto:CWiegand@ENZY.com]
Sent: Monday, March 19, 2012 3:48 PM
To: Lally, Amy P.
Subject: FW: Letter from Newport Trial Group - re: B&T Arnica Montana

Odd? I am not in the office (in SLC for 4 days), but this seems to be a duplicate of what he sent before (from memory).

-----Original Message-----
From: Melanie Yetter
Sent: Monday, March 19, 2012 12:47 PM
To: Chad Wiegand; Mike Devereux
Cc: Travis Borchardt; Stewart Brennan; Scott Woodruff
Subject: Letter from Newport Trial Group - re: B&T Arnica Montana

I received the attached letter by certified mail today at the Utah Center.

Melanie Yetter

Schwabe North America, Inc. - This electronic mail transmission, along with any attachments, is confidential. If you are not the intended recipient, please immediately advise the sender by reply transmission and delete this e-mail from your system without copying or disclosing it. Thank you for your cooperation.


-------------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if

2

NATURE'SWAY_000229

**Lally, Amy P.**

| | |
|---|---|
| **From:** | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent:** | Monday, June 25, 2012 5:20 PM |
| **To:** | Lally, Amy P. |
| **Subject:** | RE: Boericke & Tafel CLRA Letter |

Thanks, Amy.

We will send it directly to the company and send a courtesy copy to you by e-mail.

# Scott J. Ferrell, Esq.

**NEWPORT TRIAL GROUP**
E: sferrell@trialnewport.com
W: www.trialnewport.com
T: 949.706.6464

---

**From:** Lally, Amy P. [alally@sidley.com]
**Sent:** Monday, June 25, 2012 1:03 PM
**To:** Scott Ferrell
**Subject:** RE: Boericke & Tafel CLRA Letter

Scott,

Thank you for reaching out. You may send the letter directly to the Company. After the Company has an opportunity to review it we should set aside some time for discussions.

Regarding the pending case, I will be responding to your settlement offrer in the next day or two. Several key people have been on (partially but not completely overlapping) vacation which has caused some delay. While I do not have all of the details, I believe the parties are in the same ballpark.

I will reach out to you again soon with my client's response to your settlement offer.

Amy

Amy P. Lally
Sidley Austin LLP
555 W. 5th Street, Suite 4000
Los Angeles, California 90013
Tel: 213-896-6642
Fax: 213-896-6600

APL

> **From:** Scott Ferrell [mailto:sferrell@trialnewport.com]
> **Sent:** Monday, June 25, 2012 8:23 AM
> **To:** Lally, Amy P.
> **Subject:** Boericke & Tafel CLRA Letter
>
> Amy,

1

NATURE'SWAY_000110

We are going to be sending a CLRA letter to Boericke and Tafel later this week on behalf of a new client involving several products; however, I am mindful of California Rule of Professional Conduct 2-100, which limits communication with a party represented by counsel (and arguably applies here).

Do I have your permission to send the letter directly to your client? In the alternative, will your client authorize you to accept service of the letter?

Thank you.

# Scott J. Ferrell, Esq.

**NEWPORT TRIAL GROUP**
E:  sferrell@trialnewport.com
W  www.trialnewport.com
T:  949.706.6464

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*********************************************************************************
**********
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*********************************************************************************
***********

2

NATURE'SWAY_000111



**NEWPORT**
TRIAL GROUP
*A Professional Corporation*

895 Dove Street. Suite 425
Newport Beach. CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

June 25th, 2012

**By E-mail and Certified Mail Return Receipt**

Nature's Way Products, Inc.
1375 Mountain Springs Parkway South
Springville, UT 84663
C/O: Amy Lally, Esq.

     Re:    *Violations of California Consumer Protection Laws*

Dear Ms. Lally:

I am writing on behalf of two individual California consumers, as well as a class of similarly situated persons, to advise you that we believe your client's conduct in connection with the marketing, sale and advertisement of the below products violates the California Consumer Legal Remedies Act ("CLRA"):

*First*, your client markets and sells "Florasone Cardiospermum" as "a safe and natural alternative to cortisone and suggested to relieve itching, eczema, inflammation, dry skin, rashes and allergies."

*Second*, your client markets and sells "Psoriaflora Dry Skin Relief" as a product that "temporarily relieves symptoms of psoriasis such as: dry skin, rashes, itching, scaling, flaking, redness, or irritation of the skin.

*Third*, your client markets and sells "Califlora Calendula" as a product that "provides cool soothing relief and healing for sunburn, windburn and irritated skin."

*Fourth*, your client markets and sells "Oral Ivy" as a product that "temporarily relieves itching, red or burning skin rashes, blisters with oozing or crusting, and skin irritation or swelling."

*Fifth and finally*, your product markets and sells "SssstingStop" as a product that "provides natural relief for the itch, pain and redness of the non-poisonous insect bites and stings."

The preceding claims are false and misleading, are disputed by the weight and authority of the scientific community, and are not supported by competent and reliable scientific evidence; in reality, these products have no ability to treat any of the symptoms claimed. They are simply

NATURE'SWAY_000108

Amy Lally
Nature's Way Products, Inc.
June 25, 2012
Page 2

homeopathic remedies that contain micro-dosages of harmful ingredients and are of no medicinal value whatsoever.

In sum, the manner and presentation of your client's advertising and labeling caused our clients to purchase these products but they did not experience any of the promised benefits. In fact, the products were of no value to our clients.

We believe that you are advertising these products as having characteristics, uses and benefits which they lack, in violation of the Consumer Legal Remedies Act. We further believe that the aforementioned claims regarding the purported benefits, qualities and characteristics of these products constitute: (1) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (2) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of these products (or, in the alternative, provide meaningful labeling disclaimers) and provide all consumers who have purchased the products with complete refunds.

Very truly yours,

NEWPORT TRIAL GROUP

Scott J. Ferrell

SJF:jdf

NATURE'SWAY_000109

**Ruiz, Lillian**

| | |
|---|---|
| **From:** | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent:** | Thursday, June 28, 2012 3:10 PM |
| **To:** | Lally, Amy P. |
| **Cc:** | Ruiz, Lillian |
| **Subject:** | Nature's Way Settlement Discussions |

Amy,

I have spoken to my clients and have been authorized to provide the following demand:



REDACTED

## Scott J. Ferrell, Esq.

**NEWPORT TRIAL GROUP**
E:  sferrell@trialnewport.com
W  www.trialnewport.com
T:  949.706.6464

1

NATURE'SWAY_000104

## Ruiz, Lillian

| | |
|---|---|
| From: | Scott Ferrell [sferrell@trialnewport.com] |
| Sent: | Monday, July 09, 2012 3:39 PM |
| To: | Lally, Amy P. |
| Subject: | Re: Pfleg v. Nature's Way |

Amy:

That is bizarre -- this letter must have been sent in error.  Please consider it withdrawn.

Our agreement encompasses all claims and we do now have any other clients.  I am boarding a flight right now but will investigate and report back in more detail when I land.

Scott

----- Original Message -----
From: Lally, Amy P. <alally@sidley.com>
To: Scott Ferrell
Sent: Mon Jul 09 15:35:13 2012
Subject: Pfleg v. Nature's Way

Scott,

Today my client received the attached CLRA notice letter from your office.  It appears to be the same as the letter sent on June 25 (and referenced in the Settlement Agreement) but it is dated July 5.  If the letter was sent in error, I ask that it be withdrawn via a second letter.  If the letter was not sent in error then please call me to discuss.  This letter reminds me that it was written on behalf of two individuals.  The settlement agreement isn't crystal clear on this point.  Were the claims of both individuals assigned to Mr. Pfleg?  Is there a side letter that addresses that?

The client is prepared to wire funds promptly assuming I am correct that the July 5 letter was in error and that Mr. Pfleg owns all of the claims set forth in the June 25 letter.

APL

--------------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be

1

NATURE'SWAY_000025

**Ruiz, Lillian**

| | |
|---|---|
| From: | Lally, Amy P. |
| Sent: | Monday, July 09, 2012 4:52 PM |
| To: | 'sferrell@trialnewport.com' |
| Subject: | Re: Pfleg v. Nature's Way |

Scott,

Thank you for checking. I think the client is comfortable with this explanation. The wire will be sent tomorrow as will the signature pages.

Amy

----- Original Message -----
From: Scott Ferrell [mailto:sferrell@trialnewport.com]
Sent: Monday, July 09, 2012 05:57 PM
To: Lally, Amy P.
Subject: Re: Pfleg v. Nature's Way

Amy:

I have confirmed that this letter was sent in error -- apparently, one copy of the letter that was sent on June 25th was returned to my office as "undeliverable", and so the july 5th letter was sent out on auto-pilot.  Per my previous e-mail, please consider it withdrawn.

Also, my trial settled this morning during jury selection.  I will therefore be available if you need to chat further.

Scott

----- Original Message -----
From: Lally, Amy P. <alally@sidley.com>
To: Scott Ferrell
Sent: Mon Jul 09 15:35:13 2012
Subject: Pfleg v. Nature's Way

Scott,


Today my client received the attached CLRA notice letter from your office.  It appears to be the same as the letter sent on June 25 (and referenced in the Settlement Agreement) but it is dated July 5.  If the letter was sent in error, I ask that it be withdrawn via a second letter.  If the letter was not sent in error then please call me to discuss.  This letter reminds me that it was written on behalf of two individuals.  The settlement agreement isn't crystal clear on this point.  Were the claims of both individuals assigned to Mr. Pfleg?  Is there a side letter that addresses that?

1

The client is prepared to wire funds promptly assuming I am correct that the July 5 letter was in error and that Mr. Pfleg owns all of the claims set forth in the June 25 letter.

APL

-------------------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
**************************************************************************************
**********

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**************************************************************************************
**********

2



ORIGINAL
7/3/12

NATURE'SWAY_000001



# REDACTED







# REDACTED



-6-

LA Doc # 305224

NATURE'SWAY_000006



NATURE'SWAY_000007





-8-

LA Doc # 305224

NATURE'SWAY_000009