**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
Robert S. Lawrence (SBN 207099)
Rlawrence@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID and ANDREW LEE BASLOW

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

NATURAL IMMUNOGENICS CORP., a Florida corporation,

Plaintiff,

v.

NEWPORT TRIAL GROUP, et al.,

Defendants.

CASE NO.  8:15-cv-02034-JVS-JCG

**DECLARATION OF SAMUEL SCHOONOVER**

I, Samuel Schoonover, declare:

1.     The following facts are based on my personal knowledge.  If called as a witness, I could and would competently testify as follows.

2.     On July 17, 2012, I called Himalaya Drug Company at (800) 869-4649. I used the cellphone of my roommate, Austin Glen, to make this call.

3.     During this call, I spoke to a customer service representative of Himalaya.  I did not know that Himalaya was recording my call.  I did not receive a prerecorded message informing me that my call could or would be recorded. The representative did not, at any point during my telephone conversation, advise me

---

DECLARATION OF SAMUEL SCHOONOVER

that my call was being recorded.  I did not tell this representative at any point in time that I agreed to have my call be recorded, and I did not otherwise consent to the recording of my call.  Based on the representative's failure to inform me that my call would be recorded, I believed that my call would not be recorded.

4.     Nobody at Newport Trial Group, including Andrew Baslow, paid, or promised to pay, any money or anything else of value to me as an inducement for me to file a lawsuit against Himalaya.

5.     Nobody at Newport Trial Group, including Andrew Baslow, paid, or promised to pay, any money or anything else of value to me in exchange for my making any statements, or offering any testimony, in connection with my claim against Himalaya.

6.     Nobody at Newport Trial Group, including Andrew Baslow, paid, or promised to pay, any money or anything else of value to me in exchange for my signature on any legal documents or papers related to my claim against Himalaya.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this $\underline{7}$ day of March, 2017, at __11:41 AM__.

_____
Samuel Schoonover

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 2 -
DECLARATION OF SAMUEL SCHOONOVER