Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br> v. <br><br> NEWPORT TRIAL GROUP, *et al*., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF PETER ARHANGELSKY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DEMULDER'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT (DKT. 387)** <br><br> Hearing Date: August 14, 2017 <br> Time: 1:30 p.m. <br> Location: Courtroom 10C <br> Judge: Hon. James V. Selna |

/ / /

/ / /

/ / /

/ / /

/ / /

## DECLARATION OF PETER ARHANGELSKY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I, Peter Arhangelsky, am over the age of 18 and competent to testify to the information below.

2. I am an attorney with the law firm Emord & Associates, P.C. I am counsel of record representing Natural-Immunogenics Corp. ("NIC") against Newport Trial Group ("NTG") in the above captioned matter.

3. The following exhibits are attached in support of NIC's Opposition to Defendant Demulder's Motion for Summary Judgment (Dkt. 387). The documents listed below include files that NIC received in discovery from non-party witnesses, the defendants, from NIC's files which were produced in discovery, and publicly available information.

4. **Exhibit 1** is a true and correct copy of the Declaration of Jason Jackson and the attached AT&T Telephone Records which have been excerpted for brevity. Exhibit 1 hereto includes relevant pages drawn from AT&T's complete production in this case, which included more than 14,000 pages of responsive phone records.

5. **Exhibit 2** is a true and correct copy of June 7, 2016 Correspondence to AT&T regarding Plaintiff's Subpoena to AT&T.

6. **Exhibit 3** is a true and correct copy of the audio recording of Andrew Baslow's telephone call to Himalaya. NIC submits the file in its original formatting, as a .wav sound file

7. **Exhibit 4** is a true and correct copy of the audio recording of the Nutrisystem Warning. NIC submits the file in its original formatting, as a .wav sound file

8.     **Exhibit 5** is a true and correct copy of Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenics Corp's Interrogatories [Set One] dated July 7, 2016.

9.     **Exhibit 6** is a true and correct copy of the Cox Customer IN History dated November 21, 2016.

10.     **Exhibit 7** is a true and correct copy of the Newport Trial Group, P.C. Corporate Filings dated January 21, 2016.

11.     **Exhibit 8** is a true and correct copy of the audio recording of the telephone call placed by Raquel Torres to Nutrisystem. NIC submits the file in its original formatting, as a .wav sound file.

12.     **Exhibit 9** is a true and correct copy of the September 6, 2012 audio recording of the call placed by Taylor Demulder to Carter-Reed Company, LLC or one of its affiliates.

13.     **Exhibit 10** is a true and correct copy of the Third Supplemental Privilege Log for Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenic Corp's Request for Production [Set one].

14.     **Exhibit 11** is a true and correct copy of the audio recording of February 27, 2013 telephone call placed by Andrew Baslow to BlueScience. NIC submits the file in its original formatting, as a .wav sound file.

15.     **Exhibit 12** is a true and correct copy of audio recording of the July 16, 2012 telephone call placed by Andrew Baslow to Himalaya. NIC submits the file in its original formatting, as a .wav sound file.

16.     **Exhibit 13** is a true and correct copy of the audio recording of the telephone call placed by Andrew Baslow to Nutrisystem – NTG000353.

17.     **Exhibit 14** is a true and correct copy of the audio recording of the second telephone call placed by Andrew Baslow to Nutrisystem – NTG000354. NIC submits the file in its original formatting, as a .wav sound file.

Declaration of Peter Arhangelsky

2

18.    **Exhibit 15** is a true and correct copy of the audio recording of the third telephone call placed by Andrew Baslow to Nutrisystem – NTG000355.  NIC submits the file in its original formatting, as a .wav sound file.

19.    **Exhibit 16** is a true and correct copy of the March 26, 2013 email from Justin Johnson to Scott Ferrell requesting the telephone number of Richard Richardson.

20.    **Exhibit 17** is a true and correct copy of the November 23, 2016 Email from Josh Furman to Jay Dubow of Nutrisystem regarding Richard Richardson.

21.    **Exhibit 18** is a true and correct copy of the June 16, 2017 Email from Jay Dubow of Nutrisystem to Josh Furman regarding Richard Richardson.

22.    **Exhibit 19** is a true and correct copy of Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenic Corp's Request for Production [Set Three].

23.    **Exhibit 20** is a true and correct copy of photographs of Andrew Baslow's wedding and guests.

24.    **Exhibit 21** is a true and correct copy of the Google Message Center search on Richard Richardson.

25.    **Exhibit 22** is a true and correct copy of Defendant Scott J. Ferrell's Responses to Plaintiff Natural Immunogenic Corp's Interrogatories [Set Two] dated August 15, 2016.

26.    **Exhibit 23** is a true and correct copy of the September 2, 2016 Meet and Confer Letter regarding Richard Richardson.

27.    **Exhibit 24** is a true and correct copy of Defendant Scott J. Ferrell's Supplemental Response to Plaintiff Natural Immunogenic Corp's Interrogatory No. 6 [Set Two] dated September 16, 2016.

28.    **Exhibit 25** is a true and correct copy of the Declaration of Pamela M. Spence dated November 15, 2016.

29.    **Exhibit 26** is a true and correct copy of Defendant Scott J. Ferrell's Further Supplemental Response to Plaintiff Natural Immunogenic Corp's Interrogatory No. 6 [Set Two] dated October 21, 2016.

30.    **Exhibit 27** is a true and correct copy of Defendant Scott J. Ferrell's Supplemental Response to Plaintiff Natural Immunogenic Corp's Request for Production [Set Three] dated October 21, 2016.

31.    **Exhibit 28** is a true and correct copy of the Emails between Andrew Nilon and Clark Baker in August 2015.

32.    **Exhibit 29** is a true and correct copy of the Text from Andrew Nilon to Clark Baker.

33.    **Exhibit 30** is a true and correct copy of the Retainer Agreements between Newport Trial Group and the Non-NTG Defendants.  Personal identifying information has been redacted from the documents.

34.    **Exhibit 31** is a true and correct copy of Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenic Corp's Request for Production [Set One] dated August 15, 2016.

35.    **Exhibit 32** is a true and correct copy of Sam Pfleg's Privilege Log to Sam Pfleg's Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production dated May 26, 2017.

36.    **Exhibit 33** is a true and correct copy of Newport Trial Group's March 16, 2017 Further Supplemental Privilege Log for Responses to Plaintiff NIC's Request for Production [Set One].

37.    **Exhibit 34** is a true and correct copy of the September 2012 emails between David Reid to Himalaya received by NIC in discovery.  This document has been SEALED pursuant to Court order and is available as Dkt. No. 292-7.

38.    **Exhibit 35** is a true and correct copy of March 21, 2013 Demand from Newport Trial Group to ChromaDex.

Declaration of Peter Arhangelsky

4

39.    **Exhibit 36** is a true and correct copy of Defendant Newport Trial Group's Supplemental Response to Plaintiff Natural Immunogenic Corp's Interrogatory Nos 1 and 2 [Set One] dated September 15, 2016.

40.    **Exhibit 37** is a true and correct copy of the Phone Log from Himalaya regarding the telephone call from Sam Schoonover in 2012.

41.    **Exhibit 38** is a true and correct copy of the audio recording of the 2012 telephone call from Sam Schoonover to Himalaya. NIC submits the file in its original formatting, as a .wav sound file.

42.    **Exhibit 39** is a true and correct copy of the Customer Service Call Carter-Reed Company September 6, 2012 transcription.

43.    **Exhibit 40** is a true and correct copy of Andrew Nilon's Privilege Log to Andrew Nilon's Responses and Objections to Plaintiff's First Set of Requests for Production.

44.    **Exhibit 41** is a true and correct copy of is a true and correct copy of Sam Schoonover Privilege Log to Sam Schoonover's Responses and Objections to Plaintiff's First Set of Requests for Production.

45.    **Exhibit 42** is a true and correct copy of the Third Supplemental Privilege Log for Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenic Corp's Request for Production [Set One] dated September 9, 2016.

46.    **Exhibit 43** is a true and correct copy of Defendant Andrew Nilon's Responses and Objections to Plaintiff's First Set of Interrogatories dated July 25, 2016.

47.    **Exhibit 44** is a true and correct copy of the Chromadex Phone Log for February 2013.

48.    **Exhibit 45** is a true and correct copy of the audio recording of the February 26, 2013 telephone call from Andrew Nilon to Chromadex.  NIC submits the file in its original formatting, as a .wav sound file.

Declaration of Peter Arhangelsky

5

49.    **Exhibit 46** is a true and correct copy of Defendant Sam Schoonover's Responses and Objections to Plaintiff's First Set of Interrogatories dated August 15, 2016.

50.    **Exhibit 47** is a true and correct copy of Third-Party Chromadex, Inc's Objections to Natural Immunogenics Corp's Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action dated June 9, 2016.

51.    **Exhibit 48** is a true and correct copy of the deposition transcript of Taylor Demulder's May 25, 2016 deposition.

52.    **Exhibit 49** is a true and correct copy of the Verizon telephone records for March 2012 for Andrew Nilon.

53.    **Exhibit 50** is a true and correct copy of the audio file containing Andrew Baslow's phone call to ChromaDex on February 27, 2013.  NIC submits the file in its original formatting, as a .wav sound file.

54.    **Exhibit 51** is a true and correct copy of the audio file containing Raquel Torres's call to Nutrisystem.  NIC submits the file in its original formatting, as a .wav sound file.

55.    **Exhibit 52** is a true and correct copy of the audio file containing Sam Schoonover's phone call to Himalaya Drug Co. on July 17, 2012.  NIC submits the file in its original formatting, as a .wav sound file.

56.    **Exhibit 53** is a true and correct copy of the September 2016 emails between Josh Furman and Trenton H. Norris regarding Sam Schoonover telephone call to Himalaya.

57.    **Exhibit 54** is a true and correct copy of the Privilege Log to Matthew Dronker's Responses and Objections to Plaintiff's First Set of Requests for Production dated May 26, 2017.

58.    **Exhibits 55** are true and correct copies of the Privilege Log to Sam Pfleg's Responses and Objections to Plaintiff's First Set of Requests for Production dated May 26, 2017.

59.    **Exhibit 56** is a true and correct copy of the March 14, 2012 CVS Pharmacy Receipt for Defendant Schoonover's purchase.

60.    **Exhibit 57** is a true and correct copy of the December 3, 2014 Vitamin Shoppe Receipt for Defendant Pfleg's purchase.

61.    **Exhibit 58** is a true and correct copy of the Privilege Log to Sam Schoonover's Responses and Objections to Plaintiff's First Set of Requests for Production dated May 30, 2017.

62.    **Exhibit 59** is a true and correct copy of the March 19, 2012 Sprouts Receipt for Matthew Dronkers' purchase.

63.    **Exhibit 60** is a true and correct copy of the Request for Dismissal filed in the Nilon v. Chromadex, Inc. matter filed on May 23, 2013.

64.    **Exhibit 61** is a true and correct copy of the August 2013 emails between Dave Reid and Erik Jackson of Chromadex.  This document has been SEALED per court order and is available as Dkt. No. 292-7.

65.    **Exhibit 62** is a true and correct copy of the Confidential Settlement Agreement and Mutual Release of Claims dated August 6, 2013 between Andrew Nilon and Chromadex, Inc.  This document has been SEALED per court order and is available as Dkt. No. 292-8.

66.    **Exhibit 63** is a true and correct copy of the January 2, 2012 Demand from Newport Trial Group to Nature's Way.

Executed on this 24th day of July, 2017.

_/s/ Peter Arhangelsky_

Declaration of Peter Arhangelsky

7

Peter Arhangelsky
*Attorney for Plaintiff*

Declaration of Peter Arhangelsky

8