# EXHIBIT 7



# State of California
## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**S**

**FB46103**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-21 2016**

This Space for Filing Use Only

1. **CORPORATE NAME**

NEWPORT TRIAL GROUP, P.C.

2. **CALIFORNIA CORPORATE NUMBER**
C3113397

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/21/2016 | SARIAH YOLANDA PARA | OFFICE MANAGER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)    APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

# E-U59096
# FILED

In the office of the Secretary of State of the State of California

## Oct - 10  2013

**1. CORPORATE NAME**

NEWPORT TRIAL GROUP, P.C.

4100 NEWPORT PLACE DRIVE
NEWPORT BEACH CA 92660-1403

This Space For Filing Use Only

**2. CALIFORNIA CORPORATE NUMBER**  C3113397

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 4100 NEWPORT PLACE DRIVE SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 4100 NEWPORT PLACE DRIVE  SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| SCOTT  JASON FERRELL | 4100 NEWPORT PLACE DRIVE SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |
| 8. SECRETARY | | | | |
| SCOTT JASON  FERRELL | 4100 NEWPORT PLACE DRIVE  SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| SCOTT  JASON  FERRELL | 4100 NEWPORT PLACE DRIVE SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| SCOTT JASON  FERRELL | 4100 NEWPORT PLACE DRIVE  SUITE 800 | NEWPORT BEACH | CA | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |

**13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**

SCOTT JASON FERRELL

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4100 NEWPORT PLACE DRIVE  SUITE 800 | NEWPORT BEACH | CA | 92660-1403 |

**Type of Business**

**16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

LEGAL

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/10/2013 | JUDITH EILEEN PETTIFORD | ADMIN. ASST. | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)

APPROVED BY SECRETARY OF STATE

..3113397

FILED

In the Office of the Secretary of State
of the State of California

OCT 21 2009

## ARTICLES OF INCORPORATION
## OF
## NEWPORT TRIAL GROUP, P.C.

1. The name of this Corporation is: Newport Trial Group, P.C.

2. The purpose of this Corporation is to engage in the profession of law and any other lawful activities (other than the banking or trust company business) not prohibited to a corporation engaging in such profession by applicable laws and regulations.

3. This Corporation is a professional corporation within the meaning of the Moscone-Knox Professional Corporation Act (California Corporations Code §§13400 et seq.).

4. The name and address in California of this Corporation's initial agent for service of process is:

> Scott J. Ferrell
> 610 Newport Center Drive
> Suite 700
> Newport Beach, CA 92660

4. This Corporation is authorized to issue only one class of shares of stock, called Common Stock. The total number of shares which this Corporation is authorized to issue is one hundred thousand (100,000).

5. The liability of the directors of this Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

6. This Corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code), through bylaw provisions, agreements with agents, vote of shareholders or disinterested directors or otherwise, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject only to the applicable limits set forth in Section 204 of the California Corporations Code with respect to actions for breach of duty to this Corporation and its shareholders.

Dated: October 20, 2009

Scott J. Ferrell,
Incorporator

A0787149

# Certificate of Amendment
## of Articles of Incorporation

C3113397

**FILED**
Secretary of State
State of California

AUG 05 2016

The undersigned certify that:

1. They are the **president** and the **secretary**, respectively, of NEWPORT TRIAL GROUP, P.C., a California corporation, (number **C3113397**).

2. Article 1 of the Articles of Incorporation of this corporation is amended to read as follows:

    **The name of this corporation is: PACIFIC TRIAL ATTORNEYS, A PROFESSIONAL CORPORATION.**

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 10,000. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: _August 2, 2016_

_____
SCOTT J. FERRELL, President

_____
WYNN J. FERRELL, Secretary