# EXHIBIT 18

## Joshua Furman

| | |
|---|---|
| **From:** | Dubow, Jay A. |
| **Sent:** | Friday, June 16, 2017 7:31 AM |
| **To:** | 'Joshua Furman' |
| **Cc:** | 'Peter Arhangelsky' |
| **Subject:** | RE: Nutrisystem Follow-Up |

Josh-

Mr. Crossman still works for NutriSystem.

We searched the number below and got no hits.

Jay

**Jay A. Dubow**
Partner



3000 Two Logan Square | Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
p: 215.981.4713 | f: 800.858.1545 | bio

---

**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Monday, June 12, 2017 6:52 PM
**To:** Dubow, Jay A.
**Cc:** Peter Arhangelsky
**Subject:** Nutrisystem Follow-Up

Hi Jay,

Pursuant to our call this afternoon, I have attached the relevant declaration that was filed in the Torres v. Nutrisystem matter.  Please let me know if Mr. Crossman still works for Nutrisystem.

Also, as we discussed, the second phone number associated with Mr. Richardson is 909-210-9439.  Mr. Richardson has testified to calling Nutrisystem in June or July of 2012.  Please let me know if Nutrisystem is willing to search their records for that number and whether there is any evidence of such a call.  Thank you for your time.

Best regards,

**Joshua S. Furman, Esq.** | **EMORD & ASSOCIATES, P.C.** | 2730 S. Val Vista Dr., Bldg. 6, Ste. 133 | Gilbert, AZ 85295
Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 | www.emord.com

**PLEASE NOTE OUR NEW ADDRESS**

NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it

to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

---

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.