# EXHIBIT 53

| | |
|---|---|
| **From:** | Norris, Trenton H. <Trent.Norris@aporter.com> |
| **Sent:** | Tuesday, September 13, 2016 11:42 AM |
| **To:** | Joshua Furman |
| **Subject:** | RE: Schoonover v. Himialaya: Call Recording |

BTW, there was a second plaintiff, Randall Harris, in the case against Himalaya.  Plaintiff's counsel told us he called from 818-626-4829.  Himalaya had no record of any such call.

I'm confirming David Darnell's permission for us to send you the settlement agreement and related documents subject to the protective order in your case, and once I have that, I'll have them emailed to you.

Trent

_____
Trenton H. Norris
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
T:  415.471.3303
M: 415.640.5765
trent.norris@aporter.com

**From:** Norris, Trenton H.
**Sent:** Tuesday, September 13, 2016 11:22 AM
**To:** 'Joshua Furman'
**Subject:** Schoonover v. Himialaya: Call Recording
**Importance:** High

Hi Josh --

Here is the recording we just discussed.  The plaintiff's counsel told us this was the number Sam Schoonover called from. The date stamp on this call is 7/17/12 at 10:58am (which may be central time -- I'm not sure what time zone was used for the call center and its time stamps.

Trent

_____
Trenton H. Norris
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
T:  415.471.3303
M: 415.640.5765
trent.norris@aporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

1