Hon. Rosalyn M. Chapman (Ret.)
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
213-253-9776
SPECIAL MASTER

**FILED**
CLERK, U.S. DISTRICT COURT

January 31, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:  *Karla Tunis*  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida  corporation, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Case No: 8:15 CV-02034-JVS (JCGx) |
| v. ) | |
| ) | (JAMS Ref. No: 1220055347) |
| NEWPORT TRIAL GROUP, a California corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; VICTORIA C. KNOWLES, a California resident; DAVID REID, a California Resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident;  TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; and DOES 1 through 10, inclusive, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

//

1

**PRELIMINARY ORDER RE**
**COMPLIANCE WITH REMAND (DKT. NO. 570)**

The Special Master, have reviewed and considered the document lodged on January 26, 2018, **HEREBY ORDERS** Defendant Newport Trial Group to produce the following documents for *in camera* review, no later than five calendar days from the date of this Order:[1]

**(4) *Morales, et al. v. Magna Inc.*(*"Bobba"*)**

Appendix A:  total 17 documents

- page 94 (pre-injury) – NTG007983 and NTG007987 (2 documents);

- pages 95-96 (pre-filing) -- NTG007989, NTG008001, NTG008071, NTG008072, NTG008216, and NTG008316 (6 documents);

- pages 97-98 ( substitute plaintiffs) – NTG009984, NTG009988, NTG009990, and NTG10003 (4 documents);

- pages 98-99 (declaration) -- NTG0011593, NTG0011604, NTG0011988 (3 documents); and

- page 100 (proof of purchase) – NTG0011030 and NTG0011150 (2 documents).

In determining that *in camera* review is proper, the Special Master has applied the first-step test standards set forth by the Ninth Circuit in *In re Grand Jury Investigation,* 974 F.2d 1068, 1071-73 (9th Cir. 1992) and *United States v. Christensen*, 878 F.3d 763, 800-801 (9th Cir. 2016), as

//

---

[1]  Defendant Newport Trial Group shall serve the documents on the Special Master by both email (directed solely to her) and regular mail.

discussed more fully in the Order re Plaintiff's "Omnibus" Motion to Compel (Dkt. No. 458).

**IT IS FURTHER ORDERED** that the Case Manager shall promptly serve this Order on the parties and the district court.

January 31, 2018                    By _____
1220053347.32                       Hon. Rosalyn Chapman (Ret.), Special Master

3