Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br> JAMS No. 1220055347 <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF JOINT STIPULATION RE: PLAINTIFF NIC'S MOTION TO COMPEL STRATALUZ DOCUMENTS** <br><br> Hearing Date:    TBD <br> Hearing Time:    TBD <br> Judge:  Hon. James V. Selna <br> Master: Hon. Rosalyn Chapman |

PLEASE TAKE NOTICE that Plaintiff Natural-Immunogenics Corp. ("NIC"), Defendants Newport Trial Group, Scott J. Ferrell, David Reid, Ryan Ferrell, Victoria Knowles, and Andrew Baslow ("NTG Defendants" or "NTG"), and Defendants Andrew Nilon, Sam Schoonover, Taylor Demulder, Matthew Dronkers, and Giovanni Sandoval ("Non-NTG Defendants") will and hereby do submit a joint stipulation regarding NIC's Motion to Compel Strataluz Documents. All Defendants oppose the motion.

The joint stipulation is made following the conference of counsel pursuant to Rule 37-1.

This stipulated discovery motion is based on this Notice of Stipulation, the concurrently filed joint memorandum pursuant to Local Rule 37-2, the supporting exhibits, and any forthcoming oral argument at the noticed hearing.

Plaintiff NIC hereby requests that the Court compel production of the Strataluz documents.

So stipulated,

DATED:  February 20, 2018

EMORD & ASSOCIATES, PC


By:     /s/ Peter A. Arhangelsky
        Peter A. Arhangelsky, Esq. (SBN 291325)
        Joshua S. Furman (pro hac vice)
        Eric A. Awerbuch (pro hac vice)
        *Attorneys for Plaintiff Natural*
        *Immunogenics Corp.*

NOTICE OF JOINT STIPULATION RE: PLAINTIFF NIC'S MOTION TO COMPEL STRATALUZ DOCUMENTS

2

DATED: February 20, 2018

                                       CALLAHAN & BLAINE, APLC

                        By:    /s/ David J. Darnell

                               David J. Darnell
                               Edward Susolik
                               Robert S. Lawrence
                               CALLAHAN & BLAINE
                               *Attorneys for Defendants Newport Trial
                               Group PC, Scott Ferrell, Ryan Ferrell,
                               Victoria Knowles, David Reid and Andrew
                               Baslow*

        Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 20, 2018


                                       Respectfully submitted,


                                       EMORD & ASSOCIATES, PC

                        By:     */s/ Peter A. Arhangelsky*

                               Peter A. Arhangelsky, Esq. (SBN 291325)
                               Joshua S. Furman, Esq. (pro hac vice)
                               *Attorneys for Plaintiff Natural
                               Immunogenics Corp.*

NOTICE OF JOINT STIPULATION RE: PLAINTIFF NIC'S MOTION TO COMPEL STRATALUZ DOCUMENTS

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2018, the foregoing, **NOTICE OF JOINT STIPULATION RE: PLAINTIFF NIC'S MOTION TO COMPEL STRATALUZ DOCUMENTS** was electronically filed using the Court's CM/ECF system and was sent via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 384-5540
*Attorney for Andrew Nilon,*
*Giovanni Sandoval, Sam Schoonover,*
*Matthew Dronkers, Taylor Demulder, Sam Pfleg,*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.