## APPENDIX A:  LIST OF DOCUMENTS IN DISPUTE

The following documents include the files designated "privileged" by Defendants Scott Ferrell and David Reid which NIC requests be reviewed *in camera* pursuant to the crime-fraud exception.  The tables below contain verbatim the information provided by Defendants in their privilege log.  The tables represent the sum total of all information produced with respect to these files.

### 1.  Documents Related to Strataluz's Purpose:

| Beg. Bates | Ending Bates | Date Sent | No. of Attachments | Type | From | To | Email CC | Redacted | Privilege Designation | ProMaxal |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG063580 | NTG063580 | 12/20/13 | | MSG | Scott Ferrell | Jarrod Bentley; Joshua Weiss | James Hardin; Dave Reid | X | Attorney-Client Privilege; Attorney Work Product | |
| NTG063804 | NTG063804 | 12/20/13 | | MSG | James Hardin | Dave Reid | Scott Ferrell; Jarrod Bentley; Joshua Weiss | X | Attorney-Client Privilege; Attorney Work Product | |

### 2.  Documents That are Not Privileged:

| Beg. Bates | Ending Bates | Date Sent | No. of Attachments | Type | From | To | Email CC | Redacted | Privilege Designation | ProMaxal |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG063502 | NTG063503 | 05/06/14 | | MSG | Jarrod Bentley | Scott Ferrell; Joshua Weiss; Dave Reid | | X | Attorney-Client Privilege; Attorney Work Product | |

### 3. Documents Related to ProMaxal:

The Documents identified below are those related to ProMaxal.  The Defendants' Revised Privilege Log identified ProMaxal documents by placing an "X" in the column entitled "ProMaxal."  However, for numerous documents so identified, the corresponding cover email to which those documents were attached was not similarly marked.  An email attaching a ProMaxal related document is necessarily itself related to ProMaxal.  Moreover, the cover email likely provides critical context for the Court's consideration.  NIC has therefore included in its list below the cover emails associated with ProMaxal attachments.

| Beg. Bates | Ending Bates | Date Sent | No. of Attachments | Type | From | To | Email CC | Redacted | Privilege Designation | ProMaxal |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066276 | NTG066276 | 05/14/15 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066277 | NTG066277 | 05/15/15 | | MSG | Jarrod Bentley | Dave Reid; Scott Ferrell | Joshua Weiss | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066352 | NTG066353 | 05/21/15 | | MSG | Jarrod Bentley | Scott Ferrell | Joshua Weiss; Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066354 | NTG066355 | 05/21/15 | | MSG | Scott Ferrell | Jarrod Bentley | Joshua Weiss; Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066373 | NTG066373 | 5/21/2015 | | MSG | Scott Ferrell | Mandy Jung | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066374 | NTG066374 | 5/21/2015 | | MSG | Mandy Jung | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066375 | NTG066375 | 5/22/2015 | 1 | MSG | Scott Ferrell | Jarrod Bentley; Joshua Weiss | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066376 | NTG066382 | 5/22/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066397 | NTG066397 | 5/22/2015 | 1 | MSG | Jarrod Bentley | Scott Ferrell; Joshua Weiss | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066398 | NTG066404 | 5/22/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066405 | NTG066405 | 5/22/2015 | 2 | MSG | Scott Ferrell | Dave Reid; Victoria Knowles; Mandy Jung; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066406 | NTG066412 | 5/22/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066420 | NTG066420 | 5/26/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; | X |

| | | | | | | | | | Attorney Work Product | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066423 | NTG066424 | 5/27/2015 | 1 | MSG | Scott Ferrell | Dave Reid; Victoria Knowles; Richard Hikida | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066425 | NTG066426 | 5/27/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066427 | NTG066428 | 5/27/2015 | 1 | MSG | Scott Ferrell | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066429 | NTG066430 | 5/27/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066432 | NTG066433 | 5/27/2015 | 1 | MSG | Richard Hikida | Scott Ferrell; Dave Reid; Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066434 | NTG066435 | 5/27/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066439 | NTG066440 | 5/27/2015 | | MSG | Scott Ferrell | Jarrod Bentley; Joshua Weiss; Dave Reid | | X | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066441 | NTG066443 | 5/27/2015 | 1 | MSG | Scott Ferrell | Richard Hikida | Victoria Knowles; Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066444 | NTG066445 | 5/27/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066446 | NTG066447 | 5/27/2015 | | MSG | Jarrod Bentley | Scott Ferrell; Joshua Weiss; Dave Reid | | X | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066469 | NTG066469 | 6/2/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066470 | NTG066479 | 6/2/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066483 | NTG066484 | 6/3/2015 | 1 | MSG | Scott Ferrell | Victoria Knowles | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066485 | NTG066494 | 6/3/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066495 | NTG066496 | 6/3/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066497 | NTG066507 | 6/3/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066508 | NTG066510 | 6/3/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066511 | NTG066513 | 6/3/2015 | | MSG | Mandy Jung | Scott Ferrell; Victoria Knowles | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066514 | NTG066516 | 6/3/2015 | | MSG | Mandy Jung | Scott Ferrell; Victoria Knowles | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066517 | NTG066517 | 6/4/2015 | 1 | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid; Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |

APPENDIX A:  List of Documents Subject to Dispute                                                    Page 5 of 35
File Descriptions Drawn from Defendants' Revised Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066518 | NTG066528 | 6/4/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066529 | NTG066531 | 6/4/2015 | | MSG | Mandy Jung | Scott Ferrell; Victoria Knowles | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066534 | NTG066536 | 6/5/2015 | 1 | MSG | Mandy Jung | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066544 | NTG066545 | 6/8/2015 | 1 | MSG | Scott Ferrell | Dave Reid; Victoria Knowles; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066546 | NTG066547 | 6/8/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066567 | NTG066568 | 6/9/2015 | 1 | MSG | Scott Ferrell | Victoria Knowles | Mandy Jung; Katherine Kirshner; Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066569 | NTG066570 | 6/9/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066592 | NTG066593 | 6/11/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid; Katherine Kirshner; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066594 | NTG066603 | 6/11/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066614 | NTG066614 | 6/15/2015 | 1 | MSG | Sameena Hakimi | Ward Lott; Tu-Quyen Pham; Tyler Woods; Victoria Knowles; Ryan Ferrell; | Briana Rice; Carla Wise; Sariah Para; Katherine Kirshner; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Richard Hikida; James Hardin; Dave Reid | | | |
| NTG066615 | NTG066616 | 6/15/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066617 | NTG066617 | 6/15/2015 | 1 | MSG | Sameena Hakimi | Ward Lott; Tu-Quyen Pham; Tyler Woods; Victoria Knowles; Ryan Ferrell; Richard Hikida; James Hardin; Dave Reid | Briana Rice; Carla Wise; Katherine Kirshner; Mandy Jung; Sariah Para | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066618 | NTG066636 | 6/15/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066637 | NTG066637 | 6/15/2015 | 7 | MSG | Mandy Jung | Dave Reid; Andrew Baslow; Carla Wise; Victoria Knowles | Katherine Kirshner | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066654 | NTG066657 | 6/15/2015 | | XLSX | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066731 | NTG066732 | 6/26/2015 | | MSG | Mandy Jung | Scott Ferrell; Richard | | | Attorney-Client Privilege; Attorney Work Product | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Hikida; Dave Reid | | | |
| NTG066739 | NTG066741 | 6/26/2015 | 1 | MSG | Richard Hikida | Mandy Jung; Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066742 | NTG066743 | 6/26/2015 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066763 | NTG066764 | 7/7/2015 | 1 | MSG | Richard Hikida | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066765 | NTG066783 | 7/7/2015 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066792 | NTG066795 | 7/8/2015 | | MSG | Richard Hikida | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066796 | NTG066800 | 7/8/2015 | | MSG | Richard Hikida | Scott Ferrell; Dave Reid | Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066801 | NTG066805 | 7/8/2015 | | MSG | Scott Ferrell | Richard Hikida; Dave Reid | Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066825 | NTG066827 | 7/10/2015 | 1 | MSG | Scott Ferrell | Dave Reid; Richard Hikida; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066828 | NTG066834 | 7/10/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066835 | NTG066838 | 7/10/2015 | 1 | MSG | Richard Hikida | Scott Ferrell; Dave Reid; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |

APPENDIX A:  List of Documents Subject to Dispute                                          Page 8 of 35
File Descriptions Drawn from Defendants' Revised Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066839 | NTG066845 | 7/10/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066846 | NTG066848 | 7/10/2015 | 1 | MSG | Scott Ferrell | Richard Hikida; Dave Reid; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066849 | NTG066854 | 7/10/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066878 | NTG066879 | 7/14/2015 | 1 | MSG | Jarrod Bentley | Dave Reid | Katherine Kirshner | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066880 | NTG066885 | 7/14/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066886 | NTG066887 | 7/14/2015 | 1 | MSG | Katherine Kirshner | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066888 | NTG066893 | 7/14/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG066937 | NTG066940 | 8/3/2015 | 2 | MSG | Victoria Knowles | Scott Ferrell; Dave Reid | Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066941 | NTG066949 | 8/3/2015 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066950 | NTG066986 | 8/3/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG066995 | NTG066996 | 8/14/2015 | | MSG | Jarrod Bentley | Scott Ferrell; Sariah Para | Dave Reid; James Hardin; Joshua Weiss | | Attorney-Client Privilege; Attorney Work Product | |

| NTG066997 | NTG066997 | 8/21/2015 | 1 | MSG | Scott Ferrell | Jarrod Bentley | Dave Reid; Joshua Weiss; Victoria Knowles; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG066998 | NTG067001 | 8/21/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067051 | NTG067051 | 6/10/2015 | 4 | MSG | Scott Ferrell | Richard Hikida | Dave Reid; Mandy Jung; Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067057 | NTG067071 | 6/10/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067118 | NTG067118 | 6/5/2015 | | MSG | James Hardin | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067128 | NTG067128 | 5/14/2015 | | MSG | Dave Reid | Scott Ferrell | Joshua Weiss; Jarrod Bentley | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067133 | NTG067134 | 5/27/2015 | | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067140 | NTG067140 | 6/12/2015 | | MSG | Dave Reid | Briana Rice; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067199 | NTG067199 | 5/6/2015 | | MSG | Dave Reid | Scott Ferrell | James Hardin | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067202 | NTG067202 | 5/7/2015 | | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067205 | NTG067205 | 5/15/2015 | | MSG | Dave Reid | Scott Ferrell; Victoria Knowles; | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Katherine Kirshner | | | |
| NTG067210 | NTG067210 | 5/15/2015 | | MSG | Dave Reid | Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067211 | NTG067211 | 5/15/2015 | | MSG | Dave Reid | Briana Rice | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067212 | NTG067212 | 5/15/2015 | | MSG | Dave Reid | Katherine Kirshner | Victoria Knowles; Scott Ferrell | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067213 | NTG067213 | 5/15/2015 | 1 | MSG | Dave Reid | Katherine Kirshner | Victoria Knowles; Scott Ferrell | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067214 | NTG067214 | 5/15/2015 | | WAV | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067217 | NTG067217 | 5/18/2015 | | MSG | Dave Reid | Briana Rice | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067220 | NTG067220 | 5/19/2015 | 1 | MSG | Dave Reid | Katherine Kirshner | Victoria Knowles | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067221 | NTG067221 | 5/19/2015 | | WAV | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067222 | NTG067222 | 5/19/2015 | | MSG | Dave Reid | Katherine Kirshner | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067223 | NTG067223 | 5/19/2015 | 1 | MSG | Dave Reid | Katherine Kirshner | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067228 | NTG067228 | 5/26/2015 | | MSG | Dave Reid | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |

APPENDIX A:  List of Documents Subject to Dispute                                                                                     Page 11 of 35
File Descriptions Drawn from Defendants' Revised Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG067252 | NTG067252 | 6/5/2015 | | MSG | Dave Reid | Sariah Para | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067258 | NTG067259 | 6/5/2015 | 1 | MSG | Dave Reid | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067260 | NTG067260 | 6/5/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067265 | NTG067265 | 6/9/2015 | 1 | MSG | Dave Reid | Mandy Jung; Briana Rice | Victoria Knowles; Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067271 | NTG067271 | 6/10/2015 | 3 | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067299 | NTG067299 | 6/10/2015 | | TXT | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067300 | NTG067304 | 6/11/2015 | 2 | MSG | Dave Reid | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067305 | NTG067305 | 6/11/2015 | | PNG | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067306 | NTG067306 | 6/11/2015 | | PNG | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067307 | NTG067307 | 6/15/2015 | | MSG | Dave Reid | Scott Ferrell; Victoria Knowles; Mandy Jung; Richard Hikida | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067308 | NTG067308 | 6/18/2015 | 3 | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG067309 | NTG067309 | 6/18/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067381 | NTG067381 | 7/9/2015 | 1 | MSG | Dave Reid | Jarrod Bentley | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067419 | NTG067419 | 7/14/2015 | 1 | MSG | Dave Reid | Jarrod Bentley | Katherine Kirshner | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067455 | NTG067455 | 5/8/2015 | 3 | MSG | Victoria Knowles | Katherine Kirshner | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067462 | NTG067463 | 5/28/2015 | | MSG | Jarrod Bentley | Scott Ferrell | | X | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067477 | NTG067477 | 7/20/2015 | | MSG | Briana Rice | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067483 | NTG067484 | 1/31/2014 | 1 | MSG | Sariah Para | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067485 | NTG067485 | 1/31/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067512 | NTG067514 | 1/29/2014 | 6 | MSG | Sariah Para | Joshua Weiss; Dave Reid | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067522 | NTG067522 | 1/29/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067564 | NTG067564 | 1/28/2014 | 2 | MSG | Sariah Para | Joshua Weiss; Dave Reid | Scott Ferrell | | Attorney-Client Privilege | X |
| NTG067572 | NTG067572 | 1/28/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG067576 | NTG067576 | 1/28/2014 | 2 | MSG | Joshua Weiss | Dave Reid; Sariah Para | Scott Ferrell | | Attorney-Client Privilege | X |
| NTG067584 | NTG067584 | 1/28/2014 | | DOC | | | | | Attorney-Client Privilege | X |
| NTG067655 | NTG067655 | 12/23/2013 | | MSG | Scott Ferrell | Brian H. Schusterman | Craig Etem | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067658 | NTG067658 | 2/12/2014 | | MSG | Scott Ferrell | Sariah Para | | | Attorney-Client Privilege | X |
| NTG067659 | NTG067659 | 2/12/2014 | | MSG | Scott Ferrell | Sariah Para | | | Attorney-Client Privilege | X |
| NTG067664 | NTG067664 | 2/11/2014 | | MSG | Scott Ferrell | Jarrod Bentley; Sariah Para; James Hardin; Joshua Weiss; Dave Reid | | | Attorney-Client Privilege | X |
| NTG067670 | NTG067670 | 1/28/2014 | | MSG | Scott Ferrell | Joshua Weiss; Dave Reid; Sariah Para | | | Attorney-Client Privilege | |
| NTG067715 | NTG067719 | 1/16/2014 | 9 | MSG | Scott Ferrell | Dave Reid; Joshua Weiss | Sariah Para | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067825 | NTG067825 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067826 | NTG067826 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067827 | NTG067827 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |

APPENDIX A:  List of Documents Subject to Dispute

File Descriptions Drawn from Defendants' Revised Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG067828 | NTG067828 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067894 | NTG067894 | 1/14/2014 | | MSG | Scott Ferrell | Dave Reid | James Hardin; Joshua Weiss; Joshua Weiss; Jarrod Bentley; Sariah Para | | Attorney-Client Privilege | X |
| NTG067903 | NTG067903 | 1/12/2014 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid; James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067906 | NTG067906 | 1/9/2014 | | MSG | Scott Ferrell | Jarrod Bentley; 'Joshua Weiss | Dave Reid; James Hardin | | Attorney-Client Privilege | X |
| NTG067928 | NTG067928 | 2/12/2014 | | MSG | Sariah Para | Scott Ferrell | | | Attorney-Client Privilege | |
| NTG067929 | NTG067930 | 2/11/2014 | 5 | MSG | Sariah Para | Scott Ferrell; Dave Reid; James Hardin; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege | X |
| NTG067931 | NTG067931 | 2/11/2014 | | PDF | | | | | Attorney-Client Privilege | X |
| NTG067952 | NTG067952 | 2/11/2014 | | MSG | Jarrod Bentley | Scott Ferrell; Sariah Para; James Hardin; Joshua Weiss; Dave Reid | | | Attorney-Client Privilege | X |

APPENDIX A:  List of Documents Subject to Dispute                                                                                    Page 15 of 35
File Descriptions Drawn from Defendants' Revised Privilege Log

| NTG067953 | NTG067953 | 2/11/2014 | | MSG | Sariah Para | Scott Ferrell; Jarrod Bentley; James Hardin; Joshua Weiss; Dave Reid | | | Attorney-Client Privilege | X |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG067954 | NTG067954 | 2/11/2014 | | MSG | James Hardin | Scott Ferrell; Jarrod Bentley; Sariah Para; Joshua Weiss; Dave Reid | | | Attorney-Client Privilege | |
| NTG067955 | NTG067956 | 1/31/2014 | 1 | MSG | Sariah Para | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067957 | NTG067957 | 1/31/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG067979 | NTG067981 | 1/29/2014 | 6 | MSG | Sariah Para | Joshua Weiss; Dave Reid | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG067989 | NTG067989 | 1/29/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG068150 | NTG068155 | 1/24/2014 | 5 | MSG | Brian H. Schusterman | Sariah Para; Dave Reid; 'Joshua Weiss; Josh Miller | Scott Ferrell; James Hardin; Craig Etem | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068156 | NTG068156 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG068164 | NTG068164 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068165 | NTG068165 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068166 | NTG068166 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG068167 | NTG068172 | 1/23/2014 | 2 | MSG | Sariah Para | Brian H. Schusterman; Dave Reid; 'Joshua Weiss; Josh Miller | Scott Ferrell; James Hardin; Craig Etem | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068177 | NTG068177 | 1/23/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG068197 | NTG068201 | 1/22/2014 | 9 | MSG | Dave Reid | Scott Ferrell; Sariah Para | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068307 | NTG068307 | 1/22/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068308 | NTG068308 | 1/22/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068309 | NTG068309 | 1/22/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068310 | NTG068310 | 1/22/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG068311 | NTG068311 | 1/22/2014 | | MSG | Sariah Para | Scott Ferrell; Jarrod Bentley; Dave Reid; James Hardin; Joshua Weiss | | | Attorney-Client Privilege | |
| NTG068322 | NTG068325 | 1/16/2014 | 9 | MSG | Brian H. Schusterman | Joshua Weiss; Josh Miller | Scott Ferrell; Dave Reid; James Hardin | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068431 | NTG068431 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068432 | NTG068432 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068433 | NTG068433 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068434 | NTG068434 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068461 | NTG068461 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068510 | NTG068510 | 1/15/2014 | | MSG | Josh Miller | Brian H. Schusterman | Scott Ferrell | | Attorney-Client Privilege | X |
| NTG068511 | NTG068511 | 1/15/2014 | 1 | MSG | Brian H. Schusterman | Josh Miller | Scott Ferrell | | Attorney-Client Privilege | X |
| NTG068553 | NTG068553 | 1/15/2014 | 1 | MSG | Brian H. Schusterman | Josh Miller | Scott Ferrell | | Attorney-Client Privilege | X |
| NTG068715 | NTG068715 | 1/14/2014 | | MSG | Joshua Weiss | Dave Reid | Scott Ferrell; James Hardin; Joshua Weiss; Jarrod Bentley; Sariah Para | | Attorney-Client Privilege | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG068716 | NTG068716 | 1/14/2014 | | MSG | Dave Reid | Scott Ferrell | James Hardin; Joshua Weiss; Joshua Weiss; Jarrod Bentley; Sariah Para | | Attorney-Client Privilege | X |
| NTG068717 | NTG068717 | 1/14/2014 | | MSG | Sariah Para | Scott Ferrell; Dave Reid | James Hardin; Joshua Weiss; Joshua Weiss; Jarrod Bentley | | Attorney-Client Privilege | X |
| NTG068727 | NTG068727 | 1/13/2014 | | MSG | Jarrod Bentley | Scott Ferrell; Joshua Weiss; Dave Reid; James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068749 | NTG068749 | 1/9/2014 | | MSG | Jarrod Bentley | Scott Ferrell; 'Joshua Weiss | Dave Reid; James Hardin | | Attorney-Client Privilege | X |
| NTG068767 | NTG068767 | 5/15/2015 | 1 | MSG | Victoria Knowles | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068770 | NTG068770 | 5/13/2015 | 3 | MSG | Victoria Knowles | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068777 | NTG068777 | 5/13/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068811 | NTG068811 | 5/8/2015 | | MSG | Victoria Knowles | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068814 | NTG068814 | 5/8/2015 | 3 | MSG | Victoria Knowles | Katherine Kirshner | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068839 | NTG068839 | 5/7/2015 | | MSG | Victoria Knowles | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |

| NTG068840 | NTG068840 | 5/7/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068847 | NTG068847 | 5/7/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068857 | NTG068857 | 5/26/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068873 | NTG068873 | 5/19/2015 | 1 | MSG | Victoria Knowles | Dave Reid; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068880 | NTG068880 | 5/18/2015 | | MSG | Victoria Knowles | Carla Wise | Andrew Baslow | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068881 | NTG068881 | 5/18/2015 | | MSG | Victoria Knowles | Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068884 | NTG068884 | 5/17/2015 | 1 | MSG | Victoria Knowles | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068887 | NTG068887 | 5/17/2015 | 1 | MSG | Victoria Knowles | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068892 | NTG068892 | 6/12/2015 | | MSG | Victoria Knowles | Briana Rice | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068918 | NTG068918 | 6/12/2015 | 2 | MSG | Victoria Knowles | Briana Rice | Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068940 | NTG068940 | 6/11/2015 | 1 | MSG | Victoria Knowles | Richard Hikida | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG068996 | NTG068996 | 6/5/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |

| NTG068999 | NTG068999 | 6/3/2015 | 4 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG069046 | NTG069046 | 6/2/2015 | 4 | MSG | Victoria Knowles | Katherine Kirshner | Andrew Baslow; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069055 | NTG069055 | 6/2/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069070 | NTG069070 | 6/2/2015 | | MSG | Victoria Knowles | Tyler Woods | Scott Ferrell; Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069073 | NTG069073 | 6/1/2015 | | MSG | Victoria Knowles | Scott Ferrell | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069121 | NTG069121 | 7/22/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069134 | NTG069134 | 7/21/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069219 | NTG069219 | 7/27/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069233 | NTG069233 | 7/27/2015 | 1 | MSG | Victoria Knowles | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069262 | NTG069262 | 9/15/2015 | | MSG | Sariah Para | James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069263 | NTG069263 | 8/7/2015 | | MSG | Sariah Para | Scott Ferrell; James Hardin; Dave Reid; Joshua | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Weiss; Jarrod Bentley | | | | |
| NTG069277 | NTG069277 | 7/22/2015 | | MSG | Dave Reid | Scott Ferrell; Sariah Para; James Hardin; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069278 | NTG069278 | 7/22/2015 | | MSG | Sariah Para | Scott Ferrell; James Hardin; Dave Reid; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069279 | NTG069279 | 7/22/2015 | | MSG | Scott Ferrell | Sariah Para; James Hardin; Dave Reid; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG069280 | NTG069281 | 2/11/2014 | 5 | MSG | Sariah Para | Scott Ferrell; Dave Reid; James Hardin; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069282 | NTG069282 | 2/11/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NTG069303 | NTG069308 | 1/24/2014 | 5 | MSG | Brian H. Schusterman | Sariah Para; Dave Reid; 'Joshua Weiss; Josh Miller | Scott Ferrell; James Hardin; Craig Etem | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069309 | NTG069309 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069317 | NTG069317 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069318 | NTG069318 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069319 | NTG069319 | 1/24/2014 | | DOC | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG069320 | NTG069325 | 1/23/2014 | 2 | MSG | Sariah Para | Brian H. Schusterman; Dave Reid; 'Joshua Weiss; Josh Miller | Scott Ferrell; James Hardin; Craig Etem | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069330 | NTG069330 | 1/23/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG069331 | NTG069334 | 1/16/2014 | 9 | MSG | Brian H. Schusterman | Joshua Weiss; Josh Miller | Scott Ferrell; Dave Reid; James Hardin | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069440 | NTG069440 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069441 | NTG069441 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG069442 | NTG069442 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069443 | NTG069443 | 1/16/2014 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069587 | NTG069587 | 1/8/2014 | | MSG | Scott Ferrell | Joshua Weiss; 'Jarrod Bentley | Dave Reid; James Hardin | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069643 | NTG069643 | 6/2/2015 | 4 | MSG | Victoria Knowles | Katherine Kirshner | Andrew Baslow; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069654 | NTG069654 | 6/12/2015 | 2 | MSG | Victoria Knowles | Briana Rice | Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069674 | NTG069674 | 6/29/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069677 | NTG069677 | 9/25/2015 | | MSG | Victoria Knowles | Mandy Jung; Briana Rice; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069707 | NTG069707 | 9/18/2015 | 1 | MSG | Victoria Knowles | Mandy Jung; Briana Rice | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069720 | NTG069720 | 6/5/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069734 | NTG069734 | 7/31/2015 | 1 | MSG | Katherine Kirshner | Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069769 | NTG069769 | 9/21/2015 | 1 | MSG | Victoria Knowles | Briana Rice; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NTG069778 | NTG069778 | 7/29/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069790 | NTG069790 | 7/30/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | Jarrod Bentley | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069863 | NTG069863 | 8/13/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069905 | NTG069905 | 6/5/2015 | | MSG | Sariah Para | Katherine Kirshner; Mandy Jung; Briana Rice | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069906 | NTG069906 | 6/4/2015 | | MSG | Joe Campos OC | Mandy Jung | | | Attorney Work Product | X |
| NTG069922 | NTG069922 | 9/25/2015 | | MSG | Mandy Jung | Victoria Knowles; Briana Rice; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069940 | NTG069940 | 5/27/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069941 | NTG069941 | 6/1/2015 | 1 | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069955 | NTG069955 | 6/4/2015 | 1 | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG069971 | NTG069971 | 6/29/2015 | 1 | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070039 | NTG070039 | 5/21/2015 | | MSG | Mandy Jung | Katherine Kirshner; Briana Rice | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG070040 | NTG070040 | 5/22/2015 | 2 | MSG | Mandy Jung | Briana Rice | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070048 | NTG070048 | 5/22/2015 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070049 | NTG070049 | 6/3/2015 | | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070066 | NTG070066 | 6/4/2015 | 3 | MSG | Mandy Jung | OC Process | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070088 | NTG070088 | 6/5/2015 | 1 | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070091 | NTG070091 | 6/5/2015 | | MSG | Mandy Jung | Scott Ferrell | Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070162 | NTG070162 | 8/14/2015 | | MSG | Mandy Jung | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070163 | NTG070163 | 6/3/2015 | 4 | MSG | Scott Ferrell | Ryan Ferrell | Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070197 | NTG070197 | 5/22/2015 | | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070198 | NTG070198 | 5/22/2015 | 1 | MSG | Kalman Magyar | Scott Ferrell; Gavin Bogle | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070208 | NTG070208 | 5/26/2015 | 1 | MSG | Scott Ferrell | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070211 | NTG070211 | 6/1/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |

APPENDIX A:  List of Documents Subject to Dispute
File Descriptions Drawn from Defendants' Revised Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG070221 | NTG070221 | 6/5/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070222 | NTG070222 | 6/5/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070225 | NTG070225 | 6/11/2015 | | MSG | Scott Ferrell | Briana Rice | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070226 | NTG070226 | 6/11/2015 | | MSG | Briana Rice | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070260 | NTG070260 | 6/18/2015 | 1 | MSG | Craig Etem | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG070306 | NTG070308 | 6/24/2015 | 1 | MSG | Dave Reid | Victoria Knowles | Scott Ferrell | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070309 | NTG070309 | 6/24/2015 | | JPG | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070330 | NTG070330 | 9/18/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070337 | NTG070337 | 5/22/2015 | | MSG | Sariah Para | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070338 | NTG070338 | 6/5/2015 | | MSG | Jarrod Bentley | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070362 | NTG070362 | 6/25/2015 | 1 | MSG | Craig Etem | Scott Ferrell | Margaret Byrd | | Attorney-Client Privilege; Attorney Work Product | X |

| NTG070377 | NTG070377 | 7/16/2015 | | MSG | J. Stephen Simms | Scott Ferrell | Marios J. Monopolis; Debra M. Hnat; Casey L. Bryant; Debra M. Hnat; Richard Hikida | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070382 | NTG070382 | 7/28/2015 | | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG070394 | NTG070395 | 8/6/2015 | 1 | MSG | Sariah Para | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070396 | NTG070396 | 8/6/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070397 | NTG070397 | 8/14/2015 | | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070416 | NTG070416 | 9/16/2015 | | MSG | Sariah Para | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070508 | NTG070508 | 6/3/2015 | 4 | MSG | Victoria Knowles | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070533 | NTG070533 | 5/7/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070536 | NTG070536 | 5/7/2015 | | MSG | Scott Ferrell | Victoria Knowles; Katherine Kirshner | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070553 | NTG070554 | 5/28/2015 | | MSG | Scott Ferrell | Jarrod Bentley | | X | Attorney-Client Privilege; Attorney Work Product | X |

| NTG070572 | NTG070572 | 7/21/2015 | | MSG | Scott Ferrell | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070586 | NTG070586 | 5/10/2015 | 1 | MSG | Scott Ferrell | Victoria Knowles; Dave Reid; Richard Hikida; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070598 | NTG070598 | 5/14/2015 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070602 | NTG070602 | 5/15/2015 | | MSG | Scott Ferrell | Victoria Knowles; Dave Reid; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070603 | NTG070603 | 5/15/2015 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid; James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070604 | NTG070604 | 5/18/2015 | | MSG | Scott Ferrell | Jarrod Bentley; Joshua Weiss | Dave Reid; 'Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070611 | NTG070611 | 5/20/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070634 | NTG070634 | 5/21/2015 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; 'Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070635 | NTG070635 | 5/21/2015 | 1 | MSG | Scott Ferrell | Mandy Jung | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |

| NTG070643 | NTG070643 | 5/21/2015 | 1 | MSG | Scott Ferrell | Kalman Magyar; Gavin Bogle | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070651 | NTG070651 | 5/22/2015 | | MSG | Scott Ferrell | Kalman Magyar; Gavin Bogle | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070661 | NTG070661 | 5/22/2015 | 1 | MSG | Scott Ferrell | Jarrod Bentley; Joshua Weiss | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070669 | NTG070669 | 5/22/2015 | | MSG | Scott Ferrell | Victoria Knowles; 'Dave Reid; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070670 | NTG070670 | 5/22/2015 | 1 | MSG | Scott Ferrell | Kalman Magyar | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070678 | NTG070678 | 5/22/2015 | 2 | MSG | Scott Ferrell | Dave Reid; 'Victoria Knowles; Mandy Jung; Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070686 | NTG070686 | 5/22/2015 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG070695 | NTG070696 | 5/27/2015 | 1 | MSG | Scott Ferrell | Dave Reid; 'Victoria Knowles; Carla Wise | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070697 | NTG070697 | 5/27/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070703 | NTG070703 | 5/27/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG070707 | NTG070707 | 6/1/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid; Mandy Jung | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070729 | NTG070729 | 6/3/2015 | 4 | MSG | Scott Ferrell | Ryan Ferrell | Victoria Knowles | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070742 | NTG070742 | 6/4/2015 | | MSG | Scott Ferrell | Dave Reid; 'Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070745 | NTG070745 | 6/5/2015 | | MSG | Scott Ferrell | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070750 | NTG070750 | 6/5/2015 | | MSG | Scott Ferrell | Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG070757 | NTG070758 | 6/8/2015 | 1 | MSG | Scott Ferrell | Mandy Jung; 'Dave Reid; 'Victoria Knowles; Joshua Weiss; Jarrod Bentley | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070759 | NTG070759 | 6/8/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG070780 | NTG070781 | 6/18/2015 | 3 | MSG | Scott Ferrell | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070782 | NTG070782 | 6/18/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070827 | NTG070827 | 6/22/2015 | | MSG | Scott Ferrell | Dave Reid; 'Victoria Knowles; Mandy Jung | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NTG070865 | NTG070865 | 5/26/2015 | 1 | MSG | Scott Ferrell | Dave Reid; 'Victoria Knowles; 'Richard Hikida | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070866 | NTG070866 | 5/26/2015 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070867 | NTG070867 | 5/26/2015 | 1 | MSG | Scott Ferrell | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070870 | NTG070870 | 5/31/2015 | | MSG | Scott Ferrell | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070877 | NTG070877 | 6/9/2015 | | MSG | Scott Ferrell | Mandy Jung; Katherine Kirshner | Victoria Knowles; 'Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070905 | NTG070905 | 8/14/2015 | | MSG | Scott Ferrell | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070932 | NTG070932 | 5/8/2015 | | MSG | Katherine Kirshner | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG070933 | NTG070933 | 5/8/2015 | | MSG | Katherine Kirshner | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG071044 | NTG071046 | 6/12/2015 | 1 | MSG | Briana Rice | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071047 | NTG071047 | 6/12/2015 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071054 | NTG071054 | 6/12/2015 | | MSG | Briana Rice | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG071055 | NTG071055 | 6/12/2015 | | MSG | Briana Rice | Victoria Knowles | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071148 | NTG071148 | 7/27/2015 | 1 | MSG | Victoria Knowles | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071163 | NTG071163 | 5/6/2014 | 1 | MSG | Jarrod Bentley | Joshua Weiss; Scott Ferrell; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071164 | NTG071164 | 5/6/2014 | | MOV | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071178 | NTG071178 | 5/4/2015 | | MSG | Scott Ferrell | Victoria Knowles | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071179 | NTG071179 | 5/7/2015 | 1 | MSG | Victoria Knowles | Scott Ferrell | Dave Reid | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071182 | NTG071182 | 5/14/2015 | | MSG | Scott Ferrell | Joshua Weiss; Jarrod Bentley; Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071188 | NTG071188 | 5/18/2016 | 1 | MSG | James Hardin | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071194 | NTG071194 | 5/27/2016 | 1 | MSG | Joshua Weiss | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071195 | NTG071195 | 5/27/2016 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071199 | NTG071199 | 5/27/2016 | | MSG | Scott Ferrell | Dave Reid | | | Attorney-Client Privilege; Attorney Work Product | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NTG071200 | NTG071200 | 5/18/2016 | 2 | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071204 | NTG071204 | 5/18/2016 | | HTM | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071207 | NTG071207 | 6/5/2015 | 1 | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071233 | NTG071233 | 5/12/2016 | 1 | MSG | Dave Reid | Sariah Para | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071238 | NTG071238 | 5/18/2016 | | MSG | Dave Reid | James Hardin | | | Attorney-Client Privilege | X |
| NTG071241 | NTG071241 | 5/18/2016 | | MSG | Dave Reid | James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071246 | NTG071246 | 5/23/2016 | 3 | MSG | Dave Reid | Katherine Kirshner | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071247 | NTG071247 | 5/23/2016 | | DOCX | | | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071253 | NTG071253 | 5/24/2016 | 1 | MSG | Dave Reid | James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071262 | NTG071264 | 5/27/2016 | 1 | MSG | Dave Reid | James Hardin | | | Attorney-Client Privilege; Attorney Work Product | X |
| NTG071265 | NTG071265 | 5/27/2016 | | PDF | | | | | Attorney-Client Privilege; Attorney Work Product | |
| NTG071266 | NTG071269 | 5/27/2016 | 1 | MSG | Dave Reid | Scott Ferrell | | | Attorney-Client Privilege; Attorney Work Product | X |

| NTG071270 | NTG071270 | 5/27/2016 |   | PDF |           |            |   |   | Attorney-Client Privilege; Attorney Work Product | X |
|-----------|-----------|-----------|---|-----|-----------|------------|---|---|--------------------------------------------------|---|
| NTG071278 | NTG071278 | 5/27/2016 | 1 | MSG | Dave Reid | Sariah Para |   |   | Attorney-Client Privilege; Attorney Work Product | X |