Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Jonathan W. Emord, Esq. (pro hac vice)
jemord@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., <br><br> Plaintiff, <br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF JOSHUA FURMAN** <br><br> Judge: Hon. James V. Selna |

## <u>DECLARATION OF JOSHUA FURMAN</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I, Joshua Furman, am over the age of 18 and competent to testify to the information below. All matters contained herein are of my own personal knowledge unless stated as based upon information and belief.

2. I am counsel of record for Natural Immunogenics Corp. ("NIC") in

the above-captioned matter.  I am an attorney in the law firm of Emord & Associates, P.C.

3.      NIC served Rule 34 Requests for Production related to Strataluz LLC on Defendant Scott Ferrell and David Reid on August 1, 2017 and August 2, 2017 respectively.

4.      The Defendants produced responsive documents on September 22, 2017 and September 26, 2017.

5.      Attached as **Exhibit 1** is a true and correct copy of the December 22, 2017 Meet and Confer Letter regarding Strataluz documents.

6.      Attached as **Exhibit 2** is a true and correct copy of the January 2, 2018 Response Letter from NTG.

7.      Attached as **Exhibit 3** is a true and correct copy of the Order Sustaining Heidi Franco's Objections to Special Master's Order Denying Motion to Quash (Dkt. 243); Overruling Joshua Weiss's Objections to Sepcial Master's Order Denying Motion to Quash (Dkt. 244); and Overruling Scott Ferrell and David Reid's Objections to Special Master's Order Denying Motion to Quash (Dkt. 245) filed on May 2, 2017 as Docket 299.

8.      Attached as **Exhibit 4** is a true and correct copy of the Order Denying Defendants Motion to Stay Pending Appeal and Non-Party Joshua Weiss Motion to Stay Pending Appeal filed on June 19, 2017 at Docket 348.

9.      Attached as **Exhibit 5** is a true and correct copy of the November 9, 2017 Letter regarding the Strataluz Privilege Log.

10.     Attached as **Exhibit 6** is a true and correct copy of the September 22, 2017 NTG's Privilege Log for NIC's Request for Production [Set Four] to Scott J. Ferrell and [Set One] to Dave Reid re: Strataluz.

11.     Attached as **Exhibit 7** is a true and correct copy of the January 11, 2018 Meet and Confer Follow Email from Joshua Furman.

12.     Attached as **Exhibit 8** is a true and correct copy of documents

DECLARATION OF JOSHUA FURMAN

2

produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063502-NTG063503.

13.    Attached as **Exhibit 9** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063804.

14.    Attached as **Exhibit 10** is a true and correct copy of documents produced by Continuity pursuant to the Subpoena by NIC with document Bates No. CONTINUITY_000003-CONTINUITY_000004. This document is subject to the Protective Order by Judge Selna Dkt. 396.

15.    Attached as **Exhibit 11** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066015-NTG066016.

16.    Attached as **Exhibit 12** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065735-NTG065736.

17.    Attached as **Exhibit 13** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065733-NTG065734.

18.    Attached as **Exhibit 14** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066047-NTG006048.

19.    Attached as **Exhibit 15** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066017-066018.

20.    Attached as **Exhibit 16** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066045-NTG066046.

21.    Attached as **Exhibit 17** is a true and correct copy of documents

produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066039-NTG066040.

22.     Attached as **Exhibit 18** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066013-NTG066014.

23.     Attached as **Exhibit 19** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066011-NTG066012.

24.     Attached as **Exhibit 20** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066041-NTG066042.

25.     Attached as **Exhibit 21** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066043-NTG066044.

26.     Attached as **Exhibit 22** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066049-NTG066050.

27.     Attached as **Exhibit 23** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065737-NTG065738.

28.     Attached as **Exhibit 24** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065731-NTG065732.

29.     Attached as **Exhibit 25** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064097-NTG064098.

30.     Attached as **Exhibit 26** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document

Bates No. NTG066019-NTG066020.

31.    Attached as **Exhibit 27** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064109.

32.    Attached as **Exhibit 28** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063440-NTG063446.

33.    Attached as **Exhibit 29** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064149-NTG064151.

34.    Attached as **Exhibit 30** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064148.

35.    Attached as **Exhibit 31** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064131.

36.    Attached as **Exhibit 32** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064206-NTG064207.

37.    Attached as **Exhibit 33** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064252-NTG064253.

38.    Attached as **Exhibit 34** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063989.

39.    Attached as **Exhibit 35** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064054-NTG064058.

40.    Attached as **Exhibit 36** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064068-NTG064073.

41.    Attached as **Exhibit 37** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064226-NTG064228.

42.    Attached as **Exhibit 38** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064141.

43.    Attached as **Exhibit 39** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063493.

44.    Attached as **Exhibit 40** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063495.

45.    Attached as **Exhibit 41** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063577.

46.    Attached as **Exhibit 42** is a true and correct copy of documents produced by Jarrod Bentley on December 13, 2017 with document Bates No. BENTLEY0268-BENTLEY0274.

47.    Attached as **Exhibit 43** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063447-NTG063448.

48.    **Exhibit 44** has been removed pursuant to agreement by the parties.

49.    Attached as **Exhibit 45** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065655.

50.     Attached as **Exhibit 46** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065590-NTG065592.

51.     Attached as **Exhibit 47** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064338-NTG064340.

52.     Attached as **Exhibit 48** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065607.

53.     Attached as **Exhibit 49** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065640-NTG065641.

54.     Attached as **Exhibit 50** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065638-NTG065639.

55.     Attached as **Exhibit 51** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065598-NTG065601.

56.     Attached as **Exhibit 52** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065597.

57.     Attached as **Exhibit 53** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065642-NTG065644.

58.     Attached as **Exhibit 54** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063636.

59.     Attached as **Exhibit 55** is a true and correct copy of documents

produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063665-NTG063666.

60.    Attached as **Exhibit 56** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064115-NTG064116.

61.    Attached as **Exhibit 57** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063883-NTG063884.

62.    Attached as **Exhibit 58** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064178-NTG064181.

63.    Attached as **Exhibit 59** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064237-NTG064238.

64.    Attached as **Exhibit 60** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063450-NTG063451.

65.    Attached as **Exhibit 61** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063891-NTG063892.

66.    Attached as **Exhibit 62** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063983-NTG063986.

67.    Attached as **Exhibit 63** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063648-NTG063650.

68.    Attached as **Exhibit 64** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document

Bates No. NTG064256-NTG064262.

69. Attached as **Exhibit 65** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064282-NTG064286.

70. Attached as **Exhibit 66** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064034-NTG064037.

71. Attached as **Exhibit 67** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG063626-NTG063631.

72. Attached as **Exhibit 68** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG066027-NTG066038.

73. Attached as **Exhibit 69** is a true and correct copy of documents produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG064159-NTG064170.

74. Attached as **Exhibit 70** is a true and correct copy of the Complaint filed on June 3, 2015 in *Strataluz, LLC v. Truderma, LLC*, Cause No. 3:15-cv-01248-JM-RBB as Dkt. No. 1 and filed on November 22, 2016 in *Natural Immunogenics v. Newport Trial Group, et al.*, (hereinafter "*NIC v. NTG)* Cause No. 8:15-cv-02034-JVS-JCG as Dkt. No. 202-1.

75. **Exhibit 71** has been removed pursuant to agreement by the parties.

76. Attached as **Exhibit 72** is a true and correct copy of the Articles of Organization Limited Liability Company and Notice of Dissolution for Strataluz which were obtained by the Nevada Corporation Commission and previously filed in in this matter as Dkt. No. 202-1.

77. Attached as **Exhibit 73** is a true and correct copy of the Articles of Organization Limited Liability Company and Notice of Dissolution for

International Brandery, LLC which were obtained by the Nevada Corporation Commission and previously filed in this matter as Dkt. No. 202-1.

78.     Attached as **Exhibit 74** is a true and correct copy of the Certificate of Cancellation of a Limited Liability Company for Strataluz, LLC which was obtained by the California Corporation Commission.

79.     Attached as **Exhibit 75** is a true and correct copy of the Articles of Incorporation and Notice of Dissolution for Quintogos, LLC which were obtained by the Nevada Corporation Commission and previously filed in this matter as Dkt. 202-1.

80.     **Exhibit 76** has been removed pursuant to agreement by the parties.

81.     Attached as **Exhibit 77** is a true and correct copy of the Articles of Organization Limited Liability Company and Notice of Dissolution for Binary Resource Management, LLC which were obtained by the Nevada Corporation Commission and previously filed in this matter as Dkt. 202-1.

82.     Attached as **Exhibit 78** is a true and correct copy of the Answer to Complaint and Counterclaim filed on July 9, 2015 in *Strataluz, LLC v. TruDerma, LLC,* Cause No. 3:15-cv-1248-JM-RBB and previously filed in this matter as Dkt. 202-1.

83.     Attached as **Exhibit 79** is a true and correct copy of the Declaration of Joshua A. Weiss in Support of Memorandum of Points and Authorities in Support of Defendant's Anti-Slapp Special Motion to Strike Complaint filed on October 12, 2016 in *Obesity Research v. Weiss* and previously filed in this matter as Dkt. 202-1.

84.     **Exhibit 80** has been removed pursuant to agreement by the parties.

85.     Attached as **Exhibit 81** is a true and correct copy of the Declaration of Scott J. Ferrell filed on November 22, 2016 as Dkt. 202-3.

86.     Attached as **Exhibit 82** is a true and correct copy of the Declaration of David Reid filed November 22, 2016 as Dkt. 202-3.

87.    Attached as **Exhibit 83** is a true and correct copy of the Declaration of Peter A. Arhangelsky in Support of Plaintiff's Response to Objections to the Special Master's Order Denying Motion to Quash Subpoena to Continuity Products, LLC (Dkt. 234) and the corresponding exhibits thereto filed on March 27, 2017 as Dkts. 262-1 through 262-22.

88.    Attached as **Exhibit 84** is a true and correct copy of the Harcol Research LLC business information which was obtained by the Secretary of State for the State of Nevada and previously filed in this matter as Dkt. 202-1.

89.    Attached as **Exhibit 85** is a true and correct copy of the Tawnsaura Group, LLC business information which was obtained by the Secretary of State for the State of Nevada and previously filed in this matter as Dkt. 202-1.

90.    Attached as **Exhibit 86** is a true and correct copy of the search results for Strataluz which was obtained by Westlaw.

91.    Attached as **Exhibit 87** is a true and correct copy of Exhibit 413 to the Jarrod Bentley Deposition taken on December 15, 2017 and produced by Scott Ferrell and David Reid on September 22, 2017 with document Bates No. NTG065457.

92.    Attached as **Exhibit 88** is a true and correct copy of the Deposition of Jarrod Bentley taken on December 15, 2017, excerpted for brevity.

93.    Attached as **Exhibit 89** is a true and correct copy of the Deposition of James Hardin, Esq. taken on August 11, 2017, excerpted for brevity.

94.    Attached as **Exhibit 90** is a true and correct copy of the Deposition of Joshua Aaron Weiss taken on November 3, 2017, excerpted for brevity.

95.    Attached as **Exhibit 91** is a true and correct copy of Plaintiff's Fourth Set of Requests for Production to Defendant Scott J. Ferrell served in this matter on August 1, 2017.

96.    Attached as **Exhibit 92** is a true and correct copy of Plaintiff's First Set of Requests for Production to Defendant David. M. Reid served in this matter

on August 2, 2017.

97.   Attached as **Exhibit 93** is a true and correct copy of the January 11, 2018 Email Chain re: Strataluz Meet and Confer Follow Up.

98.   Attached as **Exhibit 94** is a true and correct copy of NTG's Privilege Log (1-26-18) for NIC's RFP [Set Four] To Scott J. Ferrell, and [Set One] to Dave Reid, re Strataluz.

Executed on this _20th_ day of February, 2018.

Joshua Furman