Brendan M. Ford (SBN 224333)
Kristopher P. Diulio (SBN 229399)
**FORD & DIULIO PC**
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone: (714) 450-6830
Facsimile: (844) 437-7201
Email:  bford@forddiulio.com
         kdiulio@forddiulio.com

Attorneys for Defendants
TAYLOR DEMULDER, MATTHEW
DRONKERS, ANDREW NILON, SAM
PFLEG, GIOVANNI SANDOVAL and
SAM SCHOONOVER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants | Case No. 8:15-cv-02034-JVS-JCG<br><br>**DECLARATION OF BRENDAN M. FORD IN SUPPORT OF DEFENDANT SAM SCHOONOVER'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER FOLLOWING SECOND REMAND [DOCKET 625]**<br><br>[*HEARING REQUESTED*]<br><br>Judge:          Hon. James V. Selna<br>Complaint Filed:  December 7, 2015<br>Trial Date:      TBD |

**DECLARATION OF BRENDAN M. FORD**

I, Brendan M. Ford, declare as follows:

1.    I am an attorney licensed to practice in the State of California and in the Central District of California. I am a partner at Ford & Diulio PC, attorneys of record for Defendants Taylor Demulder, Matthew Dronkers, Andrew Nilon, Sam Pfleg, Giovanni Sandoval, and Sam Schoonover (the "Non-NTG Defendants").

2.    I submit this declaration in support of Defendant Sam Schoonover's objections to the Special Master's Order Following Second Remand [Dkt. 625]. I have personal knowledge of the facts below. If called as a witness, I could and would competently testify to the matters stated below.

3.    Attached as **Exhibit 1** is a true and correct copy of the April 11, 2018 Hearing Transcript on the Special Master's then-tentative Order Following Second Remand.

4.    Attached as **Exhibit 2** is a true and correct copy of the May 5, 2016 Hearing Transcript in this matter.

5.    Attached as **Exhibit 3** is a true and correct copy of Plaintiff NIC's Amended Rule 26(a) Initial Disclosures, dated April 15, 2016.

6.    Attached as **Exhibit 4** is a true and correct copy of Plaintiff NIC's Supplemental Rule 26 Disclosure, dated November 29, 2016.

7.    Attached as **Exhibit 5** is a true and correct copy of the July 31, 2017 Hearing Transcript in this matter.

8.    Attached as **Exhibit 6** is a true and correct copy of the Special Master's [Tentative] Order Following Second Remand [Dkt. Nos. 570, 610.]

///

///

///

///

///

///

- 1 -

**DECLARATION OF BRENDAN M. FORD**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on April 27, 2018 in Costa Mesa, California.

　　　　　　　　　　　　　　　　　*/s/ Brendan M. Ford*
　　　　　　　　　　　　　　　　　Brendan M. Ford

- 2 -

**DECLARATION OF BRENDAN M. FORD**

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing **DECLARATION OF BRENDAN M. FORD IN SUPPORT OF DEFENDANT SAM SCHOONOVER'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER FOLLOWING SECOND REMAND [DOCKET 625]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 /s/ *Brendan M. Ford*
Brendan M. Ford