# Exhibit 3

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric A. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff NIC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **PLAINTIFF'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURE** |
| v. | Judge: Hon. James V. Selna |
| NEWPORT TRIAL GROUP, et al., | Trial Date: Not Set |
| Defendants. | |

Plaintiff Natural-Immunogenics Corp. ("NIC"), by counsel, hereby submits its Amended Initial Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1). The information disclosed herein is predicated on information reasonably available and known to Plaintiff at the time of this submission. Plaintiff waives no privileges through these disclosures, and hereby reserves its right to supplement

- 1 -

Plaintiff's Amended Initial Disclosure

these Initial Disclosures under Rule 26(e) to the extent new or additional information becomes available.

## I.   <u>**Individuals Likely To Have Discoverable Information**</u>

The individuals and entities listed in the attached Appendices A through D (attached hereto) are likely to have discoverable information relevant to the allegations asserted in the Corrected First Amended Complaint ("CFAC," Dkt. 30). Those appendices provide a brief description of categories or subjects believed to be within the ken of those individuals listed.  For each individual and entity listed, Plaintiff provides the respective name and, if known, address and telephone number consistent with Rule 26(a)(1)(A)(i).  Plaintiff NIC's CFAC included sixteen (16) named defendants and involved RICO allegations spanning a period of at least five years.  The number of potential individuals and entities likely to possess discoverable information is therefore large.  In strict adherence with Rule 26(a)(1), Plaintiff submits the attached Appendices describing the locations of potentially responsive information.  NIC will likely issue discovery requests, or take discovery from, all individuals and entities named in NIC's Initial Disclosures.  Similarly, NIC does not waive its right to do so dependent on discovery needs and legal strategy.

## II.   <u>**Description by Category and Location of Documents and ESI**</u>

Plaintiff maintains copies of documents and electronically stored information (ESI) on file with their counsel and at their principal place of business: 7504 Pennsylvania Avenue, Sarasota, FL 34243.  Information relevant to the allegations in the Complaint include the following information:

- Publicly available documents filed in litigation by or against NTG, or related to NTG conduct;

- 2 -

Plaintiff's Amended Initial Disclosure

- Documents, including privileged documents, generated or collected in connection with NIC litigation in *Nilon v. Natural-Immunogenics*, No. 3:2012-cv-00930 (S.D. Cal. 2013);
- Investigative reports related to Defendants and former or current NTG "plaintiffs";
- Records of verbal and written communication with various Defendants and former NTG "plaintiffs";
- Records related to damages or injury incurred by NIC in relation to the unlawful enterprise.

Plaintiff maintains ESI through the following data servers, software, and systems:

Natural Immunogenics does not impose a specific data retention policy other than that required by law for FDA regulated products.  NIC retains all product specific records for three years past the expiry dates of any product to which FDA record-keeping obligations (e.g., 21 CFR Part 111) would apply.

NIC uses a local Microsoft Exchange server for all corporate email service associated with its top domain (@n-icorp.com).  NIC uses Microsoft Outlook operated from local/individual machines.  NIC does not utilize any formal email archiving procedures or settings.

NIC uses redundant Windows-based servers for internal corporate document storage and retention.  Those servers are operated out of NIC's corporate headquarters in Sarasota, Florida.

NIC uses SAP Enterprise Software version 9.1 ("SAP") for management of accounting and finance records, inventory management, customer relationship management, and production data.  SAP data is archived and stored on NIC's in-house servers, but NIC does not employ any formal archiving procedures or settings.  SAP SE is a German multinational software corporation headquartered in Walldorf, Baden-Wurtemberg, Germany.

- 3 -

Plaintiff's Amended Initial Disclosure

## III.   Computation of Damages Claimed

Plaintiff NIC claims the following actual, prospective, statutory, and/or equitable damages and relief:

1.   Attorney's fees incurred as a result of NIC's defense in the prior action: *Nilon v. Natural-Immunogenics Corp.*, No. 3:12-cv-00930-LAB-BGS (S.D. Cal.).  Those legal fees and costs total $246,552.52.  That computation is based on legal fees accrued before and during the open litigation in the aforementioned matter.  Those fees and costs include the following payees:

   a. Law Offices of Carlos Negrete:  $25,000

   b. Investigative/Research Fees to OMSJ:  $27,489

   c. Law Offices of Emord & Associates, P.C.:  $193,101.52
       (includes itemized costs)

   d. Atkinson-Baker Litigation Support:  $962

Documents supporting the calculation of those fees and costs are attached with these amended disclosures.

2.   Prejudgment interest on all amounts awarded to the extent permissible by law.

3.   Injury to NIC's reputation and business standing.  Those damages are presumptive and significant.  Quantification of reputational injuries is impossible or impractical to quantify prior to fact discovery.  Reputational damages are presumed and in the discretion of the jury.  This quantification likely requires expert opinion or testimony pursuant to Rule 26(a)(2).  *See, e.g., Sycamore Ridge Apartments, LLC v. Naumann*, 157 Cal.App.4th 1385, 1412 (2007) (holding that damages in malicious prosecution matters are presumed); *Allard v. Church of Scientology*, 58 Cal.App. 439, 450 (Tc. App. 1976) (holding that "[d]amages in malicious prosecution actions are similar to those in defamation" and are "presumed as a matter of law"); *Card Tech Int'l, LLLP v. Provenzano*, No. 11-2434 DSF, 2012 WL 2135357, *25 (C.D. Cal. June 7, 2012)

- 4 -

Plaintiff's Amended Initial Disclosure

(holding that "loss of goodwill and damage to reputation is not readily measureable"); *First v. Kia of El Cajon*, No. 10-cv-536, 2010 WL 3069215, *1 (S.D. Cal. Aug. 4, 2010) (denying defendant's request for an order requiring plaintiff to provide an estimate of emotional distress damages).

4.   NIC's business losses in an amount to be determined at trial and through discovery.  This quantification is impractical or impossible to accurately compute or quantify absent fact and expert discovery.  These damages likely require expert opinion or testimony pursuant to Rule 26(a)(2).

5.   Trebled actual damages under Civil RICO.  RICO damages are an independent injury under the statute apart from the actual damages recoverable under other tort theories.  The trebled RICO damages in this case are at least $739,657.56.

6.   Punitive or exemplary damages for malicious prosecution, which must be substantial enough to deter prospective unlawful conduct.  Defendants have engaged in a systematic practice of sham litigation predicated on bribery and intentional misrepresentation.  Defendants have publicly stated that their recovery from plaintiffs' litigation exceeds $300,000,000.  Punitive damages in the amount of $30,000,000 to $50,000,000 are necessary to deter future conduct; the exact amount to be determined at trial.  *See, e.g., Crocker v. Sky View Christian Acad.*, No. 3:08-cv-479, 2009 WL 77456, *3 (D.Nev. Jan. 8, 2009) ("Because a computation of punitive damages is not feasible at the time initial disclosures are required, the court finds that Plaintiffs did not err in failing to provide a computation of their alleged punitive damages").

7.   Attorney's fees in the present case which are unpredictable at this time but presently accruing.

8.   Injunctive relief as the Court shall deem just and necessary, including, but not limited to:  pre-filing requirements or conditions on the filing of future lawsuits initiated or sponsored by Defendants.

- 5 -

Plaintiff's Amended Initial Disclosure

Plaintiff reserves the right to amend or revise its requests in discovery.

## IV.    **Insurance Agreements**

Not applicable to Plaintiff at this time.

DATED April 15, 2016,

Respectfully submitted,

By:    */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
E-mail: parhangelsky@emord.com
*Attorney for Plaintiff*

- 6 -

Plaintiff's Amended Initial Disclosure

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016 the foregoing, **PLAINTIFF'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURE** was sent via email and UPS to the following:

Gillian L. Wade, Esq.
gwade@majfw.com
Mayo Makarczyk
mmakarczyk@majfw.com
Sara D. Avila
savila@majfw.com
Marc Castaneda
mcastaneda@majfw.com
MILSTEIN ADELMAN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., 14th Fl.
Los Angeles, CA  90067
Ph: (310) 396-9600*Attorney for Andrew Nilon, Kaleb Patterson, Giovanni Sandoval, Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg, Isabella Janovick, and David Urzua*

Michael S. LeBoff, Esq.
mleboff@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow, Scott Ferrell, Ryan Ferrell, David Reid, Victoria Knowles*


　　　　　　　　　　*/s/ Peter A. Arhangelsky*
　　　　　　　　　　Peter A. Arhangelsky, Esq.

- 7 -

Plaintiff's Amended Initial Disclosure

## Appendix A

### Former or Current NTG "Plaintiffs" or Clients

The following individuals have been represented by the Newport Trial Group in lawsuits filed within the last ten years.  These individuals are likely to possess discoverable information related to sham lawsuits filed through NTG, including, *inter alia*, the facts surrounding:  (1) NTG's acquisition of clients; (2) their relationship with the firm, its attorneys or agents; (3) compensation paid before, during, and after their involvement with NTG litigation; (4) the level of participation and knowledge of each Defendant in the alleged RICO enterprise; (5) the settlement terms and of NTG suits; (6) the validity of claims brought by NTG in litigation; (7) the veracity of statements made by NTG and its clients in prior litigation; (8) the potential use of "tester" plaintiffs by NTG in various lawsuits; (9) the relationships and communications between various NTG clients prior to or during NTG-sponsored litigation; (10) documents relating to NTG sham lawsuits contrived by NTG; (11) formal or informal relationships between NTG and other law firms engaged in the common enterprise; and (12) the fabrication, use, submission, or sponsorship of legal pleadings and filings that were inconsistent with evidence of facts.

| Name | Contact Information (if known) | Counsel (if known) |
|---|---|---|
| Raquel Torres | Ph: 909-380-4635 | Unknown |

8

Plaintiff NIC's Rule 26(a) Initial Disclosures

| Ray Perea | Unknown | Unknown |
|---|---|---|
| Sam Schoonover | Unknown Address Mobile: 925-209-4303 | Gillian L. Wade Milstein Adelman, LLP |
| Matthew Dronkers | Unknown Address Mobile: 925-989-3649 | Gillian L. Wade Milstein Adelman, LLP |
| Maria Martinez | Unknown | Unknown |
| Julie Martinez | Unknown | Unknown |
| George Gonzalez | Unknown | Unknown |
| Talia Hurst | Unknown | Unknown |
| Stephen Ray | Unknown | Unknown |
| Katie Ray | Unknown | Unknown |
| Jasmine Gamez | Unknown | Unknown |
| David Gamez | Unknown | Unknown |
| Andrew Nilon | Unknown Ph: 925-484-4624 Mob: 925-785-0902 | Gillian L. Wade Milstein Adelman, LLP |
| Dan Bobba | Unknown | Unknown |
| Norma Davis | Unknown | Unknown |
| Taylor Demulder | Unknown | Gillian L. Wade Milstein Adelman, LLP |
| Sam Pfleg | Unknown | Gillian L. Wade Milstein Adelman, LLP |
| David Urzua | Unknown | Gillian L. Wade Milstein Adelman, LLP |
| Kaleb Patterson | Unknown | Gillian L. Wade Milstein Adelman, LLP |

9

Plaintiff NIC's Rule 26(a) Initial Disclosures

| Isabella Janovick | Unknown | Gillian L. Wade Milstein Adelman, LLP |
|---|---|---|
| Stephen Brudzewski | Unknown | Unknown |
| Nicole Forlenza | Unknown | Unknown |
| Gina Delarosa | Unknown | Unknown |
| Alisa Neal | Unknown | Unknown |
| Nina Shin | Unknown | Unknown |
| Timothy Clark | Unknown | Unknown |
| Kasey Toven | Unknown | Unknown |
| Martin Conde | Unknown | Unknown |
| Jimmy Conde | Unknown | Unknown |
| Jose Conde | Unknown | Unknown |
| Jamie Loop | Unknown | Unknown |
| Kyle Janovick | Unknown | Unknown |
| Carl Winzen | Unknown | Unknown |
| Mojdeh Moheb | Unknown | Unknown |
| Jordan Kissel | Unknown | Unknown |
| Kyle Johnson | Unknown | Unknown |
| Kevin Vaughn | Unknown | Unknown |

10

Plaintiff NIC's Rule 26(a) Initial Disclosures

## Appendix B

## Companies Sued by NTG

The following companies have been named as defendants or been involved in potentially fraudulent litigation sponsored by NTG.  The entities listed below have, or are likely to have, responsive information related to NIC's allegations, including, *inter alia*, the facts surrounding:  (1) the validity of legal claims brought or threatened by NTG; (2) communications with NTG in settlement negotiations or litigation; (3) the truthfulness or plausibility of NTGs claims and allegations; (4) the alleged injury sustained by NTG plaintiffs; (5) the level of participation and knowledge of each defendant in the alleged RICO enterprise; (6) documents evidencing the time, place, manner, or circumstances surrounding alleged purchases, phone calls, or donations involving NTG "clients"; (7) relationships between various NTG "clients" appearing in multiple lawsuits; (8) factual inconsistencies in NTG legal pleadings that evidences the use of sham litigation or sham plaintiffs; and (9) the timing of alleged injuries suffered by NTG "clients" in relation to asserted legal claims.

| Company | Contact Information | Counsel (if known) |
| --- | --- | --- |
| Natural-Immunogenics Corp. | 7504 Pennsylvania Ave. Sarasota, FL 34243 CONTACT THROUGH COUNSEL | Peter A. Arhangelsky Emord & Assoc., P.C. 3210 S. Gilbert Rd, Ste. 4 Chandler, AZ 85286 Ph: 602-388-8899 |
| Nutrisystem Inc. | Nutrisystem, Inc., 600 Office Center Drive Fort Washington, PA 19034 888-675-7525 | Unknown |
| Humana Pharmacy, Inc. | Address Unknown 800-379-0092 | Unknown |

11

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| Himalaya Drug Company | Makali, Bangalore, KA 562 162, India 800-208-1930 | Unknown |
| Medtech Products, Inc. | 90 North Broadway Suite 301 Irvington, NY 10533 914-524-6810 | Unknown |
| Carmax, Inc. | 12800 Tuckahoe Creek Pkwy Richmond, VA 23238 804-7470422 | Unknown |
| Mercer, LLC | 1166 Avenue of the Americas New York, NY 10036 212-345-7000 | Unknown |
| Columbia Sportswear Co. | 14375 NW Science Park Dr. Portland, OR 97229 503-985-4000 | Unknown |
| Branders.com, Inc. | 9320 NW 13th Street Suite 11 Miami, FL 33172 844-884-8668 | Unknown |
| Buy Insta Slim, Inc. | 17662 Armstrong Ave Irvine, CA, 92614 855-644-7546 | Unknown |
| Americo Financial Life & Annuity Insurance Co. | PO Box 410288   Kansas City, MO 64141-0288 800-231-0801 | Unknown |
| National Guardian Life Insurance Co. | 2 East Gilman Street Madison, WI 53703 800-548-2962 | Unknown |
| Chromadex, Inc. | 10005 Muirlands Blvd Suite G Irvine, CA  92618 949-419-0288 | Unknown |
| Magna-RX, Inc. | PO Box 6879 Thousand Oaks, CA 91359 866-299-0761 | Unknown |
| Los Angeles W. Travelodge | Address Unknown 800-525-4055 | Unknown |
| Carter-Reed Co., | 5742 W Harold Gatty Dr, | Unknown |

12

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| LLC | Salt Lake City, UT 84116 800-898-5153 | |
| Kiss My Face, LLC | 144 Main Street Gardiner, NY 12525-0224 845-255-0884 | Unknown |
| Nature's Way | 3051 West Maple Loop Drive Suite 125 Lehi, UT 84043 801-489-1500 | Unknown |
| National Veterans Services Fund | National Veterans Services Fund, Inc P.O. Box 2465 Darien, CT 06820-0465 (800) 521-0198 | Unknown |
| International Union of Police Associations | 1549 Ringling Blvd, Suite 600 Sarasota, FL 34236 (800) 247-4872 | Unknown |
| American Breast Cancer Foundation, Inc. | 10400 Little Patuxent Parkway, Suite 480 Columbia, Maryland 2104 410.730.5105 | Unknown |
| Dynakor Pharmacal, LLC | 395 West 2900 South Pleasant Grove, UT 8406 | Unknown |
| Boiron, Inc. | 6 Campus Boulevard Newtown Square, PA 19073-3267 800-264-7661 | Unknown |
| Naturalcare, Inc. | 800-475-9811 | Unknown |
| Digi-Key Corp. | 701 Brooks Avenue South Thief River Falls, MN 56701 218-681-667 | Unknown |
| MyLife.com, Inc. | 2118 Wilshire Blvd. Ste. 1500 Los Angeles, CA 90025 310-571-3144 | Unknown |
| True Power, LLC | 34 Prospect Street Melrose, MA 0217 888/987-8797 | Unknown |

13

Plaintiff NIC's Rule 26(a) Initial Disclosures

| Obesity Research Institute, LLC | 4910 Longley Ln STE 101, Reno, NV 89502-793 (888) 220-8907 | Allison Borts General Counsel Continuity Products 2710 Gateway Road Carlsbad, CA 92009 760-602-8462 |
|---|---|---|
| Bio-Engineered Supplements & Nutrition, Inc. | 5901 Broken Sound Parkway 6th Floor Boca Raton, FL 33487 561-994-8335 | Unknown |
| Therabiogen | PO Box 296 Manalapan, NJ 07726 866-284-9561 | Unknown |
| Sensa Products, LLC | 2301 Rosecrans Avenue Suite 4100 El Segundo, CA 9024 866-514-2554 | Unknown |
| Hotel Palomar, Los Angeles | 10740 Wilshire Boulevard Los Angeles, CA 90024 310-475-8711 | Unknown |
| Maximum Human Performance | 21 Dwight Place Fairfield, NJ 07004 973-785-9055 | Unknown |
| Experian Information Solutions, Inc. | 475 Anton Boulevard Costa Mesa, CA 92626 714-830-7000 | Unknown |
| Nutramax Laboratories, Inc. | 2208 Lakeside Boulevard Edgewood, MD 21040 410-776-4000 | Unknown |
| NAC Marketing Company | 260 Smith Street Farmingdale, NY 11735 631-777-7767 | Daniel J. Kelly Matthew I. Kaplan Ronie M. Schmelz TUCKER ELLIS LLP 515 South Flower St. Forty-Second Floor Los Angeles, CA 90071 Tel: 213-430-3400 Fax: 213-430-3409 |
| Code 42 Software, Inc. | 1 Main Street SE Suite 400 Minneapolis, MN 55414 | Unknown |

14

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 612-333-4242 | |
|---|---|---|
| Formstack, LLC | 8604 Allisonville Rd. Ste. 300 Indianapolis, IN 46250 | Peter A. Arhangelsky EMORD & ASSOCIATES, P.C. 3210 S. Gilbert Rd., Ste 4 Chandler, AZ 85286 602-388-8899 |
| PDF Filler, Inc. | 167 Corey Rd. Suite 206 Brighton MA, 0213 | Unknown |
| Mantry, Inc. | 175 Varick St, 4th Floor New York, NY 10014 help@mantry.com | Unknown |
| HelloFlo Inc. | Unknown | Unknown |
| Egnyte, Inc. | 1350 W. Middlefield Road Mountain View, CA 94043 1-650-968-4018 | Unknown |
| Neopets, Inc. | Unknown | Unknown |
| Escape Monthly, LLC | 690 Hwy 89 Ste 200 Jackson, WY 83001 www.Escapemonthly.com | Unknown |
| Trimedica International Inc. | 1895 S. Los Feliz Drive Tempe, AZ 85281 Ph: (480) 998-1041 | Unknown |
| Iovate Health Sciences International | 381 North Service Road W Oakville, ON L6M 2R7, Canada Ph: (888) 334-4448 | Unknown |
| Metabolic Research | Unknown | Unknown |

15

Plaintiff NIC's Rule 26(a) Initial Disclosures

## Appendix C

### Attorneys with Knowledge of NTG Litigation

The following individuals are attorneys who have represented defendant corporations in NTG suits or have been attorneys of record for parties in NTG matters that Plaintiff suspects were unlawful.  These individuals have, or are likely to have, responsive information related to NIC's allegations, including, *inter alia*, the facts surrounding: (1) NTG's acquisition of clients; (2) NTG plaintiffs' relationships with the firm , its attorneys or agents; (3) the validity of claims brought by NTG in litigation; (4) communications with NTG in settlement negotiation or litigation; (5) the truthfulness or plausibility of NTG's plaintiff's claims and allegations; (6) the alleged injury sustained by NTG plaintiffs; (7) the level of participation and knowledge of each defendant in the alleged RICO enterprise; (8) compensation paid to NTG plaintiffs before, during, and after their involvement with NTG litigation; (9) documents evidencing the time, place, manner, or circumstances surrounding alleged purchases, phone calls, or donations involving NTG "clients"; (10) relationships between various NTG "clients" appearing in multiple lawsuits; (11) factual inconsistencies in NTG legal pleadings that evidences the use of sham litigation or sham plaintiffs; and (12) the timing of alleged injuries suffered by NTG "clients" in relation to asserted legal claims.

| Name and Title | Contact Information | Relevant Case No(s). |
|---|---|---|
| Edward Susolik | Callahan and Blaine APLC 3 Hutton Centre Dr. 9th Floor Santa Ana, CA 92707 | *Torres v. Nutrisystem*, 8:12-cv-1854*; Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |

16

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | 714-241-4444 | |
| Daniel J. Callahan | Callahan and Blaine APLC 3 Hutton Centre Dr. 9th Floor Santa Ana, CA 92707 714-241-4444 | *Torres v. Nutrisystem*, 8:12-cv-1854*; Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |
| James B. Hardin | Hardin & Associates, APC 4100 Newport Place Suite 800 Newport Beach, CA 92660 949-337-4810 | *Torres v. Nutrisystem*, 8:12-cv-1854; *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569; *Neal v. Naturalcare, Inc.,* No. 5:12-cv-00531; *Shin v. Digi-Key Corporation*, No. 12-cv-5415; 12-cv-6889; *Toven v. True Power, LLC*, No. 37-2012-00093832; *Martin Conde v. Obesity Research Institute, LLC*, No. 12-cv-0413; *Jimmy Conde v. Therabiogen*, No. BC478051 |
| Victoria C. Knowles | Newport Trial Group 4100 Newport Place, Suite 800 Newport Beach, CA 92660 949-706-6464 | *Torres v. Nutrisystem*, 8:12-cv-1854; *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; *Maria Martinez v. Medtech Products, Inc.*, No. 2:14-cv-2624; *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; *Hurst v. Columbia Sportswear Co.*, No. BC529555; *Stephen Ray v. Branders.com, Inc.*, No. BC529716; *Katie Ray v. Buy Insta Slim, Inc.*, No. BC549571; *Jasmine Gamez v. Americo* |

17

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | | *Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071; *Nilon v. Chromadex, Inc.*, No. 56-203-436790; *Isabella Janovick v. Am. Breast Cancer Found., Inc.*, Case No. 3:13-cv-02697; *Neal v. Naturalcare, Inc.,* No. 5:12-cv-00531; *Shin v. Digi-Key Corporation*, No. 12-cv-5415; 12-cv-6889; *Toven v. True Power, LLC*, No. 37-2012-00093832; *Martin Conde v. Bio-Engineered Supplements & Nutrition, Inc.*, No. 8:14-cv-00945; *Jimmy Conde v. Therabiogen*, No. BC478051; *Jamie Loop v. Hotel Palomar Los-Angeles*, No. SC118073; *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522; *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936; *Jane Doe v. PDF Filler, Inc.*, No. 8:15-cv-02005; *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882; *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828; *John Doe v. Neopets, Inc., et al.*, No. 2:15-cv-08395 |
| Scott J. Ferrell | Newport Trial Group 4100 Newport Place, Suite 800 | *Torres v. Nutrisystem*, 8:12-cv-1854; *Perea v. Humana Pharmacy, Inc.*, |

18

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | Newport Beach, CA 92660 949-706-6464 | 8:12-cv-1881; *Schoonover v. Himalaya Drug Co.*, 3:12-cv-1782; *Maria Martinez v. Medtech Products, Inc.*, No. 2:14-cv-2624; *Julie Martinez v. Carmax, Inc.*, No. BC533870; *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; *Hurst v. Columbia Sportswear Co.*, No. BC529555; *Stephen Ray v. Branders.com, Inc.*, No. BC529716; *Katie Ray v. Buy Insta Slim, Inc.*, No. BC549571; *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071; *David Gamez v. National Guardian Life Ins. Co.*, No. 2:15-cv-5070; *Nilon v.Chromadex, Inc.*, No. 56-203-436790; *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601; *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279; *Pfleg v. Nature's Way Products, Inc.*, No. 37-2012-00051979; *David Uruza v. Nat'l Veterans Servs. Fund,* No. 3:13-cv-02217; *Kaleb Patterson v. Int'l Union of Police Associations, AFL-CIO,* No. 3:13-cv-02698; *Isabella Janovick v. Am.* |

19

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | | *Breast Cancer Found., Inc.*, Case No. 3:13-cv-02697; *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730; *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569; *Neal v. Naturalcare, Inc.,* No. 5:12-cv-00531; *Shin v. Digi-Key Corporation*, No. 12-cv-5415; 12-cv-6889; *Toven v. True Power, LLC*, No. 37-2012-00093832; *Martin Conde v. Obesity Research Institute, LLC*, No. 12-cv-0413; *Martin Conde v. Bio-Engineered Supplements & Nutrition, Inc.*, No. 8:14-cv-00945; *Jimmy Conde v. Therabiogen*, No. BC478051; *Kyle Janovick v. Maximum Human Performance*, No. 13-cv-2129; *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633; *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522; *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936; *Jane Doe v. PDF Filler, Inc.*, No. 8:15-cv-02005; *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882; *Jane* |

20

Plaintiff NIC's Rule 26(a) Initial Disclosures

|  |  | *Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828; *John Doe v. Neopets, Inc., et al.*, No. 2:15-cv-08395; *John Doe v. Escape Monthly, LLC*, *et al.*, No. 3:15-cv-02378;*Kevin Vaughn v. Magna-RX, Inc.*, et al., No. BC426097; among others |
|---|---|---|
| Ryan M. Ferrell | Newport Trial Group 4100 Newport Place Suite 800 Newport Beach, CA 92660 949-706-646 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569; *Neal v. Naturalcare, Inc.*, No. 5:12-cv-00531; *Martin Conde v. Obesity Research Institute, LLC*, No. 12-cv-0413; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| David M. Reid | Newport Trial Group 4100 Newport Place, Suite 800 Newport Beach, CA 92660 949-706-6464 | *Torres v. Nutrisystem*, 8:12-cv-1854; *Maria Martinez v. Medtech Products, Inc.*, No. 2:14-cv-2624; *Julie Martinez v. Carmax, Inc.*, No. BC533870; *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; *Hurst v. Columbia Sportswear Co.*, No. BC529555; *Stephen Ray v. Branders.com, Inc.*, No. BC529716; *Katie Ray v. Buy Insta Slim, Inc.*, No. BC549571; *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071; *David Gamez v. National Guardian Life Ins. Co.*, No. |

21

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | | 2:15-cv-5070; *Nilon v.Chromadex, Inc.*, No. 56-203-436790; *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783; *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522; *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936; *Jane Doe v. PDF Filler, Inc.*, No. 8:15-cv-02005; *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882; *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882; *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828; *John Doe v. Neopets, Inc., et al.*, No. 2:15-cv-08395 |
| Richard H. Hikida | Newport Trial Group 4100 Newport Place, Suite 800 Newport Beach, CA 92660 949-706-6464 | *Maria Martinez v. Medtech Products, Inc.*, No. 2:14-cv-2624; *Julie Martinez v. Carmax, Inc.*, No. BC533870; *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; *Hurst v. Columbia Sportswear Co.*, No. BC529555; *Stephen Ray v. Branders.com, Inc.*, No. BC529716; *Katie Ray v. Buy Insta Slim, Inc.*, No. BC549571; *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071; *David Gamez v. National Guardian Life Ins. Co.*, No. 2:15-cv-5070; *Nilon* |

22

Plaintiff NIC's Rule 26(a) Initial Disclosures

|  |  | *v.Chromadex, Inc.*, No. 56-203-436790; *Isabella Janovick v. Am. Breast Cancer Found., Inc.*, Case No. 3:13-cv-02697; *Martin Conde v. Bio-Engineered Supplements & Nutrition, Inc.*, No. 8:14-cv-00945; *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522; *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936; *Jane Doe v. PDF Filler, Inc.*, No. 8:15-cv-02005; *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882; *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828 |
|---|---|---|
| Brad W Seiling | Manatt Phelps & Phillips, LLP 11355 West Olympic Blvd. Los Angeles, CA 90064-1614 310-312-4000 | *Torres v. Nutrisystem*, 8:12-cv-1854; |
| Carlos F. Negrete | Law Offices of Carlos F. Negrete P.O. Box 60015 North Charleston, SC 29419 P: 843-879-4474 | *Nilon v. NIC*, No. 12-cv-930 |
| Robert S Lawrence | Callahan and Blaine APLC 3 Hutton Centre Dr. 9th Floor Santa Ana, CA 92707 714-241-4444 | *Torres v. Nutrisystem*, 8:12-cv-1854; |
| Justin Carter Johnson | Manatt Phelps & Phillips LLP | *Torres v. Nutrisystem*, 8:12-cv-1854; |

23

Plaintiff NIC's Rule 26(a) Initial Disclosures

|  | 11355 West Olympic Blvd. Los Angeles, CA 90064-1614 310-312-4000 |  |
|---|---|---|
| Valerie Elizabeth Alter | Sheppard Mullin Richter and Hampton LLP 1901 Ave. of the Stars Ste1600 Los Angeles, CA 90067 310-288-3700 | *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |
| Elizabeth Sarah Barcohana | Sheppard Mullin Richter and Hampton LLP 1901 Ave. of the Stars Ste1600 Los Angeles, CA 90067 310-288-3700 | *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |
| Fred R Puglisi | Sheppard Mullin Richter and Hampton LLP 1901 Ave. of the Stars Ste1600 Los Angeles, CA 90067 310-288-3700 | *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |
| Jay T Ramsey | Sheppard Mullin Richter and Hampton LLP 1901 Ave. of the Stars Ste1600 Los Angeles, CA 90067 310-288-3700 | *Perea v. Humana Pharmacy, Inc.*, 8:12-cv-1881; |
| Angel A Garganta | Venable LLP Spear Tower, 40th Floor One Market Plaza 1 Market Street San Francisco, CA 94105 (415) 653-3735 | *Schoonover v. Himalaya Drug Co.*, 3:12-cv-1782; |
| Whitney Chelgren Heafner | Alston and Bird LLP 333 South Hope Street 16th Fl. Los Angeles, CA 90071 213-576-1000 | *Maria Martinez v. Medtech Products, Inc.*, No. 2:14-cv-2624; |
| Katherine Elaine Hertel | Alston and Bird LLP | *Maria Martinez v. Medtech* |

24

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 333 South Hope Street 16th Fl. Los Angeles, CA 90071 213-576-1000 | *Products, Inc.*, No. 2:14-cv-2624; |
|---|---|---|
| Richard M. Segal | Pillsbury Winthrop Shaw Pittman LLP 501 W Broadway Suite 1100 San Diego, CA 92101-3575 619-544-3203 | *Julie Martinez v. Carmax, Inc.*, No. BC533870; |
| Jessica R. Bogo | Pillsbury Winthrop Shaw Pittman LLP Four Embarcadero Center, 22nd Floor San Francisco, CA 94111-5998 415-983-1252 | *Julie Martinez v. Carmax, Inc.*, No. BC533870; |
| Joel Siegel | Dentons US LLP 601 S Figueroa St., Ste. 2500 Los Angeles, CA 90017-5704 213 892 5050 | *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; |
| Paul Kakuske | Dentons US LLP 601 S Figueroa St., Ste. 2500 Los Angeles, CA 90017-5704 213 892 5155 | *George Gonzalez v. Mercer, LLC*, No. CIVDS1402062; |
| Jonathan Michael Jackson | Latham and Watkins LLP 355 South Grand Avenue Los Angeles, CA 90071-1560 213.891.8556 | *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071 |
| Milton Allen Miller | Latham and Watkins LLP 355 South Grand Avenue Los Angeles, CA 90071-1560 213-485-1234 | *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071 |

25

Plaintiff NIC's Rule 26(a) Initial Disclosures

| Jonathan Andi Tang | Latham and Watkins LLP 355 South Grand Avenue Los Angeles, CA 90071-1560 213.891.7798 | *Jasmine Gamez v. Americo Financial Life & Annuity Ins. Co.*, No. 2:15-cv-5071 |
|---|---|---|
| A Joel Richlin | Foley and Lardner LLP 555 South Flower St Ste 3500 Los Angeles, CA 90071-2411 213-972-4500 | *David Gamez v. National Guardian Life Ins. Co.*, No. 2:15-cv-5070; |
| Nancy L Stagg | Foley & Lardner LLP 3579 Valley Centre Drive Suite 300 San Diego, CA 92130-3302 858-847-6757 | *David Gamez v. National Guardian Life Ins. Co.*, No. 2:15-cv-5070; |
| Roger E. Borg | 20122 Santa Ana Avenue, #8A Newport Beach, California 92660 714-549-4452 | *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601; *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Keith Alan Kelly | Law Offices of Keith Kelly 3685 Main Street Riverside CA 92501 (951) 684-7066 | *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601; |
| Andre H. Merrett | Sacks Tierney PA 4250 N. Drinkwater Blvd., Fourth Floor Scottsdale, AZ 85251 (480) 425-2623 | *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601; |
| Joseph A. Schenk | Aiken Schenk Hawkins & Ricciardi P.C. 2390 E. Camelback Rd., Suite 400 Phoenix, AZ 85016 (602) 248-8203 | *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601; *Kevin Vaughn v. Magna-RX, Inc., et al.,* No. BC426097 |
| Michael E. Velarde | Law Office of Michael Velarde | *Morales v. Magna, Inc., et. al.*, No. 3:10-cv- |

26

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 1750 South Coast Hwy Suite #8 Laguna Beach, CA 92651 (949) 492-4241 | 01601; |
|---|---|---|
| Samuel G Jackson, Jr | Jackson & Associates 11664 National Blvd # 321 Los Angeles, CA 90064 213-252-3190 | *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279 |
| Ryan M McNamara | Call Jensen & Ferrell 610 Newport Center Drive Suite 700 Newport Beach, CA 92660 949-717-3000 | *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279 |
| Glenn A Murphy | Litigation & Advocacy Group 2945 Townsgate Rd Ste 200 Westlake Village, CA 91361 310-743-6438 | *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279 |
| Aaron Lewis Renfro | Call Jensen & Ferrell 610 Newport Center Drive Suite 700 Newport Beach, CA 92660 949-717-3000 | *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279 |
| Martin J Trupiano | Law Office Martin J Trupiano 217 Via Felicia Newbury Park, CA 91320 (805) 492-3000 | *Davis v. Los Angeles W. Travelodge*, No. CV 08-8279 |
| Michael L. Kelly | Kirtland & Packard, LLP 2041 Rosecrans Avenue Third Floor El Segundo, CA 90245 415.946.8946 | *Carter-Reed Co., LLC v. Demulder*, No. 130903002; *Dronkers v. Kiss My Face, LLC*, No. 12-cv-1151; *Shin v. Digi-Key Corporation*, No. 12-cv-5415 |

27

Plaintiff NIC's Rule 26(a) Initial Disclosures

| Jason Kerr | Price Parkinson & Kerr PLLC 5742 West Harold Gatty Drive Salt Lake City, UT 84116 801-530-2990 | *Demulder v. Carter-Reed*, No. 3:12-cv-02232; *Carter-Reed Company, LLC v. Demulder*, No. 130903002 |
|---|---|---|
| John Nadolenco | Mayer Brown LLP 350 South Grand Avenue Suite 2500 Los Angeles, CA 90071-1503 (213) 229-5173 | *Demulder v. Carter-Reed*, No. 3:12-cv-02232; |
| Ronald F. Price | Price Parkinson & Kerr, PLLC 5742 West Harold Gatty Drive Salt Lake City, UT 84116 (801)530-1964 | *Demulder v. Carter-Reed*, No. 3:12-cv-02232; *Carter-Reed Company, LLC v. Demulder*, No. 130903002 |
| Michael L Resch | Michael Langer Resch 1650 Corporate Cir Ste 200 Petaluma, California | *Demulder v. Carter-Reed*, No. 3:12-cv-02232; *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Heather M. Baker Dobbs | Kirtland & Packard, LLP 2041 Roscrans Avenue Third Floor El Segundo, CA 90245 (310) 536-1000 | *Dronkers v. Kiss My Face, LLC*, No. 12-cv-1151; *Shin v. Digi-Key Corporation*, No. 12-cv-5415 |
| Angela L. Diesch | Gilbert, Kelly, Crowley & Jennett LLP 1013 Galleria Boulevard, Suite 205 Roseville, CA 95678 916-472-3303 | *Dronkers v. Kiss My Face, LLC*, No. 12-cv-1151 |
| Erika Gasaway | Hopkins and Carley The Letitia Building 70 South First Street San Jose, CA 95113 408.286.9800 | *Dronkers v. Kiss My Face, LLC*, No. 12-cv-1151 |
| Behram V. Parekh | Kirtland & Packard, LLP | *Dronkers v. Kiss My Face,* |

28

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 2041 Rosecrans Avenue Third Floor El Segundo, CA 90245 (310) 536-1000 | *LLC*, No. 12-cv-1151; *Shin v. Digi-Key Corporation*, No. 12-cv-5415; *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
|---|---|---|
| Michelle Goodman | Sidley Austin 555 West 5th Street Suite 4000 Los Angeles, CA 90013 (213)896-6014 | *Pfleg v. Nature's Way Products, Inc.*, No. 37-2012-00051979 |
| Garth M. Drozin | Soltman, Levitt, Flaherty & Wattles LLP 90 E. Thousand Oaks Boulevard, Suite 300 Thousand Oaks, California 91360 (805) 497-7706 | *David Uruza v. Nat'l Veterans Servs. Fund,* No. 3:13-cv-02217; *Kaleb Patterson v. Int'l Union of Police Associations, AFL-CIO,* No. 3:13-cv-02698; *Isabella Janovick v. Am. Breast Cancer Found., Inc.*, Case No. 3:13-cv-02697 |
| Gary F Bendinger | Sidley Austin 787 Seventh Avenue New York, New York 10019 212 839 5387 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Hon. Richard J Burdge, Jr | Hon. Richard J Burdge, Jr. Pomona Courthouse South, B 400 Civic Center Plaza Pomona, CA 91766 (909) 802-1112 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Kevin Frank Calcagnie | Robinson Calcagnie Robinson Shapiro Davis, Inc. 19 Corporate Plaza Drive | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |

29

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | Newport Beach, CA 92660 949-720-1288 | |
| Alex Doherty | Allen Matkins Three Embarcadero Center, 12th Floor San Francisco, CA 94111-4074 415-273-7464 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| David Allan Gauntlett | Gauntlett & Associates 18400 Von Karman Suite 300 Irvine, CA 92612 949-553-1010 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Joanne Lichtman | Baker & Hostetler LLP 555 South Flower Street Suite 4200 Los Angeles, CA 90071-2300 310.442.8856 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| James A Lowe | Gauntlett & Associates 18400 Von Karman Suite 300 Irvine, CA 92612 949-553-1010 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Matthew R Orr | Call & Jensen 610 Newport Center Drive, Suite 700 Newport Beach, CA 92660 949-717-3000 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Daniel S Robinson | Robinson Calcagnie Robinson Shapiro Davis Inc 19 Corporate Plaza Drive Newport Beach, CA 92660 949-720-1288 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Mark P Robinson, Jr | Robinson Calcagnie Robinson Shapiro Davis Inc | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, |

30

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 19 Corporate Plaza Drive Newport Beach, CA 92660 949-720-1288 | No. 2:09-cv-03730 |
|---|---|---|
| Frank C Rothrock | Shook Hardy & Bacon LLP Jamboree Center 5 Park Plaza Suite 1600 Irvine, CA 92614-2546 949-475-1500 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| William L Seldeen | Isaacs \| Friedberg LLP 555 South Flower Street Suite 4250 Los Angeles, CA 90071 213-929-5550 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Christopher Sullivan | Price Parkinson & Kerr, PLLC 5742 West Harold Gatty Drive Salt Lake City, UT 84116 (801)530-1964 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Andrew M Sussman | Cadden & Fuller LLP 114 Pacifica, Suite 450 Irvine, California 9261 949-788-0827 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Julie R Trotter | Call Jensen & Ferrell 610 Newport Center Drive Suite 700 Newport Beach, CA 92660 949-717-3000 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Lisa A Wegner | Keller Anderle LLP 18300 Von Karman Ave., Suite 930 Irvine, California 92612-1057 949-476-8700 | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, No. 2:09-cv-03730 |
| Scot D Wilson | Robinson Calcagnie Robinson Shapiro Davis Inc | *Nicole Forlenza v. Dynakor Pharmacal, LLC, et al.*, |

31

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | 19 Corporate Plaza Drive Newport Beach, CA 92660 949-720-1288 | No. 2:09-cv-03730 |
| Sotera L Anderson | Wilson Turner Kosmo LLP 550 West C Street Suite 1050 San Diego, CA 92101 619-236-9600 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| Brooke Daley | Orrick Herrington and Sutcliffe LLP 1152 Fifteenth Street NW Washington, DC 20005-1706 202-339-8465 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| J Thomas Gilbert | Thompson & Knight LLP 707 Wilshire Blvd Suite 4100 Los Angeles, California 90017 310.203.6906 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| John Mark Jennings | Shulman Hodges and Bastian LLP 100 Spectrum Center Drive Suite 600 Irvine, CA 92618 949-340-3400 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| Meryl C Maneker | Wilson Turner Kosmo LLP 550 West C Street Suite 1050 San Diego, CA 92101-3532 619-236-9600 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| Thomas S McConville | Orrick Herrington and Sutcliffe LLP 2050 Main Street Suite 1100 Irvine, CA 92614 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |

32

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 949-852-7747 | |
|---|---|---|
| Daniel F Mulvihill | Unknown | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| Clifford H Pearson | Pearson Simon Warshaw LLP 15165 Ventura Boulevard Suite 400 Sherman Oaks, CA 91403 818-205-2800 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Gary A Pemberton | Shulman Hodges and Bastian LLP 100 Spectrum Center Drive Suite 600 Irvine, CA 92618 949-427-1654 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| Bobby Pouya | Pearson Simon Warshaw LLP 15165 Ventura Boulevard Suite 400 Sherman Oaks, CA 91403 818-788-8300 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Alexander Robert Safyan | Pearson Simon Warshaw LLP 15165 Ventura Boulevard Suite 400 Sherman Oaks, CA 91403 818-788-8300 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Christina Guerola Sarchio | Orrick Herrington and Sutcliffe LLP 1152 15th Street NW Washington, DC 20005 202-339-8687 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |
| David F Smutny | Orrick Herrington and Sutcliffe LLP 1152 Fifteenth Street NWW Washington, DC 20005-1706 | *Delarosa v. Boiron, Inc.,* No. 8:10-cv-01569 |

33

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | 202-339-8562 | |
| Steven Robert Telles | AFRCT<br>199 S. Los Robles Ave. Suite 600<br>Pasadena, CA 91101<br>626-577-7764 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569; *Jamie Loop v. Hotel Palomar Los-Angeles*, No. SC118073; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Vickie E Turner | Wilson Turner Kosmo LLP<br>550 West C Street Suite 1050<br>San Diego, CA 92101<br>619-236-9600 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569 |
| Brendan M Walsh | Pashman Stein PC<br>Court Plaza South<br>21 Main Street, Suite 100<br>Hackensack, NJ 07601<br>(201) 270-4948 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569 |
| Haven G Ward | Unknown | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569 |
| Daniel L Warshaw | Pearson Simon Warshaw LLP<br>15165 Ventura Boulevard Suite 400<br>Sherman Oaks, CA 91403<br>818-205-2805 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569; *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Tyler J Woods | Newport Trial Group APC<br>4100 Newport Place Suite 800<br>Newport Beach, CA 92660<br>949-706-6464 | *Delarosa v. Boiron, Inc.*, No. 8:10-cv-01569 |
| Clayton C Averbuck | Monroy Averbuck & Gysler<br>32123 Lindero Cyn Rd #301<br>Westlake Village, CA | *Neal v. Naturalcare, Inc.*, No. 5:12-cv-00531 |

34

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 91361<br>818-889-0661 | |
|---|---|---|
| Andra Barmash Greene | Irell and Manella LLP<br>840 Newport Center<br>Drive Suite 400<br>Newport Beach, CA<br>92660-6324<br>949-760-5230 | *Neal v. Naturalcare, Inc.*,<br>No. 5:12-<br>cv-00531 |
| Jennifer E Gysler | Monroy Averbuck &<br>Gysler<br>32123 Lindero Cyn Rd<br>#301<br>Westlake Village, CA<br>91361<br>818-889-0661 | *Neal v. Naturalcare, Inc.*,<br>No. 5:12-<br>cv-00531 |
| Jon F Monroy | Monroy Averbuck and<br>Gysler<br>32123 Lindero Canyon<br>Road Suite 301<br>Westlake Village, CA<br>91361<br>818-889-0661 | *Neal v. Naturalcare, Inc.*,<br>No. 5:12-<br>cv-00531 |
| Christopher D Vieira | US Attorney's Office<br>150 Almaden Blvd<br>Ste 900<br>San Jose, CA 95113<br>(408) 535-5061 | *Neal v. Naturalcare, Inc.*,<br>No. 5:12-<br>cv-00531 |
| Monica L Davies | Jermusek & Davies, LLC<br>5353 Wayzata Blvd<br>Suite 400<br>Minneapolis, MN 55416<br>952-820-1616 | *Shin v. Digi-Key<br>Corporation*, No. 12-cv-<br>5415 |
| Melanie A Full | Leonard Street and<br>Deinard<br>150 South 5th St. Suite<br>2300<br>Minneapolis, MN 55402<br>612-335-1566 | *Shin v. Digi-Key<br>Corporation*, No. 12-cv-<br>5415 |
| Moe Keshavarzi | Sheppard Mullin Richter | *Shin v. Digi-Key* |

35

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | and Hampton LLP 333 South Hope St 43rd Floor Los Angeles, CA 90071 213-620-1780 | *Corporation*, No. 12-cv-5415 |
|---|---|---|
| Paul S Malingagio | Sheppard Mullin Richter and Hampton LLP 333 South Hope St 48th Floor Los Angeles, CA 90071 213-620-1780 | *Shin v. Digi-Key Corporation*, No. 12-cv-5415 |
| Todd A Noteboom | Leonard Street and Deinard 150 South Fifth St Suite 2300 Minneapolis, MN 55402 612-335-1894 | *Shin v. Digi-Key Corporation*, No. 12-cv-5415 |
| Gary J Gorham | Raskin Gorham Anderson Law 9336 West Washington Boulevard Building C Culver City, CA 90232 310-202-5544 | *Clark v. MyLife.com, Inc.*, No. 12-cv-6889 |
| Eric Ashton Puritsky | Puritsky Law 2001 Wilshire Blvd Ste 210 Santa Monica, CA 90403 (310) 857-529 | *Clark v. MyLife.com, Inc.*, No. 12-cv-6889 |
| Thomas A Evans | Reed Smith LLP Broadgate Tower 20 Primrose Street London, EC2A 2RS United Kingdom | *Martin Conde v. Bio-Engineered Supplements & Nutrition, Inc.*, No. 8:14-cv-00945 |
| Kathy J Huang | Reed Smith LLP 355 South Grand Avenue Suite 2900 Los Angeles, CA 90071-1514 213-457-8000 | *Martin Conde v. Bio-Engineered Supplements & Nutrition, Inc.*, No. 8:14-cv-00945 |
| Robert D Phillips, Jr | 101 Second Street Suite 1800 | *Martin Conde v. Bio-Engineered Supplements* |

36

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | San Francisco, California 94105<br>415 659 5965 | *& Nutrition, Inc.*, No. 8:14-cv-00945 |
| Lee Albert | Glancy Prongay & Murray LLP<br>122 East 42nd Street<br>Suite 2920<br>New York, NY 10168<br>2126825340 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Amy B Alderfer | Cozen O'Connor<br>601 South Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017<br>213-892-7941 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Timothy Gordon Blood | Blood Hurst & O'Reardon LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>(619)338-1100 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Paula R. Brown | Blood Hurst & O'Reardon LLP<br>701 B Street<br>Suite 1700<br>San Diego, CA 92101<br>(619) 338-1100 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Lawrence Timothy Fisher | Bursor & Fisher, PA<br>1990 North California Boulevard<br>Suite 940<br>Walnut Creek, CA 94596<br>(925) 300-4455 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Lionel Z Glancy | Glancy Prongay & MurrayLLP<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>(310)201-9150 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Mark Samuel Greenstone | Glancy Binkow and Goldberg LLP<br>1925 Century Park East<br>Suite 2100 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |

37

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | Los Angeles, CA 90067<br>310-201-9150 | |
|---|---|---|
| Edmond E Koester | Coleman Yovanovich and Koester PA<br>4001 Tamiami Trail<br>North Suite 300<br>Naples, FL 34103<br>239-435-3535 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Julia A. Luster | Bursor & Fisher PA<br>1990 North California Boulevard<br>Suite 940<br>Walnut Creek, CA 94596<br>(925) 300-4455 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Brian Philip Murray | Glancy Prongay & Murray LLP<br>122 East 42nd Street<br>Suite 2920<br>New York, NY 10168<br>(212) 682-5340 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Thomas Joseph O'Reardon, II | Blood Hurst & O'Reardon LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>(619)338-1100 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Annick Marie Persinger | Bursor & Fisher, P.A.<br>1990 North California Boulevard<br>Suite 940<br>Walnut Creek, CA 94596<br>(925)300-4455 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Seth Eric Pierce | Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064<br>(310)312-3221 | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |
| Valentine Antonavich Shalamitski | Mitchell Silberberg Knupp LLP<br>11377 W Olympic Blvd<br>Los Angeles, CA 90064- | *Jose Conde v. Sensa Products, LLC*, No. 14-cv-0051 |

38

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | 1683<br>310-312-3736 | |
|---|---|---|
| Brett N. Taylor | Cozen O'Connor<br>601 South Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017<br>(213) 892-7925 | *Jose Conde v. Sensa Products, LLC*,<br>No. 14-cv-0051 |
| Melissa C. McLaughlin | Venable LLP<br>2049 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>310-229-9900 | *Kyle Janovick v. Maximum Human Performance*, No. 13-cv-2129 |
| Daniel Scott Silverman | VENABLE LLP<br>2049 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>310-229-0373 | *Kyle Janovick v. Maximum Human Performance*, No. 13-cv-2129; *Jane Doe v. PDF Filler, Inc.*, No. 8:15-cv-02005 |
| Cyrus Asad Ameri | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626<br>(714) 830-7000 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Marc K Callahan | Jones Day<br>3161 Michelson Drive<br>Suite 800<br>Irvine, CA 92612<br>949-553-7515 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Gretchen Carpenter | Carpenter Law<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>424-456-3183 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Edward San Chang | Jones Day<br>3161 Michelson Drive<br>Suite 800<br>Irvine, CA 92612<br>949-553-7561 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Richard Joseph Grabowski | Jones Day<br>3161 Michelson Drive<br>Suite 800<br>Irvine, CA 92612-4408 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |

39

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | 949-553-7514 | |
| Brian R Strange | Strange and Butler 12100 Wilshire Boulevard Suite 1900 Los Angeles, CA 90025 310-207-5055 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Corbett H Williams | Law Offices of Corbett H. Williams 300 Spectrum Center Drive, Suite 1575 Irvine, CA 92618 949-679-9909 | *Carl Winzen v. Experian Information Solutions, Inc., et al.*, No. 8:10-cv-1783 |
| Robert R Bowie, Jr | Bowie and Jensen LLC 29 West Susquehanna Avenue Ste. 600 Towson, MD 21204 (410) 591-1341 | *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Hon. Karen Elizabeth Scott | US District Court 411 W 4th St Santa Ana, CA 92701 (714) 338-3960 | *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Layne H Melzer | Rutan and Tucker LLP 611 Anton Boulevard Suite 1400 Costa Mesa, CA 92626-1931 714-641-3486 | *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Joshua A Glikin | Bowie and Jensen LLC 29 West Susquehanna Avenue 6th Floor Towson, MD 21204 (443) 921-4233 | *Moheb v. Nutramax Laboratories, Inc.*, No. 12-3633 |
| Matthew I Kaplan | Tucker Ellis & West LLP 515 S Flower Street 42nd Floor Los Angeles, CA 90071 (213) 430-3309 | *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522 |
| Daniel James Kelly | Tucker Ellis LLP One Market Plaza Steuart Tower, Suite 700 San Francisco, CA 94105 | *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522 |

40

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | | |
|---|---|---|
| | (415) 617-2203 | |
| Craig McKenzie Nicholas | Nicholas and Tomasevic 225 Broadway Suite 1900 San Diego, CA 92101 (619)325-0492 | *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522 |
| Ronie Malka Schmelz | Tucker Ellis LLP 515 So. Flower Street, 42nd Floor Los Angeles, CA 90071-2223 213-430-3375 | *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522 |
| Alex M Tomasevic | Nicholas and Tomasevic LLP 225 Broadway 19th Floor San Diego, CA 92101 (619)325-0492 | *John Doe v. NAC Marketing Company, LLC*, No. 15-cv-2522 |
| Steven A Ellis | Goodwin Procter LLP 601 South Figueroa Street 41st Floor Los Angeles, CA 90017-5704 213-426-2614 | *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936 |
| Galen Phillips | Goodwin Procter LLP 601 South Figueroa Street 41st Floor Los Angeles, ca 90017 213-426-2500 | *Jane Doe v. Code 42 Software, Inc.*, No. 8:15-cv-01936 |
| Peter Collins McMahon | McMahon Serpeca LLP 985 Industrial Road Suite 201 San Carlos, CA 94070-4157 650-637-0600 | *Jane Doe v. HelloFlo Inc., et al.*, No. 8:15-cv-01882 |
| Michelle C Doolin | Cooley LLP 4401 Eastgate Mall San Diego, CA 92121 858-550-6000 | *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828 |
| Neal R Gibeault | Cooley LLP 4401 Eastgate Mall | *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828 |

41

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | San Diego, CA 92121-1909<br>858-550-6000 | |
| --- | --- | --- |
| Darcie Allison Tilly | Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>858-550-6000 | *Jane Doe v. Egnyte, Inc., et al.*, No. 8:15-cv-01828 |
| Aaron Belzer | Seyfarth Shaw LLP<br>2029 Century Park East<br>Suite 3500<br>Los Angeles, CA 90067-3021<br>(310) 201-1546 | *John Doe v. Neopets, Inc., et al.*, No. 2:15-cv-08395 |
| Jay W Connolly | Seyfarth Shaw LLP<br>560 Mission Street Suite 3100<br>San Francisco, CA 94015<br>(415) 544-1036 | *John Doe v. Neopets, Inc., et al.*, No. 2:15-cv-08395 |
| L. Timothy Fisher | Bursor & Fisher, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Ph: (925) 300-4455 | *Demarie Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, No. 2:13-cv-00975 (E.D. Cal.) |
| Annick M. Persinger | Bursor & Fisher, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Ph: (925) 300-4455 | *Demarie Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, No. 2:13-cv-00975 (E.D. Cal.) |
| Scott A. Bursor | Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Ph: (212) 989-9113 | *Demarie Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, No. 2:13-cv-00975 (E.D. Cal.) |

42
Plaintiff NIC's Rule 26(a) Initial Disclosures

## Appendix D
### Additional Individuals or Companies with Relevant Knowledge

The following individuals or entities are likely to possess knowledge of relevant events or facts, including, *inter alia*, facts surrounding: (1) NTG's acquisition of clients; (2) the veracity of claims and allegations brought in NTG litigation; (3) the level of participation and knowledge for various Defendants; (4) the payment of NTG plaintiffs before, after or during litigation; (5) the internal conduct of NTG or the alleged RICO enterprise; (6) the potential use of "tester" plaintiffs by NTG in various lawsuits; (7) the relationships and communications between various NTG clients prior to or during NTG-sponsored litigation; (8) documents relating to NTG sham lawsuits contrived by NTG; (9) formal or informal relationships between NTG and other law firms engaged in the common enterprise; and (10) the fabrication, use, submission, or sponsorship of legal pleadings and filings that were inconsistent with evidence of facts:

| Name | Contact Information | Counsel (if known) |
|---|---|---|
| Wynn Ferrell | Unknown | Unknown |
| Brit Ferrell | Unknown | Unknown |
| Talee Rooney | Unknown | Unknown |
| Andrew L. Baslow | Through Counsel | Michael S. LeBoff, Esq. Callahan & Blaine |
| Jamie Baslow | Unknown | Unknown |
| Natalie Ferrell | Unknown | Unknown |
| Kirtland & Packard, LLP | 2041 Rosecrans Ave., #300 | Unknown |

43

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | El Segundo, CA 90245 Ph: (310) 536-1000 | |

The following individuals or entities are likely to possess knowledge of relevant events or facts, including, *inter alia*, facts surrounding: (1) NTG's acquisition of clients; (2) the veracity of claims and allegations brought in NTG litigation; and (3) NIC's investigation of and contact with former NTG clients; and (4) the internal conduct of NTG or the alleged RICO enterprise:

| Name | Contact Information | Counsel (if known) |
|---|---|---|
| Clark Baker | PO Box 1507 Studio City, CA 91614-0507 Ph: (323) 650-6667 Contact Through counsel | Emord & Assoc., P.C. 3210 S. Gilbert Road Suite 4 Chandler, AZ 85286 602-388-8899 |
| John McNair | Address Unknown Email: mcnairmusic@tpg.com.au | Unknown[1] |

The following individuals or entities are likely to possess knowledge, documents or things that may contain discoverable information related to phone records, wireless data, IP addresses, billing records, and other electronic or hardcopy records that corroborate or impeach information produced in prior NTG litigation:

| Name | Contact Information | Subject Matter |
|---|---|---|
| AT&T, and subsidiaries or affiliates | CT Corporation System 818 West Seventh St Ste 930 | Phone records and account information |

[1] Emord & Associates does not represent John McNair. Nonetheless, Emord & Associates may serve as a liaison between the parties for purposes of scheduling.

44

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | Los Angeles, CA 90017 | |
|---|---|---|
| Cellco Partnership dba Verizon Wireless | 180 Washington Valley Rd. Bedminster, NJ 07921 | Phone records and account information |
| Cox California TelCom, Inc. | Corporation Service Co. 2711 Centerville Rd. Suite 400 Wilmington, DE 19808 Ph: (302) 636-5401 | Phone records and account information |
| Sprint Spectrum L.P. | 6480 Sprint Parkway Overland Park, KS 66251 | Phone records and account information |
| T-Mobile USA, Inc. | 4 Sylvan Way Parsippany, NJ 07054 | Phone records and account information |
| Facebook, Inc. | 1 Hacker Way Menlo Park, CA 94025 | Social media account information and instant messaging data |
| Google Inc. | Googleplex 1600 Amphitheatre Pkwy Mountain View, CA 94043 Ph: (650) 253-0000 | Social media account information and instant messaging data |
| Yahoo! Inc. | 701 First Ave. Sunnyvale, CA 94089 | Email data and social media account information |
| Internal Revenue Service | Los Angeles District 300 N. Los Angeles St. Los Angeles, CA 90012 Ph: (213) 576-3009 | Tax return information |
| Qwest Corporation | 5454 W. 110th Street Overland Park, KS 66210 | Phone records and account information |
| California Tax Services Center | Franchise Tax Board PO Box 942840 Sacramento, CA 94240-0040 | Tax return information |
| Stryker Orthopaedics | Global Headquarters 2825 Airview Boulevard Kalamazoo, MI 49002 Ph: 269-385-2600 | The veracity of Demulder's claims and allegations. Demulder's employment history and status, and residency. |
| Allison Borts General Counsel | Continuity Products 2710 Gateway Road Carlsbad, CA 92009 | NTG's interactions with and representation of Obesity Research and its |

45

Plaintiff NIC's Rule 26(a) Initial Disclosures

| | Ph: 760-602-8462 **Counsel Unknown** | general counsel. |
|---|---|---|

46

Plaintiff NIC's Rule 26(a) Initial Disclosures