# Exhibit 4

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric A. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
EMORD & ASSOCIATES, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff NIC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE PURSUANT TO RULES 26(a)(1) & (e)(1)** <br><br> Judge: Hon. James V. Selna <br><br> Trial Date: Dec. 5, 2017 |

Plaintiff Natural-Immunogenics Corp. ("NIC"), by counsel, hereby submits its First Supplemental Initial Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1) & (e)(1). The information disclosed herein is predicated on information reasonably available and known to Plaintiff at the time of this submission. Plaintiff waives no privileges through these disclosures, and hereby

reserves its right to further supplement these Initial Disclosures under Rule 26(e) to the extent new or additional information becomes available.

## I.    Individuals Likely To Have Discoverable Information

### A. Former or Current NTG "Plaintiffs" or Clients

The following individuals have been represented by the Newport Trial Group in lawsuits filed within the last ten years.  These individuals are likely to possess discoverable information related to sham lawsuits filed through NTG, including, *inter alia*, the facts surrounding:  (1) NTG's acquisition of clients; (2) their relationship with the firm, its attorneys or agents; (3) compensation paid before, during, and after their involvement with NTG litigation; (4) the level of participation and knowledge of each Defendant in the alleged RICO enterprise; (5) the settlement terms and of NTG suits; (6) the validity of claims brought by NTG in litigation; (7) the veracity of statements made by NTG and its clients in prior litigation; (8) the potential use of "testers" plaintiffs by NTG in various lawsuits; (9) the relationships and communications between various NTG clients prior to or during NTG-sponsored litigation; (10) documents relating to NTG sham lawsuits contrived by NTG; (11) formal or informal relationships between NTG and other law firms engaged in the common enterprise; and (12) the fabrication, use, submission, or sponsorship of legal pleadings and filings that were inconsistent with evidence of facts.

| Name | Contact Information (if known) | Counsel (if known) |
|---|---|---|
| Kristyne Hanberg | 14 Elmbrook Aliso Viejo, CA 92656 949-292-8332 | Sara Avila, Scott Ferrell, Gillian Wade |

2

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

### B. Companies Sued by NTG

The following companies have been named as defendants or been involved in potentially fraudulent litigation sponsored by NTG.  The entities listed below have, or are likely to have, responsive information related to NIC's allegations, including, *inter alia*, the facts surrounding:  (1) the validity of legal claims brought or threatened by NTG; (2) communications with NTG in settlement negotiations or litigation; (3) the truthfulness or plausibility of NTGs claims and allegations; (4) the alleged injury sustained by NTG plaintiffs; (5) the level of participation and knowledge of each defendant in the alleged RICO enterprise; (6) documents evidencing the time, place, manner, or circumstances surrounding alleged purchases, phone calls, or donations involving NTG "clients"; (7) relationships between various NTG "clients" appearing in multiple lawsuits; (8) factual inconsistencies in NTG legal pleadings that evidences the use of sham litigation or sham plaintiffs; and (9) the timing of alleged injuries suffered by NTG "clients" in relation to asserted legal claims.

| Company | Contact Information | Counsel (if known) |
|---|---|---|
| Shutterfly, Inc. | 2800 Bridge Parkway Redwood City, CA 94065 | |
| Biotab Nutraceuticals, Inc. | 401 East Huntington Drive Monrovia, CA 91016-3632 626-775-6334 | |
| Tresta, Inc. | 2639 N Monroe St. Tallahassee, FL 32303 844-287-3782 | |
| DeviantArt, Inc. | Unknown | Scott Vick, Esq. (see below) |
| 800razors.com, Inc. | Unknown | Raija Horstman, Esq. (see below) |

3

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| Drugstore.com, Inc. | Walgreen Co. 1419 Lake Cook Rd. MS #L390 Deerfield, IL 60015 | Francisca Mok (see below) |
|---|---|---|
| Pluralsight, LLC | 182 N Union Ave Farmington, UT 84025 801-784-9128 | Matt Tenney (in-house counsel) |
| Safety Call International, PLLC | 3600 American Boulevard W, Suite 725 Bloomington, MN 55431 (952) 852 – 4600 | Todd Notaboom (see below) |
| Truderma LLC | 8840 W Russell Rd. Las Vegas, NV 89148 702-479-2780 | David Koch (see below) |
| Natural Product Solutions, LLC | 9 West Aylesbury Rd., Ste C Timonium, MD 21093 410-998-9011 | Ned Himmelrich (see below) |

### C. Attorneys with Knowledge of NTG Litigation

The following individuals are attorneys who have represented defendant corporations in NTG suits or have been attorneys of record for parties in NTG matters that Plaintiff suspects were unlawful.  These individuals have, or are likely to have, responsive information related to NIC's allegations, including, *inter alia*, the facts surrounding: (1) NTG's acquisition of clients; (2) NTG plaintiffs' relationships with the firm , its attorneys or agents; (3) the validity of claims brought by NTG in litigation; (4) communications with NTG in settlement negotiation or litigation; (5) the truthfulness or plausibility of NTG's plaintiff's claims and allegations; (6) the alleged injury sustained by NTG plaintiffs; (7) the level of participation and knowledge of each defendant in the alleged RICO enterprise; (8) compensation paid to NTG plaintiffs before, during, and after their involvement with NTG litigation; (9) documents evidencing the time, place, manner, or circumstances surrounding alleged purchases, phone calls, or donations involving NTG "clients"; (10) relationships between various NTG "clients" appearing in multiple lawsuits; (11) factual inconsistencies in NTG legal pleadings

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

that evidences the use of sham litigation or sham plaintiffs; and (12) the timing of alleged injuries suffered by NTG "clients" in relation to asserted legal claims.

| Name and Title | Contact Information | Relevant Case No(s). |
|---|---|---|
| Scott Vick, Esq. | Vick Law Group, APC 800 W 6th St., Ste. 1220 Los Angeles, CA 90017 (213) 784-3657 | *Hanberg v. DeviantArt*, Los Angeles Superior Court (CCW), No. BC 615184. |
| Gillian L. Wade, Esq. | Milstein Adelman, LLP 10250 Constellation Blvd., 14th Floor Los Angeles, CA 90067 (310) 396-9600 | *Hanberg v. DeviantArt*, Los Angeles Superior Court (CCW), No. BC 615184. |
| Sara D. Avila, Esq. | Milstein Adelman, LLP 10250 Constellation Blvd., 14th Floor Los Angeles, CA 90067 (310) 396-9600 | *Hanberg v. DeviantArt*, Los Angeles Superior Court (CCW), No. BC 615184. |
| Marc A. Castaneda, Esq. | Milstein Adelman, LLP 10250 Constellation Blvd., 14th Floor Los Angeles, CA 90067 (310) 396-9600 | *Hanberg v. DeviantArt*, Los Angeles Superior Court (CCW), No. BC 615184. |
| Francisca M Mok, Esq. | Reed Smith, LLP 1901 Ave. of the Stars Suite 700 Los Angeles, CA 90067 310-734-5200 | *Hanberg v. Drugstore.com*, C.D. Cal. No. 16-cv-00523. |
| Kasey J. Curtis, Esq. | Reed Smith, LLP 1901 Ave. of the Stars Suite 700 Los Angeles, CA 90067 310-734-5200 | *Hanberg v. Drugstore.com*, C.D. Cal. No. 16-cv-00523. |
| Raija J. Horstman, Esq. | Orrick Herrington & Sutcliffe 777 S. Figueroa St., Ste. 3200 Los Angeles, CA 90017 213-629-2020 | *Hanberg v. 800Razor.com*, C.D. Cal. No. 16-cv-00761. |

5

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| | | |
|---|---|---|
| Richard P. Sybert, Esq. | Gordon & Rees, LLP 101 W. Broadway, Suite 2000 San Diego, California 92101 (619) 696-6700 | *Obesity Research Institute, LLC v. Joshua Weiss*, No. 37-2016-020883-CU-NP-CTL (Cal. Super. S.D. Cnty. 2015) |
| Geoffrey Lee, Esq. | Gordon & Rees, LLP 101 W. Broadway, Suite 2000 San Diego, California 92101 (619) 696-6700 | *Obesity Research Institute, LLC v. Joshua Weiss*, No. 37-2016-020883-CU-NP-CTL (Cal. Super. S.D. Cnty. 2015) |
| Jackie Gonzalez, Esq. | VP of Operations, Tresta 2639 N Monroe St, Tallahassee, FL 32303Office: 850-383-7714 | *Hanberg v. Tresta, Inc.*, No.8:16-cv-00613-DOC-DFM (C.D. Cal. April 1, 2016). |
| Tim Fisher, Esq. | Bursor & Fisher, P.A. 888 Seventh Avenue New York, NY 10019 646-837-7165 (tel) ltfisher@bursor.com | *Demarie Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, No.2:13-cv-00975 (E.D. Cal.) |
| Neal Deckant, Esq. | Bursor & Fisher, P.A. 888 Seventh Avenue New York, NY 10019 646-837-7165 (tel) ndeckant@bursor.com | *Demarie Fernandez, et al. v. Obesity Research Institute, LLC, et al.*, No.2:13-cv-00975 (E.D. Cal.) |
| Jeffrey Lieberman, Esq. | Associate General Counsel 210 shields court Markham, Ontario L3R 8V2 Canada t: 905-479-8762  ext.  349 | Contacted counsel for NIC after receiving an NTG demand letter |
| David Koch, Esq. | Koch and Scow, LLC 11500 S. Eastern Ave., Suite 210 Henderson, NV 89052 dkoch@kochscow.com 702-318-5040 | *Strataluz, LLC v. Truderma, LLC*, No. 3:15-cv-1248 (S.D. Cal. 2015) |

6

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| | | |
|---|---|---|
| Ned Himmelrich, Esq. | Gordon Feinblatt LLC<br>233 E Redwood St.<br>Baltimore, MD 21202<br>nhimmelrich@gfrlaw.com<br>410-576-4131 | *Natural Products Solutions, LLC v. Strataluz, LLC*, No. 1:15-cv-01675-ELH (D. Md. June 9, 2015) |
| Amy Lally, Esq. | SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213 896 6642<br>alally@sidley.com | *Pfleg v. Nature's Way Products, Inc.*, No. 37-2012-00051979 |
| Trenton H. Norris, Esq. | Arnold & Porter LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>T:   415.471.3303<br>M: 415.640.5765<br>trent.norris@aporter.com | *Schoonover v. Himalaya Drug Co.*, 3:12-cv-1782 |
| Jeffrey Peil, Esq. | Partner at Huggins Law Firm<br>jpeil@hugginsfirm.com<br>7013 Evans Town Center Blvd<br>Evans, GA 30809<br>706-210-9063 | *Matus v. Premium Nutraceuticals*, No. 5:15-cv-01851-DDP (C.D. Cal. 2015) |
| Todd Notaboom, Esq. | Stinson, Leonard, Street LLP<br>150 South Fifth Street Ste. 2300<br>Minneapolis, MN 55402<br>612-335-1894<br>todd.notaboom@stinson.com | Counsel for Safety Call in *Nilon v. ChromaDex* matter. |
| Ben Smyth, Esq. | Nature's Way Products<br>In-House Counsel<br>920-465-4294<br>ben.smyth@naturesway.com | *Pfleg v. Natures Way* |
| Michael LeBoff, Esq. | Klein & Wilson<br>4770 Von Karman Ave.<br>Newport Beach, CA 92660<br>877-857-0073 | |

7

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| Matthew R. Orr, Esq. | 610 Newport Center Drive Suite 700 Newport Beach, CA 92660 (949) 717-3000 morr@calljensen.com | |
|---|---|---|
| Brian H. Shusterman, Esq. | DowneyBrand 100 West Liberty Street \| Suite 900 Reno, NV 89501-1958 tel:775.329.5900 | |
| Craig Etem | Fennemore Craig 300 E 2nd Street, Suite 1510 Reno, NV  89501 775.788.2224 | |

### D. Additional Individuals or Companies with Relevant Knowledge

The following individuals or entities are likely to possess knowledge of relevant events or facts, including, *inter alia*, facts surrounding: (1) NTG's acquisition of clients; (2) the veracity of claims and allegations brought in NTG litigation; (3) the level of participation and knowledge for various Defendants; (4) the payment of NTG plaintiffs before, after or during litigation; (5) the internal conduct of NTG or the alleged RICO enterprise; (6) the potential use of "tester" plaintiffs by NTG in various lawsuits; (7) the relationships and communications between various NTG clients prior to or during NTG-sponsored litigation; (8) documents relating to NTG sham lawsuits contrived by NTG; (9) formal or informal relationships between NTG and other law firms engaged in the common enterprise; and (10) the fabrication, use, submission, or sponsorship of legal pleadings and filings that were inconsistent with evidence of facts.

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| Name | Contact Information | Counsel (if known) |
|---|---|---|
| William Garcia | P.O. Box 2625<br>Spring Valley, CA 91979<br>619-402-5430 | Emord & Assoc., P.C.<br>3210 S. Gilbert Road, Ste. 4<br>Chandler, AZ 85286<br>602-388-8899 |
| Joan Nilon (a/k/a, Joan Williams, Joan Nider) | Unknown | Unknown |
| David Bender (a/k/a, Kevin Kuritzky) | Unknown | |
| Brooks Barding | 2128 2nd Avenue, San Diego 92101 | |
| Richard Richardson | 7296 Parkside Pl.<br>Alta Loma, CA 91701<br>909-472-9779 | Brendan Ford, Esq. |
| Cinthia Sandoval | Unknown | |
| Heidi Franco | 6120 Skyler St.<br>San Diego, CA 92139 | Brendan Ford, Esq. |
| Chris Spence | Unknown | Steve Kane<br>Charles & Kane LLP<br>1920 Main Street, Suite 1070<br>Irvine, CA  92614<br>(949) 852-8868 Office<br>(949) 852-9878 Fax<br>skane@ckcounsel.com |
| Pamela Spence | Warren, OH | Steve Kane<br>Charles & Kane LLP<br>1920 Main Street, Suite 1070<br>Irvine, CA  92614<br>(949) 852-8868 Office<br>(949) 852-9878 Fax<br>skane@ckcounsel.com |
| Jarrod Bentley | 30100 Crown Valley Parkway Ste 18e<br>Laguna Niguel CA 92677 | |

9

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

| Joshua Weiss | Unknown | Brendan Ford, Esq. |
|---|---|---|
| Rule 30(b)(6) Representative of AT&T | CT Corporation System 818 West Seventh St Ste 930 Los Angeles, CA 90017 | |
| Rule 30(b)(6) Representative of Verizon Wireless | 180 Washington Valley Rd. Bedminster, NJ 07921 | |
| Rule 30(b)(6) Representative of Sprouts Farmers Market | Sprouts Farmers Market 5455 E. High Street, Suite 111 Phoenix, AZ  85054 P: 602-682-1523 | Contact in-house counsel Jay Andrews |
| Sariah Parra | Unknown | |
| Linda Berger | Unknown | |
| Beaudrea Callahan | Unknown | |
| Shelli La Plante | Unknown | |
| Josh Miller | The Keystate Companies 101 Convention Center Dr Suite 850 Las Vegas, NV 89109 702-598-3738 | |
| Edgar den Uijl | IT Administrator for Continuity Products, LLC 2710 Gateway Road Carlsbad, CA 92009 760-602-8462 | |
| Henny den Uijl | Manager of Continuity Products, LLC 2710 Gateway Road Carlsbad, CA 92009 760-602-8462 | |

10

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

**II.    Description by Category and Location of Documents and ESI**

There is no additional information at this time.

**III.   Computation of Damages Claimed**

There is no additional information at this time.

**IV.    Insurance Agreements**

Not applicable to Plaintiff at this time.

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

DATED November 29, 2016,

Respectfully submitted,


By:     */s/ Peter A. Arhangelsky*

Peter A. Arhangelsky, Esq.
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
E-mail: parhangelsky@emord.com
*Attorney for Plaintiff*

12

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2016 the foregoing, **PLAINTIFF'S**

**FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE PURSUANT TO**

**RULES 26(a)(1) & (e)(1)** was sent via email and UPS to the following:

Brendan M. Ford, Esq.
bford@FordDiulio.com
Ford& Diulio, PC
695 Town Center Dr., Suite 700
Costa Mesa, CA  92626
Ph: (714) 384-5540
*Attorney for Andrew Nilon,*
*Giovanni Sandoval, Sam Schoonover,*
*Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorneys for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, David Reid, Victoria Knowles*


 */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.

Plaintiff NIC's Supplemental Disclosure Pursuant to Rule 26(a)(1) & (e)(1)