UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:15–cv–02034–JVS–JCG | Date | December 17, 2018 |
| Title | NATURAL–IMMUNOGENICS CORP. V. NEWPORT TRIAL GROUP, ET AL | | |

Present: The Honorable  James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Peter Arhangelsky | David Darnell |
| Joshua Furman | Brendon Ford |

**Proceedings:**   **Status Conference**

    Cause called and counsel make their appearances. The Court and counsel confer regarding mediation. The Court sets a further Status Conference for Monday, January 28, 2019 at 1:30 p.m.

:05

Initials of Preparer:  kt 