UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-2034 JBS (JCGx) | Date | March 28, 2019 |
| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al. | | |

Present: The Honorable   James V. Selna

| Lisa Bredahl/Rolls Royce Paschal | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) <u>Minute Order Regarding Motion to Exclude Expert Opinion, Report, and Testimony of Defendants' Expert Witness David Queen</u>**

    Presently pending before the Court is Plaintiff Natural-Immunogenics Corp.'s ("NIC") motion to exclude the testimony of defense expert David Queen, Esq. ("Queen Motion"). Docket No. 674.

    On February 28, 2019, the Court granted NIC's motion to strike the affirmative defense of unclean hands. Docket No. 784. The parties are ordered to file briefs of no more than five pages within seven days addressing whether the Court's unclean hands ruling moots in whole or in part the Queen Motion.

       **IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb/rrp | |