# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO.  8:15-cv-02034-JVS-JCG<br><br>**ORDER GRANTING REQUEST FOR EXTENSION REGARDING DOCKET NO. 790 TO ALLOW BRIEFING TO BE SUBMITTED ON APRIL 10, 2019** |

The Parties submitted a Joint Stipulation requesting that the Court allow the Parties until April 10, 2019 to submit briefs regarding whether the Court's unclean hands ruling moots, in whole or in part, NIC's Motion to Exclude the Queen Motion. Having considered the Joint Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that:

> The deadline to submit the briefs referenced in the Court's Order at Docket No. 790 is hereby extended from April 4, 2019 to April 10, 2019. The Court's Order at Docket 790 shall remain unchanged in all other respects.

**SO ORDERED.**

DATED: April 01, 2019

_____
Honorable James V. Selna