James M. Sabovich (SBN 218488)
Callahan & Blaine, APLC
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., <br><br> PLAINTIFF(S) <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:15-cv-02034-JVS (JCG) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Defendant Newport Trial Group hereby files Exhibit G (Dkt. 846-4) to Dkt. 846 manually as it is a video file in MOV file format.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 3, 2019                                             /s/ James M. Sabovich
Date                                                        Attorney Name

                                                            Defendant, Newport Trial Group
                                                            Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**