## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 15-2034 JVS (JCGx)                    Date   October 7, 2019

Title   Natural-Immunogenics Corp. v. Newport Trial Group, et al

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order re Motion for Sanctions**


      Natural-Immunogenics Corp. ("NIC") filed and withdrew a motion for sanctions.  (Docket  Nos. 844, 847.)  The matter is moot, and the Court plans to take no further action.

      If defendants believe they are entitled to relief (Docket No. 848, pp. 2-3), they are free to move the Court separately.

      **IT IS SO ORDERED.**


                                                        :     0

Initials of Preparer     lmb