**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
Stephanie A. Sperber (SBN 230006)
Ssperber@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**DECLARATION OF DAVID J. DARNELL IN CONNECTION WITH LOCAL RULE 37 JOINT STIPULATION RE: PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY FOLLOWING RESOLUTION OF PRIVILEGE ISSUES**<br><br>Special Master: Hon. Rosalyn Chapman<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: Dec. 7, 2015<br>Trial Date: TBD |

DECLARATION OF DAVID J. DARNELL

# DECLARATION OF DAVID J. DARNELL

I, David J. Darnell, declare as follows:

1. I am an attorney at Callahan & Blaine, APLC. I am licensed to practice law in the State of California and I represent Defendants Newport Trial Group and Scott Ferrell in connection with the above-captioned matter.

2. I make this declaration in connection with the Local Rule 37 Joint Stipulation Re: Plaintiff's Motion For Leave To Take Discovery Following Resolution Of Privilege Issues. I have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify to the matters stated below.

3. On September 5, 2019, counsel for Plaintiff Natural Immunogenics Corp. ("NIC") sent defense counsel a meet and confer letter regarding NIC's intent to file a "Motion for Leave to Take Post-Privilege Discovery." A copy of this letter is attached as Exhibit A to the declaration of Joshua Furman that is filed with this Joint Stipulation.

4. On September 11, 2019, I sent an email to NIC's counsel in response to the meet and confer letter of September 5, 2019. In this email, I requested that NIC provide additional information concerning the discovery that NIC would be seeking so that we could evaluate whether it "may legitimately flow" from the recent productions and whether it is proportional to the needs of this case. To this end, I requested that:

    a. For each recalled or new deposition that NIC wants to take, please identify the bates numbers for any recently produced documents that justify granting leave to take said deposition; and

- 1 -

DECLARATION OF DAVID J. DARNELL

    b. If NIC contends that any questions and answers at the prior deposition were improperly objected to or otherwise require a further or more complete answer, please identify the deponent and the page and line numbers for the testimony at issue.

5. On September 12, 2019, NIC's counsel responded with an email in which they refused to provide any of the information that had been requested for the recalled and new depositions that NIC intended to seek leave to take.

6. Attached as **Exhibit 1** is a true and correct copy of the email exchanges with counsel from September 11-13, 2019.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on October 14, 2019, in Santa Ana, California.

           */s/ David J. Darnell*
           David J. Darnell