Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Jonathan W. Emord, Esq. (pro hac vice)
jemord@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF JOSHUA FURMAN** <br><br> Judge: Hon. James V. Selna <br><br> Special Master: Hon. R. Chapman (Ret.) |

## DECLARATION OF JOSHUA FURMAN

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.  I, Joshua Furman, am over the age of 18 and competent to testify to the information below. All matters contained herein are of my own personal knowledge unless stated as based upon information and belief.

2.  I am counsel of record for Natural Immunogenics Corp. ("NIC") in

1  the above-captioned matter.  I am an attorney in the law firm of Emord &
2  Associates, P.C.
3        3.     On August 26, 2019, our office served a supplemental Rule 26(a)(1)
4  disclosure on the Defendants which identified Erica Brookhart, Charlotte Carlberg,
5  MaryAnn Buc, and Jim Buc as potential witnesses in this case.
6        4.     Attached as **Exhibit A** is a true and correct copy of the text messages
7  exchanged between MaryAnn Buc and an individual representing Defendant Scott
8  Ferrell that were provided to my firm by MaryAnn Buc.
9        5.     Attached as **Exhibit B** is a true and correct copy of the meet and
10 confer letter that our office served on the Defendants on October 2, 2019 regarding
11 the issues raised in this motion.
12       6.     On October 3, 2019, the parties held a telephonic meet and confer call
13 wherein we discussed the bases for this motion.  Counsel for the Defendants asked
14 us to supply the text message communications sent by Defendant Scott Ferrell's
15 agent to MaryAnn Buc.
16       7.     On October 7, 2019, our office provided the Defendants with copies
17 of those text messages.  Defendants never further discussed the issues raised by
18 this motion after receiving those messages which are attached hereto as Exhibit A.
19
20 Executed on this 14th day of October, 2019.
21
22                                     /s/ Joshua Furman
23                                    Joshua Furman