Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF MARYANN BUC** <br><br> Master:  Hon. Rosalyn Chapman <br> Judge:   Hon. James V. Selna |

## DECLARATION OF MARYANN BUC

1. I, MaryAnn Buc, am over 18 years of age. I am competent to testify as to the following matters, which are within my personal knowledge. If called as a witness, I would competently testify to the following matters stated herein.

2. On September 27, 2019, I received a phone call from Charlotte Carlberg. She informed me that two private investigators showed up at her door threatening her that Scott Ferrell would not stop pursuing her until he won a case against her and that she could lose everything. They caught her at a vulnerable time and Charlotte said she was so scared and felt ill. She wanted out.

3. After the investigators left Charlotte's house, I received a telephone call and a text message from the two private investigators stating they were in Yorba Linda coming to talk to us. They were waiting to hear back from me and would come to our house or meet somewhere.

4. I received text messages on 9/27/19 @ 6:46 pm from 626-705-0600, David Herrera, a private investigator on behalf of Scott Ferrell. The texts continued the following day Saturday 9/28/19 at 11:55 am while we were at our granddaughter's soccer game. *See* Exh. A (text messages extracted from my phone).

5. I feared they would come to where we were with our grandchildren and cause a scene.

6. We were fearful of threats and retaliation by Ferrell for testifying about what we know to be the truth.

7. Based on my conversations with Charlotte, and the threatening nature of messages I had with the private investigators, I understood that they were asking Charlotte, Jim, and me to change or withdraw our testimony and that Scott Ferrell would then leave us alone. If not, he would file lawsuits against us and was already preparing to do so.

8. The investigators suggested that Scott Ferrell could facilitate our withdrawal from the case and that he would prepare a new declaration for us to sign. We did not agree to that.

9. The text messages from the investigators started coming over while I was taking care of my 92 year old mother, and carried over to an event that we attended with our granddaughter.

10. The messages continued the next day while we were at another granddaughter's soccer game. That was disruptive during what should have been a fun time with our grandchildren.

11. Because of the investigators conduct, and their threatening statements, we didn't want to leave our house and put our family in any danger.

12. I have always had low blood pressure and it has been elevated to high levels since I received those calls and texts.

13. The fear of Ferrell's retaliation for our truthful declarations has made Jim and me even more nervous than the stress levels we were under when our Army son was deployed both times.

14. I have no ill will towards the Ferrells. When I testified in my prior declaration of August 23, 2019, I was giving true and honest statements based on my recollection of conversations I specifically had with Trycia and information that I knew at the time. I see no reason to change my truthful testimony.

15. We have had to relive the death of our beloved friend and the devastating time leading up to that. This, along with the threats from Scott Ferrell's investigators, have caused great stress in our lives.

16. After we were threatened by Ferrell, we asked NIC's counsel to remove us from the federal case because the stress was too great on all of our health and family dynamics. We also asked them to take appropriate action to have the Court protect us from further retaliation and threats.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of October, 2019 in Orange County, California.

_____
MaryAnn Buc