# EXHIBIT A

2:45

+1 (626) 705-0600 ›

iMessage
Yesterday 6:46 PM

Hi and Buc, I just called you. I'm David Herrera, a private investigator. Earlier today my partner John Marcello and I met with Char Carlberg re the ongoing case. We'd like to meet with you briefly this evening - hopefully for less than 15 minutes. Please call me back as I am await-ing your call. Thank you kindly. David

Today 11:55 AM

Who is this??

iMessage 

2:45

+1 (626) 705-0600 ›

Today 11:55 AM

Who is this??

Hi Mary Anne. I'm a private investigator working on behalf of the interests of attorney Scott Farrell. We've already met briefly with Charlotte Carlberg. Essence of that conversation is for her and the Bucs I'd they desire to withdraw from the ongoing case of NTG vs NIC. We've managed a way for it to be done but only if those involved wish to do so. My PI partner and I are willing

iMessage



2:45

+1 (626) 705-0600

partner and I are willing to discuss this with you and your husband if you are interested. We are willing to meet with you either at your place of residence or at a small restaurant near your home where we can further discuss this issue.

Why is there a private investigator involved ? I'm not understanding.

Because PIs do the field footwork for the attorneys who seem to spend their lives working in their office or being present in court

iMessage

2:45

+1 (626) 705-0600

ing in their office or being present in court.

Are you the men that said that Scott would take Chars house and retirement and never stop?

That is a misquote. In essence and according to the law, if a judge determines there was a fraudulent declaration submitted, certain sanctions against the person who committed the fraud can be instituted.

iMessage

2:46

+1 (626) 705-0600 >

She was pretty clear in what you said to her regarding your client. What is it that you want from us?

Basically to discuss if you wish to continue with your declaration as is, whether you wish to modify any aspect of it, or wish to withdraw your declaration and yourselves from the ongoing dispute between the two major entities. If you wish to do any of the above, we can assist you.

What is it that Scott is

iMessage

2:46

+1 (626) 705-0600

What is it that Scott is threatening us with

There are no threats. Our wish is to meet with us on a voluntary basis. If you wish not to meet with my PI partner and I, that is fine. Whatever you choose to do is your choice.

What is it he's asking us to modify?

The meeting has to do with your previous declaration and whether there are any points who wish to modify. If

iMessage 

2:46

+1 (626) 705-0600 ›

there are any points who wish to modify. If there are none, then there are none and your declaration will stand on its own. It's always your choice. No PI or attorney can ever tell you what to write.

That's what I'm asking you what is that he wants modified

He wants you to review your declaration. If it is 100% correct and truth-ful, then you can choose to leave as is. If there are points that need correction, modifi-

iMessage

2:46

+1 (626) 705-0600 >

there are points that need correction, modification or deletion, then that can be done. Please be certain that you are not forced to do anything g with your declaration if you just wish to leave it as is. However chances are great that if you leave your declaration as is, you will appear in federal  court to defend your declaration at some point in time.

And who asked you to contact us

Char said that Scott

iMessage

2:46

+1 (626) 705-0600

We work for the attorney Ferrell. If you choose to meet with us in person, we'll discuss all these points these points with you. Can we meet with you today at 5:00pm today at a location of your choosing?

So Scott asked you to contact us?

Read 12:47 PM

If there is a document he would like signed, let me see it

Delivered

iMessage


2:46

+1 (626) 705-0600 >

Today 1:49 PM

Mr. Ferrell has asked the Judge to hold you in contempt of court for filing a false declaration. He advised us that he has submitted overwhelming evidence to support his position.

You may wish to hire an attorney to represent yourself here, as the penalties for perjury can be very severe if a judge so determines.

iMessage

2:46

+1 (626) 705-0600 ›

Mr. Ferrell is very upset and told us he had prepared a lawsuit that he intends to file against you early next week because you falsely accused him of a crime. If you wish to withdraw your declaration and correct the record before this escalates, he invites you to do so by signing a new, truthful declaration.

You may also contact him directly if you wish at his email address sferrell@pacifictrialattorneys.com

iMessage

2:46

+1 (626) 705-0600 ›

fore this escalates, he invites you to do so by signing a new, truthful declaration.

You may also contact him directly if you wish at his email address sferrell@pacifictrialat-torneys.com.

As invited to do so earli-er, instead of contacting Mr. Ferrell directly you may meet with my part-ner and I as previously discussed. Please ad-vise how you wish to proceed.

iMessage