Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Drive, Bldg 6, Ste 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>  Plaintiff,<br>v.<br><br>NEWPORT TRIAL GROUP, et al.<br><br>  Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**NOTICE OF ERRATA RE NIC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS RE WITNESS TAMPERING**<br><br>Date:  November 18, 2019<br>Time:  1:30 PM<br>Judge:  Hon. James V. Selna<br>Room:  10C |

1  Plaintiff Natural Immunogenics Corp. ("NIC") hereby submits this Notice of Errata correcting the Declaration of Joshua S. Furman filed as Docket No. 857-2 and the Declaration of Jennifer Fernandes filed as Docket No. 857-4.

NIC filed the Declaration of Joshua Furman and the Declaration of Jennifer Fernandes with electronic signatures. Local Rule 5-4.3.4(a)(3) requires that all declarations be hand-signed except those signed by the individual who filed the document using their CM/ECF credentials. The Declarations attached hereto are identical in all respects to the declarations filed as Docket Nos. 857-2 and 857-4 except that they have been hand signed.

DATED: October 15, 2019

                                      Respectfully submitted,

                                      EMORD & ASSOCIATES, P.C.

By:   */s/ Peter A. Arhangelsky*
       Peter A. Arhangelsky, Esq. (SBN 291325)
       Joshua S. Furman, Esq. (pro hac vice)
       *Attorneys for Plaintiff NIC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019 the foregoing, **NOTICE OF ERRATA RE NIC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS RE WITNESS TAMPERING** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford, Esq.
bford@FordDiulio, PC
650 Town Center Dr, Ste 760
Costa Mesa, CA 92625
Tel: (714) 384-5540
*Attorney for Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg,*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group and Scott Ferrell*

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | Nicole Whyte |
| | nwhyte@bremerwhyte.com |
| 2 | Benjamin Price |
| 3 | bprice@bremerwhyte.com |
| | Kyle A. Riddles |
| 4 | kriddles@bremerwhyte.com |
| 5 | Bremer Whyte Brown & O'Meara, LLP |
| | 20320 S.W. Birch Street |
| 6 | Second Floor |
| 7 | Newport Beach, CA 92660 |
| | Tel: (949) 211-1000 |
| 8 | *Attorneys for Ryan Ferrell. Andre Baslow, David Reid, and Victoria Knowles* |

                                                */s/ Peter A. Arhangelsky*
                                                Peter A. Arhangelsky, Esq.