# EXHIIBT 1

# Jennifer Fernandes

| | |
|---|---|
| **From:** | Jennifer Fernandes |
| **Sent:** | Friday, August 09, 2019 3:18 PM |
| **To:** | ccarlberg@aol.com |
| **Subject:** | Thank you - Telephone call re Trycia Carlberg |
| **Attachments:** | Scott Ferrell Declaration.pdf; T Carlberg Declaration.pdf |

Hello Charlotte,

Thank you so much for taking the time to speak with me about Trycia.  I know this is a difficult issue, and I'm sorry that I had to reach out under these circumstances.  I am just looking to understand what actually happened here, and your help has been very much appreciated.

As we discussed on the phone, Trycia's name has now appeared fairly frequently in a federal RICO (racketeering) lawsuit wherein Scott Ferrell is a defendant.  Scott Ferrell claimed that Trycia was his client in December 2011.  From what you stated on the telephone, it does not seem like Trycia was involved in these lawsuits.  You and I talked about Scott Ferrell's declaration.  You indicated that at least several statements in that declaration were evidently false.  I attached the declaration here in case you want to read the actual document.  I also attached the second declaration from the other case that she allegedly filed suit in.

I understand Trycia was with you during Christmas 2011 and that she wasn't living with Scott Ferrell until sometime in late February or March 2012, and that she only lived with him and Erin for approximately three to four weeks.

If you are willing, I'd like to speak with you again this afternoon for a quick follow-up call.  I have another few questions.  I'm also available any time this weekend.

Thanks again for your assistance.

--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com

NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.