# EXHIBIT 2



NIC_0045341

DECLARATION OF JENNIFER FERNANDES                    EXHIBIT 2