# EXHIBIT 6

# Jennifer Fernandes

| | |
|---|---|
| **From:** | Jennifer Fernandes |
| **Sent:** | Monday, August 12, 2019 10:26 AM |
| **To:** | Ccarlberg |
| **Subject:** | Re: Declaration for your Review re Trycia |
| **Attachments:** | 2019-8-12 - Declaration of Charlotte Carlberg.docx |

Good Morning Charlotte:

I hope you had a good weekend.  We revised your declaration per our conversations.  As we discussed, please feel free to remove, edit or add anything you want to this document.  We will revise it any way you feel comfortable.  We need to make sure the document is truthful on all respects.  So please don't hesitate to let us know if you see anything that is inaccurate, misleading, or incomplete.

If you have no revisions, please let us know and we can finalize the document. You are also free to make changes directly in the Word file, but please let us know what you change.  I will then send you a final PDF version for signature.

I am available to answer any questions you have. You are also free to speak with any of the attorneys about how or when we might use this document.  They would be pleased to explain how we intend to correct the record, hold Ferrell accountable, and otherwise keep your involvement to a minimum.

Let me know if you find any other documents showing that Ferrell's declaration was false.  We can attach those as supporting exhibits.

Thank you again for all your help.

Jennifer

On Sat, Aug 10, 2019 at 4:37 PM Jennifer Fernandes <jfernandes@emord.com> wrote:
> That's o.k.  I'll revise the declaration regarding those dates and will get a revised version to you shortly.
>
> Thank you very much.
>
> On Sat, Aug 10, 2019 at 4:23 PM Ccarlberg <ccarlberg@aol.com> wrote:
>> My dates, looking back on Trycias Facebook are wrong.  I see pics of her at their house during Nov, Dec, Feb, March.  But at my house Dec.24/25 Christmas. Maryann will have pics and dates as well.  So, can't sign declaration with certainty.
>>
>> Sent from my iPhone
>>
>> On Aug 10, 2019, at 3:17 PM, Jennifer Fernandes <jfernandes@emord.com> wrote:
>>
>>> We can change anything you want.
>>>
>>> On Sat, Aug 10, 2019, 3:16 PM Ccarlberg <ccarlberg@aol.com> wrote:
>>>> I cannot sign this due to dates that she actually did stay at their house.  I will need to confer with the Bucs to be sure on dates.
>>>>
>>>> Sent from my iPhone

On Aug 10, 2019, at 12:46 PM, Jennifer Fernandes <jfernandes@emord.com> wrote:

Hello Charlotte:

I have attached a declaration for your review and signature. As we discussed, please feel free to remove, edit or add anything you want to this document. We will revise it any way you feel comfortable. We need to make sure the document is truthful on all respects. So please don't hesitate to let us know if you see anything that is inaccurate, misleading, or incomplete.

If you have no revisions, please let us know and we can finalize the document. You are also free to make changes directly in the Word file, but please let us know what you change. I will then send you a final PDF version for signature.

I am available to answer any questions you have. You are also free to speak with any of the attorneys about how or when we might use this document. They would be pleased to explain how we intend to correct the record, hold Ferrell accountable, and otherwise keep your involvement to a minimum.

Let me know if you find any other documents showing that Ferrell's declaration was false. We can attach those as supporting exhibits.

Thank you again for all your help.

--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com



NOTICE: This is a confidential communication intended for the recipient listed above. The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine. If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended. Duplication or distribution of this communication is prohibited by the sender. If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

<2019-8-10 - Declaration of Charlotte Carlberg.docx>

--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.