# EXHIBIT 7

DECLARATION OF JENNIFER FERNANDES                    EXHIBIT 7

## Jennifer Fernandes

| | |
|---|---|
| **From:** | Jennifer Fernandes |
| **Sent:** | Monday, August 12, 2019 5:46 PM |
| **To:** | Ccarlberg; jimbuc@dwbhshirts.com |
| **Cc:** | Peter Arhangelsky |
| **Subject:** | Declarations for your review re Trycia Carlberg |
| **Attachments:** | 2019-8-12 - Declaration of MaryAnn Buc.docx; 2019-8-12 - Declaration of James Buc (1).docx; 2019-8-12 - Declaration of Charlotte Carlberg.docx |

Good Evening Charlotte, MaryAnn and Jim:

Thank you all again for speaking with me about Trycia.  I understand this is difficult for all of you and we greatly appreciate your help and will keep your privacy as you have requested.

Per our discussions earlier, I have attached draft declarations for your consideration should you decide to assist.  We prepared those files based on the information you conveyed to me by phone.  At your convenience, please let us know if you see any content that should change in those documents.

I understand you are all worried about retaliation from Mr. Ferrell, and we have spoke about our ability to protect you.  To help waylay your concerns Mr. Arhangelsky will correspond independently by email concerning your role as affiants and the protections you have.

Thank you again,

--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

DECLARATION OF JENNIFER FERNANDES                                        EXHIBIT 7