# EXHIBIT 9

# Jennifer Fernandes

| | |
|---|---|
| **From:** | Jennifer Fernandes |
| **Sent:** | Wednesday, August 21, 2019 3:39 PM |
| **To:** | jimbuc@dwbhshirts.com; maryannbuc@aol.com; Ccarlberg |
| **Subject:** | Declaration of Mary Ann Buc |
| **Attachments:** | 2019-8-21 - Declaration of MaryAnn Buc.docx |

Good Afternoon MaryAnn:

Please find attached a revised Declaration.   Please review the declaration carefully and make sure that you are in agreement with everything stated. We endeavored to keep the declaration in your exact words as much as possible.  In reading your statement it looks like Trycia was house sitting for you in the month of December up to the holidays and went straight from your house to her mother's home.  Can you please confirm that?  If you are unable to confirm that timeline can you confirm that Trycia was not house sitting for the Ferrell's in between house sitting for you and going to her mother's for the holidays. If you are not in agreement with any portion of the document, please contact me and we can make whatever edits you desire.

If you agree with everything stated in your Declaration, please sign where indicated and return the signed document to our office via email and place the original in the mail to the address below.

If you have any questions or concerns, please do not hesitate to contact me.

Best,
--

**Jennifer Fernandes** | **Paralegal** | **Emord & Associates, P.C.** | 2730 S Val Vista Dr, Bldg 6, Ste 133 | Gilbert, AZ 85295

Firm: (602) 388-8899 | Direct: (480) 500-5821 | Facsimile: (602) 393-4361 |www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.