# EXHIBIT  A

































































**Tammy Knowles ▶ Trycia Carlberg**

February 14, 2012 · Cornelius, NC · 👥

Happy Valentines day beautiful lady! So enjoyed talking with you at Erin's house, hope you are doing well!

Trycia Carlberg

👍 Like      💬 Comment























































**Simi Rush**

May 7, 2012 · San Diego, CA · 👥

Trycia Carlberg, a friend of my gracious friends, Erin Ferrell and Scott Ferrell passed away this weekend at age 36 of breast cancer. Please go to www.dwbhshirts.com and buy a shirt! It will make you smile! Trycia stayed with Erin and her husband at their house in Laguna to heal. Erin was one of her champions... helping her fight a good fight. I am grateful to have met Trycia. She was always upbeat and happy, even though I knew she was in pain.

DWBHSHIRTS.TRYC

**http://www.dwbhshirts.Tryc/**

Lorraine Cord and 7 others                                              6 Comments

👍 Like              💬 Comment              ↪ Share



**Cathy Nichols Epperson**
May 8, 2012 · 🔒

I was very blessed to have the privilege to meet Trycia Carlberg (far left) on my trip to Laguna Beach this past december at the home of Abbonne RVP Erin Ferrell. Trycia passed away this past weekend of breast cancer at the young age of 36. please check out the site that helped cancer warriors like Trycia pay her bills and keep her afloat financially www.divbhshirts.com. You were a true warrior Trycia and you made an impact on my life

Erin Ferrell is with Jill Bush and 3 others.
December 11, 2011

You, Jessica Grimmett-Gomez, Tamara Leider and 8 others          9 Comments

👍 Like          💬 Comment          ↗ Share







