# EXHIBIT B

| | |
|---|---|
| **From:** | James M. Sabovich |
| **To:** | Joshua Furman |
| **Cc:** | David Darnell; Dawn Conrad; Debora Halbert; Peter Arhangelsky; Jennifer Fernandes |
| **Subject:** | RE: Activity in Case 8:15-cv-02034-JVS-JCG Natural-Immunogenics Corp. v. Newport Trial Group, et al Objection/Opposition (Motion related) |
| **Date:** | Thursday, October 31, 2019 3:28:39 PM |
| **Attachments:** | image001.png |

Josh –

Thank you for confirming that NIC will not provide complete versions of the emails attached to the Hernandes declaration.

Your characterizations below are all inaccurate and do not require a response.

Have a good weekend.

Jim


**James M. Sabovich**
**Callahan & Blaine**
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
TEL:  (714) 241-4444, ext. 312
CELL (949) 861-0262
jsabovich@callahan-law.com


**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Thursday, October 31, 2019 3:03 PM
**To:** James M. Sabovich
**Cc:** David Darnell; Dawn Conrad; Debora Halbert; Peter Arhangelsky; Jennifer Fernandes
**Subject:** RE: Activity in Case 8:15-cv-02034-JVS-JCG Natural-Immunogenics Corp. v. Newport Trial Group, et al Objection/Opposition (Motion related)

James,

Will the Defendants withdraw the motion for leave if we voluntarily produce the documents you request below?

If not, we will not be producing any documents.  When we met and conferred on your motion for leave, you rejected our offer to produce these documents as a compromise.  You have elected to proceed through formal process rather than informal resolution.  We will honor that election and await the Judge's decisions on the pending motions before taking any further action.

If you have any precedent suggesting we are obligated to comply with your request, please

provide it.  Otherwise, you appear to be searching for evidence to support your motions after the fact.  That shoot first and ask questions later approach is not only unwise, but unprofessional given the nature of your accusations against opposing counsel.  You chose to proceed with your motions precipitously, absent any evidence in support.

Thank you.

**Joshua S. Furman, Esq.** | Emord & Associates, P.C. | 2730 S. Val Vista Dr., Bld. 6, Ste 133 | Gilbert, AZ 85295 | Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 | www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

---

**From:** James M. Sabovich <jsabovich@callahan-law.com>
**Sent:** Wednesday, October 30, 2019 9:32 AM
**To:** Joshua Furman <jfurman@emord.com>; Peter Arhangelsky <PArhangelsky@emord.com>; Jennifer Fernandes <jfernandes@emord.com>
**Cc:** David Darnell <ddarnell@callahan-law.com>; Dawn Conrad <dconrad@callahan-law.com>; Debora Halbert <Dhalbert@callahan-law.com>
**Subject:** FW: Activity in Case 8:15-cv-02034-JVS-JCG Natural-Immunogenics Corp. v. Newport Trial Group, et al Objection/Opposition (Motion related)

Counsel:

The email exhibits attached to the Declaration of Jennifer Fernandes (Dkt. 859-1) do not include the attachment to those emails.  Can you please provide the attachments?

Best

Jim


**James M. Sabovich**
**Callahan & Blaine**
**3 Hutton Centre Drive, Ninth Floor**
**Santa Ana, CA  92707**
**TEL:  (714) 241-4444, ext. 312**
**CELL (949) 861-0262**
jsabovich@callahan-law.com

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Monday, October 28, 2019 4:48 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:15-cv-02034-JVS-JCG Natural-Immunogenics Corp. v. Newport Trial Group, et al Objection/Opposition (Motion related)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Arhangelsky, Peter on 10/28/2019 at 4:47 PM PDT and filed on 10/28/2019
**Case Name:**      Natural-Immunogenics Corp. v. Newport Trial Group, et al
**Case Number:**    8:15-cv-02034-JVS-JCG
**Filer:**          Natural-Immunogenics Corp.
**Document Number:** 859

**Docket Text:**
**Opposition to re: REQUEST for Order to Show Cause re: Sanctions, Perjury, and Subornation of Perjury [855] filed by Plaintiff Natural-Immunogenics Corp.. (Attachments: # (1) Declaration of Jennifer Fernandes, # (2) Declaration of Peter Arhangelsky, # (3) Declaration of Joshua Furman, # (4) Exhibit 1, # (5) Exhibit 2, # (6) Exhibit 3, # (7) Exhibit 4, # (8) Exhibit 5, # (9) Exhibit 6, # (10) Exhibit 7, # (11) Exhibit 8, # (12) Exhibit 9, # (13) Exhibit 10, # (14) Exhibit 11, # (15) Exhibit 12, # (16) Exhibit 13, # (17) Exhibit 14, # (18) Exhibit 15, # (19) Exhibit 16, # (20) Exhibit 17, # (21) Exhibit 18, # (22) Exhibit 19, # (23) Exhibit 20, # (24) Exhibit 21, # (25) Exhibit 22, # (26) Exhibit 23, # (27) Exhibit 24, # (28) Exhibit 25, # (29) Exhibit 26, # (30) Exhibit 27, # (31) Exhibit 28, # (32) Exhibit 29)(Arhangelsky, Peter)**

**8:15-cv-02034-JVS-JCG Notice has been electronically mailed to:**

Benjamin Lloyd Price     bprice@bremerandwhyte.com, dhernandez@bremerwhyte.com, pcarvalho@bremerwhyte.com

Brendan M Ford     bford@forddiulio.com, kakiona@forddiulio.com

Daniel J Callahan     dan@callahan-law.com

David J Darnell     ddarnell@callahan-law.com, dhalbert@callahan-law.com, mkingsbury@callahan-law.com

Edward Susolik     es@callahan-law.com, srobinson@callahan-law.com

Eric J Awerbuch     eawerbuch@emord.com

James M Sabovich     jsabovich@callahan-law.com, dconrad@callahan-law.com, srobinson@callahan-law.com

Jonathan W Emord     jemord@emord.com

Joshua S Furman     jfurman@emord.com

Kristopher Price Diulio     kdiulio@forddiulio.com, jedwards@forddiulio.com

Kyle A Riddles     kriddles@bremerwhyte.com, amiranda@bremerwhyte.com

Leah M Kaufman     leah@leahmkaufman.com

Nicole Whyte     nwhyte@bremerandwhyte.com

Olivia L Saladino     osaladino@forddiulio.com

Peter A Arhangelsky     parhangelsky@emord.com, eawerbuch@emord.com, jemord@emord.com, jfernandes@emord.com, jfurman@emord.com

Rosalyn Chapman (Ret.)     rchapman@jamsadr.com

Saleem K Erakat     serakat@callahan-law.com, mmartinez@callahan-law.com

Stephanie A Sperber     ssperber@callahan-law.com, dconrad@callahan-law.com

T Scott Vick     scott@vicklawgroup.com, april@vicklawgroup.com, catherine@vicklawgroup.com

Tyler E Sanchez     tsanchez@forddiulio.com

**8:15-cv-02034-JVS-JCG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Opp to NTG Request for OSC.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-0] [b2790c69b6eac1c53586fe3990111d6bb58ee690d44bea198680ed482d09fea2fe bff3de5ac2562b76ab544ea7e9c9c6474574826ead95dc63b9efc891ccd4bd]]
**Document description:**Declaration of Jennifer Fernandes
**Original filename:**C:\fakepath\Decl of J Fernandes.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-1] [8b4aef77e2468f13282cdcd55c43471616461d2d5085439d54039c638bcd18afda 82455f2041351c1c72f98a0edbc9f4907c7650ecd71e7cc452164da9050699]]
**Document description:**Declaration of Peter Arhangelsky
**Original filename:**C:\fakepath\Decl of PAA.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-2] [42fd797d1f731e0a645a14161394f06023b44f697da36f063701a1b7735c153ed1 d2266cd188947d7cc1a35a2a9f36e6b79229cda44727a275c51caf28a785bc]]
**Document description:**Declaration of Joshua Furman
**Original filename:**C:\fakepath\Decl of Furman.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-3] [7808e7153f3146b59c96cbfb6f7550e614fce8ec8887b8c2f70b27ae577d2007e2 056b623d5e9c05deda9a5792b1877bf24af4728154a352ab328e609a825cfe]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Exh. 1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-4] [44fb36269065e366e721e3923df5c1da66749128a4388ad7cae14aa4f81de946f1 d12ac5a3bc0bf7a378498b2135fb9e96585e13c8a53737a7bb5c9b405b240d]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Exh. 2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-5] [69ed3c9ecafa67777937c54bad7f334f56d5dfb24ad44abc446b76272768128ef7 0b60c3929203822918badd11aff96be004744a9f416c001b07781ff33525c0]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\Exh. 3.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-6] [4d287e8850efd08cd561d6b1e277503636c86e9beb1dbf0e27d9eaf14a89e54f5c 903f8e5b3de208ac3246d773096572b4b9828b44425c590289d8687bb2c284]]
**Document description:**Exhibit 4
**Original filename:**C:\fakepath\Exh. 4.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-7] [1bf6180974e2f9987c62159d559388063851788857cd747685566e8526fc41685e b0ada44101ae93398a8aa9880736717812bb1af0b6b2f2b513b3b1737f7943]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\Exh. 5.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-8] [a2e4a80d380ce995269820838555728b536cb01f9c5bdff5e3cf987501894f89d5

0128371e5be1eab91a125681dd6883b24371dfc426393d3fe188ef3ff711d1]]
**Document description:**Exhibit 6
**Original filename:**C:\fakepath\Exh. 6.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-9] [543bd97b6672593d4d4c8c9dbacf677cdd54b32f7fbda4e118546b1251e7e031270db82757d5c8046754783c76f951afe35270d621c7b5245c1705ea572ef3da]]
**Document description:**Exhibit 7
**Original filename:**C:\fakepath\Exh. 7.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-10] [475e792da405799ffda7c30af14d331a9465d41e9f6123a93f79c065af97e7d6e4113ea1c245c3299488ebdb0ec8645fefd93438ed4960c3266f3b2700f3c651]]
**Document description:**Exhibit 8
**Original filename:**C:\fakepath\Exh. 8.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-11] [0b26ba5f5b1a4b6e0522a98c65a7781cc24f0c5a77d62d5ce776223b61287ec41e083b1fb023199201ab52a6cad49eafcbd8affe98710533ccbf50e4883265a8]]
**Document description:**Exhibit 9
**Original filename:**C:\fakepath\Exh. 9.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-12] [1ea36a09600ad582be287529f9784621e8a1c8a375597e68042cbb335995576d80163275f358a0a4d4104eede27cb80df811ccd3b1c4d5d338e7900a51807ba6]]
**Document description:**Exhibit 10
**Original filename:**C:\fakepath\Exh. 10.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-13] [28b8426d65109fbe25bec540cb6c96fb07d2cb91644e71e928c7fd6d58827aa08ab2da30beb52dac441baad200c75f882fbfa2ffa70f28e7b68730c24d42a260]]
**Document description:**Exhibit 11
**Original filename:**C:\fakepath\Exh. 11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-14] [5e5d2637ead4b8d06492e556d2812de6d5c7f949c5d4256d874e8615acc6b353ed3bb251f4f0db39311ef01b81e1a337655a3f5168dbf9b463de5bff14d1d804]]
**Document description:**Exhibit 12
**Original filename:**C:\fakepath\Exh. 12.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-15] [0b19009383c9b465b1500c0c3965d4f6d2c07b0a0ef8ec1cdbcc9b17b984824306b55bba52447538361fcc1ec3bc7869645c12bfda9ba7011fd6162cec05182b]]
**Document description:**Exhibit 13
**Original filename:**C:\fakepath\Exh. 13.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-16] [7b7995ca3c0a4742accb95878bc256f1995d47a989b642591a8492d00d1903de51e6772d1b4bca5f92d2da59c87990d652a057f53d9dc80d9c882c73401b1ec9]]
**Document description:**Exhibit 14

**Original filename:**C:\fakepath\Exh. 14.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-17] [9710bb0d094666989a0831bfee4d3808a30f17afc72ecab68301a677057f8dc21bae24c38d3c6338c686414d129f111f8311ebde16d22a91d8d77a2c851e66e1]]
**Document description:**Exhibit 15
**Original filename:**C:\fakepath\Exh. 15.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-18] [29ee5a873f439d1e8c6c6c0bc311be3f87faeb663aa82213b7684d5926c432231a81bb1b82d203eef49f3f3ad7b5da32d8bbf6597cb7e220c5e496e6a1870079]]
**Document description:**Exhibit 16
**Original filename:**C:\fakepath\Exh. 16.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-19] [4b1f1abb35b4049c9b83223763ea75673dc6362c00fb07f2a0c3efdb938bbdf800936c53d2ef31850c17269a286813328cdb3e994230ea0cb2295956080a39f8]]
**Document description:**Exhibit 17
**Original filename:**C:\fakepath\Exh. 17.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-20] [42c5c39a4dbd8186c347216f18d80df8e23a8cb96ddd2a1c4d3ec335ebab7f850aa3b8df5b6cdcd5c406e2442d1f9f4940ab6fd90ef213c6f7d55d093ad6c303]]
**Document description:**Exhibit 18
**Original filename:**C:\fakepath\Exh. 18.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-21] [471e23a3475fa94e06f045b3c43be19cf3faa4c3c54e55f56a1b67c1cbe76ae753fd46b6834c155d5a9a8a97bdafa8cbc0de5ca3afc68ccae7aa1b8912ae1a60]]
**Document description:**Exhibit 19
**Original filename:**C:\fakepath\Exh. 19.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-22] [5ddd1ceac83f5b5d343b2372c4c59ba4c76b68c6f12b2a01ecf630c7d1a7744e3c26803bf5e2aceb09e003211a646389418d2592bc194e7ee55e699ea0b30375]]
**Document description:**Exhibit 20
**Original filename:**C:\fakepath\Exh. 20.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-23] [2321f1bce577633fca0990f7e3af1b83281a5024e77d96962a204ea6c44078a40459fd8f45ad66b32ab8ac99604a45e89df8ec8c75b9c8d7d8544fabed80f820]]
**Document description:**Exhibit 21
**Original filename:**C:\fakepath\Exh. 21.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-24] [b627a3090ac366c247dad628a1f8d8bfa8a925b450e8aa9e0942be33dd10a7318c5c9ee622be0b31a2c0d82d43ce97de5c6217a2390066e991d91745a5ddbb87]]
**Document description:**Exhibit 22
**Original filename:**C:\fakepath\EXH. 22.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-25] [14a9eea96652380346b5e4eb211901345d054f23fdd1de962deefed77be73c68bc115fad692b835385594617c2419b9e972f59fbc2ed5b489916a7223b499813]]
**Document description:**Exhibit 23
**Original filename:**C:\fakepath\Exh. 23.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-26] [a23119b0d1343481ea21a1cc3d5c0f33977141fdbdd2357e15dd5455b4906c504c8582ef152f255a6fa2b76ed37f2ce2d647e7792b1067ccd77dae562905f9f9]]
**Document description:**Exhibit 24
**Original filename:**C:\fakepath\EXH. 24.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-27] [635a8a52aef052d28fb975caca9d82a8baa91a325299742b8c3cbd82428fe54b044a65008c29006366883825b29d7b10faf3426bc0456e8ae26b0fdd38c4367b]]
**Document description:**Exhibit 25
**Original filename:**C:\fakepath\EXH. 25.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-28] [6de7f68913cb8777dd6a3cfb21d85cec9a96427aa1243daee98007af378a13001897530772ab36efafd679f2b59ada528eaf5d3771bdf4f17b9cdfb835c24e33]]
**Document description:**Exhibit 26
**Original filename:**C:\fakepath\EXH. 26.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-29] [5912ab08c2d3e2af8c0a61ab597565e4456d75de255ae5b03736fd00ea908766a5be3f8508547f8b6c66420b93376cc080d8d7aca673370c211e6a9deff42f8b]]
**Document description:**Exhibit 27
**Original filename:**C:\fakepath\EXH. 27.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-30] [4bfa9b85f105aae64f31ddae363f112f5e5f75c010b64fd2c17f9527e89c65df65ffedcb9117229b1950d464c714628b7921e88992844ab815fd183534549e5b]]
**Document description:**Exhibit 28
**Original filename:**C:\fakepath\EXH. 28.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-31] [6a5c239e80e9a27c7797daab8a800b6a6879e6be74bc1af569b3d1da27e572fc0b08c3b273ee81398b81196870e369c31d9777442de90a09172722f7fb201ef8]]
**Document description:**Exhibit 29
**Original filename:**C:\fakepath\EXH. 29 - USE.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/28/2019] [FileNumber=28668899-32] [5904dc6e17603a63c4cbd494af81f850ef98481d284d21436ad4007843e4b559e655e8686ec5ff72c6087e207f3cbdabe466a2775d6bc7a8f841477fb248f618]]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.