# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-02034JVS(JCGx) | Date | December 16, 2019 |
| Title | Natural-Immunogenics Corp v Newport Trial Group, et al | | |

Present: The Honorable **James V. Selna, United States District Court Judge**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Arhangelsky | Daniel Darnell |
| Joshua Furman | Kyle Riddles |

**Proceedings:**
1. **Ntg's Request for Order to Show Cause Regarding Sanctions, Perjury, and Subornation Of Perjury [855]**
2. **Defendants Scott J Ferrell, Newport Trial Group's Motion for Leave to Conduct Discovery Regarding False Declarations Filed by NIC [856]**
3. **Plaintiff Natural-Immunogenics Corp.'s Motion for Sanctions Re: Witness Tampering [857]**
4. **Trial Setting Conference**

Cause called and counsel make their appearances. The Court's tentative ruling is issued. Matters are argued.

The Court sets the case management dates with the agreement of counsel as follows:

| | |
|---|---|
| **Jury Trial** | **November 3, 2020 at 8:30 a.m.** |
| **Final PreTrial Conference** | **October 19, 2020 at 11:00 a.m.** |

All parties shall conduct settlement conference no later than May 1, 2020.

| | : | 32 |
|---|---|---|
| Initials of Preparer | rrp | |