AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with <u>35 U.S.C. § 290</u> and/or <u>15 U.S.C. § 1116</u> you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves <u>35 U.S.C. § 292.</u>):

| DOCKET NO.<br>8:19-cv-2223 JVS | DATE FILED<br>11/15/2019 | U.S. DISTRICT COURT<br>for the Central District of California | |
|---|---|---|---|
| PLAINTIFF<br><br>INTERNATIONAL LICENSE EXCHANGE<br>OF AMERICA, LLC | | DEFENDANT<br><br>D-LINK SYSTEMS, INC. | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order Granting Joint Stipulation to Stay Case.  Case terminated.  MD JS-6 |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>E. Synagogue | DATE<br>4/16/2020 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

**<ins>AO 120 – Attachment Page</ins>**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| US 5,959,990 | Sept. 28, 1999 | International License Exchange of America, LLC |
| US RE40,999 E | Nov. 24, 2009 | International License Exchange of America, LLC |
| US RE44,775 E | Feb. 25, 2014 | International License Exchange of America, LLC |
| US RE45,081 E | Aug. 19, 2014 | International License Exchange of America, LLC |
| US RE45,065 E | Aug. 5, 2014 | International License Exchange of America, LLC |
| US RE45,095 E | Aug. 26, 2014 | International License Exchange of America, LLC |