1
2
3
4
5
6
7
8
9
10
11
12
13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14   NATURAL-IMMUNOGENICS
     CORP.,

15

16                    Plaintiff,
         v.
17

18   NEWPORT TRIAL GROUP, et al.,

19                    Defendants.

20

21

22

23

24

25

26

27

28

Case No. 8:15-cv-02034-JVS (JCG)

**ORDER GRANTING**
**PLAINTIFF/COUNTER-**
**DEFENDANT NIC'S *EX PARTE***
**APPLICATION TO EXTEND NIC'S**
**DEADLINE TO FILE A**
**RESPONSIVE PLEADING OR**
**MOTION TO COUNTERCLAIM**
**(DKT. 918)**

ORDER

On April 15, 2020, Plaintiff/Counter-Defendant Natural Immunogenics Corp. ("NIC") filed an *Ex Parte* Application for an extension of NIC's deadline to file a responsive pleading or motion to Defendant Newport Trial Group's and Scott Ferrell's ("NTG") Counterclaim, filed at Docket No. 918 (the "Counterclaim").

Having considered the papers submitted by the Parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline to file responsive pleadings or motions to the Counterclaim for all Counterclaim Defendants **is thiry (30)** days from date when NTG files proofs of service or service waivers associated with the newly added counterclaim defendants.

**IT IS SO ORDERED**.

DATED: April 16, 2020.

_____
HON. JAMES V. SELNA
DISTRICT COURT JUDGE

ORDER