1  Kristopher P. Diulio (SBN 229399)
   KDiulio@FordDiulio.com
2  Brendan M. Ford (SBN 224333)
   BFord@FordDiulio.com
3  **FORD & DIULIO PC**
   650 Town Center Drive, Suite 760
4  Costa Mesa, California 92626
   Telephone: (714) 450-6830
5  Facsimile: (844) 437-7201

6  Attorneys for the Non-NTG Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**DEFENDANTS' NOTICE OF INTENT TO OBJECT TO THE SPECIAL MASTER'S ORDER IN DOCKET 945 (ORDER DENYING APPLICATION TO REDACT AND FILE DOCUMENTS UNDER SEAL)**<br><br>Special Master: Hon. Rosalyn Chapman<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 7, 2015<br>Trial Date: November 3, 2020 |

**DEFENDANTS' NOTICE OF INTENT TO OBJECT TO SPECIAL MASTER'S ORDER (DKT. 945)**

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE COURT:**

**NOTICE** is hereby given that on or before April 23, 2020, Defendant Sam Schoonover and Defendants and Counterclaimants Newport Trial Group ("NTG") and Scott Ferrell, through counsel, will object to the Special Master's Order denying application to redact Rule 37-1 Joint Stipulation and to file documents under seal (Dkt. 945).

Pursuant to the Order appointing the Special Master, "[w]ithin seven (7) calendar days of notice of any order… any Party may file any objections with the Court." (Dkt. 223 at 5.) Further, pursuant to Federal Rule of Civil Procedure 53(f)(3) and (4), the Court is required to review all objections to the Special Master's findings of fact and conclusions of law *de novo*. See Fed. R. Civ. P. 53(f)(3) and (4).

Defendants therefore demand that until the Court can consider and rule on all objections to the Special Master's Order (Dkt. 945), all parties and their counsel shall not publically file or otherwise disclose any "CONFIDENTIAL" documents or content that are the subject of said Order (Dkt. 945).

This notice and Defendants' forthcoming objections are made without waiving any rights by any Defendant to seek further relief from the Court, including but not limited to contempt proceedings and/or monetary sanctions, all of which are expressly reserved.

Dated: April 16, 2020　　　　　　**FORD & DIULIO PC**

By: */s/ Brendan M. Ford*
Brendan M. Ford (CA 224333)
bford@forddiulio.com
Attorneys for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers

- 1 -
**DEFENDANTS' NOTICE OF INTENT TO OBJECT TO SPECIAL MASTER'S ORDER (DKT. 945)**

| | | |
|---|---|---|
| Dated: April 16, 2020 | | **CALLAHAN & BLAINE, APLC** |
| | By: | */s/ David J. Darnell* <br> Edward Susolik <br> David J. Darnell <br> James M. Sabovich <br> Attorneys for Defendants and Counterclaimants NEWPORT TRIAL GROUP and SCOTT J. FERRELL |

Attestation pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures: I, Brendan M Ford attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: April 16, 2020 | | **FORD & DIULIO PC** |
| | By: | */s/ Brendan M. Ford* <br> Brendan M. Ford (CA 224333) <br> bford@forddiulio.com <br> Attorneys for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers |

- 2 -

**DEFENDANTS' NOTICE OF INTENT TO OBJECT TO SPECIAL MASTER'S ORDER (DKT. 945)**