1 Hon. Rosalyn M. Chapman (Ret.)
2 JAMS
555 West 5th Street, 32nd Floor
3 Los Angeles, CA 90013
213-253-9776
4 SPECIAL MASTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>        Plaintiff,<br>   v.<br><br>NEWPORT TRIAL GROUP, a California corporation; SCOTT J. FERRELL, a California resident; RYAN M. FERRELL, an Arizona resident; VICTORIA C. KNOWLES, a California resident; DAVID REID, a California resident; ANDREW LEE BASLOW, a California resident; ANDREW NILON, a California resident; SAM PFLEG, a California resident; MATTHEW DRONKERS, a California resident; TAYLOR DEMULDER, a Nevada resident; SAM SCHOONOVER, a California resident; GIOVANNI SANDOVAL, an Arizona resident; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No: 8:15 CV-02034-JVS (JCGx)<br><br>(JAMS Ref. No: 1220055347) |

**ORDER REQUIRING DEFENDANT SCHOONOVER TO PRODUCE DOCUMENTS TO SPECIAL MASTER FOR *IN CAMERA* REVIEW**

On March 5, 2020, the District Court granted the request of Natural-Immunogenics, Corp. ("NIC") to supplement the Step Two crime-fraud motion previously filed to seek additional text

1

messages. [Dkt. No. 902]. On April 7, 2020, NIC filed Rule 37 Joint Stipulation re Plaintiff's Supplemental Motion to Compel Documents under the Crime-Fraud Exception [Dkt. No. 915-1] and the supporting declaration of Joshua Furman with numerous exhibits [Dkt. No. 915-2].[1] On April 21, 2020, NIC filed a Notice of Errata re Joint Stipulation with attachment [Dkt. No. 961] and Supplemental Brief. [Dkt. No. 962]. Defendants did not file a supplemental memorandum.

As set forth in NIC's Notice of Errata, NIC requests the Special Master to review *in camera* Bates nos. SCHOONOVER00070-SCHOONOVER00075 (and not any other documents referenced in the Joint Stipulation). In light of the procedural history of the case, including the Court's determination that other documents listed on Sam Schoonover's privilege log come within the crime-fraud exception to the attorney-client and work product doctrine [Dkt. No. 659], the Special Master orders Defendant Schoonover to produce the foregoing documents for *in camera* review.

## ORDER

Defendant Sam Schoonover shall produce to the Special Master for *in camera* review Bates nos. SCHOONOVER00070-SCHOONOVER00075, no later than 48 hours from the filing of this Order.

Dated: April 27, 2020         By: ____Rosalyn Chapman____
1220053347.74B                    Hon. Rosalyn Chapman (Ret.)
                                  Special Master

---

[1] On April 7, 2020, Plaintiff also filed an Application to redact the Joint Stipulation and to file under seal supporting evidence [Dkt. No. 915] and the supporting sealed declaration of Joshua Furman [Dkt. No. 916], and on April 14, 2020, the parties filed a Joint Brief re Redaction and Sealing and Defendants Newport Trial Group and others filed declarations supporting redactions and seal [Dkt. Nos. 935- 935-2]. On April 16, 2020, the Special Master denied the Application to redact the Joint Stipulation and to file supporting evidence under seal. [Dkt. No. 945]. On April 23, 2020, Defendants filed Objections to the Order denying the Application. [Dkt. No. 963].