Brendan M. Ford (SBN 224333)
bford@FordDiulio.com
Kristopher P. Diulio (SBN 229399)
kdiulio@FordDiulio.com
Olivia S. Cannon (SBN 315553)
ocannon@FordDiulio.com
**FORD & DIULIO PC**
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone: (714) 450-6830
Facsimile: (844) 437-7201

Attorneys for Defendants
ANDREW NILON, SAM PFLEG,
MATTHEW DRONKERS, TAYLOR
DEMULDER, SAM SCHOONOVER,
GIOVANNI SANDOVAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. 8:15-cv-02034-JVS-JCG<br><br>**DEFENDANT SAM SCHOONOVER'S NOTICE OF LODGING OF PRIVILEGED DOCUMENTS FOR *IN CAMERA* REVIEW**<br><br>**[DKT. NOS. 902, 970]**<br><br>Judge:           Hon. James V. Selna<br>Special Master:   Hon. Rosalyn Chapman |

TO THE COURT, THE SPECIAL MASTER, ALL PARTIES, AND ALL COUNSEL OF RECORD:

On March 5, 2020, the Court issued an "Order Regarding Objection to the Special Master's Order Regarding Motion for Leave to Take Additional Discovery at Docket No. 876." [Dkt. No. 902]. In that Order, the Court noted that "NIC seeks leave to submit a limited supplemental crime-fraud motion under Step Two of the crime-fraud exception for sixteen pages of text messages (SCHOONOVER00066-81)." [*Id.* at pp. 13-14].

On April 28, 2020 the Special Master—citing Dkt. 902—ordered Defendant Schoonover to produce the "sixteen pages of text messages[.]" [Dkt. 970 at 2:7-9].

PLEASE TAKE NOTICE that, in accordance with the Court's Order at Dkt. 902, and the Special Master's Order at Dkt. 970, counsel for Defendant Schoonover emailed SCHOONOVER00066-81 to the Special Master for *in camera* review on April 30, 2020.

Nothing in this production should be construed as a waiver of privilege or any other of Mr. Schoonover's rights, all of which are expressly reserved.

Dated: April 30, 2020                    **FORD & DIULIO PC**

By: */s/ Brendan M. Ford*
    Brendan M. Ford
    Kristopher P. Diulio
    Olivia S. Cannon

Attorneys for Defendants ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL

- 1 -

**DEFENDANT S. SCHOONOVER'S NOTICE OF LODGING [DKT. NOS. 902, 970]**

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing **DEFENDANT SAM SCHOONOVER'S NOTICE OF LODGING OF PRIVILEGED DOCUMENTS FOR *IN CAMERA* REVIEW [DKT. NOS. 902, 970]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                /s/ *Brendan M. Ford*
                Brendan M. Ford