**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants and Counterclaimants
NEWPORT TRIAL GROUP and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**DECLARATION JAMES M. SABOVICH IN SUPPORT OF NTG PORTION OF JOINT STIPULATION REGARDING NTG'S MOTION TO COMPEL**<br><br>Special Master: Hon. Rosalyn Chapman<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 7, 2015<br>Trial Date: November 3, 2020 |

DECLARATION OF JAMES M. SABOVICH

# DECLARATION OF JAMES M. SABOVICH

I, James M. Sabovich, declare as follows:

1. I am an attorney at Callahan & Blaine, APLC. I am licensed to practice law in the State of California, and I represent Defendant and Counterclaimant Newport Trial Group ("NTG") in connection with the above-captioned matter. I make this declaration in support of NTG's Portion of the Joint Stipulation Regarding NTG's Motion to Compel.

2. NTG attempted to resolve or limit the issues raised in NTG's Motion to Compel. NTG sent the Emord firm, who are counsel for NIC, as well as counsel for Charlotte Carlberg, and Jim and MaryAnn Buc (the "Declarants"), meet and confer letters or emails on February 24-27, March 6, March 10, March 11, March 16, March 24, and April 13, 2020, and the parties conducted telephonic meet and confer conferences on February 25, March 12, March 24, and April 13, 2020. The parties were unable to resolve the issues presented in this joint stipulation.

3. NIC produced three documents in response to the document request: NIC_0045354, NIC_045356; and NIC_0045358.

4. Attached as **Exhibit 1** is a true and correct copy of a February 27, 2020 email chain.

5. Attached as **Exhibit 2** is a true and correct copy of a March 10, 2020 email chain.

6. Attached as **Exhibit 3** is a true and correct copy of a March 11, 2020 email chain.

7. Attached as **Exhibit 4** is a true and correct copy of a March 16, 2020 at 12:27 p.m. email chain.

8. Attached as **Exhibit 5** is a true and correct copy of a March 16, 2020 at 4:23 p.m. email.

9. Attached as **Exhibit 6** is a true and correct copy of a March 24, 2020 meet and confer letter.

10. Attached as **Exhibit 7** is a true and correct copy of an April 13, 2020 email chain.

11. Attached as **Exhibit 8** is a true and correct copy of an August 9, 2019 email with attached declaration, Bates labeled DEC_00723-DEC_00725.

12. Attached as **Exhibit 9** is a true and correct copy of a February 12, 2020 subpoena to Charlotte Carlberg.

13. Attached as **Exhibit 10** is a true and correct copy of a February 12, 2020 subpoena to Emord & Associates.

14. Attached as **Exhibit 11** is a true and correct copy of a February 12, 2020 subpoena to Jennifer Fernandes.

15. Attached as **Exhibit 12** is a true and correct copy of a February 12, 2020 subpoena to Jim Buc.

16. Attached as **Exhibit 13** is a true and correct copy of a February 12, 2020 subpoena to Joshua Furman.

17. Attached as **Exhibit 14** is a true and correct copy of a February 12, 2020 subpoena to MaryAnn Buc.

18. Attached as **Exhibit 15** is a true and correct copy of a February 12, 2020 subpoena to Peter Arhangelsky.

19. Attached as **Exhibit 16** is a true and correct copy of a February 12, 2020 email.

20. Attached as **Exhibit 17** is a true and correct copy of a March 10, 2020 consolidated response to subpoenas.

21. Attached as **Exhibit 18** is a true and correct copy of a draft Stipulation Regarding Discovery Responses Pursuant to Docket 891.

22. Attached as **Exhibit 19** is a true and correct copy of an itemized privilege log.

DECLARATION OF JAMES M. SABOVICH

23. Attached as **Exhibit 20** is a true and correct copy of Plaintiff's Amended Objections and Responses to Defendant Scott Ferrell's Requests for Production of Documents to Natural Immunogenics Corp. (Set 2).

24. Attached as **Exhibit 21** is a true and correct copy of an October 7, 2019 preservation letter to Peter Arhangelsky.

25. Attached as **Exhibit 22** is a true and correct copy of NIC's categorical privilege log.

26. Attached as **Exhibit 23** is a true and correct copy of a May 9, 2016 hearing transcript.

27. Attached as **Exhibit 24** is a true and correct copy of an August 12, 2019 email chain, Bates labeled DEC_00062-DEC_00064.

28. Attached as **Exhibit 25** is a true and correct copy of an August 22, 2019 email chain, Bates labeled DEC_00393-DEC_00394.

29. Attached as **Exhibit 26** is a true and correct copy of Charlotte Carlberg's Amended Response and Objections to Subpoena Duces Tecum.

30. Attached as **Exhibit 27** is a true and correct copy of Jim Buc's Amended Response and Objections to Subpoena Duces Tecum.

31. Attached as **Exhibit 28** is a true and correct copy of MaryAnn Buc's Amended Response and Objections to Subpoena Duces Tecum.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on May 11, 2020, in Santa Ana, California.

*/s/ James M. Sabovich*
James M. Sabovich