**Exhibit 2**

| | |
|---|---|
| **From:** | James M. Sabovich |
| **To:** | "Joshua Furman"; Dawn Conrad; Peter Arhangelsky |
| **Cc:** | EDWARD SUSOLIK; David Darnell |
| **Subject:** | RE: Natural Immunogenics Corp. v. Newport Trial Group, et al. (Our File No. 3670-02) |
| **Date:** | Tuesday, March 10, 2020 2:50:34 PM |
| **Attachments:** | image001.png |

Josh –

Thanks for the response. I'll call you at 2 pm on Thursday.

Best

Jim

**From:** Joshua Furman [mailto:jfurman@emord.com]
**Sent:** Tuesday, March 10, 2020 2:06 PM
**To:** James M. Sabovich; Dawn Conrad; Peter Arhangelsky
**Cc:** EDWARD SUSOLIK; David Darnell
**Subject:** RE: Natural Immunogenics Corp. v. Newport Trial Group, et al. (Our File No. 3670-02)

Counsel,

We are not available tomorrow, but we can have a call Thursday at 2pm. Please let me know if that works for you.

**Joshua S. Furman, Esq.** | EMORD & ASSOCIATES, P.C. | 2730 S. Val Vista Dr., Bld. 6, Ste 133 | Gilbert, AZ 85295 | Firm: (602) 388-8899 | Direct: (602) 388-8901 | Facsimile: (602) 393-4361 |
www.emord.com



NOTICE: This is a confidential communication intended for the recipient listed above. The content of this communication is protected from disclosure by the attorney-client privilege and the work product doctrine. If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended. Duplication or distribution of this communication is prohibited by the sender. If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

**From:** James M. Sabovich <jsabovich@callahan-law.com>
**Sent:** Tuesday, March 10, 2020 9:14 AM
**To:** Dawn Conrad <dconrad@callahan-law.com>; parhangelsky@emord.com
**Cc:** EDWARD SUSOLIK <ES@callahan-law.com>; David Darnell <ddarnell@callahan-law.com>; jfurman@emord.com
**Subject:** RE: Natural Immunogenics Corp. v. Newport Trial Group, et al. (Our File No. 3670-02)

Counsel:

I am writing to follow up on the meet and confer letter sent below. Are you available to discuss

tomorrow at 10:00 am? If not please indicate alternative times.

Best

Jim

---

**From:** Dawn Conrad
**Sent:** Friday, March 6, 2020 4:02 PM
**To:** parhangelsky@emord.com
**Cc:** EDWARD SUSOLIK; David Darnell; James M. Sabovich; jfurman@emord.com
**Subject:** Natural Immunogenics Corp. v. Newport Trial Group, et al. (Our File No. 3670-02)

Mr. Arhangelsky,

Please see the attached letter of this date from James M. Sabovich. Should you have any questions or difficulty opening the attachment, please contact our office at your earliest convenience.

Thank you,

*Dawn Conrad*
*CALLAHAN & BLAINE, APLC*
*3 Hutton Centre Drive, Ninth Floor*
*Santa Ana, CA 92707*
*Tel: (714) 241-4444, Ext. 428*

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.