UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION FOR LEAVE**<br><br>Special Master: Hon. Rosalyn Chapman<br>Judge: Hon. James V. Selna |
| AND ALL RELATED ACTIONS | Complaint Filed: December 7, 2015<br>Trial Date: November 3, 2020 |

ORDER

The Parties submitted a Joint Stipulation regarding Newport Trial Group's and Scott Ferrell's anticipated Motion for Leave to Conduct Discovery and to Designate an Additional Expert Regarding New Allegations ("Motion").

Having considered the Joint Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion shall be filed directly with this Court and shall be briefed on a normal briefing schedule.

So ordered this 24th day of June, 2020.

_____
HON. JAMES V. SELNA
DISTRICT COURT JUDGE