UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-2034 JVS (JCGx) | Date | 8/6/20 |
|---|---|---|---|

| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al |
|---|---|

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Special Master**

      The Special Master has advised the Court that because of other matters on her calendar, some related to the Covid-19 pandemic, she is resigning.  The Special Master has devoted over 700 hours to this matter, and with diligence and grace has attempted to sort out with fairness and dignity the parties' many and long-standing contentious disputes.  With reluctance and with great respect and thanks, the Court accepts the Special Master's resignation.

      Presently pending before the Special Master were objections at Docket Nos. 981, 994, 995.  The parties are directed to advise the Court within seven days to what extent the Court's ruling at Docket No. 1028 has mooted some or all the disputes.

      Separately, the Court directs the parties to meet and confer and to submit within seven days up to three names for the appointment of a new Special Master.  Absent agreement, the Court will directly appoint a new Special Master.

      The Court will address at a later time the impact of this event on the overall scheduling of the case.

cc: The Honorable Rosalyn M. Chapman (Ret.)

|   | 0 | : | 0 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-2034 JVS (JCGx)                                Date   8/6/20

Title   Natural-Immunogenics Corp. v. Newport Trial Group, et al

                                        Initials of Preparer      lmb