Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br>JAMS No. 1220055347<br><br>**PLAINTIFF NATURAL IMMUNOGENICS CORP.'S NOTICE OF MATTER SUBMITTED AND READY FOR DECISIONRE: DOCKET NOS. 820, 823**<br><br>Master:  Hon. Andrew Guilford (Ret.)<br>Judge:  Hon. James V. Selna |

Plaintiff Natural-Immunogenics Corp. ("Plaintiff" or "NIC") hereby notifies the Court that the matter subjected for further briefing under Docket No. 820 at 12 is fully briefed and ready for decision.

On August 2, 2019, the Court issued an Order rejecting Defendants' assertion of attorney-client privilege over Strataluz-related documents. *See* Dkt.

820 at 25, 27. The Court also held that the Defendants could not assert work product protection over documents that were prepared by individuals other than Reid and Ferrell, or over documents prepared by Reid and Ferrell in their capacities as Strataluz owners, officers, or agents. *See id* at 30.

The Court ordered Plaintiff to submit a list of documents subject to the production order along with the privilege log from which those documents were drawn. *Id*. On August 12, 2019, NIC submitted the appendices and privilege log pursuant to the Court's order. *See* Dkt. 823. Defendants submitted a response on August 19, 2019. *See* Dkt. 830. The parties filed responsive briefs regarding that dispute over applicability of the Court's order to the documents in question. *See* Dkt. Nos. 835, 836, 838 and 842. As of September 3, 2019, all briefing on this issue was complete and the matter stood submitted. However, because this issue arose from Court-ordered supplemental submissions [Dkt. 820 at 12], the Court had no hearing date on the calendar.

This case is currently scheduled for trial on March 23, 2021, with a pretrial conference date scheduled for February 22, 2021. NIC must complete discovery sufficiently in advance of the pretrial conference. NIC's submission [Dkt. 823] sought potentially hundreds of additional documents germane to Strataluz issues. NIC needs the outstanding documents to take full depositions of Defendants David Reid, Scott Ferrell, and the NTG Rule 30(b)(6) designee. NIC appreciates the Court's heavy calendar, particularly in light of the numerous judicial vacancies and the ongoing COVID-19 pandemic. NIC merely wishes to apprise the Court of this pending issue in light of the absence of a hearing date calendared and looming deadlines in this case.

Alternatively, in the Court's discretion, NIC suggests that this issue may be remanded for determination by the newly appointed Special Master. Given the age of this dispute (more than one year has passed since the Court's Order in Docket No. 820), and the time-sensitive need for these files in light of the near trial date,

1  NIC asks that, if the Court remands this issue to the Special Master, the Court
2  Order that this be the first issue addressed by the Special Master.
3
4
5  DATED: September 25, 2020
6
7                              Respectfully submitted,
8                              EMORD & ASSOCIATES, PC.
9
10                             By:   */s/ Peter A. Arhangelsky*
11                             Peter A. Arhangelsky, Esq. (SBN 291325)
                               Joshua S. Furman, Esq. (pro hac vice)
12                             *Attorneys for Plaintiff Natural*
13                             *Immunogenics Corp*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020 the foregoing **PLAINTIFF NATURAL IMMUNOGENICS CORP.'S NOTICE OF MATTER SUBMITTED AND READY FOR DECISIONRE: DOCKET NOS. 820, 823** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford, Esq.
bford@FordDiulio, PC
650 Town Center Dr, Ste 760
Costa Mesa, CA 92625
Tel: (714) 384-5540
*Attorney for Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg,*


David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, David Reid, and Victoria Knowles*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
*Attorneys for Ryan Ferrell, Victoria Knowles, Andrew Baslow, David Reid*

                                       */s/ Peter A. Arhangelsky*
                                      Peter A. Arhangelsky, Esq.