**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants and Counterclaimants
NEWPORT TRIAL GROUP and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**DEFENDANT NEWPORT TRIAL GROUP'S NOTICE OF LODGING OF PRIVILEGED DOCUMENTS LISTED IN DOCKET 823-3 FOR *IN CAMERA* REVIEW BY THE SPECIAL MASTER**<br><br>Judge: Hon. James V. Selna<br>Special Master: Hon. Andrew J. Guilford (Ret.)<br><br>Complaint Filed: December 7, 2015<br>Trial Date: March 23, 2021 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the request of the Special Master, on November 3, 2020, Defendant Newport Trial Group ("NTG") provided the Special Master with a ShareFile link containing the privileged documents listed in Docket 823-3. These documents relate to the Court's Orders at Docket 820 and 1049, as well as NIC's filings at Docket 823 and 823-3 and NTG's responses and objections at Docket 836, and were thus provided to the Special Master for *in camera* review in accordance with those orders and filings.

Dated: November 3, 2020

**CALLAHAN & BLAINE, APLC**

By: */s/ David J. Darnell*
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants and Counterclaimants NEWPORT TRIAL GROUP and SCOTT J. FERRELL