**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants
NEWPORT TRIAL GROUP and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | CASE NO.  8:15-cv-02034-JVS-JCG<br>JAMS NO.  1220055347<br><br>**DEFENDANT NEWPORT TRIAL GROUP'S NOTICE OF LODGING OF PRIVILEGED DOCUMENTS LISTED IN DOCKET 823-4 FOR *IN CAMERA* REVIEW BY THE SPECIAL MASTER**<br><br>Judge:  Hon. James V. Selna<br>Special Master:  Hon. Andrew J. Guilford (Ret.)<br><br>Complaint Filed:  December 7, 2015<br>Trial Date:           March 23, 2021 |

NOTICE OF LODGING PRIVILEGED DOCUMENTS LISTED IN DOCKET 823-4 FOR *IN CAMERA* REVIEW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the request of the Special Master, on November 5, 2020, Defendant Newport Trial Group ("NTG") provided the Special Master with a ShareFile link containing the privileged documents listed in Docket 823-4. Please also note that pg. 24 of Docket 823-4 lists an erroneous beginning bates number of "NTG069729" and a correct ending bates number of "NTG069777." The correct beginning bates number for that document is "NTG069775." NTG has therefore lodged with the Special Master the document corresponding with the correct bates range of "NTG069775-NTG069777."

These documents relate to the Court's Orders at Docket 820 and 1049, as well as NIC's filings at Docket 823 and 823-4 and NTG's Notice of Supplemental Privilege Log at Docket 830 and Supplemental Privilege Log at 830-1, and were thus provided to the Special Master for *in camera* review in accordance with those orders and filings.

Dated: November 5, 2020            **CALLAHAN & BLAINE, APLC**

By:  */s/ David J. Darnell*
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants NEWPORT TRIAL GROUP and SCOTT J. FERRELL

- 1 -

NOTICE OF LODGING PRIVILEGED DOCUMENTS LISTED IN DOCKET 823-4 FOR *IN CAMERA* REVIEW