Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

FILED
CLERK, U.S. DISTRICT COURT
11/12/20
CENTRAL DISTRICT OF CALIFORNIA
BY: LB  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID, ANDREW LEE BASLOW, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 8:15-cv-02034 JVS (JCGx) <br><br> (JW Reference No.: A270221) <br><br> **NOTICE TO PARTIES OF SPECIAL MASTER'S WRITTEN STATUS REPORT TO THE COURT** |

The Special Master hereby provides notice to the parties that he has provided a brief written status report to the Court. (*See* Dkt. No. 223 ¶ 11; Dkt. No. 1039.)

IT IS SO ORDERED.

Dated: 11/11/2020

_____
Hon. Andrew J. Guilford, Ret.
Special Master

**JUDICATE WEST**
Alternative Dispute Resolution

*Results Beyond Dispute*℠

1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

www.judicatewest.com

## PROOF OF SERVICE

### Natural-Immunogenics Corporation, et al. vs. Newport Trial Group, et al.
### A270221

I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Suite 1600, Santa Ana, CA 92705 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On November 11, 2020, I served the foregoing documents, described as:

**NOTICE TO PARTIES OF SPECIAL MASTER'S WRITTEN STATUS REPORT TO THE COURT**

to the following parties:

**SEE ATTACHED MAILING LIST**

( X ) **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (e-mail) to the parties as listed on this Proof of Service

( ) **BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

( ) **BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

( ) **BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

( ) **BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business

( ) **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

( ) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 11, 2020,** at Santa Ana, California

Heidi Adams
Judicate West

Downtown Los Angeles Office • 601 S. Figueroa St., Suite 3400 • Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
Sacramento Office • 980 9TH Street, Suite 2200 • Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495
San Diego Office • 402 West Broadway, Suite 2400 • San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine St., Suite 1950 • San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd., Suite 2040 • Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125



1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

www.judicatewest.com

Downtown Los Angeles Office • 601 S. Figueroa St., Suite 3400 • Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
Sacramento Office • 980 9TH Street, Suite 2200 • Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495
San Diego Office • 402 West Broadway, Suite 2400 • San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine St., Suite 1950 • San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd., Suite 2040 • Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Ste 1600
Santa Ana, CA  92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

# Case Contact List

as of Wednesday, November 11, 2020

**JW Case #: A270221**

*Case Caption: Natural-Immunogenics Corporation, et al. vs. Newport Trial Group, et al.*

Peter A. Arhangelsky, Esq.
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899   Fax:
Email: parhangelsky@emord.com
Representing Natural-Immunogenics Corporation


Eric Awerbuch, Esq.
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899   Fax:
Email: eawerbuch@emord.com
Representing Natural-Immunogenics Corporation


Jonathan Emord, Esq.
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899   Fax:
Email: jemord@emord.com
Representing Natural-Immunogenics Corporation


Joshua S. Furman, Esq.
Emord & Associates, P.C.
2730 S. Val Vista Dr.
Bldg 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899   Fax:
Email: jfurman@emord.com
Representing Natural-Immunogenics Corporation


Olivia S. Cannon, Esq.
Ford & Diulio, PC
650 Town Center Drive
Suite 760
Costa Mesa, CA 92626
Phone: (714) 450-6830   Fax:
Email: osaladino@forddiulio.com
Representing Andrew Nilon; Giovanni Sandoval; Sam Schoonover; Matthew Dronkers; Taylor Demulder; Sam Pfleg

Downtown Los Angeles Office ● 601 S. Figueroa Ste 3400 ● Los Angeles, CA  90017 ● (213) 223-1113 ● Fax (213) 223-1114
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA  95814 ● (916) 394-8490 ● Fax (916) 394-8495
San Diego Office ● 402 W. Broadway Ste 2400 ● San Diego, CA  92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Ste 1950 ● San Francisco, CA  94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Ste 2040 ● Los Angeles, CA  90025 ● (310) 442-2100 ● Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Ste 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Kristopher P. Diulio, Esq.
Ford & Diulio, PC
650 Town Center Drive
Suite 760
Costa Mesa, CA 92626
Phone: (714) 450-6830   Fax:
Email: kdiulio@forddiulio.com
Representing Andrew Nilon; Giovanni Sandoval; Sam Schoonover; Matthew Dronkers; Taylor Demulder; Sam Pfleg

Brendan M. Ford, Esq.
Ford & Diulio, PC
650 Town Center Drive
Suite 760
Costa Mesa, CA 92626
Phone: (714) 450-6830   Fax:
Email: bford@forddiulio.com
Representing Andrew Nilon; Giovanni Sandoval; Sam Schoonover; Matthew Dronkers; Taylor Demulder; Sam Pfleg

J. Kathleen Bond, Esq.
Amin Talati Wasserman, LLP
100 South Wcker Drive
Suite 2000
Chicago, IL 60606
Phone: (312) 327-3327   Fax:
Email: katie@amintalati.com
Representing Benjamin Quinto; Theo Quinto; Emord & Associates, P.C.; Peter A. Arhangelsky; Charlotte Carlberg; MaryAnn Buc; Jim Buc

Sanjay Karnik, Esq.
Amin Talati Wasserman, LLP
100 South Wcker Drive
Suite 2000
Chicago, IL 60606
Phone: (312) 327-3327   Fax:
Email: sanjay@amintalati.com
Representing Benjamin Quinto; Theo Quinto; Emord & Associates, P.C.; Peter A. Arhangelsky; Charlotte Carlberg; MaryAnn Buc; Jim Buc

Jennifer Marilyn  Shield Adams, Esq.
Amin Talati Wasserman, LLP
100 South Wcker Drive
Suite 2000
Chicago, IL 60606
Phone: (312) 327-3327   Fax:
Email:  jennifer@amintalati.com
Representing Benjamin Quinto; Theo Quinto; Emord & Associates, P.C.; Peter A. Arhangelsky; Charlotte Carlberg; MaryAnn Buc; Jim Buc

Downtown Los Angeles Office ● 601 S. Figueroa Ste 3400 ● Los Angeles, CA  90017 ● (213) 223-1113 ● Fax (213) 223-1114
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA  95814 ● (916) 394-8490 ● Fax (916) 394-8495
San Diego Office ● 402 W. Broadway Ste 2400 ● San Diego, CA  92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Ste 1950 ● San Francisco, CA  94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Ste 2040 ● Los Angeles, CA  90025 ● (310) 442-2100 ● Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Ste 1600
Santa Ana, CA  92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Bryan M. Sullivan, Esq.
Early, Sullivan, Wright, Gizer & McRae, LLP
6420 Wilshire Blvd.
17th Floor
Los Angeles, CA 90048
Phone: (323) 301-4660   Fax: (323) 301-4676
Email: bsullivan@earlysullivan.com
Representing Benjamin Quinto; Theo Quinto; Emord & Associates, P.C.; Peter A. Arhangelsky; Charlotte Carlberg; MaryAnn Buc; Jim Buc


Robert E. Kohn, Esq.
Kohn Law Group, Inc.
100 Wilshire Blvd.
Suite 940
Santa Monica, CA 90401
Phone: (310) 917-1011   Fax: (310) 917-1001
Email: rkohn@kohnlawgroup.com
Representing David Reid; Victoria Knowles


Robert Tauler, Esq.
Tauler Smith, LLP
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Phone: (310) 590-3927   Fax:
Email: rtauler@taulersmith.com
Representing David Reid; Victoria Knowles


Edward Susolik, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr.
9th Floor
Santa Ana, CA 92707
Phone: (714) 241-4444   Fax: (714) 241-4445
Email: ES@callahan-law.com
Representing Newport Trial Group; Scott J. Ferrell


James M. Sabovich, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr.
9th Floor
Santa Ana, CA 92707
Phone: (714) 241-4444   Fax: (714) 241-4445
Email: jsabovich@callahan-law.com
Representing Newport Trial Group; Scott J. Ferrell

Downtown Los Angeles Office ● 601 S. Figueroa Ste 3400 ● Los Angeles, CA  90017 ● (213) 223-1113 ● Fax (213) 223-1114
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA  95814 ● (916) 394-8490 ● Fax (916) 394-8495
San Diego Office ● 402 W. Broadway Ste 2400 ● San Diego, CA  92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Ste 1950 ● San Francisco, CA  94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Ste 2040 ● Los Angeles, CA  90025 ● (310) 442-2100 ● Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Ste 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

David J. Darnell, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr.
9th Floor
Santa Ana, CA 92707
Phone: (714) 241-4444   Fax: (714) 241-4445
Email: ddarnell@callahan-law.com
Representing Newport Trial Group;Scott J. Ferrell

Stephanie A. Sperber, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr.
9th Floor
Santa Ana, CA 92707
Phone: (714) 241-4444   Fax: (714) 241-4445
Email: SSperber@callahan-law.com
Representing Newport Trial Group;Scott J. Ferrell

Nicole Whyte, Esq.
Bremer, Whyte, Brown & O'Meara, LLP
20320 S.W. Birch St.
2nd Floor
Newport Beach, CA 92660
Phone: (949) 221-1000   Fax: (619) 236-0047
Email: nwhyte@bremerwhyte.com
Representing Ryan M. Farrell; Andrew Baslow

Benjamin L. Price, Esq.
Bremer, Whyte, Brown & O'Meara, LLP
20320 S.W. Birch St.
2nd Floor
Newport Beach, CA 92660
Phone: (949) 221-1000   Fax: (619) 236-0047
Email: bprice@bremerwhyte.com
Representing Ryan M. Farrell; Andrew Baslow

Kyle A. Riddles, Esq.
Bremer, Whyte, Brown & O'Meara, LLP
20320 S.W. Birch St.
2nd Floor
Newport Beach, CA 92660
Phone: (949) 221-1000   Fax: (619) 236-0047
Email: kriddles@bremerwhyte.com
Representing Ryan M. Farrell; Andrew Baslow

Downtown Los Angeles Office ● 601 S. Figueroa Ste 3400 ● Los Angeles, CA  90017 ● (213) 223-1113 ● Fax (213) 223-1114
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA  95814 ● (916) 394-8490 ● Fax (916) 394-8495
San Diego Office ● 402 W. Broadway Ste 2400 ● San Diego, CA  92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Ste 1950 ● San Francisco, CA  94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Ste 2040 ● Los Angeles, CA  90025 ● (310) 442-2100 ● Fax (310) 442-2125