UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-2034JVS(JCGx) | Date | Nov. 12, 2020 |
| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Knowles and Reid's Motion for Judgment on the Pleadings (Dkt. No. 1057)**

Defendants Victoria C. Knowles ("Knowles") and David Reid ("Reid") moved for partial judgment on the pleadings against Plaintiff Natural-Immunogenics Corporation's ("NIC") Racketeer Influenced and Corrupt Organizations Act ("RICO") and California Unfair Competition Law ("UCL") claims against them. Dkt. No. 1057. NIC opposed the motion. Dkt. No. 1059.

In its Tentative Order, the Court denied Knowles and Reid's request for judgment as a matter of law on NIC's RICO claim. Knowles and Reid then filed a request for a hearing (Dkt. No. 1070), specifically on the following three issues: the effect of Federal Rule of Civil Procedure 9(b) on the Court's Tentative Order, the role of reliance and causation of damages in a RICO case, and finally, that the Tentative Order would mistakenly allow NIC to pursue RICO claims against Knowles and Reid based on two separate schemes that causes no damages to NIC. See generally, Dkt. No. 1070.

While the Court does not believe a hearing to be necessary at this time, the Court still requests each party to file a brief of no more than five pages regarding the first issue, namely, the effect of F.R.C.P. 9(b) and Rouse v. United States Dep't of State, 567 F.3d 408 (9th Cir. 2009), on the Court's Tentative Order, by November 19, 2020, at 5:00 p.m.

**IT IS SO ORDERED.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-2034JVS(JCGx)　　　　　　　Date  Nov. 12, 2020

Title  Natural-Immunogenics Corp. v. Newport Trial Group, et al

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　0

　　　　　　　　　　　　　　Initials of Preparer　　lmb