Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

FILED
CLERK, U.S. DISTRICT COURT
11/18/20
CENTRAL DISTRICT OF CALIFORNIA
BY: LB  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID, ANDREW LEE BASLOW, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 8:15-cv-02034 JVS (JCGx) <br><br> (JW Reference No.: A270221) <br><br> FIRST STATUS REPORT OF SPECIAL MASTER ANDREW J. GUILFORD, RET. |

The Special Master submits this bi-monthly status report as requested in the Court's Order Appointing Special Master at Dkt. No. 223, Paragraph 11, and Dkt. No. 1039. This submission parallels and replaces the November 11, 2020 letter to Judge Selna.

The Special Master is currently reviewing two of the parties' disputes. The hearing for both these matters is now set for Thursday, November 19, 2020. The Special Master intends, when possible, to follow his policy of providing tentative orders before the hearings.

First, The Special Master has been conducting an *in camera* review under the Court's Order at Dkt. No. 1049 of some Strataluz-related documents withheld by Newport Trial Group ("NTG").

Second, the Special Master has been reviewing NTG's motion to compel at Dkt. No. 981.

It also appears that the parties have submitted another Rule 37 Stipulation regarding a motion to compel a Rule 30(b)(6) deposition at Dkt. No. 1064. They haven't reached out to the Case Manager yet to set this third dispute for a hearing. The status of this will be reviewed at the hearing on November 19, 2020.

In this Status Report, further comments are appropriate.

The Court's order at Dkt. No. 1049 refers to review of Dkt. Nos. 823-1 and 823-2. (*See* Dkt. No. 1049 at 1, 3.) Because Dkt. No. 823-1 is the full document privilege log for all the withheld Strataluz-related documents, the Special Master has been focusing his review on the

issues identified for the documents as organized by category and listed by Plaintiff at Dkt. Nos. 823-2, 823-3, and 823-4. (Dkt. No. 823.)

In performing his review, the Special Master must interpret certain language found in previous filings. These interpretations will be apparent in the submissions made by the Special Master.

IT IS SO ORDERED.

Dated: _____     _____
                              Hon. Andrew J. Guilford, Ret.
                              Special Master