1  Peter A. Arhangelsky, Esq. (SBN 291325)
   parhangelsky@emord.com
2  Joshua S. Furman, Esq. (pro hac vice)
   jfurman@emord.com
3  Eric J. Awerbuch, Esq. (pro hac vice)
   eawerbuch@emord.com
4  Emord & Associates, P.C.
   2730 S. Val Vista Dr., Bldg. 6, Ste. 133
5  Gilbert, AZ 85295
   Phone: (602) 388-8899
6  Fax: (602) 393-4361
7  *Attorneys for Plaintiff*

8

9            **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

11

12  NATURAL-IMMUNOGENICS              Case No. 8:15-cv-02034-JVS (JCG)
    CORP.,
13                                    **JOINT REQUEST FOR STATUS**
                                      **CONFERENCE**
14              Plaintiff,

15       v.

16  PACIFIC TRIAL ATTORNEYS, et       Judge:        Hon. James V. Selna
    al.,                              Special Master: Hon. Andrew Guilford
17                                                    (Ret.)

18              Defendants.

19

20

21

22

23

24

25

26

27

28

All parties, including Plaintiff Natural Immunogenics Corp. ("NIC"), and Defendants Newport Trial Group, Scott Ferrell, David Reid, Andrew Baslow, Victoria Knowles, Ryan Ferrell, Andrew Baslow, Andrew Nilon, Giovanni Sandoval, Sam Schoonover, Matt Dronkers, Sam Pfleg, and Taylor Demulder, by their respective counsel, hereby jointly request a Telephonic Status Conference to address scheduling and trial dates.

The parties request an opportunity to discuss scheduling concerns with the Court. The parties believe that the Court's input is necessary to set manageable deadlines in advance of trial. The parties are jointly available on the following dates:

- December 14;
- December 18; and,
- December 21.

In July 2020, this Court scheduled the Final Pretrial Conference for February 22, 2021 and the Jury Trial for March 23, 2021. *See* Dkt. 1027. The Court noted, however, that a jury trial may not be possible in March 2021. *Id.* ("[T]he Court cannot guarantee that this matter will go to trial on [March 23, 2021]."). In August 2020, Special Master Rosalyn Chapman resigned and was eventually replaced by Judge Andrew Guilford. *See* Dkt. Nos. 1029, 1036, 1039. This Court noted in its August 6, 2020 Order that it "will address at a later time the impact of [the Special Master's resignation] on the overall scheduling of the case." *See* Dkt. 1029 at 1.

The Parties have concerns with the feasibility of the existing schedule given, *inter alia*, the following:[1]

1. The Covid-19 pandemic's effect on the scheduling of jury trials and in-person hearings.

---

[1] NIC also contends that the current scheduling concerns are the result of the multi-month latency on discovery-related issues following the Special Master's resignation. Defendants dispute this and do not believe that the pending discovery issues were impacted or delayed by the Special Master's resignation.

2.  The need for motions and pretrial deadlines that permit adjudication of issues sufficiently in advance of trial and based on a completed record.

3.  Discovery-related proceedings that will not be resolved until at least January 2021.  The Special Master has resolved one discovery matter through its Order in Dkt. 1080.  Currently pending before the Special Master are the following:

- *In camera* review of Strataluz documents [per the Court's Order in Dkt. 1049];

- NIC's Motion to Compel the Deposition of Defendant NTG's 30(b)(6) designee [Dkt. 1064]; and

- NIC's Motion to Strike/Exclude Untimely Disclosed Witnesses [Dkt. 1073].

Oral argument on Dkt. Nos. 1049, 1064, and 1073 is scheduled for January 11, 2021 before the Special Master.

DATED:  December 4, 2020

Respectfully submitted,

FOR PLAINTIFF NATURAL               FOR NTG DEFENDANTS
IMMUNOGENICS CORP.

/s/ Peter A. Arhangelsky            /s/ David Darnell
Peter A. Arhangelsky (CA 291325)    David Darnell (CA 210166)
parhangelsky@emord.com              ddarnell@callahan-law.com
EMORD & ASSOCIATES, P.C.            CALLAHAN & BLAINE
2730 S. Val Vista Dr.               3 Hutton Centre Drive, Ninth Floor
Bldg 6, Ste. 133                    Santa Ana, CA 92707
Gilbert, AZ 85295                   Ph: (714) 241-4444
Ph:  (602) 388-8899                 Fx: (714) 241-4445
Fx:  (602) 393-4361

                                    *Attorneys for Defendants Newport Trial*
*Attorneys for Plaintiff Natural-*  *Group PC, and Scott Ferrell,*
*Immunogenics*

FOR THE NON-NTG
DEFENDANTS

 /s/ Brendan Ford
Brendan M. Ford (CA 224333)
bford@forddiulio.com
FORD & DIULIO PC
650 Town Center Drive, Suite 760
Costa Mesa, CA 92626
Ph:  (714) 384-5540
Fx:  (844) 437-7201

*Attorney for Defendants Andrew
Nilon, Sam Schoonover, Sam Pfleg,
Giovanni Sandoval, Taylor
Demulder, and Matthew Dronkers*

FOR DEFENDANTS KNOWLES
AND REID

 /s/ Robert Tauler
Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria
Knowles*

FOR THE OTHER ATTORNEY
DEFENDANTS

 /s/ Kyle Riddles
Kyle Riddles (CA 309854)
kriddles@bremerwhyte.com
BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Ph: (949) 221-1000
Fx: (949) 221-1001

*Attorney for Ryan Ferrell, Victoria C.
Knowles, David Reid, and Andrew Lee
Baslow*

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures:  I, Peter A. Arhangelsky, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 4, 2020

EMORD & ASSOCIATES, P.C.

By:    /s/ *Peter A. Arhangelsky*

Peter Arhangelsky

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, the foregoing, **JOINT REQUEST FOR STATUS CONFERENCE** was electronically filed via email to the Special Master and sent via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
Attorneys for Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow

/ / /

/ / /

/ / /

/ / /

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

                    */s/ Peter A. Arhangelsky*
                    Peter A. Arhangelsky, Esq.