UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 15-02034JVS(JCGx) | Date 12/22/20 |
| Title Natural-Immunogenics Corp. v. Newport Trial Group, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Peter Arhangelsky<br>Joshua Furman | David Darnell<br>Brendon Ford<br>James Sabovich |

**Proceedings:**   Telephonic Status Conference

   Cause is called for telephonic hearing. Counsel and the Special Master Andrew J Guilford make their appearances.

Court and counsel confer.  Counsel are ordered to meet and confer re a schedule for the jury trial in this matter which shall be no earlier than October 1, 2021 and file a stipulation with a proposed order by January 8, 2021.  The stipulation shall include a date for a further settlement conference.

                                                                                              :    20
                                                    Initials of Preparer    lmb