Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

FILED
CLERK, U.S. DISTRICT COURT
1/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: LB    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID, ANDREW LEE BASLOW, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 8:15-cv-02034 JVS (JCGx) <br><br> (JW Reference No.: A270221) <br><br> SECOND STATUS REPORT OF SPECIAL MASTER ANDREW J. GUILFORD, RET. |

The Special Master submits this bi-monthly status report as requested in the Court's Order Appointing Special Master at Dkt. No. 223, Paragraph 11, and Dkt. No. 1039.

The Special Master is currently reviewing three of the parties' disputes. The hearing for all of these matters is now set for Monday, January 11, 2021. The Special Master intends to follow his policy of providing tentative orders before the hearings.

First, the Special Master will provide the parties with a revised tentative order regarding the parties' privilege disputes for Strataluz-related documents withheld by Newport Trial Group ("NTG").

Second, the Special Master has been reviewing Natural-Immunogenics Corp.'s ("NIC") motion to compel a Rule 30(b)(6) deposition. (Dkt. No. 1064.) The Special Master previously requested that NIC provide some additional materials regarding this motion, and NIC has timely done so.

Third, the Special Master has been reviewing NIC's motion to exclude certain potential witnesses added to Defendants' August 2020 supplemental initial disclosures. (Dkt. No.1073.)

THUS, IT IS SUBMITTED.

Dated: ___January 7, 2021___         _____
                                      Hon. Andrew J. Guilford, Ret.
                                      Special Master