Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC TRIAL ATTORNEYS, et al.,<br><br>    Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**STIPULATED JOINT TRIAL SCHEDULE**<br><br>*[SUBMITTED PER COURT ORDER, DKT. 1086]*<br><br>Judge:           Hon. James V. Selna<br>Special Master: Hon. Andrew Guilford (Ret.) |

All parties, including Plaintiff Natural Immunogenics Corp. ("NIC"), and Defendants Newport Trial Group, Scott Ferrell, David Reid, Andrew Baslow, Victoria Knowles, Ryan Ferrell, Andrew Baslow, Andrew Nilon, Giovanni Sandoval, Sam Schoonover, Matt Dronkers, Sam Pfleg, and Taylor Demulder, by their respective counsel, hereby jointly submit the following stipulated trial schedule per this Court's order in Dkt. 1086.

On December 22, 2020, this Court ordered the parties to file a stipulation with a proposed schedule for the jury trial in this matter. *See* Dkt. 1086. The Court instructed the parties to specify a trial date "no earlier than October 1, 2021[.]" *Id.* The parties met and conferred and submit the following schedule for the Court's consideration. The parties have agreed to a tentative trial date for November 1, 2021, subject to the Court's availability. To the extent this Court is unavailable for trial on November 1, 2021, the parties' request that the Court set a schedule consistent with the timelines featured in brackets below, which were calculated based on the proposed November 1, 2021 trial date.

NIC counsel has an immovable conflict from October 4-15, 2021. The schedule below accommodates that conflict. However, to the extent the Court imposes changes to the stipulated calendar, NIC requests that those changes not impose a conflict with NIC counsel's obligations in early October 2021.

The parties hereby stipulate to the following schedule of dates and events:

| Event | Proposed Date |
|---|---|
| Jury Trial | On or after November 1, 2021 |
| Final Pretrial Conference (PTC) | September 27, 2021 [at least 4 weeks before trial] |

| Event | Proposed Date |
|---|---|
| Deadline for Mediation/Settlement Conference | June 7, 2021 [at least 140 days before trial] |
| Law and Motion Cut-Off (Fed. R. Civ. P. 56) | May 24, 2021 [at least 120 days prior to trial] |
| Deadline for L.R. Rule 16-2 Meeting of Counsel | August 16, 2021 [at least 40 days prior to PTC] |
| Motions *in limine* | August 16, 2021 [concurrent with L.R 16-2 deadline] |
| L.R. Rule 16-3 Disclosure of Graphics/Illustrations | September 27, 2021 [on or before PTC] |
| L.R. Rule 16-4 Memo of Contentions of Law and Fact | August 30, 2021 [at least 28 days before PTC] |
| L.R. Rule 16-5 Exchange of Witness Lists | August 30, 2021 [concurrent with LR 16-4 Memo] |
| L.R. 16-6.1 Joint Exhibit List | August 30, 2021 [concurrent with LR 16-4 Memo] |
| L.R. 16-7.1 Submission of Final Pretrial Order | September 16, 2021 [11 days before PTC] |

| Event | Proposed Date |
|---|---|
| L.R. 16-10 Trial Brief | October 18, 2021<br>[14 days before trial] |

DATED: January 8, 2021.                    Respectfully submitted,

FOR PLAINTIFF NATURAL IMMUNOGENICS CORP.

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Bldg 6, Ste. 133
Gilbert, AZ 85295
Ph: (602) 388-8899
Fx: (602) 393-4361

*Attorneys for Plaintiff Natural-Immunogenics*

FOR DEFENDANTS NTG AND SCOTT FERRELL

*/s/ David Darnell*
David Darnell (CA 210166)
ddarnell@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Ph: (714) 241-4444
Fx: (714) 241-4445

*Attorneys for Defendants Newport Trial Group PC and Scott Ferrell,*

FOR THE NON-NTG DEFENDANTS

*/s/ Brendan M. Ford*
Brendan M. Ford (CA 224333)
bford@forddiulio.com
FORD & DIULIO PC
650 Town Center Drive, Suite 760
Costa Mesa, CA 92626
Ph: (714) 384-5540
Fx: (844) 437-7201

*Attorney for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers*

FOR THE ATTORNEY DEFENDANTS

*/s/ Kyle Riddles*
Kyle Riddles (CA 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Ph: (949) 221-1000
Fx: (949) 221-1001

*Attorney for Ryan Ferrell, Victoria C. Knowles, David Reid, and Andrew Lee Baslow*

FOR DEFENDANTS REID AND KNOWLES

*/s/ Robert Tauler*
Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 8, 2021.                    EMORD & ASSOCIATES, P.C.

                                  By:   */s/ Peter A. Arhangelsky*

                                        Peter Arhangelsky

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, the foregoing, **STIPULATED JOINT TRIAL SCHEDULE** was electronically filed via email to the Special Master and sent via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow,*
*Scott Ferrell, Ryan Ferrell, Victoria Knowles*

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
Attorneys for Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow

/ / /

/ / /

/ / /

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

      */s/ Peter A. Arhangelsky*
      Peter A. Arhangelsky, Esq.