# Exhibit A

## James M. Sabovich

| | |
|---|---|
| **From:** | Peter Arhangelsky <parhangelsky@emord.com> |
| **Sent:** | Monday, January 4, 2021 4:22 PM |
| **To:** | andrewguilford@judicatewest.com |
| **Cc:** | jennak@judicatewest.com; Eric Awerbuch; Jonathan Emord; Joshua Furman; bprice@bremerwhyte.com; kriddles@bremerwhyte.com; nwhyte@bremerwhyte.com; David Darnell; EDWARD SUSOLIK; James M. Sabovich; Stephanie A. Sperber; bford@forddiulio.com; kdiulio@forddiulio.com; osaladino@forddiulio.com; rkohn@kohnlawgroup.com; rtauler@taulersmith.com |
| **Subject:** | RE: Natural-Immunogenics Corporation, et al. vs. Newport Trial Group, et al. (A270221) |
| **Attachments:** | Plaintiff's List of Twenty NTG 30(b)(6) Depo Topics.pdf |

Good afternoon,

Pursuant to His Honor's request below, Plaintiff NIC hereby submits the attached list of twenty proposed deposition topics in advance of the January 11th hearing.

Sincerely,

**Peter A. Arhangelsky, Esq.** | **EMORD & ASSOCIATES, P.C.** | 2730 S. Val Vista Dr., Bld. 6, Ste 133 | Gilbert, AZ 85295 |
Firm: (602) 388-8899 | Direct: (602) 334-4416 | Facsimile: (602) 393-4361 | www.emord.com



NOTICE:  This is a confidential communication intended for the recipient listed above.  The content of this communication is protected from disclosure by  the attorney-client privilege and the work product doctrine.  If you are not the intended recipient, you should treat this communication as strictly confidential and provide it to the person intended.  Duplication or distribution of this communication is prohibited by the sender.  If this communication has been sent to you in error, please notify the sender and then immediately destroy the document.

**From:** andrewguilford@judicatewest.com [mailto:andrewguilford@judicatewest.com]
**Sent:** Monday, December 21, 2020 12:27 PM
**To:** eawerbuch@emord.com; jemord@emord.com; jfurman@emord.com; parhangelsky@emord.com; katie@amintalati.com; jennifer@amintalati.com; sanjay@amintalati.com; bprice@bremerwhyte.com; kriddles@bremerwhyte.com; nwhyte@bremerwhyte.com; ddarnell@callahan-law.com; ES@callahan-law.com; jsabovich@callahan-law.com; SSperber@callahan-law.com; bsullivan@earlysullivan.com; bford@forddiulio.com; kdiulio@forddiulio.com; osaladino@forddiulio.com; rkohn@kohnlawgroup.com; rtauler@taulersmith.com
**Cc:** jennak@judicatewest.com; andrewguilford@judicatewest.com
**Subject:** Natural-Immunogenics Corporation, et al. vs. Newport Trial Group, et al. (A270221)


Counsel,

I've reviewed Plaintiff's Motion to Compel the Deposition of Defendant Newport Trial Group's 30(b)(6) Designee and Plaintiff's Motion to Strike/Exclude Untimely Disclosed Witnesses.

Regarding Plaintiff's Motion to Compel, proportionality considerations ***possibly*** support that (1) the deposition should not exceed 7 hours and (2) the topics currently noticed are too numerous and overbroad. Thus, it might

be helpful for the Plaintiff to submit a narrowed list of 20 proposed deposition topics by January 4, 2021. At the January 11 hearing, all issues will be reviewed, including any revised list submitted.

Regarding Plaintiff's Motion to Strike, other supplemental arguments should have been timely made by December 16, and late arguments will not be considered.

AJG

**Hon. Andrew J. Guilford, Ret.**
**Mediator | Arbitrator | Private Judge**

