# Exhibit B

CALLAHAN & BLAINE, APLC
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID and ANDREW LEE BASLOW

FORD & DIULIO PC
Brendan M. Ford (SBN 224333)
bford@FordDiulio.com
Kristopher P. Diulo (SBN 229399)
kdiulo@FordDiulo.com
Tyler E. Sanchez (SBN 299131)
tsanchez@FordDiulio.com
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-5540
Facsimile: (844) 437-7201

Attorneys for Defendants ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER and GIOVANNI SANDOVAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | CASE NO. 8:15-cv-02034-JVS-JCG <br><br> **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** <br><br> Complaint Filed:  December 7, 2015 <br> Trial Date:  December 5, 2017 |

-1-

OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

TO THE PLAINTIFF AND ITS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants Newport Trial Group, Scott J. Ferrell, Ryan M. Ferrell, Victoria C. Knowles, David Reid and Andrew Lee Baslow (the "NTG Defendants"), along with Defendants Andrew Nilon, Sam Pfleg, Matthew Dronkers, Taylor Demulder, Sam Schoonover and Giovanni Sandoval (the "Non-NTG Defendants") (collectively the NTG Defendants and the Non-NTG Defendants are referred to herein as "Defendants") submit the following offer to allow entry of judgment to be taken in favor of Plaintiff Natural Immunogenics Corp. ("Plaintiff") pursuant to Rule 68 of the Federal Rules of Civil Procedure. This Rule 68 offer is based on the following recitals, each of which is expressly incorporated herein, and subject to the specified terms described more fully below:

## RECITALS:

WHEREAS, on December 7, 2015, Plaintiff filed a Complaint that sought "over $50,000,000.00" from Defendants, and also sought relief "on behalf of the public" including that included both a preliminary and permanent injunction against Defendants. *See* Dkt. 1 at ¶24 and pgs. 72-73 (Prayer for Relief).

WHEREAS, after filing its original Complaint, Defendants prevailed in whole or in part on several motions to dismiss or strike claims and allegations in Plaintiff's pleadings. As a result, Plaintiff's current operative pleading is the Second Amended Complaint ("SAC"), which was filed on May 10, 2016 and seeks an award of compensatory damages, punitive damages, treble damages, and a preliminary and permanent injunction on behalf of the Plaintiff and on behalf of the public, as well as an accounting, general damages and prejudgment interest. *See* Dkt. 92 at pgs. 94-96 (Prayer for Relief).

WHEREAS, on August 1, 2016, the Court entered an order granting the NTG Defendants' motion to dismiss certain claims against Victoria Knowles, granting the NTG Defendants' anti-SLAPP motion to strike all allegations purporting to bring UCL claims on behalf of the general public, and granting the Non-NTG Defendants'

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

motion to dismiss certain claims against Sam Pfleg, Matthew Dronkers, Taylor Demulder and Sam Schoonover. See Dkt. 157.

Whereas, on August 26, 2016, all Defendants filed Answers to the SAC. See Dkts. 161 and 162. Shortly thereafter, on September 16, 2016, all Defendants filed Amended Answers to the SAC. See Dkts. 173 and 174.

WHEREAS, on October 25, 2016, the Court issued an order granting the NTG Defendant's motion for an award of attorney's fees under California's anti-SLAPP law, where the Court found that "[n]ow Natural-Immunogenics may only receive targeted injunctive relief that prevents the NTG Defendants from harming Natural-Immunogenics in the future." See Dkt. 198 at pg. 7. Accordingly, the Court found that this was more than just a technical victory and thus awarded the NTG Defendants $8,166.80 in fees against the Plaintiff.

WHEREAS, the Defendants generally and specifically deny Plaintiff's claims, but Defendants also recognize that they will incur substantial attorney's fees and costs in defending this case, and therefore desire to fully, finally and forever resolve all matters, disputes, and claims that the Plaintiff may have against the Defendants, whether known or unknown, with the following offer of judgment.

### RULE 68 OFFER OF JUDGMENT:

THEREFORE, Defendants hereby offer to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on the following specified terms:

1. The Court shall enter a monetary judgment in favor of Plaintiff and against all Defendants, jointly and severally, for the sum of $799,000.00, which shall be inclusive of Plaintiff's claims for compensatory damages, exemplary or punitive damages, treble damages, general damages, and prejudgment interest on said amounts.

2. The Court shall, upon Plaintiff's filing of a motion for attorney's fees and costs and a hearing before the Court on said motion,

issue an additional award to Plaintiff for its attorney's fees and costs that the Court finds were reasonably incurred through the date of this offer, plus attorney's fees and costs that the Court finds were reasonably incurred in connection with Plaintiff's fee motion.

3. The Court shall enter an injunction whereby Defendants Andrew Nilon and Giovanni Sandoval shall not file or pursue a future claim or lawsuit against Plaintiff, and Defendants Newport Trial Group, Scott J. Ferrell, Ryan M. Ferrell, Victoria C. Knowles, and David Reid shall not file or pursue a future claim or lawsuit on behalf of a client against Plaintiff.

4. This Rule 68 offer and any judgment that may be entered in connection with it shall not be construed as a finding or admission of any liability by or against any defendant, or that Plaintiff has suffered any damage (all of which are expressly denied by Defendants), but rather is made solely for the purpose of compromising disputed claims.

Pursuant to Rule 68(d) of the Federal Rules of Civil Procedure, if Plaintiff does not accept this offer and Plaintiff does not obtain a judgment that is more favorable than the unaccepted offer, Plaintiff must pay the attorney's fees and costs incurred after the date this offer was made.

To accept this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days of the date this offer was made.

///

///

///

Dated: March 20, 2017      **CALLAHAN & BLAINE, APLC**

By:    */s/ Edward Susolik*
       Edward Susolik
       David J. Darnell
       Attorneys for Defendants NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID and ANDREW LEE BASLOW

Dated: March 20, 2017      **FORD & DIULIO PC**

By:    */s/ Brendan M. Ford*
       Brendan M. Ford
       Kristopher P. Diulio
       Tyler E. Sanchez
       Attorneys for Defendants NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID and ANDREW LEE BASLOW Defendants, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER and GIOVANNI SANDOVAL

- 5 -
OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

# PROOF OF SERVICE

## (CODE CIV. PROC. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is **3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707.**

On March 20, 2017, I served the following document(s) described as

**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on the interested parties in this action by placing: ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Please see attached "Service List"

☒ **BY MAIL:** I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FEDERAL EXPRESS:** I deposited such envelopes at Santa Ana, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

☒ **BY EMAIL:** I transmitted the foregoing documents by electronic mail to the party(s) identified on the attached service list by using the electronic mail as indicated. Said electronic mail was verified as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 20, 2017, at Santa Ana, California.

_____
Monique Kingsbury

## SERVICE LIST

### *Natural-Immunogenics Corp. v. Newport Trial Group, et al.*
### USDC, Central, Case No.: 8:15-cv-02034-JVS (JCG)

| | |
|---|---|
| Peter A. Arhangelsky, Esq.<br>Eric J. Awerbuch, Esq.<br>Joshua S. Furman, Esq.<br>**EMORD & ASSOCIATES, P.C.**<br>2730 S. Val Vista Drive, Bldg. 6, Ste. 133<br>Gilbert, AZ 85295<br>Phone: (602) 388-8899<br>Fax: (602) 393-4361<br>parhangelsky@emord.com<br>eawerbuch@emord.com<br>jfurman@emord.com | Attorneys for Plaintiff, NATURAL-IMMUNOGENICS CORP. |
| Leah M Kaufman, Esq.<br>**LMK STRATEGIES AND RESEARCH**<br>1001 North Ross Street<br>Santa Ana, CA 92701<br>949-939-1351<br>leah@leahmkaufman.com | Attorneys for Plaintiff, NATURAL-IMMUNOGENICS CORP. |
| Brendan M. Ford, Esq.<br>**FORD & DIULIO PC**<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626<br>Tel: 714-384-5540<br>Fax: 844-437-7201<br>bford@forddiulio.com | Attorneys for Defendants, ANDREW NILON, GIOVANNI SANDOVAL, SAM SCHOONOVER, MATTHEW DRONKERS, TAYLOR DEMULDER AND SAM PFLEG |