Nicole Whyte, State Bar No. 156503
Certified Family Law Specialist
The State Bar of California Board of Legal Specialization
nwhyte@bremerwhyte.com
Benjamin Price, State Bar No. 267400
bprice@bremerwhyte.com
Kyle A. Riddles, State Bar No. 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
Ryan Ferrell; Victoria Knowles; Dave Reid; and
Andrew Lee Baslow

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS-JCG<br><br>Judge: Hon. James v. Selna<br><br>**DECLARATION OF VICTORIA KNOWLES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON NIC'S MALICIOUS PROSECUTION CAUSE OF ACTION**<br><br>Complaint Filed: December 7, 2015<br>Trial Date: November 1, 2021 |

## DECLARATION OF VICTORIA KNOWLES

I, Victoria Knowles, declare:

1. I am a defendant in this lawsuit. I am an attorney licensed to practice law in the State of California. I have been licensed to practice law in the State of California since June 1, 2011.

2. I began working at Newport Trial Group ("NTG") around the Summer of 2011 as an Associate Attorney after obtaining my license to practice law on June 1, 2011.

///

BREMER WHYTE BROWN & O MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

DECLARATION OF VICTORIA KNOWLES

1601.116 4850-6239-0246.1

3. I first learned about NIC when I was assigned the task of drafting a demand letter in December of 2011. At this time, and at all times when the Nilon Action was pending, I was an Associate at Newport Trial Group and as such was not authorized to bind the firm, initiate cases, or decide to continue the pursuit of any cases.

4. I have never spoken to, met, or had direct contact with Andrew Nilon or Giovanni Sandoval during the Nilon v. Natural Immunogenics Corp. case ("Nilon Action"), or anytime thereafter.

5. In the Nilon Action my role was limited to legal research and drafting based on information contained in the file or provided by Scott Ferrell and other senior attorneys within NTG on a task-by-task basis.

6. In December 2011, I drafted the demand letter based on information contained in the file and based on direction provided by Scott Ferrell. The demand letter was eventually reviewed, finalized and sent by Scott Ferrell, who also signed the letter.

7. I believe I also assisted in legal research and drafting of the Complaint in the Nilon Action in early 2012, which was eventually reviewed, finalized and was caused to be filed by Scott Ferrell, who also signed the Complaint. I obtained information to prepare complaints such as the Complaint in the Nilon Action from the client file and from senior attorneys at the firm. I did not obtain the information directly from Mr. Nilon and never interacted with Mr. Nilon.

8. I don't specifically remember being involved in the Nilon Action other than being copied on emails from NIC's counsel Carlos Negrete in 2012 and 2013 that were shown to me at my deposition.

9. I have never interacted with NIC's principals, and I do not recall attending any depositions or court hearings in the Nilon Action. I was not involved in any strategic decisions made in the Nilon Action, and I had no involvement with the decision to add Giovanni Sandoval as a class representative in June or July of 2014. I never spoke to either Scott Ferrell or Ryan Ferrell about Mr. Sandoval and did not draft any of the filings regarding Mr. Sandoval's inclusion as a class representative.

BREMER WHYTE BROWN &
O MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
DECLARATION OF VICTORIA KNOWLES

1601.116 4850-6239-0246.1

10. I harbored no hostility, ill will, or malice towards NIC for the purposes of my involvement in the Nilon Action. Based upon my review of the materials I had access to, I believed there was good cause for Nilon (through NTG) to file and pursue the lawsuit and that the lawsuit had merit. I had no reason to believe otherwise.

11. As such, my only intent was simply to complete the tasks I was assigned to the best of my ability. I did not harbor any hostility or ill will to NIC while I completed the tasks I was assigned in the Nilon Action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of April, 2021, at Los Angeles, California.

*[signature]*
_____
Victoria Knowles

BREMER WHYTE BROWN & O MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3
DECLARATION OF VICTORIA KNOWLES

1601.116 4850-6239-0246.1

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On April 26, 2021, I served the within document(s) described as:

**DECLARATION OF VICTORIA KNOWLES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON NIC'S MALICIOUS PROSECUTION CAUSE OF ACTION**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY CM/ECF) I hereby certify that I have caused the foregoing to be served upon counsel of record and all interested parties through the Court's electronic service system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2021, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Laurinda L. Palacio | /s/ Laurinda L. Palacio |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

1601.116 4828-1753-6181.1

**Natural-Immunogenics Corp. v. Newport Trial Group, et al**

**Case No. 8:15-cv-02034-JVS-JCG**

**BWB&O CLIENT:** Ryan Ferrell; Victoria Knowles; Dave Reid; and Andrew Lee Baslow

**BWB&O FILE NO.:** 1601.116

**SERVICE LIST**

**James M Sabovich**
jsabovich@callahan-law.com
mkingsbury@callahan-law.com

**Peter A Arhangelsky**
parhangelsky@emord.com

**Joshua S Furman**
jfurman@emord.com

**Kristopher Price Diulio**
kdiulio@forddiulio.com

**Brendan M Ford**
bford@forddiulio.com

**Leah M Kaufman**
leah@leahmkaufman.com

**Rosalyn Chapman (Ret.)**
rchapman@jamsadr.com

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1601.116 4828-1753-6181.1