Nicole Whyte, State Bar No. 156503
nwhyte@bremerwhyte.com
Benjamin Price, State Bar No. 267400
bprice@bremerwhyte.com
Kyle A. Riddles, State Bar No. 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
Ryan Ferrell; Victoria Knowles; Dave Reid; and
Andrew Lee Baslow

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS-JCG<br><br>Judge: Hon. James v. Selna<br>Ctrm: 10C<br><br>**[PROPOSED] ORDER ON DEFENDANT VICTORIA KNOWLES' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: December 7, 2015<br>Trial Date: November 1, 2021 |

The Court has considered the Motion of Defendant Victoria C. Knowles for an order granting summary judgment as Count One for Malicious Prosecution against Victoria Knowles. The Motion is GRANTED.

It is ORDERED that Count One of the Fourth Amended Complaint as to Victoria Knowles is dismissed, *with prejudice*.

It is SO ORDERED this _____ day of _____, 2021

_____
Hon. James v. Selna
Judge, United States District Court

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

[PROPOSED] ORDER

1601.116 4838-0380-9255.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On April 26, 2021, I served the within document(s) described as:

**[PROPOSED] ORDER ON DEFENDANT VICTORIA KNOWLES' MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action as stated on the attached mailing list.

[X]  (BY CM/ECF) I hereby certify that I have caused the foregoing to be served upon counsel of record and all interested parties through the Court's electronic service system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2021, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Laurinda L. Palacio | /s/ Laurinda L. Palacio |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

1601.116  4828-1753-6181.1

**Natural-Immunogenics Corp. v. Newport Trial Group, et al**

**Case No. 8:15-cv-02034-JVS-JCG**

**BWB&O CLIENT:**     Ryan Ferrell; Victoria Knowles; Dave Reid; and Andrew Lee Baslow

**BWB&O FILE NO.:**    1601.116

**SERVICE LIST**

**James M Sabovich**
jsabovich@callahan-law.com
mkingsbury@callahan-law.com

**Peter A Arhangelsky**
parhangelsky@emord.com

**Joshua S Furman**
jfurman@emord.com

**Kristopher Price Diulio**
kdiulio@forddiulio.com

**Brendan M Ford**
bford@forddiulio.com

**Leah M Kaufman**
leah@leahmkaufman.com

**Rosalyn Chapman (Ret.)**
rchapman@jamsadr.com
BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

1601.116  4828-1753-6181.1