## APPENDIX A:  PREDICATE ACTS FOR SUMMARY ADJUDICATION

NIC hereby submits a list for the Court's convenience that identifies the specific predicate acts of mail and wire fraud that NIC submits are proven by facts not in dispute.

1. **Wiretapping Scheme:**

| No. | Description | Means | Date | In Furtherance of the Scheme | Liable Defendants | Jurisdictional Facts |
|---|---|---|---|---|---|---|
| 1. | Andrew Baslow's "audit" telephone call to Carter-Reed Co. | Wire (Telephone call) *See* SOF ¶ 128. | August 1, 2012 | Baslow's audit calls were an indispensable and necessary step in the plot because they were used to select target defendants for wiretapping suits. | Andrew Baslow (made the call); Scott Ferrell (directed Baslow to make the call); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 119-21, 127-28. | Andrew Baslow was located in California and Carter-Reed Co. was located in Utah.  *See* SOF ¶ 140 |
| 2. | Andrew Baslow's "audit" telephone call to Himalaya Drug Co. | Wire (Telephone call). *See* SOF ¶¶ 68-69. | July 16, 2012 | Baslow's audit calls were an indispensable and necessary step in the plot because they were used to select target | Andrew Baslow (made the call); Scott Ferrell (directed Baslow to make the call); Newport Trial Group (predicate act performed by | Andrew Baslow was located in California and Himalaya Drug Co. was located in Texas.  *See* SOF ¶ 70 |

| | | | | defendants for wiretapping suits. | its agents). *See* SOF ¶¶ 66-67, 119-21. | |
|---|---|---|---|---|---|---|
| 3. | Sam Schoonover's call to Himalaya Drug Co. | Wire (Telephone call). *See* SOF ¶¶ 85-86. | July 17, 2012 | Schoonover's call was necessary to establish an evidentiary record that suggested his claim had merit and was thus a crucial step in the plot. | Andrew Baslow (directed Schoonover to make the call); Scott Ferrell (directed Baslow in his activity); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 72-84, 119-21. | Sam Schoonover was located in California and Himalaya Drug Co. was located in Texas. *See* SOF ¶¶ 85-86. |
| 4. | Taylor Demulder's call to Carter-Reed Co. | Wire (Telephone call). *See* SOF ¶¶ 139-140. | September 6, 2012 | Demulder's call was necessary to establish an evidentiary record that suggested his claim had merit and was thus a crucial step in the plot. | Andrew Baslow (directed Demulder to make the call); Scott Ferrell (directed Baslow in his activity); Newport Trial Group (predicate act performed by its agents). *See* | Taylor Demulder was located in Nevada and Carter-Reed Co. was located in Utah. *See* SOF ¶¶ 139-140. |

| | | | | | SOF ¶¶ 119-21, 137-140, 144. | |
|---|---|---|---|---|---|---|
| 5. | Email sent by Andrew Baslow to Taylor Demulder to solicit him to participated in a wiretapping case against Carter-Reed. | Wire (Email). *See* SOF ¶ 137. | August 25, 2012 | Andrew Baslow's solicitation of Demulder to participate in a wiretapping case and call Carter-Reed was a necessary step in the plot to manufacture a lawsuit. | Andrew Baslow (sent the email); Scott Ferrell (directed Baslow in his activity); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 119-21, 137 | Andrew Baslow sent the e-mail from Israel and thus through foreign wires. *See* SOF ¶ 137. |
| 6. | Taylor Demulder's Confirmation statement sent by Email to Andrew Baslow. | Wire (Email) *See* SOF ¶¶ 144-145 | September 6, 2012 | Provision of a confirmation statement is a necessary step in the wiretapping plot because NTG used those statements to convince opposing parties that the claims were valid. | Andrew Baslow (directed Demulder to send a confirmation statement); Scott Ferrell (directed Baslow in his activity); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 119-21, 144-145 | Andrew Baslow was located in California and Taylor Demulder was located in Nevada. *See* SOF ¶¶ 144-145 |
| 7. | Wire payment made by Himalaya Drug Co. to | Wire (financial | December 2012 | Obtaining the settlement | Scott Ferrell (signed the | Himalaya Drug Co. was located |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Newport Trial Group to settle the Himalaya case. | wire) *See* SOF ¶ 125 | | proceeds from a defendant company is a required step to succeed in the scheme to defraud through a wiretapping suit. | settlement agreement which required wire payment by Himalaya); Newport Trial Group (predicate act performed by its agents) *See* SOF ¶¶ 114, 119-21, 125 | in Texas when it wired the funds to Newport Trial Group, located in California. *See* SOF ¶¶ 125. |

## 2. **False Advertising Scheme:**

| No. | Description | Means | Date | In Furtherance of the Scheme | Liable Defendants | Jurisdictional Facts |
|---|---|---|---|---|---|---|
| 8. | NTG mailed a demand letter to Nature's Way Products on March 15, 2012 which threatened claims by Sam Pfleg. | Mail (U.S. Mail).  *See* SOF ¶¶ 230-32. | March 15, 2012 | The demand letter to Nature's Way was a step in the plot to advance the false advertising scheme because the letter threatened litigation absent settlement | Scott Ferrell (revised and signed the letter which was sent on his behalf); Newport Trial Group (predicate act performed by its agents).  *See* SOF ¶¶ 230-32. | The letter was sent by U.S. Mail. *See* SOF ¶¶ 230-32. |

3. **Lanham Act Scheme:**

| No. | Description | Means | Date | In Furtherance of the Scheme | Liable Defendants | Jurisdictional Facts |
|---|---|---|---|---|---|---|
| 9. | NTG mailed a demand letter to Natural Product Solutions, LLC which threatened Lanham Act claims on behalf of Strataluz LLC's regarding the ProMAXAL product. | Mail (Federal Express). *See* SOF ¶ 422. | June 2, 2015 | The demand letter to Nature's Way was a step in the plot to advance the false advertising scheme because the letter threatened litigation absent settlement | Scott Ferrell (drafted and signed the letter which was sent on his behalf); Newport Trial Group (predicate act performed by its agents).  *See* SOF ¶¶ 411, 416, 418, 420-422. | The letter was sent by a commercial interstate carrier, Federal Express. *See* SOF ¶ 422. |
| 10. | NTG mailed a demand letter to Nutrex Research, Inc. which threatened Lanham Act claims on behalf of Strataluz LLC's regarding the ProMAXAL product. | Mail (Federal Express). *See* SOF ¶ 422. | June 2, 2015 | The demand letter to Nature's Way was a step in the plot to advance the false advertising scheme because the letter threatened litigation absent settlement | Scott Ferrell (drafted and signed the letter which was sent on his behalf); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 411, 416, 418, 420-422. | The letter was sent by a commercial interstate carrier, Federal Express. *See* SOF ¶ 422. |

| 11. | NTG mailed a demand letter to Twinlab Corp. which threatened Lanham Act claims on behalf of Strataluz LLC's regarding the ProMAXAL product. | Mail (Federal Express). *See* SOF ¶ 422. | June 2, 2015 | The demand letter to Nature's Way was a step in the plot to advance the false advertising scheme because the letter threatened litigation absent settlement | Scott Ferrell (drafted and signed the letter which was sent on his behalf); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 411, 416, 418, 420-422. | The letter was sent by a commercial interstate carrier, Federal Express. *See* SOF ¶ 422. |
| --- | --- | --- | --- | --- | --- | --- |
| 12. | NTG mailed a demand letter to Pristine Bay, LLC which threatened Lanham Act claims on behalf of Strataluz LLC's regarding the ProMAXAL product. | Mail (Federal Express). *See* SOF ¶ 422 | June 2, 2015 | The demand letter to Nature's Way was a step in the plot to advance the false advertising scheme because the letter threatened litigation absent settlement | Scott Ferrell (drafted and signed the letter which was sent on his behalf); Newport Trial Group (predicate act performed by its agents). *See* SOF ¶¶ 411, 416, 418, 420-422. | The letter was sent by a commercial interstate carrier, Federal Express. *See* SOF ¶ 422. |