Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC TRIAL ATTORNEYS, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF JOSHUA S. FURMAN IN SUPPORT OF NIC'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON COUNT II** <br><br> Hearing Date:  June 14, 2021 <br> Time:  1:30 PM <br> Courtroom:  10C <br> Judge:  Hon. James V. Selna |

## DECLARATION OF JOSHUA S. FURMAN

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.  I, Joshua S. Furman, am over the age of 18 and competent to testify to the information below.  All matters contained herein are of my own personal knowledge unless stated as based upon information and belief.  I am counsel of record for Natural Immunogenics Corp. ("NIC") in the above-captioned matter.  I am an attorney in the law firm of Emord & Associates, P.C.

2.  On April 16, 2021, NIC served a meet-and-confer letter regarding NIC's intent to file a motion for summary adjudication of Defendants' affirmative defense of unclean hands.  The parties met and conferred through counsel by telephone on April 19, 2021.  The parties were unable to resolve this dispute informally.

3.  NIC took the deposition of Scott J. Ferrell on March 30, 2021 in Santa Ana, California.  NIC appeared remotely.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 1**.  NIC has excerpted pages from the transcript for brevity.

4.  A true and correct copy of the Statement of Information filed and marked with the State of California Secretary of State is attached as **Exhibit 2**.

5.  Attached as **Exhibit 3** is a true and correct copy of the document produced by the Newport Trial Group and marked with the Bates No. NTG067215-16.

6.  NIC took the deposition of David Reid on March 31, 2021 in Santa Ana, California.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 4**.  NIC has excerpted pages from the transcript for brevity.

7.  NIC took the 30(b)(6) Newport Trial Group Deposition on April 1, 2021 in Santa Ana, California.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 5**.

8.      Attached as **Exhibit 6** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with the Bates Nos. NTG006229-NTG006235.

9.      Attached as **Exhibit 7** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006168-NTG006174.

10.     NIC took the deposition of Victoria Campbell Knowles on July 31, 2020 in Costa Mesa, California.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 8**.  NIC has excerpted pages from the transcript for brevity.

11.     NIC took the deposition of Ryan Mark Ferrell on October 29, 2020 in Gilbert, Arizona.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 9**.  NIC has excerpted pages from the transcript for brevity.

12.     Attached as **Exhibit 10** is a true and correct copy of the Consent to Disbarment of Ryan M. Ferrell dated May 20, 2019.

13.     Attached as **Exhibit 11** is a true and correct copy of the Judgement of Disbarment of Ryan M. Ferrell dated May 22, 2019.

14.     Attached as **Exhibit 12** is a true and correct of the Order of the United States Court of Appeal for the Ninth Circuit in the matter of *Ryan M. Ferrell*, Case No. 19-80072 at Dkt. 3.c

15.     NIC took the deposition of Wynn Ferrell on August 21, 2020 in Chandler, Arizona.  A true and correct copy of the transcript from that deposition is attached as **Exhibit 13**.  NIC has excerpted pages from the transcript for brevity.

16.     NIC took the deposition of Andrew Lee Baslow on August 26, 2020 in Costa Mesa, California. A true and correct copy of the transcript from that deposition is attached as **Exhibit 14**. NIC has excerpted pages from the transcript for brevity.

17.     NIC took the deposition of Andrew Baslow on August 9, 2017 in Irvine, California. A true and correct copy of the transcript from that deposition is attached

as **Exhibit 15**. NIC has excerpted pages from the transcript for brevity

18.     Attached as **Exhibit 16** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG014605-NTG014606.

19.     Attached as **Exhibit 17** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006665.

20.     Attached as **Exhibit 18** is a true and correct copy of the document produced by Newport Trial Group and marked with Bates Nos. NTG005197-NTG005199.

21.     Attached as **Exhibit 19** is a true and correct copy of the document produced by Chromadex and marked with Bates No. CHROMADE00178.

22.     Attached as **Exhibit 20** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG041926.

23.     Attached as **Exhibit 21** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066663-NTG066670.

24.     Attached as **Exhibit 22** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066638-NTG066659.

25.     Attached as **Exhibit 23** is a true and correct copy of the phone records of Andrew Baslow produced by AT&T as Exhibit A.

26.     Attached as **Exhibit 24** is a true and correct copy of the documents produced by Defendant Sam Schoonover and marked with Bates Nos. SCHOONOVER000066-SCHOONOVER00074, SCHOONOVER00080.

27.     Attached as **Exhibit 25** is a true and correct copy of the documents produced by Defendant Sam Schoonover and marked with Bates Nos.

SCHOONOVER00082-SCHOONOVER00092.

28.     Attached as **Exhibit 26** is a true and correct copy of the documents produced by Defendant Sam Schoonover and marked with Bates Nos. SCHOONOVER00001.

29.     Attached as **Exhibit 27** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG005982-NTG00593.

30.     Attached as **Exhibit 28** is a true and correct copy of the Affidavit of Rafael Cervantes and supporting documents produced by Himalaya Drug.

31.     Attached as **Exhibit 29** is a true and correct copy of the documents produced by Defendant Sam Schoonover and marked with Bates Nos. SCHOONOVER00002.

32.     NIC took the deposition of Samuel Schoonover on January 11, 2017 in Los Angeles, California. A true and correct copy of the transcript from that deposition is attached as **Exhibit 30**. NIC has excerpted pages from the transcript for brevity

33.     Attached as **Exhibit 31** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG005986.

34.     Attached as **Exhibit 32** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006150.

35.     Attached as **Exhibit 33** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006151.

36.     Attached as **Exhibit 34** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006161-NTG006167.

37.     Attached as **Exhibit 35** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006229-NTG006235.

38.     Attached as **Exhibit 36** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006386-NTG006387.

39.     Attached as **Exhibit 37** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG006410.

40.     Attached as **Exhibit 38** is a true and correct copy of Defendant Newport Trial Group's Responses to Plaintiff Natural Immunogenic Corp's Interrogatories [Set One].

41.     Attached as **Exhibit 39** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG000239-NTG000240.

42.     NIC took the deposition of Taylor Demulder on May 12, 2017 in Las Vegas, Nevada. A true and correct copy of the transcript from that deposition is attached as **Exhibit 40**. NIC has excerpted pages from the transcript for brevity.

43.     Attached as **Exhibit 41** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG000241.

44.     Attached as **Exhibit 42** is a true and correct copy of the documents produced by Chromadex, Inc. and marked with Bates No. CHROMADEX00178.

45.     Attached as **Exhibit 43** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG006666-NTG006667.

46.     Attached as **Exhibit 44** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No.

NTG006669.

47.    Attached as **Exhibit 45** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006672.

48.    Attached as **Exhibit 46** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006696.

49.    Attached as **Exhibit 47** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006687.

50.    Attached as **Exhibit 48** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates Nos. NTG017138-NTG017139.

51.    Attached as **Exhibit 49** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG015268.

52.    Attached as **Exhibit 50** is a true and correct copy of the phone records of Raquel Torres produced by AT&T.

53.    Attached as **Exhibit 51** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG017134-NTG017135.

54.    NIC took the deposition of Raquel Torres on June 9, 2017 in Irvine, California. A true and correct copy of the transcript from that deposition is attached as **Exhibit 52**. NIC has excerpted pages from the transcript for brevity

55.    Attached as **Exhibit 53** is a true and correct copy of the documents produced by Nutrisystem, Inc. and marked with Bates Nos. NUTRI000001-NUTRI000008.

56.    Attached as **Exhibit 54** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates Nos. NTG057947-NTG057948.

57.    Attached as **Exhibit 55** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG003307-NTG003308.

58.    Attached as **Exhibit 56** is a true and correct copy of the documents produced by Defendant Sam Pfleg and marked with Bates No. PFLEG000001.

59.    Attached as **Exhibit 57** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG011063.

60.    NIC took the deposition of Daniel Bobba on July 22, 2020 in San Jose, California. A true and correct copy of the transcript from that deposition is attached as **Exhibit 58**. NIC has excerpted pages from the transcript for brevity.

61.    Attached as **Exhibit 59** is a true and correct copy of the documents produced by Kiss My Face and marked with Bates Nos. KMF-000001-KMF000002.

62.    Attached as **Exhibit 60** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG003303-NTG003304.

63.    Attached as **Exhibit 61** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG003305-NTG003306.

64.    Attached as **Exhibit 62** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates Nos. NATURE'SWAY_000238-NATURE'SWAY_000239

65.    Attached as **Exhibit 63** is a true and correct copy of the January 30, 2012 letter to Vogue International, Inc. by Newport Trial Group.

66.    Attached as **Exhibit 64** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates Nos.

NATURE'SWAY_000234-NATURE'SWAY_000235.

67.     Attached as **Exhibit 65** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG005126-NTG005127.

68.     Attached as **Exhibit 66** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG000209-NTG000213.

69.     Attached as **Exhibit 67** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG005129-NTG005131.

70.     Attached as **Exhibit 68** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates Nos. NATURE'SWAY_000232-NATURE'SWAY_000233.

71.     Attached as **Exhibit 69** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG069938-NTG069939.

72.     Attached as **Exhibit 70** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG000132.

73.     Attached as **Exhibit 71** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG000248.

74.     Attached as **Exhibit 72** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006177.

75.     Attached as **Exhibit 73** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006390.

76.     Attached as **Exhibit 74** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG041928.

77.     Attached as **Exhibit 75** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006703.

78.     Attached as **Exhibit 76** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG006708.

79.     Attached as **Exhibit 77** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG007983.

80.     Attached as **Exhibit 78** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG014703.

81.     Attached as **Exhibit 79** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG015672.

82.     Attached as **Exhibit 80** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG015731.

83.     Attached as **Exhibit 81** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG01738.

84.     Attached as **Exhibit 82** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG022175.

85.     Attached as **Exhibit 83** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates Nos. NTG022177.

86.    Attached as **Exhibit 84** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG041954.

87.    Attached as **Exhibit 85** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066224.

88.    Attached as **Exhibit 86** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066344-NTG06635.

89.    Attached as **Exhibit 87** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066453.

90.    Attached as **Exhibit 88** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG066728.

91.    Attached as **Exhibit 89** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG069926.

92.    Attached as **Exhibit 90** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG070527.

93.    Attached as **Exhibit 91** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG070767.

94.    Attached as **Exhibit 92** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos.

NTG070771.

95.    Attached as **Exhibit 93** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG071178.

96.    NIC took the 30(b)(6) Deposition of Nutrisystem, Inc. by and through Wayne Crossman on February 27, 2018, in Philadelphia, Pennsylvania. A true and correct copy of the transcript is attached as **Exhibit 94** NIC has excerpted the transcript for brevity.

97.    Attached as **Exhibit 95** is a true and correct copy of Defendant Andrew Nilon's Responses and Objections to Plaintiff's First Set of Interrogatories dated July 25, 2016.

98.    Attached as **Exhibit 96** is a true and correct copy of Defendant Sam Pfleg's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories dated May 22, 2017.

99.    Attached as **Exhibit 97** is a true and correct copy of the Customer Service Call Carter-Reed Company 1-800-506-1577 dated September 6, 2012.

100.    Attached as **Exhibit 98** is a true and correct copy of the documents produced by Defendant Matthew Dronkers and marked with Bates No. DRONKERS000001.

101.    Attached as **Exhibit 99** is a true and correct copy of Defendant Ryan M. Ferrell's Responses to Plaintiff's Natural Immunogenic Corp's Interrogatories [Set One] dated July 11, 2016.

102.    Attached as **Exhibit 100** is a true and correct copy of the documents produced by Defendant Sam Schoonover and marked with Bates No. SCHNOONOVER00023.

103.    Attached as **Exhibit 101** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG022157.

104.   Attached as **Exhibit 102** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066418.

105.   Attached as **Exhibit 103** is a true and correct copy of the documents produced by Nature's Way Products and marked with Bates No. NATURE'SWAY_000228-NATURE'SWAY_000229.

106.   Attached as **Exhibit 104** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG003505.

107.   Attached as **Exhibit 105** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG005061.

108.   Attached as **Exhibit 106** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates No. NATURE'SWAY_000104.

109.   Attached as **Exhibit 107** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates No. NATURE'SWAY_000025.

110.   Attached as **Exhibit 108** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG005780-NTG005782.

111.   Attached hereto as **Exhibit 109** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates Nos. NATURE'SWAY_000001-NATURE'SWAY_000009.

112.   Attached hereto as **Exhibit 110** is a true and correct copy of the documents produced by Nature's Way Products, Inc. and marked with Bates Nos. NATURE'SWAY_000045-NATURE'SWAY_000046

113.   Attached as **Exhibit 111** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates Nos. NTG022173.

114.    Attached as **Exhibit 112** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates Nos. NTG022179.

115.    Attached as **Exhibit 113** is a true and correct copy of Defendant Sam Pfleg's Responses and Objections to Plaintiff's First Set of Interrogatories dated August 15, 2016.

116.    Attached as **Exhibit 114** is a true and correct copy of Defendant Sam Pfleg's Supplemental Responses and Objection to Plaintiff's First Set of Interrogatories dated May 23, 2017.

117.    NIC took the deposition of Andrew Nilon on June 7, 2017 in Irvine, California. A true and accurate copy of the transcript is attached as **Exhibit 115.** NIC has excerpted the transcript for brevity.

118.    Attached as **Exhibit 116** is a true and correct copy of the documents produced by Defendant Andrew Nilon and marked with the Bates No. NILON00051.

119.    Attached as **Exhibit 117** is a true and correct copy of the documents produced by Giovanni Sandoval and marked with Bates No. SANDOVAL00001.

120.    Attached as **Exhibit 118** is a true and correct copy of Defendant Ryan M. Ferrell's Responses to Plaintiff Natural Immunogenic Corp.'s Interrogatories [Set One] dated July 7, 2016.

121.    Attached as **Exhibit 119** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG011063.

122.    Attached as **Exhibit 120** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG006725.

123.   Attached as **Exhibit 121** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG063580.

124.   Attached as **Exhibit 122** is a true and correct copy of the document produced by Defendant Newport Trial Group and marked with Bates No. NTG067652.

125.   Attached as **Exhibit 123** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067900.

126.   Attached as **Exhibit 124** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG06915.

127.   Attached as **Exhibit 125** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067585.

128.   Attached as **Exhibit 126** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG062923 – NTG062967.

129.   Attached as **Exhibit 127** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067119-NTG067120.

130.   Attached as **Exhibit 128** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067534-NTG067541.

131.   Attached as **Exhibit 129** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG062968-NTG062975.

132.   Attached as **Exhibit 130** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates No. NTG067526-NTG067533.

133. Attached as **Exhibit 131** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067515-NTG067521.

134. Attached as **Exhibit 132** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067597-NTG067604.

135. Attached as **Exhibit 133** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067882-NTG067884.

136. Attached as **Exhibit 134** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG065684.

137. Attached as **Exhibit 135** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067483-NTG067484.

138. Attached as **Exhibit 136** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066214-NTG066215.

139. NIC took the deposition of Jarrod Bentley on December 15, 2017 in Irvine, California. A true and accurate copy of the transcript is attached as **Exhibit 137**. NIC has excerpted the transcript for brevity.

140. Attached as **Exhibit 138** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070517 – NTG070519.

141. Attached as **Exhibit 139** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No.

NTG066239.

142.   Attached as **Exhibit 140** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070537.

143.   Attached as **Exhibit 141** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066296.

144.   Attached as **Exhibit 142** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG071179.

145.   Attached as **Exhibit 143** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066011-NTG066012.

146.   Attached as **Exhibit 144** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066013-NTG066014.

147.   Attached as **Exhibit 145** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066041-NTG066042.

148.   Attached as **Exhibit 146** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066017-NTG066018.

149.   Attached as **Exhibit 147** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066015-NTG066016.

150.   Attached as **Exhibit 148** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066039-NTG066040.

151. Attached as **Exhibit 149** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066043-NTG066044.

152. Attached as **Exhibit 150** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067194.

153. Attached as **Exhibit 151** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067128.

154. Attached as **Exhibit 152** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067126-NTG067127.

155. Attached as **Exhibit 153** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070634.

156. Attached as **Exhibit 154** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066354.

157. Attached as **Exhibit 154** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070678.

158. Attached as **Exhibit 155** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070661.

159. Attached as **Exhibit 156** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070041-NTG070047.

160. Attached as **Exhibit 157** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates No. NTG066420.

161.   Attached as **Exhibit 158** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066446.

162.   Attached as **Exhibit 159** is a true and correct copy of Defendant Giovanni Sandoval, Jr.'s Responses and Objections to Plaintiff's First Set of Interrogatories dated July 25, 2016.

163.   Attached as **Exhibit 160** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070691.

164.   Attached as **Exhibit 161** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067133.

165.   Attached as **Exhibit 162** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG069940.

166.   Attached as **Exhibit 163** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066373-NTG066374.

167.   Attached as **Exhibit 164** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070211.

168.   Attached as **Exhibit 165** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG068854.

169.   Attached as **Exhibit 166** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No.

NTG070553.

170.   Attached as **Exhibit 167** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070172-NTG070173.

171.   Attached as **Exhibit 168** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070209-NTG070210.

172.   Attached as **Exhibit 169** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066425.

173.   Attached as **Exhibit 170** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG068999.

174.   Attached as **Exhibit 171** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG071004-NTG071005.

175.   Attached as **Exhibit 172** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG065733-NTG065734.

176.   Attached as **Exhibit 173** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG065735-NTG065736.

177.   Attached as **Exhibit 174** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No.NTG065737-NTG065738.

178.   Attached as **Exhibit 175** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG065731-NTG065732.

179.   Attached as **Exhibit 176** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066529-NTG066531.

180.   Attached as **Exhibit 177** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070216-NTG070217.

181.   Attached as **Exhibit 178** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070875-NTG070876.

182.   Attached as **Exhibit 179** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG064115-NTG064116.

183.   Attached as **Exhibit 180** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG063883-NTG063884.

184.   Attached as **Exhibit 181** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG063450-NTG063451.

185.   Attached as **Exhibit 182** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG063891-NTG063892.

186.   Attached as **Exhibit 183** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070398-NTG070403.

187.   Attached as **Exhibit 184** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067272-NTG067273.

188.   Attached as **Exhibit 185** is a true and correct copy of the documents

produced by Defendant Newport Trial Group and marked with Bates No. NTG066587-NTG066589.

189.   Attached as **Exhibit 186** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066584.

190.   Attached as **Exhibit 187** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066019-NTG066020.

191.   Attached as **Exhibit 188** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066758-NTG066759.

192.   Attached as **Exhibit 189** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066923.

193.   Attached as **Exhibit 190** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070572.

194.   Attached as **Exhibit 191** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066866-NTG066869.

195.   Attached as **Exhibit 192** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG064149-NTG064151.

196.   Attached as **Exhibit 193** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG069808-NTG069809.

197.   Attached as **Exhibit 194** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No.

NTG066995-NTG066996.

198.   Attached as **<u>Exhibit 195</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066998-NTG067001.

199.   Attached as **<u>Exhibit 196</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067177-NTG067178.

200.   Attached as **<u>Exhibit 197</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG069923-NTG069925.

201.   Attached as **<u>Exhibit 198</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066219.

202.   Attached as **<u>Exhibit 199</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG069930-NTG069934.

203.   Attached as **<u>Exhibit 200</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066448.

204.   Attached as **<u>Exhibit 201</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NT070742.

205.   Attached as **<u>Exhibit 202</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067515-NTG067521.

206.   Attached as **<u>Exhibit 203</u>** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG067138-NTG067139.

207.   Attached as **Exhibit 204** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG066543.

208.   Attached as **Exhibit 205** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG070172-NTG070173.

209.   Attached as **Exhibit 206** is a true and correct copy of Defendant Taylor Demulder's Responses and Objections to Plaintiff's First Set of Interrogatories dated August 15, 2016.

210.   Attached as **Exhibit 207** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked with Bates No. NTG058420-NTG058427.

211.   NIC took the deposition of Andrew Baslow on February 7, 2013 in Costa Mesa, California. Attached as **Exhibit 208** is a true and accurate copy of the transcript. NIC has excerpted the deposition for brevity.

212.   Attached as **Exhibit 209** is a true and correct copy of the August 24, 2015 Email from Andrew Nilon and marked with the subject Re: follow-up.

213.   Attached as **Exhibit 211** is a true and correct copy of the phone records of Sam Pfleg produced by AT&T as Exhibit D.

214.   Attached as **Exhibit 212** is a true and correct copy of the Declaration of Jason Jackson of AT&T supporting the phone records produced by AT&T.

215.   Attached as **Exhibit 213** is a true and correct copy of the privilege log produced by Defendant Sam Pfleg and marked with his Supplemental Responses and Objections to Plaintiff's First Set of Requests for Production – Privileged Log dated May 26, 2017.

216.   Attached as **Exhibit 214** is a true and correct copy of the phone records of Andrew Nilon produced by Verizon Wireless.

217.   Attached as **Exhibit 215** is a true and correct copy of documents

produced by Defendant Newport Trial Group and marked and marked with Bates No. NTG015261.

218.   Attached as **Exhibit 216** is a true and correct copy of Defendant Sam Schoonover's Responses and Objections to Plaintiff's First Set of Interrogatories dated August 14, 2016.

219.   Attached as **Exhibit 217** is a true and correct copy of the Westlaw case search for Harcol Research performed on April 25, 2021.

220.   Attached as **Exhibit 218** is a true and correct copy of the Westlaw case search for Tawnsaura Group, LLC performed on April 25, 2021.

221.   Attached as **Exhibit 219** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked and marked with Bates No. NTG065618.

222.   Attached as **Exhibit 220** is a true and correct copy of the documents produced by Defendant Newport Trial Group and marked and marked with Bates No. NTG065753.

223.   NIC took the deposition of Joshua Aaron Weiss on November 3, 2017 in Mission Viejo, California. Attached as **Exhibit 221** is a true and accurate copy of the transcript. NIC has excerpted the transcript for brevity.

224.   NIC took the deposition of James Hardin, Esq. on August 11, 2017, in Irvine, California. Attached as **Exhibit 222** is a true and correct copy of the transcript. NIC has excerpted the transcript for brevity.

225.   Attached as **Exhibit 223** is a true and correct copy of the phone recording of Raquel Torres's call to Nutrisystem Inc. On August 24, 2012 produced by the Defendant Newport Trial Group. (Manually filed).

226.   Attached as **Exhibit 224** is a true and correct copy of Defendant Scott J. Ferrell's Responses to Plaintiff Natural Immunogenics Corp's Interrogatories [Set One].

Executed this 26th day of April, 2021 in Pima County, Arizona.


_/s/ Joshua S. Furman_
Joshua S. Furman

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, the foregoing, **DECLARATION OF JOSHUA S. FURMAN IN SUPPORT OF NIC'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON COUNT II** was electronically filed via the CM/ECF system and sent by that system to the following:

Brendan M. Ford [*bford@forddiulio.com*]
Kristopher P. Diulio [*kdiulio@forddiulio.com*]
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*


David J. Darnell, Esq. [*ddarnell@callahan-law.com*]
Edward Susolik, Esq. [*es@callahan-law.com*]
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorneys for Newport Trial Group and Scott Ferrell*


Nicole Whyte [*nwhyte@bremerwhyte.com*]
Benjamin Price [*bprice@bremerwhyte.com*]
Kyle A. Riddles [*kriddles@bremerwhyte.com*]
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
*Attorneys for Defendants Ryan Ferrell, Andrew Baslow, David Reid, and Victoria Knowles*

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

      */s/ Joshua S. Furman*
      Joshua S. Furman, Esq.