# EXHIBIT 19

# NEWPORT TRIAL GROUP

*A Professional Corporation*

March 21, 2013

**Via Federal Express**
ChromaDex, Inc.
Attn: Legal Department
10005 Muirlands Blvd., Suite G
Irvine, CA 92618

    Re:    Class Action Complaint – Wiretap Violations

Ladies and Gentlemen:

    **Please give this letter, as well as the enclosed Class Action Complaint, your immediate attention.**

    This law firm represents an individual named Andrew Nilon, who recently contacted ChromaDex, Inc. ("ChromaDex") from a cellular phone to inquire about a "BluScience" product he had purchased. When Mr. Nilon called, he spoke to a customer service representative to whom he provided both confidential and private details about himself, including his social security number, after being assured that the conversation would be confidential.

    Shortly after concluding the preceding call, Mr. Nilon was shocked to learn that ChromaDex recorded his confidential call (as well as all other incoming customer calls) without disclosure to or consent by Mr. Nilon or any other callers. The practice of recording and/or monitoring wireless telephone calls originating in California without the consent of the caller violates section 630 et seq. of the California Penal Code. That statute provides for, among other things, automatic statutory damages of $5,000 to each individual whose telephone conversation was recorded without consent. Assuming that ChromaDex received only 10,000 calls from Californians during the four-year class period, which we believe to be a very conservative estimate, ChromaDex could be liable for over $50,000,000 in class-wide damages, as well as attorneys fees and costs.

    I have attached a courtesy copy of a class action lawsuit that we intend to file within fourteen days of sending this letter. Notwithstanding the preceding facts, our goal is to cause ChromaDex to stop the illegal practice of recording confidential customer telephone calls without disclosure to or consent by customers. Toward that end, I invite you to contact me if you would like to resolve this matter short of litigation.

                                           Sincerely,

                                           NEWPORT TRIAL GROUP

                                           Scott J. Ferrell, Esq.

SJF/jdf
Enclosures