1  **CALLAHAN & BLAINE, APLC**
   Edward Susolik (SBN 151081)
2  esusolik@callahan-law.com
   David J. Darnell (SBN 210166)
3  ddarnell@callahan-law.com
   Stephanie A. Sperber (SBN 230006)
4  ssperber@callahan-law.com
   3 Hutton Centre Drive, Ninth Floor
5  Santa Ana, California 92707
   Telephone: (714) 241-4444
6  Facsimile: (714) 241-4445

7  Attorneys for Defendants NEWPORT TRIAL GROUP
   and SCOTT J. FERRELL

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                 **SOUTHERN DIVISION**

12  NATURAL IMMUNOGENICS          CASE NO.  8:15-cv-02034-JVS-JCG
    CORP., a Florida corporation,
13                                **NOTICE OF OBJECTION ON**
                 Plaintiff,       **BEHALF OF DEFENDANTS**
14                                **NEWPORT TRIAL GROUP AND**
                                  **SCOTT J. FERRELL REGARDING**
15       v.                       **APRIL 27, 2021 ORDER AT**
                                  **DOCKET NO. 1116**
16  NEWPORT TRIAL GROUP, et al.,
                                  Judge:  Hon. James V. Selna
17               Defendants.

18                                Complaint Filed:  December 7, 2015
                                  Trial Date:       November 1, 2021
19

20

21

22

23

24

25

26

27

28

_A PROFESSIONAL LAW CORPORATION_
CALLAHAN & BLAINE
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Newport Trial Group and Scott J. Ferrell object to the Court's issuance of the April 27, 2021 Order at Docket No. 1116 on the grounds that it violates due process and Local Rule 79-5.2.2(b)(i) by denying Defendants and third parties the requisite time and opportunity to review and request that certain documents, which Plaintiff had conditionally filed under seal less than 12 hours earlier in support of Plaintiff's Motion for Summary Adjudication, should be sealed.

On April 26, 2021, just before midnight, Plaintiff filed a Motion for Summary Adjudication. (Dkt. 1107.) On April 27, 2021, Plaintiff filed an Application re Under Seal Filing pursuant to Local Rule 79-5.2.2(b). (Dkt. 1114.) Specifically, Plaintiff filed Docket Nos. 1115 through 1115-27 conditionally under seal.

However, Plaintiff did not email Defendants with its 299-page under seal filing until 11:57 a.m. on April 27, 2021. As Plaintiff noted in its Application re Under Seal Filing, Plaintiff had not previously identified most of these documents to Defendants. (*See* Dkt. 1114 at 2:11-12; *see also* Dkt. 1115 (Furman Decl.) at ¶ 8.) Further, Local Rule 79-5.2.2(b)(i) provides four days for a party to review the documents NIC conditionally filed under seal and to decide whether to file a declaration establishing that compelling reasons exist to maintain the documents under seal.

Despite the fact that Defendants have not been given an opportunity to review the documents NIC filed under seal, and despite not being given the required time or opportunity to submit a declaration pursuant to Local Rule 79-5.2.2(b)(i), the Court issued an Order at 12:10pm on April 27, 2021 finding "no compelling reasons to seal documents submitted in support of Plaintiff's motion for partial summary adjudication." (Dkt. 1116 at 2.) By issuing this Order, it appears that any statements that Defendants or third parties might make in support of a request to seal

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

records would be fruitless, and that it made no difference that Defendants and third parties had not been afforded an opportunity to review the documents Plaintiff conditionally filed under seal.  (*See Id.*)  On this basis, Defendants Newport Trial Group and Scott J. Ferrell respectfully submit this objection.

Dated:  April 27, 2021

**CALLAHAN & BLAINE, APLC**

By:     */s/ Stephanie A. Sperber*
Edward Susolik
David J. Darnell
Stephanie A. Sperber
Attorneys for Defendants NEWPORT TRIAL GROUP and SCOTT J. FERRELL