1  Nicole Whyte, State Bar No. 156503
   nwhyte@bremerwhyte.com
2  Benjamin Price, State Bar No. 267400
   bprice@bremerwhyte.com
3  Kyle A. Riddles, State Bar No. 309854
   kriddles@bremerwhyte.com
4  BREMER WHYTE BROWN & O'MEARA LLP
   20320 S.W. Birch Street
5  Second Floor
   Newport Beach, California 92660
6  Telephone:  (949) 221-1000
   Facsimile:  (949) 221-1001
7
   Attorneys for Defendants,
8  Ryan Ferrell; Victoria Knowles; Dave Reid; and
   Andrew Lee Baslow
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   SOUTHERN DIVISION

13  NATURAL-IMMUNOGENICS CORP.,   )  Case No. 8:15-cv-02034-JVS-JCG
    a Florida Corporation,         )
14                                 )  Judge:  Hon. James V. Selna
            Plaintiff,             )
15                                 )  **STIPULATION TO DISMISS**
       vs.                         )  **PLAINTIFF NIC'S MALICIOUS**
16                                 )  **PROSECUTION CLAIM**
    NEWPORT TRIAL GROUP, et al.,   )  **AGAINST DEFENDANT DAVID**
17                                 )  **REID; AND [PROPOSED] ORDER**
            Defendants.            )  **THEREON**
18  _____ )
                                      Complaint Filed:  December 7, 2015
19                                    Trial Date:        November 1. 2021

20        Plaintiff, Natural Immunogenics Corp. ("NIC") and Defendant David Reid

21  (collectively the "Parties"), by and through counsel of record, and for the reasons set

22  forth below, hereby jointly stipulate and ask this Court to issue an Order dismissing

23  NIC's Malicious Prosecution claim against David Reid.

24                          **STIPULATION**

25        WHEREAS, on December 7, 2015, NIC filed its Complaint for (1) Malicious

26  Prosecution; (2) Violation of the RICO Act (18 U.S.C. §§ 1961, 1962(c), 1964(c));

27  (3) Violation of the RICO Act (18 U.S.C. §§ 1961, 1962(d), 1964(c)); (4) Violation

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

STIPULATION TO DISMISS PLAINTIFF NIC'S MALICIOUS PROSECUTION CLAIM AGAINST
DEFENDANT DAVID REID

1601.116  4811-0176-5863.2

1   of the RICO Act (18 U.S.C. §§ 1961, 1962(d), 1964(c)); and (5) Unfair Competition

2   (Cal. B&P Code §§ 17200, et seq.; Cal. B&P Code §§ 7520, et. seq.) (Dkt. 1);

3        WHEREAS, a number of amended complaints were filed in the above-

4   captioned matter and the operative complaint is now the Fourth Amended Complaint

5   ("FAC"), filed on June 18, 2020. (DKT 1007);

6        WHEREAS, the FAC lists the following counts against defendants: (1)

7   Malicious Prosecution; (2) Violation of the RICO Act (18 U.S.C. §§ 1961, 1962(c),

8   1964(c)); (3) Violation of the RICO Act (18 U.S.C. §§ 1961, 1962(d), 1964(c)) and

9   (4) Unfair Competition (Cal. B&P Code §§ 17200, et seq.; Cal. B&P Code §§ 7520,

10  et. seq.);

11       WHEREAS, the FAC names David Reid as a defendant to the count for

12  Malicious Prosecution at paragraph 379 of the FAC;

13       WHEREAS, the Parties, by and through their counsel, met and conferred and

14  agreed that NIC will dismiss, with prejudice, its Malicious Prosecution claim as to

15  defendant David Reid, only;

16       WHEREAS, NIC does not by this stipulation dismiss any other claims against

17  Defendant David Reid and still asserts Count II (Violation of the RICO Act (18

18  U.S.C. §§ 1961, 1962(c), 1964(c)) and Count III (Violation of the RICO Act (18

19  U.S.C. §§ 1961, 1962(d), 1964(c)) against Defendant David Reid; and

20       WHEREAS, David Reid hereby reserves all rights and waives none of his

21  defenses available to him at the time of this stipulation.

22       ACCORDINGLY, the Parties do hereby stipulate and agree, and respectfully

23  request that the Court issue an order dismissing NIC's count for Malicious

24  Prosecution as to defendant David Reid, *with prejudice*.

25  / / /

26  / / /

27  / / /

28  / / /

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

STIPULATION TO DISMISS PLAINTIFF NIC'S MALICIOUS PROSECUTION CLAIM AGAINST
DEFENDANT DAVID REID

1601.116  4811-0176-5863.2

1  Dated April 30, 2021                    EMORD & ASSOCIATES, PC

2

3                                          By: /s/ Joshua S. Furman

4                                          Peter A. Arhangelsky, Esq. (SBN 291325)
                                           Joshua S. Furman (pro hac vice)
5                                          Attorneys for Plaintiff
                                           *Natural Immunogenics Corp.*
6

7  Dated:  April 30, 2021                  BREMER WHYTE BROWN & O'MEARA
                                           LLP
8

9
                                           By: /s/ Kyle A. Riddles
10                                         Benjamin Price
                                           Kyle A. Riddles
11                                         Attorneys for Defendants
                                           Ryan Ferrell; Victoria Knowles;
12                                         Dave Reid; and Andrew Lee Baslow

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3

STIPULATION TO DISMISS PLAINTIFF NIC'S MALICIOUS PROSECUTION CLAIM AGAINST DEFENDANT DAVID REID

1601.116  4811-0176-5863.2

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On April 30, 2021, I served the within document(s) described as:

**STIPULATION TO DISMISS PLAINTIFF NIC'S MALICIOUS PROSECUTION CLAIM AGAINST DEFENDANT DAVID REID; AND [PROPOSED] ORDER THEREON**

on the interested parties in this action as stated on the attached mailing list.

X   (BY CM/ECF) I hereby certify that I have caused the foregoing to be served upon counsel of record and all interested parties through the Court's electronic service system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2021, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Laurinda L. Palacio | /s/ Laurinda L. Palacio |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

1

1601.116  4828-1753-6181.1

1    **<u>Natural-Immunogenics Corp. v. Newport Trial Group, et al</u>**

2    **Case No. 8:15-cv-02034-JVS-JCG**

3    **BWB&O CLIENT:**      **Ryan Ferrell; Victoria Knowles; Dave Reid; and**
       **Andrew Lee Baslow**

4

5    **BWB&O FILE NO.:**      **1601.116**

6                               **<u>SERVICE LIST</u>**

7    **James M Sabovich**
      jsabovich@callahan-law.com
8    mkingsbury@callahan-law.com

9    **Peter A Arhangelsky**
      parhangelsky@emord.com
10

      **Joshua S Furman**
11   jfurman@emord.com

12   **Kristopher Price Diulio**
      kdiulio@forddiulio.com
13

      **Brendan M Ford**
14   bford@forddiulio.com

15   **Leah M Kaufman**
      leah@leahmkaufman.com
16

      **Rosalyn Chapman (Ret.)**
17   rchapman@jamsadr.com

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

1601.116  4828-1753-6181.1