**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 3

Message

**From:** Dave Reid [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DREID]
**Sent:** 5/18/2015 9:59:04 AM
**To:** Scott Ferrell [sferrell@trialnewport.com]
**Subject:** FW: filing/demand priorities

My recommendation would be to hold the Gluten demands for a tic to see how these first round of cellulite matters pan out. Like all of these, there is going to be a learning curve on what buttons to push for the best settlements and we have quite a few matters in play right now. Thoughts?

Dave

**From:** Victoria Knowles
**Sent:** Monday, May 18, 2015 9:50 AM
**To:** Scott Ferrell; Dave Reid
**Cc:** Carla Wise; Andrew Baslow
**Subject:** filing/demand priorities

Guys,

I have a number of complaints and demands in the queue and I'd like your input on prioritizing and to determine ideally what number you'd like filed/sent per week. Here's what I have:



**Strataluz**

    Cellulite Demands (up to date on sending demands per SJF)
    Gluten Demands: Identify Gluten, Gluten Guard
    Gluten Complaints: Gluten Defense, Gluten Cutter

**ADA Websites**

    ADA Website Demands: there are in the upwards of thirty matters ready for demands. I have about 10 prepped and ready.
    ADA Website Complaints: American Eagle, Corningware, Tommy Hilfiger, Jos. A Bank, Perfumania

**ADA POS**

    ADA POS Complaints: Fossil (filed), Guess (Dave in talks w/ Guess on website)

**ADA Mobility Barrier**

    De La Rosa at Inland Center Mall (awaiting confirmation photos/investigation) – This is Wynn's connection but since we've already filed five actions on his behalf and almost all of the store involved concern stores we've already settled, I wonder if this is a wise route at this juncture.
    Roger Fadness at Irvine Spectrum (awaiting confirmation photos/investigation)

Thanks,
VIC

## NEWPORT TRIAL GROUP

A Professional Corporation
VICTORIA C. KNOWLES, ESQ.
Attorney
4100 Newport Place, Suite 800
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 - Fax
vknowles@trialnewport.com
www.trialnewport.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful