**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 20

DECLARATION OF JOSHUA S. FURMAN EXHIBIT 20

Message

| | |
|---|---|
| **From**: | Andrew Baslow [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABASLOW] |
| **Sent**: | 5/3/2013 4:21:29 PM |
| **To**: | Scott Ferrell [sferrell@trialnewport.com] |
| **CC**: | Dave Reid [dreid@trialnewport.com]; Victoria Knowles [vknowles@trialnewport.com] |
| **Subject**: | Re: Wiretap Questions |

Most definitely. I'll report back ASAP.

On May 3, 2013, at 4:09 PM, "Scott Ferrell" <sferrell@trialnewport.com> wrote:

Guys,

A few questions on the wiretap cases:

1. Per Carla's chart today, we have 32 cases in the "seasoning stage." Andrew, can you let me know at what rate we are "processing" those cases?

2. It appears that the following defendants have not responded to our letters and draft complaints: Blu Science, ▮▮▮▮▮ and ▮▮▮▮▮. Victoria, will you draft class action complaints for filing in Ventura county for my review for all three of these?

3. Andrew, can you check to see which if any of the following companies have changed their automated greeting to include a disclosure since hearing from us: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

These are great cases guys, and I love the teamwork we have on them. Keep up the great work.

*Scott J. Ferrell, Esq.*

**NEWPORT TRIAL GROUP**
E: sferrell@trialnewport.com
W: www.trialnewport.com
T: 949.706.6464

**CONFIDENTIAL**

NTG041928

DECLARATION OF JOSHUA S. FURMAN            EXHIBIT 20