**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 33

| | |
|---|---|
| **Message** | |
| **From**: | Andrew Baslow [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ABASLOW] |
| **Sent**: | 8/11/2012 10:59:06 AM |
| **To**: | Scott Ferrell [sferrell@trialnewport.com] |
| **Subject**: | Re: |

Scott:

Just spoke with Sam Schoonover. I think it is best to not share that number in which he called from. It is a cell phone of his roommate, Austin Glenn,

Let me know your thoughts.

Baz

On Aug 11, 2012, at 10:24 AM, "Scott Ferrell" <sferrell@trialnewport.com> wrote:
Baz,

We are in very early settlement discussions in the Schoonover v. Himalaya wiretap case.

As part of those discussions, they've asked us to tell them the number that he called from, which was 714-396-6971. Is there any reason not to share that with them, and do you know the background (is it a landline, who owns it, etc.)? For example, I want to make sure it wasn't your house, your cell, or anything like that where they could link it back to us...

*Scott J. Ferrell, Esq.*

**NEWPORT TRIAL GROUP**
E:   sferrell@trialnewport.com
W:   www.trialnewport.com
T:   949.706.6464

**CONFIDENTIAL**

NTG006151

DECLARATION OF JOSHUA S. FURMAN                                EXHIBIT 33