**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 72

DECLARATION OF JOSHUA S. FURMAN                               EXHIBIT 72

Message

| | |
|---|---|
| **From**: | Scott Ferrell [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFERRELL] |
| **Sent**: | 8/26/2012 9:37:37 AM |
| **To**: | Victoria Knowles [vknowles@trialnewport.com] |
| **Subject**: | FW: Attn: Randdle conversation with Himalaya |

Vic:

Would you draft an FAC for filing on Tuesday that makes the new allegations and adds the new plaintiff below?

Thanks,

*Scott J. Ferrell, Esq.*

**NEWPORT TRIAL GROUP**
E:   sferrell@trialnewport.com
W   www.trialnewport.com
T:   949.706.6464

---

**From:** Andrew Baslow
**Sent:** Saturday, August 25, 2012 11:33 AM
**To:** Scott Ferrell
**Cc:** Carla Wise
**Subject:** Fwd: Attn: Randdle conversation with Himalaya

Scott/Carla:

Below is confirmation and contact info for Himalaya Drug Co Wiretap #2.

Bazz


Begin forwarded message:
**From:** Randall Harris <therealkuzz0@gmail.com>
**Date:** August 25, 2012 1:09:39 AM GMT+03:00
**To:** Andrew Baslow <andrew@trialnewport.com>
**Subject: Attn: Randdle conversation with Himalaya**


To whom this may concern:

I spoke with Velia at Himalaya drugs (800)869-4640at around 1:45pm on Tuesday August 21 from (818) 626 4829. We exchanged names during the beginning of the conversation then I proceeded by asking her if they had any products that could treat very bad facial acne. I told her that my acne problem is so bad that some times I feel very depressed and don't even want to go outside and as of lately I've been calling out of work because of it. She told me she would send me a sample of their acne product to see if it would help my problem. I told her my address and the conversation

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN

NTG006177

EXHIBIT 72

ended. From the start of the conversation till the end I was never informed that I was being recorded or monitored.

Randall Harris
21930 Marylee st. #96
woodland hills, CA 91367
TheRealKuzz0@gmail.com
(818) 626 4829
Sent from my iPhone

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN

NTG006178

EXHIBIT 72