**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 73

Message

| From: | Scott Ferrell [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFERRELL] |
|---|---|
| Sent: | 10/25/2012 5:40:30 PM |
| To: | Dave Reid [dreid@trialnewport.com] |
| Subject: | RE: Himalaya |

██████████████████████

*Scott J. Ferrell, Esq.*

**NEWPORT TRIAL GROUP**
E:  sferrell@trialnewport.com
W  www.trialnewport.com
T:  949.706.6464

**From:** Dave Reid
**Sent:** Thursday, October 25, 2012 4:58 PM
**To:** Scott Ferrell
**Subject:** Himalaya

Scott,

I need to give you a full portfolio update but I haven't had the time to put it all together.  I'm hoping to get that to you soon so you are in the loop on progress.  Spoiler alert: I am very close with a few that we can close soon.  PERFECT.

I had a convo with Angel Garganta (████████████████████████).  ██████.

He contacted me out of the blue and told me they had located the records for Harris and Schonover.  They have confirmed that Harris' call was **not** recorded.  He then read me the transcript of Schonover's call.  I believe this is one of the first ones we filed so the content of the conversation is not really private or personal in any way.  He just asks what their most successful product is and then nothing else is disclosed and the conversation ends. ██████
████████████████████████████████████████████████████████████

Dave

**NEWPORT TRIAL GROUP**
A Professional Corporation
David W. Reid
Attorney
895 Dove Street, Suite 425
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 - Fax

**CONFIDENTIAL**

NTG006390

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 73

dreid@trialnewport.com
www.trialnewport.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**CONFIDENTIAL**

NTG006391

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 73