**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 84

DECLARATION OF JOSHUA S. FURMAN     EXHIBIT 84

**Message**

**From**: Scott Ferrell [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFERRELL]
**Sent**: 5/14/2013 11:10:19 AM
**To**: Victoria Knowles [vknowles@trialnewport.com]
**Subject**: Re: Wiretap Questions

I'll give them a final review and bless.

----- Original Message -----
From: Victoria Knowles
To: Scott Ferrell
Sent: Tue May 14 11:08:57 2013
Subject: RE: Wiretap Questions

Want all three to get filed?  Or are we waiting on something?

-----Original Message-----
From: Scott Ferrell
Sent: Tuesday, May 14, 2013 11:09 AM
To: Victoria Knowles
Subject: Re: Wiretap Questions

Beautiful. Thanks Vic!

----- Original Message -----
From: Victoria Knowles
To: Scott Ferrell
Sent: Tue May 14 11:08:10 2013
Subject: RE: Wiretap Questions

Scott,


Attached are the complaints for BlueScience, [redacted], and [redacted] all drafted for Ventura.  These were the three you originally thought of Mike Kelly for.


VIC


From: Scott Ferrell
Sent: Monday, May 13, 2013 12:51 PM
To: Victoria Knowles
Subject: RE: Wiretap Questions


Vic,


Sorry for not following up on this; Mike said they only want false advertising cases.  so lets draft this to file as a class action ourselves in ventura, thanks


Scott J. Ferrell, Esq.

Newport Trial Group

E:    sferrell@trialnewport.com <mailto:sfrrell@trialnewport.com>

W   www.trialnewport.com <http://www.trialnewport.com>

T:    949.706.6464


NTG041954

From: Victoria Knowles
Sent: Monday, May 13, 2013 8:47 AM
To: Scott Ferrell
Subject: FW: Wiretap Questions

Hi Scott,

I've been working on the wiretap cases that will potentially be referred to Mike Kelly. Have you had an opportunity to review the attached so that the ones we send his way are uniform?

Thanks,

VIC

From: Victoria Knowles
Sent: Monday, May 06, 2013 11:28 AM
To: Scott Ferrell
Subject: RE: Wiretap Questions

Scott,

Here's one of the drafted complaints to send to Mike. Want to work off this one and let me know if there is anything you specifically want changed for him and I'll draft the others based on that?

VIC

From: Scott Ferrell
Sent: Friday, May 03, 2013 4:09 PM
To: Andrew Baslow; Dave Reid; Victoria Knowles
Subject: Wiretap Questions

Guys,

A few questions on the wiretap cases:

1. Per Carla's chart today, we have 32 cases in the "seasoning stage." Andrew, can you let me know at what rate we are "processing" those cases?

2. It appears that the following defendants have not responded to our letters and draft complaints: Blu Science, ████████, and ████████. Victoria, will you draft class action complaints for filing in Ventura county for my review for all three of these?

NTG041955

3.  Andrew, can you check to see which if any of the following companies have changed their automated greeting to include a disclosure since hearing from us: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

These are great cases guys, and I love the teamwork we have on them.  Keep up the great work.

Scott J. Ferrell, Esq.

Newport Trial Group

E:    sferrell@trialnewport.com <mailto:sfrrell@trialnewport.com>

W   www.trialnewport.com <http://www.trialnewport.com>

T:    949.706.6464