**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 85

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 85

Message

**From**: Scott Ferrell [sferrell@trialnewport.com]
**Sent**: 5/7/2015 11:45:49 AM
**To**: Katherine Kirshner [kkirshner@trialnewport.com]
**CC**: Victoria Knowles [vknowles@trialnewport.com]; Dave Reid [dreid@trialnewport.com]
**Subject**: Addition to weekly report

**Importance**: High

Kat,

Would you prepare and maintain a report that gets updated and added to the list of reports that you give me each week?  It will be track the status of our cellulite lawsuits, similar to how the charts track the status of our ada and wiretap lawsuits.

Vic, will you work with Kat to ensure that she gets updated as to any progress from each target?

Kat, so far we will be sending demand letters, to go out tomorrow by FedEx, to the following companies on the chart you prepared:  bliss, mio, osmotic a, skintight, celluscript, nuve, and lipoconquer.  I don't know the  number for bliss, but I believe the toys are numbers 4 5 21 30 37 and 44 on your chart.


Scott J. Ferrell, Esq.
Newport Trial Group
E:   sferrell@trialnewport.com
W  www.trialnewport.com
T:    949.706.6464

CONFIDENTIAL

NTG066224

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 85