**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 86

DECLARATION OF JOSHUA S. FURMAN                           EXHIBIT 86

Message

| | |
|---|---|
| **From**: | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent**: | 5/20/2015 3:10:43 PM |
| **To**: | Dave Reid [dreid@trialnewport.com] |
| **Subject**: | FW: Non Disclosure Agreement |
| **Attachments**: | Draft NDA.doc |

Go to work…

*Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Mandy Jung
**Sent:** Wednesday, May 20, 2015 12:53 PM
**To:** Scott Ferrell
**Subject:** RE: Non Disclosure Agreement

Attached is the revised NDA, which I saved in the Cellulite Demands folder on the s:\drive.

**Mandy Jung**
*Litigation Paralegal*
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 - Fax
mjung@trialnewport.com
www.trialnewport.com

**From:** Scott Ferrell
**Sent:** Wednesday, May 20, 2015 12:03 PM
**To:** Mandy Jung
**Cc:** Dave Reid
**Subject:** Non Disclosure Agreement

Mandy,

CONFIDENTIAL

NTG066344

DECLARATION OF JOSHUA S. FURMAN         EXHIBIT 86

   Can you turn the attached NDA into one for different parties?  Here are the variables to change:

1. Fiber Research, Discloser or FRI becomes Strataluz, LLC
2. Obesity Research, ORI, or Receiver becomes "Company B"
3. Technology shall mean "ingredients, substantiation, studies, research, business strategies, and/or formulations related to any of Discloser's Products"
4. Paragraph 10A: Remedy for breach is $1M not $20M
5. Paragraph 18: "Any claim or dispute arising out of or related to this Agreement shall be resolved by the state Courts of California, County of Orange.  Each Party consents to personal jurisdiction in Orange County, California."

Please also review the final product carefully so that it has no remnants of the original.

Thanks,

*Scott J. Ferrell, Esq.*

**Founding Partner**
***Newport Trial Group – A National Litigation Boutique***
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN

NTG066345

EXHIBIT 86