**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 87

| | |
|---|---|
| Message | |
| **From**: | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent**: | 6/1/2015 10:11:43 AM |
| **To**: | Dave Reid [dreid@trialnewport.com] |
| **Subject**: | RE: Plaintiff's Practice/Strategy |

I know where this came from, and I can't un-see it…

*Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Dave Reid
**Sent:** Monday, June 01, 2015 9:23 AM
**To:** Scott Ferrell
**Subject:** Fwd: Plaintiff's Practice/Strategy


NEWPORT TRIAL GROUP
A National Litigation Firm
David W. Reid
Managing Partner
4100 Newport Place, Suite 800
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 - Fax
dreid@trialnewport.com
www.trialnewport.com

Begin forwarded message:
**From:** Scott Ferrell <sferrell@trialnewport.com>
**Date:** May 31, 2015 at 8:16:34 PM PDT
**To:** Dave Reid <dreid@trialnewport.com>
**Subject: RE: Plaintiff's Practice/Strategy**
This works on all points. Lets make sure we keep Roger busy so he earns his money.

*Scott J. Ferrell, Esq.*

**Founding Partner**

NTG066453

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 87

*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Dave Reid
**Sent:** Sunday, May 31, 2015 7:39 PM
**To:** Scott Ferrell
**Subject:** Re: Plaintiff's Practice/Strategy

My thoughts below in CAPS.
NEWPORT TRIAL GROUP
A National Litigation Firm
David W. Reid
Managing Partner
4100 Newport Place, Suite 800
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 - Fax
dreid@trialnewport.com
www.trialnewport.com

On May 31, 2015, at 5:58 PM, Scott Ferrell <sferrell@trialnewport.com> wrote:
Dave,

  I have the following thoughts on how the plaintiff's shift impacts you, both individually and as managing partner:

1. Most importantly, keep closing settlements.  Our volume (of demands and complaints filed is going to go up pretty substantially), and my sense is that your time is best spent closing deals.  Feel free to shift work that you might otherwise do to Tyler or James. SOUNDS GOOD. IVE BEEN DOING THIS MORE AND WILL CONTINUE TO DO SO.

2. I think we should give Tyler a chance to manage a docket.  The most logical choice is to give him a couple of ADA physical barrier cases (each with 10 or so defendants) to manage.  Vic has been setting each of those for about $100k total per case, and we should see if Tyler can do the same thing (and increase his income as a result).  That would take some of the burden in those cases off of Vic.  What do you think? I THINK THAT'S A GOOD IDEA AND THAT HE COULD DO THE DE LA ROSA DOCKET.

3. With more letters going out and more cases being filed, I think that we should formalize the split in work between Carla (client docs) and Mandy (filing, deadlines, etc.).  I imagne that we should be sending out about 20 demand letters a week between the ADA websites, wiretaps, and Strataluz stuff, and probably filing at least an average of three cases per week. I HAD THAT MEETING ABOUT TWO WEEKS AGO AND WE SHOULD BE GOOD TO GO HERE. COORDINATING TO TRANSITION WELL AND KEEP EVERYTHING ORGANIZED.

4. I'd like to phase Roger out by the end of summer.  It has been good to have him help us but we don't need him doing work for $3k per month that Vic and Tyler could be doing. WHAT ABOUT ROGER DOING SOME PHYSICAL BARRIER CASES WITH MINIMAL OVERSIGHT FROM VIC WHERE HE IS INSTRUCTED TO SETTLE EACH FOR $7,500. THAT COULD BE A NICE PASSIVE INCOME TO HAVE FOR A LIGHT COST OF $30k OR SO A YEAR FROM HIM. THOUGHTS?

NTG066454

Let me know your thoughts.

Thanks,

*Scott J. Ferrell, Esq.*

**Founding Partner**
***Newport Trial Group – A National Litigation Boutique***
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

NTG066455

DECLARATION OF JOSHUA S. FURMAN                                    EXHIBIT 87