**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 88

| | |
|---|---|
| **Message** | |
| **From**: | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent**: | 6/26/2015 10:47:19 AM |
| **To**: | Richard Hikida [rhikida@trialnewport.com]; Dave Reid [dreid@trialnewport.com]; Mandy Jung [mjung@trialnewport.com] |
| **Subject**: | RE: Strataluz, LLC Complaint [FC-Email.FID6578830] |

Ok lets file the jurisdictional motion to dismiss. Send me delaration for client and I will forward it. Also please draft a rule 68 offer for my review.

*Scott J. Ferrell, Esq.*

**Founding Partner**
***Newport Trial Group – A National Litigation Boutique***
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Richard Hikida
**Sent:** Friday, June 26, 2015 9:14 AM
**To:** Scott Ferrell; Dave Reid; Mandy Jung
**Subject:** RE: Strataluz, LLC Complaint [FC-Email.FID6578830]

To avoid filing an answer, we're going to need to file the MTD. Unlike state court, a motion to change venue does not delay the filing of our answer. A motion to change venue would need to be predicated primarily upon the convenience of NON-PARTY witnesses. The convenience of the parties is low on the totem pole. Please note that we'll need declarations from the client to support either or both motions.

Richard H. Hikida, Esq.
T: 949.777.1635 (direct dial)
Cell: 949.230.3732

**From:** Scott Ferrell
**Sent:** Thursday, June 25, 2015 6:32 PM
**To:** Richard Hikida; Dave Reid; Mandy Jung
**Subject:** FW: Strataluz, LLC Complaint [FC-Email.FID6578830]

Guys, the folks in Maryland finally served us.

Richard, we'd like to file a Rule 68 offer that offers a finding of no liability and also file a Motion to Transfer Venue or moves to dismiss for lack of personal jurisdiction. Dave can share additional thoughts with you.

*Scott J. Ferrell, Esq.*

NTG066728

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN                                        EXHIBIT 88

**Founding Partner**

*Newport Trial Group – A National Litigation Boutique*

sferrell@trialnewport.com

www.trialnewport.com

(949) 706-6464

**From:** CETEM@FCLAW.com [mailto:CETEM@FCLAW.com]
**Sent:** Thursday, June 25, 2015 2:39 PM
**To:** Scott Ferrell
**Cc:** MBYRD@FCLAW.com
**Subject:** FW: Strataluz, LLC Complaint [FC-Email.FID6578830]

Scott,

More fun and games.  Excellent opening line to a complaint.

Hope all is well.

Craig



   

www.FennemoreCraig.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** BYRD, MARGARET
**Sent:** Thursday, June 25, 2015 2:27 PM
**To:** ETEM, CRAIG
**Subject:** Strataluz, LLC Complaint [FC-Email.FID6578830]

Please see attached.

**From:** RNO-PRTSEC8 [mailto:RNO-PRTSEC8@fclaw.com]
**Sent:** Thursday, June 25, 2015 2:24 PM
**To:** BYRD, MARGARET
**Subject:** Scan from RNO-PRTSEC8

CONFIDENTIAL

NTG066729

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 88

CONFIDENTIAL

NTG066730

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 88