**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 91

Message

| | |
|---|---|
| **From:** | Scott Ferrell [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFERRELL] |
| **Sent:** | 6/11/2015 4:29:21 PM |
| **To:** | Victoria Knowles [vknowles@trialnewport.com] |
| **Subject:** | RE: Strataluz v. Nutrex |

Im sorry, I meant for enzyte.  Nutrex is good to go as is.

## *Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Victoria Knowles
**Sent:** Thursday, June 11, 2015 4:29 PM
**To:** Scott Ferrell
**Subject:** RE: Strataluz v. Nutrex

For Nutrex only, correct?  Not Enzyte?

**From:** Scott Ferrell
**Sent:** Thursday, June 11, 2015 4:28 PM
**To:** Victoria Knowles
**Subject:** RE: Strataluz v. Nutrex

As I think about this, im going to make a last minute change.  Sorry.

Lets sue them in san Bernardino state court, ucl only, limit the damages sought to $74,999, don't seek an injunction.

## *Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

NTG070767

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN          EXHIBIT 91

**From:** Victoria Knowles
**Sent:** Thursday, June 11, 2015 4:19 PM
**To:** Scott Ferrell
**Subject:** RE: Strataluz v. Nutrex

Here's the one for Enzyte.  I'll make sure photos for the respective products are inserted in to each complaint.

**From:** Scott Ferrell
**Sent:** Thursday, June 11, 2015 4:13 PM
**To:** Victoria Knowles
**Cc:** Dave Reid; Katherine Kirshner; Mandy Jung
**Subject:** RE: Strataluz v. Nutrex

Vic,

This is good to file.  Let's add an allegation that Nutrition Zone independently advertises and promotes the Nutrex product.  Thanks,

*Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Victoria Knowles
**Sent:** Thursday, June 11, 2015 9:48 AM
**To:** Scott Ferrell
**Cc:** Dave Reid; Katherine Kirshner; Mandy Jung
**Subject:** RE: Strataluz v. Nutrex

Scott,

Here's a draft of the Strataluz v. Nutrex complaint for your review.

Thanks,
VIC

**From:** Scott Ferrell
**Sent:** Tuesday, June 09, 2015 1:52 PM
**To:** Katherine Kirshner; Mandy Jung
**Cc:** Victoria Knowles; Dave Reid
**Subject:** Re: Strataluz v. Nutrex

CONFIDENTIAL

NTG070768

DECLARATION OF JOSHUA S. FURMAN                EXHIBIT 91

Nutrition zone for the first and Lindberg for the second, as long as venue works

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Katherine Kirshner
**Sent:** Tuesday, June 9, 2015 1:47 PM
**To:** Scott Ferrell; Mandy Jung
**Cc:** Victoria Knowles; Dave Reid
**Subject:** RE: Strataluz v. Nutrex

Nutrition Zone – CA
Lindberg Nutrition Stores, Inc. – CA
Vitamin World Outlet Stores, Inc. – NV

Katherine G. Kirshner
Litigation Paralegal

**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place Drive, Suite #800
Newport Beach, CA 92660
(949) 706-6464
(949) 706-6469 – Fax
kkirshner@trialnewport.com
www.trialnewport.com

**From:** Scott Ferrell
**Sent:** Tuesday, June 09, 2015 10:25 AM
**To:** Mandy Jung; Katherine Kirshner
**Cc:** Victoria Knowles; Dave Reid
**Subject:** Strataluz v. Nutrex

Guys,

I would like to sue Nutrex in Orange County state court, and do so in a way that they cannot remove.  Rather than add the non-removable language, I'd like to do this:

1.    Sue them only for the UCL and not the Lanham Act, so that there is no removable claim; and

2.    Add a retailer defendant that is either (1) based in California, or (2) incorporated in Nevada.  That way, there will be no complete diversity for purposes  of removal.

Kat/Mandy: Can you guys do some research to find retailers that sell Nutrex Vitrix and then find one that is based in California or incorporated in Nevada?  I think Nutrition Zone is one.

Vic: Can you draft the Complaint?

NTG070769

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 91

Thanks,

*Scott J. Ferrell, Esq.*

**Founding Partner**
***Newport Trial Group – A National Litigation Boutique***
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464