**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 92

**Message**

| | |
|---|---|
| **From**: | Scott Ferrell [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFERRELL] |
| **Sent**: | 6/11/2015 4:37:56 PM |
| **To**: | Victoria Knowles [vknowles@trialnewport.com] |
| **Subject**: | RE: Strataluz v. Nutrex |

Just allege on info and belief that NZ independently advertises.

*Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

**From:** Victoria Knowles
**Sent:** Thursday, June 11, 2015 4:17 PM
**To:** Scott Ferrell
**Cc:** Dave Reid; Katherine Kirshner; Mandy Jung
**Subject:** RE: Strataluz v. Nutrex

Will do.

I am actually having a tough time finding Nutrition Zone's advertisements and promotions for Vitrix. We know it is sold in their stores but it's not searchable on Nutrition Zone's website. Is this a problem?

Kat & Mandy, if any of you are finding Vitrix related advertisements associated with Nutrition Zone, please let me know. Thanks!

**From:** Scott Ferrell
**Sent:** Thursday, June 11, 2015 4:13 PM
**To:** Victoria Knowles
**Cc:** Dave Reid; Katherine Kirshner; Mandy Jung
**Subject:** RE: Strataluz v. Nutrex

Vic,

This is good to file. Let's add an allegation that Nutrition Zone independently advertises and promotes the Nutrex product. Thanks,

*Scott J. Ferrell, Esq.*

CONFIDENTIAL

NTG070771

DECLARATION OF JOSHUA S. FURMAN        EXHIBIT 92

Founding Partner

*Newport Trial Group – A National Litigation Boutique*

sferrell@trialnewport.com

www.trialnewport.com

(949) 706-6464

**From:** Victoria Knowles
**Sent:** Thursday, June 11, 2015 9:48 AM
**To:** Scott Ferrell
**Cc:** Dave Reid; Katherine Kirshner; Mandy Jung
**Subject:** RE: Strataluz v. Nutrex

Scott,

Here's a draft of the Strataluz v. Nutrex complaint for your review.

Thanks,
VIC

**From:** Scott Ferrell
**Sent:** Tuesday, June 09, 2015 1:52 PM
**To:** Katherine Kirshner; Mandy Jung
**Cc:** Victoria Knowles; Dave Reid
**Subject:** Re: Strataluz v. Nutrex

Nutrition zone for the first and Lindberg for the second, as long as venue works

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Katherine Kirshner
**Sent:** Tuesday, June 9, 2015 1:47 PM
**To:** Scott Ferrell; Mandy Jung
**Cc:** Victoria Knowles; Dave Reid
**Subject:** RE: Strataluz v. Nutrex

Nutrition Zone – CA
Lindberg Nutrition Stores, Inc. – CA
Vitamin World Outlet Stores, Inc. – NV

Katherine G. Kirshner
Litigation Paralegal

**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place Drive, Suite #800

CONFIDENTIAL

NTG070772

DECLARATION OF JOSHUA S. FURMAN   EXHIBIT 92

Newport Beach, CA 92660

(949) 706-6464

(949) 706-6469 – Fax

kkirshner@trialnewport.com

www.trialnewport.com

**From:** Scott Ferrell
**Sent:** Tuesday, June 09, 2015 10:25 AM
**To:** Mandy Jung; Katherine Kirshner
**Cc:** Victoria Knowles; Dave Reid
**Subject:** Strataluz v. Nutrex

Guys,

I would like to sue Nutrex in Orange County state court, and do so in a way that they cannot remove. Rather than add the non-removable language, I'd like to do this:

1.  Sue them only for the UCL and not the Lanham Act, so that there is no removable claim; and

2.  Add a retailer defendant that is either (1) based in California, or (2) incorporated in Nevada. That way, there will be no complete diversity for purposes of removal.

Kat/Mandy: Can you guys do some research to find retailers that sell Nutrex Vitrix and then find one that is based in California or incorporated in Nevada? I think Nutrition Zone is one.

Vic: Can you draft the Complaint?

Thanks,

*Scott J. Ferrell, Esq.*

**Founding Partner**
*Newport Trial Group – A National Litigation Boutique*
sferrell@trialnewport.com
www.trialnewport.com
(949) 706-6464

CONFIDENTIAL

DECLARATION OF JOSHUA S. FURMAN            EXHIBIT 92

NTG070773