**FILED PUBLICLY PURSUANT TO COURT ORDER AT DOCKET NO. 1116**

# EXHIBIT 93

DECLARATION OF JOSHUA S. FURMAN     EXHIBIT 93

Message
---

| | |
|---|---|
| **From**: | Scott Ferrell [sferrell@trialnewport.com] |
| **Sent**: | 5/4/2015 8:30:47 PM |
| **To**: | Victoria Knowles [vknowles@trialnewport.com] |
| **CC**: | Dave Reid [dreid@trialnewport.com] |
| **Subject**: | Cellulite first target |

Vic,

Please prepare the first draft letter and accompanying complaint for "fat girl slim" cellulite treatment. They have no appetite for litigation...

Thanks,

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

CONFIDENTIAL

NTG071178

DECLARATION OF JOSHUA S. FURMAN                    EXHIBIT 93