# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **ORDER DENYING PLAINTIFF NIC'S LR 79-5.2.2(b) APPLICATION RE SEALING OF EXHIBITS AND DOCUMENTS IN SUPPORT OF NIC'S OPPOSITION TO DEFENDANT KNOWLES' MOTION FOR SUMMARY JUDGMENT** |

ORDER

Plaintiff's Application for Leave to File Under Seal ("Plaintiff's Application") having been read and considered, the Court finds that such Application should be DENIED as follows:

Defendant Victoria Knowles filed a motion for summary judgment on Count I. *See* Dkt. 1106. NIC filed an Opposition to that motion. *See* Dkt. 1131. In conjunction with that Opposition, Plaintiff filed an Application to File Under Seal Documents Supporting NIC's Opposition to Defendant Knowles' Motion for Summary Judgment. Local Rule 79-5.2.2(b) required Plaintiff to submit certain files under seal that were marked "confidential" by parties and non-parties. Under Local Rule 79-5.2.2(b), those interested parties have the burden to show why their information should be sealed.

There is a "strong presumption in favor of access to court records." *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal citation and quotation omitted). For records attached to a dispositive motion, "those who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Having considered all relevant submissions, the Court hereby finds no compelling reasons to seal documents submitted in support of Plaintiff's opposition to Defendant Knowles' Motion for Summary Judgment.

/ / /

/ / /

/ / /

ORDER

**IT IS HEREBY ORDERED** that all documents supporting NIC's Opposition to Defendant Knowles' Motion for Summary Judgment shall be filed to the public docket without redaction within two days of this order.

**IT IS SO ORDERED**.

DATED: 5/18/21

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE