Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Jonathan W. Emord, Esq. (pro hac vice)
jemord@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Drive, Bldg. 6, Suite 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, *et al*.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS NTG'S AND SCOTT FERRELL'S OPPOSITION TO NIC'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON COUNT II (RICO)**<br><br>Date:     June 21, 2021<br>Time:    1:30 PM<br>Location: Courtroom 10C<br><br>Judge: Hon. James V. Selna |

Pursuant to Federal Rule of Evidence 201, Plaintiff Natural Immunogenics Corp. ("NIC"), hereby requests that this Court take judicial notice of the following documents

in support of NIC's Motion for Summary Adjudication of Defendants' Affirmative Defense of Unclean Hands.  NIC hereby requests that this Court take judicial notice of the following documentation filed to the public dockets:

1. "Exhibit K" to the Declaration of Scott J. Ferrell filed on September 21, 2010, in *Felipe Morales, Dan Bobba and Christopher Rhodes v. Magna RX*, No. 3:10-cv-01601-EDL (N.D. Cal) (hereinafter *"Bobba"* action) as Docket 63-4.  A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 44.

2. The Declaration of Felipe Morales in Support of Plaintiff's Motion for Preliminary Injunction filed on September 3, 2010, in *Bobba* as Docket 59-2. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 45.

3. The Corporate Disclosure Statement by Plaintiff Strataluz, LLC Pursuant to Fed. R. Civ. P. 7.1, filed on May 12, 2015 in *Strataluz, LLC. v. Nip + Fab Limited, et al*, No. 8:15-cv-00749-JVS-DFM (C.D. Cal) (hereinafter *"Nip + Fab")*, as Docket 6. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 46.

4. The first Class Action Complaint filed on September 30, 2010, in *Otis Harris, II v. Vianda, LLC, et al*, No. 8:10-cv-01481-CJC-CW (C.D. Cal) (hereinafter *"Pristine Bay"*) as Docket 1.  A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 47.

5. The Class Action Complaint filed on July 19, 2012, in *Sam Schoonover v. Himalaya Drug Company*, No. 3:12-cv-01782-JLS-RBB (S.D. Cal) (hereinafter *"Himalaya"*)  as Docket 1.  A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 48.

6. The Class Action Complaint filed on April 25, 2012, in *Sam Pfleg v. Nature's Way Products, Inc*. No. 3:12-cv-01018-LAB-BLM (S.D. Cal) as Docket 1-4. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 49.

7. The Declaration of Scott J. Ferrell in Support of Plaintiff's Opposition to Defendants' Motion for Sanctions filed on September 21, 2010 in *Bobba* as Docket 63-1. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 50.

8. The Order Tentatively Vacating Class Certification and Dismissing Case Without Prejudice filed on May 12, 2015 in *Andrew Nilon v. Natural-Immunogenics Corp*, No. 3:12-cv-00930-LAB (BGS) (S.D. Cal) (hereinafter "*Nilon*") as Docket 117. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 51.

9. The Declaration of Andrew Nilon filed on July 9, 2014 in *Nilon* as Docket 51-2. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 52.

10. The Notice of Removal of Action to Federal Court Pursuant to 28 U.S.C. § 1441(b)(Diversity) filed on January 25, 2016 in *Carter-Reed Company, LLC v. Taylor Demulder*, No. 2:16-cv-00057-TS (C.D. Utah) (hereinafter "*Carter-Reed v. Demulder*") as Docket 2. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 53.

11. The Complaint filed on January 25, 2016 in *Carter-Reed v. Demulder* as Docket 2-5. A true and accurate copy of that document is attached to this Request for Judicial Notice as RJN 54.

Executed on this 7th day of June, 2021.

                                               */s/ Peter A. Arhangelsky*
                                               Peter A. Arhangelsky, Esq.
                                               *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021 the foregoing, **REQUEST FOR JUDICIAL IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS NTG'S AND SCOTT FERRELL'S OPPOSITION TO NIC'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON COUNT II (RICO)** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford [*bford@forddiulio.com*]
Kristopher P. Diulio [*kdiulio@forddiulio.com*]
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq. [*ddarnell@callahan-law.com*]
Edward Susolik, Esq. [*es@callahan-law.com*]
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorneys for Newport Trial Group and Scott Ferrell*

Nicole Whyte [*nwhyte@bremerwhyte.com*]
Benjamin Price [*bprice@bremerwhyte.com*]
Kyle A. Riddles [*kriddles@bremerwhyte.com*]
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
*Attorneys for Defendants Ryan Ferrell, Andrew Baslow, David Reid, and Victoria Knowles*

///

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

                                         */s/ Joshua S. Furman*
                                         Joshua S. Furman, Esq.

REQUEST FOR JUDICIAL IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS NTG'S AND SCOTT FERRELL'S OPPOSITION TO NIC'S MOTION FOR PARTIAL SUMMARY ADJUDICATION ON COUNT II (RICO)

5