FILED
CLERK, U.S. DISTRICT COURT

7/6/21

CENTRAL DISTRICT OF CALIFORNIA
BY:     LB     DEPUTY

Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034 JVS (JCGx) |
| Plaintiff, | (JW Reference No.: A270221) |
| vs. | FIFTH STATUS REPORT OF SPECIAL MASTER ANDREW J. GUILFORD, RET. |
| NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID, ANDREW LEE BASLOW, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1 through 10, inclusive | |
| Defendants. | |

1

2   The Special Master submits this bi-monthly status report as requested in the Court's

3   Order Appointing Special Master at Dkt. No. 22 , Paragraph 1 , and Dkt. No. 1039.

4

5   The Special Master issued an Order Regarding NIC's Motion to Compel Documents

6   Concerning Dan Bobb on May 25, 2021, and any objections to that Order were submitted to

7   Judge Selna by June 9, 2021. ( Dkt. Nos. 1146, 1148, 1154.)

8

9   There is now no matter pending before the Special Master in this case with no future

10   action to do besides providing these status reports. If counsel anticipate revising new discovery

11   disputes , the Special Master requests that counsel bring current any outstanding balance with

12   Judicate West.

13

14

15

16

17           THUS, IT IS SUBMITTED.

18   Dated:    July 6, 2021

19                                          Hon. Andrew J. Guilford, Ret.
                                            Special Master

20

21

22

23

24

25

26

27

28