Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**JOINT STIPULATION TO SET HEARING DATE AND BRIEFING SCHEDULE REGARDING NIC'S OBJECTIONS FILED AT DOCKET NO. 1154**<br><br>Judge: Hon. James V. Selna |

All parties, by and through counsel of record, and for the reasons set forth below, hereby jointly stipulate and ask this Court to set a hearing and briefing schedule on Plaintiff NIC's pending Objections filed at Docket No. 1154.

**STIPULATION**

WHEREAS, on March 24, 2021, NIC filed a L.R. 37-1 Joint Stipulation regarding NIC's Motion to Compel Production of Bobba-related Documents. *See* Dkt. 1102.

WHEREAS, on May 25, 2021, the Special Master issued an order denying NIC's Motion to Compel. Dkt. 1146.

WHEREAS, on June 9, 2021, NIC timely filed objections to the Special Master's order at Docket No. 1146. *See* Dkt. 1154 (the "Objections") *see also* Dkt. 1148 (Order continuing deadline to file objections).

WHEREAS, the Court has not yet set a briefing schedule or hearing date on those objections.

THEREFORE, the parties have conferred and agreed on a hearing date and briefing schedule regarding NIC's pending objections at Docket No. 1154.

ACCORDINGLY, the parties do hereby stipulate and agree, and hence respectfully request that the Court issue an Order:

1. Setting a hearing on NIC's Objections for **August 16, 2021 at 1:30 PM**;
2. Requiring submission of all replies to the Objections by **August 2, 2021**; and,
3. Requiring submission of all oppositions to the Objections by **July 26, 2021**.

DATED: July 19, 2021

IT IS SO STIPULATED:

FOR PLAINTIFF NATURAL IMMUNOGENICS CORP.

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Bldg 6, Ste. 133
Gilbert, AZ 85295
Ph: (602) 388-8899
Fx: (602) 393-4361

*Attorneys for Plaintiff Natural-Immunogenics*

FOR DEFENDANTS NTG AND SCOTT FERRELL

*/s/* David Darnell
David Darnell (CA 210166)
ddarnell@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Ph: (714) 241-4444
Fx: (714) 241-4445

*Attorneys for Defendants Newport Trial Group PC, Scott Ferrell, Ryan Ferrell, Victoria Knowles, David Reid and Andrew Baslow*

FOR THE NON-NTG DEFENDANTS

*/s/ Brendan M. Ford*
Brendan M. Ford (CA 224333)
bford@forddiulio.com
FORD & DIULIO PC
650 Town Center Drive, Suite 760
Costa Mesa, CA 92626
Ph: (714) 384-5540
Fx: (844) 437-7201

*Attorney for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers*

FOR THE ATTORNEY DEFENDANTS

*/s/ Kyle Riddles*
Kyle Riddles (CA 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Ph: (949) 221-1000
Fx: (949) 221-1001

*Attorney for Ryan Ferrell, Victoria C. Knowles, David Reid, and Andrew Lee Baslow*

FOR DEFENDANTS REID AND KNOWLES

*/s/ Robert Tauler*
Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927

*Attorney for David Reid and Victoria Knowles* ]

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 19, 2021            EMORD & ASSOCIATES, P.C.

                                By:   /s/ *Peter A. Arhangelsky*
                                      Peter Arhangelsky

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2021 the foregoing, **JOINT STIPULATION TO SET HEARING DATE AND BRIEFING SCHEDULE REGARDING NIC'S OBJECTIONS FILED AT DOCKET NO. 1154** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval, Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
*Attorney for Newport Trial Group, Andrew Baslow, Scott Ferrell, Ryan Ferrell, Victoria Knowles*

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
Attorneys for Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.

JOINT STIPULATION TO SET HEARING DATE AND BRIEFING SCHEDULE REGARDING NIC'S OBJECTIONS FILED AT DOCKET NO. 1154
5