**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP
and SCOTT J. FERRELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO.  8:15-cv-02034-JVS-JCG<br>JAMS Case No.: 1220055347<br><br>**DECLARATION OF DAVID J. DARNELL IN SUPPORT OF DEFENDANTS NEWPORT TRIAL GROUP AND SCOTT J. FERRELL'S MOTIONS IN LIMINE**<br><br>Pretrial Conf.:   September 27, 2021<br>Time:          11:00 am<br>Courtroom:     10C<br><br>Special Master: Hon. Andrew Guilford<br>Judge:          Hon. James V. Selna<br><br>Complaint Filed:   December 7, 2015<br>Trial Date:      November 1, 2021 |

- 1 -

DECLARATION OF DAVID J. DARNELL

# DECLARATION OF DAVID J. DARNELL

I, David J. Darnell, declare as follows:

1. I am an attorney at Callahan & Blaine, APLC. I am licensed to practice law in the State of California, and I represent Defendants Newport Trial Group and Scott Ferrell ("Defendants") in connection with the above-captioned matter.

2. I make this declaration in support of Defendants' Motions in Limine Nos. 1-3 in this matter.

3. I have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify to the matters stated below.

4. Jury trial in this matter is set to commence on November 1, 2021. At a hearing before this Court on May 14, 2018, Plaintiff Natural Immunogenics Corp.'s ("NIC") counsel informed all counsel and this Court that he believed trial would require around two weeks, to which the Court acknowledged that ten days of trial seems about right to try this case.

5. Attached as **Exhibit 1** is a true and correct copy of the relevant excerpts from the Reporter's Transcript of Proceedings on May 14, 2018.

6. Attached as **Exhibit 2** is a true and correct copy of NIC's Witness List, which was provided to counsel on August 13, 2021 in connection with the parties' Local Rule 16-2 meeting of counsel.

7. NIC's Witness List identifies 52 different witnesses with 25 of those witnesses noted as witnesses who will be called by NIC to testify at trial. This is only for NIC's list of witnesses and this does not account for any additional witnesses called by defendants to testify at trial.

8. Attached as **Exhibit 3** is a true and correct copy of NIC's L.R. 16-2.3 [Proposed] Exhibit List, which was provided to counsel on August 13, 2021 in connection with the parties' Local Rule 16-2 meeting of counsel.

9. NIC's [Proposed] Exhibit List identifies 927 different exhibits with 362 of those exhibits noted as exhibits that will be used by NIC at trial. This is only for

DECLARATION OF DAVID J. DARNELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

NIC's exhibits and this does not account for any additional exhibits from the defendants.

10.    Attached as **Exhibit 4** is a true and correct copy of NIC's L.R. 16.2.2 [Proposed] Stipulations of Fact, which was provided to counsel on August 13, 2021 in connection with the parties' Local Rule 16-2 meeting of counsel.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 16, 2021, in Santa Ana, California.

*/s/ David J. Darnell*
David J. Darnell

DECLARATION OF DAVID J. DARNELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM