# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE RULE 37(c)(1) MOTION *IN LIMINE* FOR GOOD CAUSE** |

ORDER

On August 19, 2021, Plaintiff Natural Immunogenics Corp. ("NIC") filed an *Ex Parte* Application for leave to file a Rule 37(c)(1) additional motion *in limine*. Shortly after that filing, the Parties jointly notified the Court that the Defendants do not oppose NIC's request for leave to file the additional motion *in limine* but Defendants do intend to oppose the motion *in limine* itself. The Parties also submitted a stipulated briefing schedule for the motion, oppositions, and replies.

Having considered the papers submitted by the Parties, and for good cause shown,

**IT IS HEREBY ORDERED** that NIC may file the proposed motion *in limine* by no later than August 25, 2021. All opposition briefs are due by no later than September 6, 2021. All reply briefs are due by no later than September 13, 2021

**IT IS SO ORDERED**.

DATED: August 20, 2021.

_____
HON. JAMES V. SELNA
DISTRICT COURT JUDGE

ORDER