**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP
and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO.  8:15-cv-02034-JVS-JCG<br>JAMS Case No.: 1220055347<br><br>**DEFENDANTS NEWPORT TRIAL GROUP AND SCOTT J. FERRELL'S WITNESS LIST**<br><br>Pretrial Conf.:  September 27, 2021<br>Time:  11:00 am<br>Courtroom:  10C<br><br>Special Master: Hon. Andrew Guilford<br>Judge:  Hon. James V. Selna<br><br>Complaint Filed:  December 7, 2015<br>Trial Date:  November 1, 2021 |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

Pursuant to L.R. 16-5 and the Court's Order in Docket No. 1089, Defendants Newport Trial Group and Scott J. Ferrell ("Defendants") submit the following witness list for witnesses at trial in this matter.[1] Witnesses identified with a "*" below are those Defendants may call if the need arises.

1. Scott J. Ferrell

2. David Reid

3. Ryan Ferrell

4. Victoria Knowles

5. Andrew Baslow

6. Benjamin Quinto

7. Theo Quinto

8. Peter Arhangelsky

9. Josh Furman

10. Carlos Negrete

11. Clark Baker

12. Andrew Saxon, M.D. (Defendants' expert)

13. Daniel White, Esq. (Defendants' expert)

14. Andrew Nilon *

15. Sam Schoonover *

16. Taylor Demulder *

17. Sam Pfleg *

18. Matthew Dronkers *

19. Giovanni Sandoval *

20. Raquel Torres *

21. Erin Ferrell *

---

[1] Defendants previously disclosed these witnesses and their affiliation or contact information, where required by F.R.Civ.P. 26(a)(3)(A), to opposing counsel in connection with the L.R. 16-2 meeting of counsel.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

DEFENDANTS' WITNESS LIST

22. Wynn Ferrell *

23. Sariah Para *

24. Carla Wise *

25. Mandy Jung *

26. Katherine Kirshner *

27. Michael Velarde *

28. Jarrod Bentley *

29. Josh Weiss *

30. James Hardin *

31. Craig Etem *

32. Jennifer Fernandes *

33. David Boyer *

34. Jennifer Jerzy *

35. James Murtaugh, M.D. *

36. Dan Bobba *

37. Charlotte Carlberg *

38. MaryAnn Buc *

39. Jim Buc *

40. Dr. David Blyweiss *

41. Ronald Price *

42. Jason Kerr *

43. Wayne Crossman *

44. David D. Queen * (Defendants' expert)

45. Thomas Blackburn * (Defendants' expert)

46. Michael Louis Kelly *

47. Heather Marie Baker Dobbs *

48. Amy Lally *

49. Daniel Scott Silverman *

- 2 -

50.    Angel Antonio Garganta *

Defendants reserve the right to call any other witnesses disclosed or identified by any other party as a witness for trial in this action, as well as additional witnesses for rebuttal or impeachment purposes that have not yet been identified or disclosed. Moreover, if Plaintiff is permitted to call a large number of witnesses at trial in this matter (Plaintiff's witness list has 52 different witnesses), Defendants will likely be calling numerous rebuttal witnesses in response thereto at trial.

Dated:  August 30, 2021                 **CALLAHAN & BLAINE, APLC**

By:   */s/ David J. Darnell*
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants
NEWPORT TRIAL GROUP and
SCOTT J. FERRELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

DEFENDANTS' WITNESS LIST