Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP.,<br><br>                    Plaintiff,<br><br>      v.<br><br>PACIFIC TRIAL ATTORNEYS, et al.,<br><br>                    Defendants. | Case No. 8:15-cv-02034-JVS (JCG)<br><br>**DECLARATION OF PETER A. ARHANGELSKY IN SUPPORT OF PLAINTIFF OPPOSITION TO DEFENDANT NEWPORT TRIAL GROUP AND SCOTT J. FERRELL'S MOTION TO EXCLUDE PLAINTIFF NICS EXPERT DR. SEAN DEVLIN [ECF. NO. 1185]**<br><br>Hearing Date:    September 27, 2021<br>Time:              11:00 AM<br>Courtroom:        10C<br>Judge:            Hon. James V. Selna |

## <u>DECLARATION OF PETER A. ARHANGELSKY</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.    I, Peter A. Arhangelsky, am over the age of 18 and competent to testify to the information below.  All matters contained herein are of my own personal knowledge unless stated as based upon information and belief. I am counsel of record for Natural Immunogenics Corp. ("NIC") in the above-captioned matter.  I am an attorney in the law firm of Emord & Associates, P.C.

2.    NTG took the deposition of Sean Devlin on November 16, 2017 in Reno, Nevada. A true and correct copy of the deposition transcript is attached as **<u>Exhibit 1</u>**.

3.    A true and correct copy of the Expert Rebuttal Report of Sean Devlin DO, MD(H), HMD, MS is attached as **<u>Exhibit 2</u>**.

4.    A true and correct copy of the Expert Report of Andrew Saxon, M.D. is attached as **<u>Exhibit 3</u>**.

5.    NIC took the deposition of Andrew Saxon, M.D. in Los Angeles, California on November 14, 2017. A true and correct copy of the deposition transcript is attached as **<u>Exhibit 4</u>**.

6.    A true and correct copy of the Final Report titled *Sallmonella-Excherichia coli/*Mammalian-Microsome Reverse Mutattion Assay with a Confirmatory Assay with Argentyn 23 by Leon F. Stankowski, Jr., PhD is attached as **<u>Exhibit 5</u>**.

7.    Attached as **<u>Exhibit 6</u>** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NI001912.

8.    Attached as **<u>Exhibit 7</u>** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018060.

9.    Attached as **<u>Exhibit 8</u>** is a true and correct copy of the publicly

available document titled, K. Naik and M. Kowshik, "The silver lining: towards the responsible and limited use of silver," *Journal of Applied Microbiology* 123, 1068-1087 (2017).

10.     NIC took the 30(b)(6) Scott J. Ferrell deposition on April 1, 2021 in Santa Ana, California. A true and correct copy of the deposition transcript is attached as **Exhibit 9**.

11.     Attached as **Exhibit 10** is a true and correct copy of the *Screening Assay for Chromosomal Aberrations in Chinese Hamster Ovary (CHO) Cells with Argentyn 23* by Hemalatha Murli, PhD (2003).

12.     Attached as **Exhibit 11** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018753.

13.     Attached as **Exhibit 12** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_00199190.

14.     Attached as **Exhibit 13** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0020901.

15.     Attached as **Exhibit 14** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0025165.

16.     Attached as **Exhibit 15** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018154.

17.     Attached as **Exhibit 16** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018976.

18.     Attached as **Exhibit 17** is a true and correct copy of the document

produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0017960.

19.    Attached as **Exhibit 18** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018004.

20.    Attached as **Exhibit 19** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0019134.

21.    Attached as **Exhibit 20** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018941.

22.    Attached as **Exhibit 21** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0049909.

23.    Attached as **Exhibit 22** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018904.

24.    Attached as **Exhibit 23** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018640.

25.    Attached as **Exhibit 24** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0018921.

26.    Attached as **Exhibit 25** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0017835.

27.    Attached as **Exhibit 26** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No.

NIC_0025111.

28.    Attached as **Exhibit 27** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0020639.

29.    Attached as **Exhibit 28** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NIC_0020542.

30.    Attached as **Exhibit 29** is a true and correct copy of the *Impact of Silver Nanoparticles and Silver Ions on Innate Immune Cells* by Hajo Haase, Amir Fahmi and Boris Mahltig (2014).

31.    Attached as **Exhibit 30** is a true and correct copy of the document produced by Plaintiff Natural Immunogenics and marked with Bates No. NI002168.

32.    Attached as **Exhibit 31** is a true and correct copy of the publicly available document titled, Soto-Quintero, et al, "3D-Hydrogel Based Polymeric Nanoreactors for Silver Nano-Antimicrobial Composites Generation," *Nanomaterials* (Basel)(2017) 7(8).

33.    Attached as **Exhibit 32** is a true and correct copy of the publicly available document titled, Chakroborty, B, et al, "immunomodulatory properties of silver nanoparticles contribute to anticancer strategy for murine fibrosarcoma," *Cell Mol Immunol* (2016), 13(2):191-205.

34.    Attached as **Exhibit 33** is a true and correct copy of the publicly available document titled, Guehrs, E, et al, "Quantification of silver nanoparticle uptake and distribution within individual human macrophages by FIB/SEM slice and view," *J Nanobiotechnology* (2017) 15:21.

35.    Attached as **Exhibit 34** is a true and correct copy of the publicly available document titled, Singh M, et al, "Nanotechnology in medicine and antibacterial effect of silver nanoparticles," *Digest Journal of Nanomaterials and Biostructures* (2008), Vol. 3, No. 3:115-122.

36.     Attached as **<u>Exhibit 35</u>** is a true and correct copy of the publicly available document titled, Kohchi, "ROS and innate immunity" *Anticancer Research* (2009), Vol. 29, No. 3, 817-821.

37.     Attached as **<u>Exhibit 36</u>** is a true and correct copy of the publicly available document titled, Gorlach, Agnes, et al. "Reactive oxygen species, nutrition, hypoxia and diseases:  Problems solved?" *Redox Biology*, 6 (2015): 372-385.

Executed this September 6, 2021 in Maricopa County, Arizona.

   */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky