Nicole Whyte, State Bar No. 156503
nwhyte@bremerwhyte.com
Benjamin Price, State Bar No. 267400
bprice@bremerwhyte.com
Kyle A. Riddles, State Bar No. 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
Ryan Ferrell; Victoria Knowles; David Reid; and
Andrew Lee Baslow

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No. 8:15-cv-02034-JVS-JCG<br><br>Judge:  Hon. James V. Selna<br><br>**DEFENDANTS RYAN FERRELL, VICTORIA KNOWLES, DAVID REID, AND ANDREW BASLOW'S JOINDER IN DEFENDANTS NTG AND SCOTT FERRELL'S OPPOSITIONS TO PLAINTIFF NIC'S MOTIONS IN LIMINE**<br><br>Complaint Filed: December 7, 2015<br>Trial Date: November 1, 2021 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow ("Defendants") hereby join Defendants Scott Ferrell and Newport Trial Group's ("NTG") oppositions to Plaintiff, Natural Immunogenics Corp.'s ("NIC") motions in limine. Specifically, Defendants join in the following oppositions:

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

JOINDER IN DEFENDANTS NTG AND SCOTT FERRELL'S OPPOSITIONS TO PLAINTIFF NIC'S MOTIONS IN LIMINE
1601.116  4828-1753-6181.1

1. Docket 1203 – Opposition to NIC's Motion in Limine to Exclude Evidence and Argument Related to Efficacy, Safety and NIC's False Advertising.  1203.
2. Docket 1204 – Opposition to NIC's Motion in Limine to Exclude Testimony, Documents, and Arguments.
3. Docket 1205 – Opposition to NIC's Motion in Limine to Exclude Witnesses.
4. Docket 1206 – Opposition to NIC's Motion in Limine to Exclude Defendants From Testifying as to Their Legal Opinions or Instructing the Jury on the Law.
5. Docket 1211 – Opposition to Motion to Exclude Daniel White.
6. Docket 1213 – Opposition to Motion to Exclude Blackburn.
7. Docket 1220 – Opposition to NIC's Motion in Limine to Exclude Evidence and Argument Related to Clark Baker.

Dated:  September 7, 2021

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Nicole Whyte
Benjamin Price
Kyle A. Riddles
Attorneys for Defendants
Ryan Ferrell; Victoria Knowles; Dave Reid; and Andrew Lee Baslow

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

JOINDER IN DEFENDANTS NTG AND SCOTT FERRELL'S OPPOSITIONS TO PLAINTIFF NIC'S MOTIONS IN LIMINE

1601.116  4828-1753-6181.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On September 7, 2021, I served the within document(s) described as:

**DEFENDANTS RYAN FERRELL, VICTORIA KNOWLES, DAVID RE ANDREW BASLOW'S JOINDER IN DEFENDANTS NTG AND SCOTT FERRELL'S OPPOSITIONS TO PLAINTIFF NIC'S MOTIONS IN LIM**

on the interested parties in this action as stated on the attached mailing list.

[X]  (BY CM/ECF) I hereby certify that I have caused the foregoing to be served upon counsel of record and all interested parties through the Court's electronic service system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 7, 2021, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

|  Laurinda L. Palacio  |  /s/ Laurinda L. Palacio  |
|---|---|
|  (Type or print name)  |  (Signature)  |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

1601.116  4828-1753-6181.1

**Natural-Immunogenics Corp. v. Newport Trial Group, et al**

**Case No. 8:15-cv-02034-JVS-JCG**

**BWB&O CLIENT:** Ryan Ferrell; Victoria Knowles; Dave Reid; and Andrew Lee Baslow

**BWB&O FILE NO.:** 1601.116

**SERVICE LIST**

**James M Sabovich**
jsabovich@callahan-law.com
mkingsbury@callahan-law.com

**Peter A Arhangelsky**
parhangelsky@emord.com

**Joshua S Furman**
jfurman@emord.com

**Kristopher Price Diulio**
kdiulio@forddiulio.com

**Brendan M Ford**
bford@forddiulio.com

**Leah M Kaufman**
leah@leahmkaufman.com

**Rosalyn Chapman (Ret.)**
rchapman@jamsadr.com

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

1601.116  4828-1753-6181.1