**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
JSabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP, and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS NO. 1220055347<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING REPLY DEADLINE FOR PRE-TRIAL MOTIONS IN DOCKETS 1171-1186 AND 1192**<br><br>Special Master: Hon. Andrew Guilford<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 7, 2015<br>Trial Date: To be determined |

[PROPOSED] ORDER

1  All parties, by and through counsel of record, submitted a Joint Stipulation requesting that this Court issue an Order for a short extension of the filing deadline for reply briefs on the pre-trial motions in Dockets 1171-1186 and 1192. Having considered the Joint Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that:

- The replies in support of the pre-trial motions filed as Dockets 1171-1186 and 1192 shall be due on September 22, 2021.

**IT IS SO ORDERED.**

Dated: September 09, 2021

_____
Honorable James V. Selna
United States District Judge
Central District of California

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 1 -
[PROPOSED] ORDER