UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-02034JVS(JCGx) | Date | September 8, 2021 |
| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Arhangelsky | David Darnell, Edward Susolik |
| Joshua Furman | Brendon Ford, Kyle Riddles |
| | James Sabovich, Kristopher Diulio |

**Proceedings:** Telephonic Status Conference

    Cause is called for telephonic hearing.  Court and counsel confer re the trial date in this matter.  The Court VACATES the pretrial conference, trial and all related deadlines and hearings.

    Counsel shall agree on a date to file the replies to the motions in limine and file a stipulation and proposed order with the Court. Discovery is not reopened.

    Another mediation shall be held in this matter before any continued trial date.

    Counsel shall meet and confer re a new trial date and pretrial conference in this matter and file a stipulation with a proposed order within 7 days or request a further status conference through the Courtroom Deputy.

| | : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |