Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **PLAINTIFF NIC'S SUPPLEMENTAL WITNESS LIST WITH TIME ESTIMATES PER COURT ORDER** |
| v. | |
| NEWPORT TRIAL GROUP, et al., | |
| Defendants. | Courtroom:     10C<br>Judge:             Hon. James V. Selna<br>Filing Date:     December 7, 2015<br>Trial Date:      TBD<br>Pretrial Conf.:  TBD |

Plaintiff Natural-Immunogenics Corp. ("NIC"), pursuant to the Court's Order on September 15, 2021 [Dkt. 1231], hereby submits the following supplemental list of trial witnesses with descriptions of testimony and estimated times for presentation of same.  Plaintiff NIC's descriptions of testimony are offered to assist the Court and parties in determining the likely duration of trial.  Those descriptions are not necessarily comprehensive, and shall not operate as a limitation or waiver of any testimony not expressly identified.  The witnesses may testify on all matters relevant and admissible, as per each witnesses' individual experiences.  In addition, NIC provides estimates for anticipated time in direct examination, and does not factor potential time for cross-examination or re-direct, which cannot be determined by NIC at this time.  Those estimates are offered solely for purposes of predicating potential trial duration.  NIC does not (and cannot) anticipate or predict total time for witness testimony given the number of factors beyond NIC's control.  NIC intends to call hostile or adverse parties as witnesses and, so, the timeline for trial testimony depends on those witnesses conduct on the stand.  Finally, the timeline to present witness testimony depends heavily on whether Defendants assert objections to the admissibility of certain documents pretrial, and whether the Court resolves those objections beforehand:

| | Witness's Name & Contact Information | Summary of Testimony | Time for Direct Exam (Hrs.) |
|---|---|---|---|
| 1. | Amy Lally<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Tel: (310) 595-9662 | Ms. Lally will testify to facts concerning claims asserted against Nature's Way in *Pfleg v. Nature's Way*, No. 37-2012-00051979.  She will testify regarding interactions and correspondence with NTG, allegations and claims in the *Nature's Way* matter, representations made by | 1.5 |

| | | | |
|---|---|---|---|
| | | NTG, and facts concerning settlement in the *Nature's Way* matter. | |
| 2. | Andrew Baslow<br>918 E. Santa Clara Ave.<br>Santa Ana, CA 92706<br>Contact through counsel:<br>Kyle Riddles (949) 211-1000 | Mr. Baslow will testify on matters addressed at his depositions. He will testify concerning his role at NTG, his compensation, his client acquisition and management, interactions with the non-NTG Defendants and other clients of Newport Trial Group, and his communications and interactions with other members of NTG. | 3-5 |
| 3. | Andrew Nilon<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Mr. Nilon will testify on matters addressed at his depositions. Mr. Nilon will testify regarding claims and facts alleged in the *Nilon v. NIC* lawsuit, his interactions and relationship with NTG, his lawsuits through NTG, the agreement among his friends to join NTG's scheme, his alleged purchase of the NIC product, his declaration testimony submitted in the *Nilon v. NIC* matter, and his finances. | 1.5-3 |
| 4. | Angel Garganta<br>Venable, LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Tel: (415) 653-3735 | Mr. Garganta will testify regarding the claims asserted against the Himalaya Drug Company in *Schoonover v. Himalaya Drug Co.*, 3:12-cv-1782. He will testify regarding interactions and correspondence with NTG, allegations and claims in the *Himalaya* matter, representations made to him by NTG, and facts concerning settlement in the *Himalaya* matter. | 1.5 |
| 5. | Benjamin Quinto | Mr. Quinto will testify concerning facts and claims asserted in the *Nilon* | 3-4 |

| | | | |
|---|---|---|---|
| | c/o Natural Immunogenics Corp.<br>7504 Pennsylvania Ave.<br>Sarasota, FL 34243<br>Tel: Contact through counsel (Emord & Associates, PC) | *v. NIC* matter, the representations made by Nilon and NTG to NIC in that lawsuit, and the resolution of that case. He will also testify regarding NIC's investigation into Nilon, Sandoval, the Electric Family, and NTG's practices. He will also testify regarding NIC's manufacturing practices and the circumstances of manufacture for Sandoval's purported purchase. | |
| 6. | Brad Seiling<br>Manatt Phelps & Phillips, LLP<br>1135 West Olympic Blvd.<br>Los Angeles, CA 90064-1614<br>Tel: (310) 312-4000 | Mr. Seiling will testify to facts related to claims asserted against Nutrisystem in *Torres v. Nutrisystem*, No. 8:12-cv-1854 CJC (C.D. Cal.). He will also testify regarding communications with NTG in that litigation, representations made by NTG and Torres, facts related to settlement in that matter, the facts related to Nutrisystem's investigation into claims asserted. | 1.5 |
| 7. | Daniel Bobba<br>2732 Katrina Way<br>Mountain View, CA 94040<br>Contact through counsel:<br>Alan M. Lagod: (408) 418-4660 | Mr. Bobba will testify on the topics addressed at his deposition. Mr. Bobba will testify regarding his lawsuit with Newport Trial Group against Magna, Inc. He will testify regarding the circumstances of his product purchase, his communications with NTG, how he became an NTG client, the facts and circumstances of declarations he submitted in his NTG lawsuit, and the circumstances surrounding his meetings with NTG. | 1-2 |
| 8. | David Reid<br>Contact through counsel: | Mr. Reid will testify on topics addressed at his deposition. He will testify regarding his work and role at | 3-4 |

| | | | |
|---|---|---|---|
| | Kyle Riddles (949) 211-1000 | Newport Trial Group, his interactions with firm clients, his communications with opposing counsel, his communications with other NTG members, testimony and briefs he has submitted in litigation, the facts surrounding Strataluz LLC, and his finances, including his financial compensation working at the NTG firm. | |
| 9. | Giovanni Sandoval<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Mr. Sandoval will testify on the matters addressed at his deposition. He will testify regarding claims and facts alleged in the *Nilon v. NIC* lawsuit. He will testify regarding his interactions and relationship with NTG, his lawsuit through NTG, his declarations and representations made in the *Nilon v. NIC* matter, the facts surrounding his product purchase and acquisition of NTG as counsel, and his finances. | 1-2 |
| 10. | Jarrod Bentley<br>24072 Ironhead Lane<br>Laguna Niguel, CA 92677<br>Tel: (949) 939-5033 | Mr. Bentley will testify on the matters addressed at his deposition. He will testify to facts concerning the formation and operation of Strataluz LLC (and its parent companies). He will testify regarding Strataluz-related litigation, his interactions with NTG members, and the facts surrounding Strataluz's product manufacturing and advertising. | 1.5 |
| 11. | Joseph Schenk<br>Aiken Schenk Hawkins & Ricciardi PC<br>2390 E. Camelback Rd., Suite 400<br>Phoenix, AZ 85016 | Mr. Schenk will testify to facts concerning legal claims threatened or asserted against Magna Inc. in *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601 and *Kevin Vaughn v. Magna-RX, Inc., et al.*, No. | 2-3 |

| | | | |
|---|---|---|---|
| | Tel: (602) 248-8203 | BC426097.  He will also testify regarding his communications with NTG in that litigation, representations made by NTG and NTG's clients, the facts related to settlement in that matter, and the facts related to Magna's investigation into the claims asserted. | |
| 12. | Raquel Torres<br>4057 North Ford Ave.<br>San Bernardino, CA 92407<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Ms. Torres will testify on the matters addressed at her deposition in this matter and in the *Torres v. Nutrisystem* matter.  She will testify regarding the circumstances of her lawsuit with NTG, the circumstances of her phone call to Nutrisystem, her interactions and communications with NTG, her representations made to Nutrisystem, her testimony in the *Nutrisystem* matter, and the circumstances surrounding settlement in that case. | 1-2 |
| 13. | Ryan Ferrell<br>Contact through counsel:<br>Kyle Riddles (949) 211-1000 | Mr. Ferrell will testify on topics addressed at his deposition. He will testify regarding his work and role at Newport Trial Group, his interactions with firm clients, his communications with opposing counsel, his communications with other NTG members, testimony and briefs he has submitted in litigation, and his finances, including his financial compensation working at the NTG firm. | 2-4.5 |
| 14. | Sam Pfleg<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Mr. Pfleg will testify on the matters addressed at his deposition. He will testify regarding the claims and facts alleged in the *Pfleg v. Nature's Way* lawsuit.  He will also testify | 1-2 |

| | | | regarding his interactions and relationship with NTG, his lawsuits through NTG, the agreement among his friends to join the NTG scheme, his purchase of the Nature's Way products, and his prior testimony on these matters. | |
|---|---|---|---|---|
| | 15. | Sam Schoonover<br>7555 De Longpre Ave.<br>Los Angeles, CA 90046<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Mr. Schoonover will testify on the matters addressed at his depositions. He will testify regarding the claims and facts alleged in the *Schoonover v. Himalaya Drug Co.* lawsuit and the *Schoonover v. Vogue International* lawsuit. He will also testify regarding his interactions and relationship with NTG, his lawsuits through NTG, the agreement among his friends to join the NTG scheme, his purchase of the Vogue products, his phone calls to Himalaya Drug Co., and his prior testimony on these matters. | 2-3 |
| | 16. | Scott Ferrell<br>Contact through counsel:<br>David Darnell (714) 241-4444 | Mr. Ferrell will testify on topics addressed at his deposition. He will testify regarding his work and role at Newport Trial Group, his interactions with firm clients, communications with opposing counsel, communications with other NTG members, supervision of work at the firm, testimony and briefs submitted in litigation, facts surrounding Strataluz LLC, ownership interest and control over Strataluz LLC, Strataluz-related litigation, and his and NTG's finances. | 4-6 |
| | 17. | Taylor Demulder<br>11834 Spadari Court | Mr. Demulder will testify on matters addressed at his depositions. He will | 1.5-2.5 |

| | | | |
|---|---|---|---|
| | Las Vegas, Nevada 89138<br><br>Contact through counsel:<br><br>Ford & Diulio PC, (714) 450-6830 | testify regarding the claims and facts alleged in the *Demulder v. Carter-Reed* lawsuit and the lawsuits brought by Carter-Reed against Demulder. He will also testify regarding interactions and relationship with NTG, filed or threatened lawsuits through NTG, the agreement among his friends to join the NTG scheme, the actions he took to create lawsuits at NTG's direction, and his prior testimony on these matters. | |
| 18. | Victoria Knowles<br><br>Contact through counsel:<br><br>Kyle Riddles (949) 211-1000 | Mrs. Knowles will testify on topics addressed at her deposition. She will testify regarding her work and role at Newport Trial Group, her interactions with firm clients, her communications with opposing counsel, her communications with other NTG members, testimony and briefs she has submitted in litigation, and her finances, including her financial compensation working at the NTG firm. | 3-4 |
| 19. | Magna-RX, Inc. (Stephen Moidel)<br><br>P.O. Box 6879<br><br>Thousand Oaks, CA 91359<br><br>Tel: (818) 991-9565 | Mr. Moidel will testify to facts concerning legal claims threatened or asserted against Magna Inc. in *Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601 and *Kevin Vaughn v. Magna-RX, Inc., et al.*, No. BC426097.  He will also testify to the facts concerning settlement communications and proceedings, Magna's investigation into the claims asserted in both suits, Magna's motion for sanctions filed against NTG, and the settlement proceedings in those matters. | 2 |

| | | | |
|---|---|---|---|
| 20. | Nutrisystem 30(b)(6) [Wayne Crossman]<br>Contact through counsel:<br>Jay A. Dubow<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799 | Mr. Crossman will testify on topics addressed at his prior deposition. He will testify to facts concerning Nutrisystem's phone system, recording practices, and incoming phone calls related to *Torres v. Nutrisystem.* Mr. Crossman will also testify to the facts consistent with declarations submitted in *Torres v. Nutrisystem*, No. 8:12-cv-1854 (C.D. Cal.), Dkt. 20-1. He will testify regarding document produced made in this case. | 1.5-2.5 |
| 21. | AT&T [Jason Jackson]<br>AT&T Wireless<br>11750 US Hwy 1, Suite 600<br>North Palm Beach, FL 33408<br>Tel: (888) 938-4715 | Mr. Jackson, or an AT&T representative, will testify to facts concerning AT&T's phone system, billing practices, cellular phone service, and its coding. He will also testify to the validity of the phone records and documents produced by AT&T wireless in response to the subpoena for records. | 1-2 |
| 22. | Carter-Reed<br>5742 W. Harold Gatty Drive<br>Salt Lake City, UT 84116<br>Contact through counsel:<br>Price Parkinson & Kerr<br>5742 W. Harold Gatty Drive<br>Salt Lake City, Utah 84116<br>Tel: (801) 530-2900 | Carter-Reed will testify to facts concerning legal claims threatened or asserted against Carter-Reed in *Demulder v. Carter-Reed*, No. 3:12-cv-02232. Carter-Reed will also testify to facts concerning legal claims brought against Demulder by Carter-Reed, settlement communications and proceedings between Carter-Reed and NTG, Carter-Reed's investigation into the claims asserted by NTG, Carter-Reed's phone system practices, and the validity of documents produced by Carter-Reed in this matter. | 2-3 |

| | | | |
|---|---|---|---|
| 23. | Obesity Research, LLC<br>2032 Corte Del Nogal<br>Carlsbad, CA 92011<br>Contact through counsel:<br>Gordon Rees, LLP<br>(619) 696-6700 | Obesity Research, LLC will testify to the facts concerning the legal claims in the matter of *Obesity Research Institute, LLC v. Joshua Weiss*, No. 37-2016-020883-CU-NP-CTL (Cal. Super. S.D. Cnty. 2015). Obesity Research, LLC will also testify regarding communications with Strataluz and NTG members, facts regarding litigation matters involving Strataluz and NTG, and the company's relationship with Joshua Weiss, Jarrod Bentley, Scott Ferrell, and David Reid. | 1-2 |
| 24. | Maryellen K. Sebold, CPA/CFF, CIRA<br>Contact through counsel:<br>Emord & Associates<br>(602) 388-8899 | Ms. Sebold will testify as an expert witness regarding the financial condition of the Defendants. Her testimony will be consistent with her expert report and deposition testimony. | 2-3 |
| 25. | Grant Steifel, Esq.<br>Contact through counsel:<br>Emord & Associates<br>(602) 388-8899 | Mr. Steifel will testify as an expert witness in NIC's case-in-chief and as a rebuttal expert on the reasonableness of NIC's attorney's fees incurred in the *Nilon v. NIC* matter and the propriety of NTG fee agreements. He will testify consistent with the matter contained in his expert reports and his deposition testimony. | 1-2 |
| 26. | * Joshua Weiss<br>15886 Monte Alto Terrace<br>San Diego, CA 92127<br>Tel: (303) 917-0632 | Mr. Weiss will testify on subjects addressed at his deposition. Mr. Weiss will testify to facts concerning the formation, operation, and use of Strataluz LLC for litigation purposes. Mr. Weiss will testify to the facts concerning his involvement with NTG in litigation and business | 1-2 |

| | | matters. He will testify to the facts concerning NTG litigation practices against ORI and his involvement with same, and the facts concerning his relationship with NTG. | |
|---|---|---|---|
| 27. | * Ben Smyth<br>3021 Wiltonshire Drive<br>Henrico, VA 23233<br>Tel: (804) 283-2659 | Mr. Smyth will testify to the facts related to claims asserted against Nature's Way in *Pfleg v. Natures Way*, No. 37-2012-00051979. | 1-2 |
| 28. | * Trent Norris<br>Arnold & Porter, LLC<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Tel: (415) 471-3303 | Mr. Norris will testify to facts concerning claims asserted against the Himalaya Drug Company in *Schoonover v. Himalaya Drug Co.*, 3:12-cv-1782. He will also testify regarding interactions and communications with NTG, representations made by NTG, and settlement in the *Himalaya* matter. | 1-2 |
| 29. | * ChromaDex, Inc.<br>10900 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90024<br>Contact through counsel:<br>Cozen O'Connor<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Tel: (213) 892-7961 | Chromadex's representative will testify to the facts related to claims asserted against the Chromadex, Inc. in *Nilon v. ChromaDex*. Chromadex's representative will testify to the facts concerning communications with NTG, representations made by NTG and Nilon, and settlement with Nilon and NTG. Chromadex's representative will also testify regarding Chromadex's document production in this matter. | 1-2 |
| 30. | * Richard Richardson<br>7296 Parkside Place<br>Alta Loma, CA 91701<br>Contact through counsel: | Mr. Richardson will testify regarding matters addressed at his deposition. He will testify regarding his involvement with NTG, his relationship with Andrew Baslow, | 1 |

| | | | |
|---|---|---|---|
| | Ford & Diulio PC, (714) 450-6830 | and the testimony he submitted in *Torres v. Nutrisystem.* | |
| 31. | * Carla Weiss<br>Contact through counsel:<br>David Darnell (714) 241-4444 | Ms. Weiss will testify to her work and role at Newport Trial Group, the daily affairs of the NTG firm, and the firm's practices. | 1-2 |
| 32. | * Sariah Para<br>15219 Calverton Way<br>Tustin, CA 92782<br>Tel: (949) 838-7654 | Ms. Para will testify to her work and role at Newport Trial Group, the daily affairs of the NTG firm, the firm's practices, her knowledge and work regarding Scott Ferrell's and NTG's financial affairs. | 1-2 |
| 33. | * Matthew Dronkers<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Mr. Dronkers will testify on matters addressed at his deposition. He will testify regarding the claims and facts alleged in the *Dronkers v. Kiss My Face LLC* lawsuit. He will also testify regarding his interactions and relationship with NTG, his lawsuit through NTG, the agreement among his friends to join the NTG scheme, his purchase of the Kiss My Face products, and his prior testimony on these matters | 1-2 |
| 34. | * Kiss My Face, LLC<br>144 Main Street<br>Gardiner, NY 12525<br>Contact through counsel:<br>Diesch Law Group, APC<br>2207 Plaza Drive, Suite 300<br>Rocklin, CA 95765<br>Tel: (916) 740-6470 | Kiss My Face's representative will testify to the facts relevant to legal claims brought against Kiss My Face (KMF) in *Dronkers v. KMF*. KMF's representative will testify to the facts concerning settlement communications and proceeding between KMF and NTG, KMF's investigation into the claims asserted by Dronkers, and KMF's document production in this matter. | 1.5 |
| 35. | * Angela L. Diesch | Ms. Diesch will testify regarding legal claims brought against Kiss My | 1-2 |

PLAINTIFF NIC'S WITNESS LIST

11

| | | | |
|---|---|---|---|
| | Diesch Law Group, APC<br>2207 Plaza Drive, Suite 300<br>Rocklin, CA 95765<br>Tel: (916) 740-6470 | Face (KMF) in *Dronkers v. Kiss My Face, LLC*, No. 12-cv-1151. She will also testify regarding interactions and communications with NTG, representations made by NTG, and settlement in the *KMF* matter. | |
| 36. | * Michael E. Velarde<br>Velarde & Velarde<br>19200 Von Karman Avenue, Suite 400<br>Irvine, CA 92612<br>Tel: (949) 492-4241 | Mr. Velarde will testify regarding legal claims brought against Magna-RX in *Magna Inc. in Morales v. Magna, Inc., et. al.*, No. 3:10-cv-01601 and *Kevin Vaughn v. Magna-RX, Inc., et al.*, No. BC426097. He will testify regarding his work and role at NTG, the representations that he and NTG made in the Magna cases, his interactions with the Court in the Magna cases, his communications with opposing counsel in the Magna cases, and his communications with other NTG members. | 1-2 |
| 37. | * TruDERMA, LLC<br>8840 W. Russell Road, Suite 245<br>Las Vegas, NV 89148<br>Tel: (888) 123-4567<br>Contact through counsel:<br>Koch & Scow, LLC<br>11500 S. Eastern Avenue, Suite 210<br>Henderson, NV 89052<br>Tel: (702) 318-5040 | TruDerma's representative will testify regarding the legal claims brought against TruDerma by NTG and Strataluz in *Strataluz v. TruDerma*. TruDerma's representative will testify to the facts concerning settlement with Strataluz LLC, representations made by NTG and Strataluz, TruDerma's investigation into the claims threatened by NTG. | 1.5 |
| 38. | * Verizon 30(b)(6)<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | A Verizon Representative, will testify to facts concerning Verizon's phone system, billing practices, cellular phone service, and its coding. The | 1 |

| | | | |
|---|---|---|---|
| | Tel: (800) 451-5242 | Representative will testify to the accuracy and authenticity of phone records and documents produced by Verizon wireless in this matter. | |
| 39. | * Austin Glenn<br>NIC to supplement information | Austin Glenn will testify regarding his relationship with Nilon, Schoonover, and NTG. He will also testify regarding Mr. Schoonover's use of his cellular phone to make a phone call for litigation at NTG's direction. | 1 |
| 40. | * Talee Rooney<br>33832 Robles Dr.<br>Dana Point, CA 92629<br>Contact through counsel:<br>Ford & Diulio PC, (714) 450-6830 | Talee Rooney will testify regarding her relationship with various Defendants, her role in connecting the Non-NTG Defendants with Andrew Baslow, and her communications with any of the Defendants. | 1 |
| 41. | * Michael Frederick Schoonover<br>3721 Glen Park<br>Oakland, CA<br>Tel: (510) 484-3927 | Michael Frederick Schoonover is anticipated to testify regarding his relationship with his son, Sam Schoonover, and other non-NTG defendants at various times. He will testify regarding communications with Schoonover regarding NTG and lawsuits pursued with same. | 1 |
| 42. | * Andrew Thomas Nilon<br>8382 Cypress Ct.<br>Dublin, CA 94568<br>Tel: (510) 915-1238 | Andrew Thomas Nilon is anticipated to testify regarding his relationship with his son, Defendant Andrew Nilon, and other Non-NTG Defendants. He will testify regarding communications with Nilon concerning Nilon's relationship with NTG and lawsuits pursued with same. | 1 |

| | | | |
|---|---|---|---|
| 43. | * Clark W. Baker<br>Present address unknown<br>Contact through counsel:<br>Jessica Ponce<br>Law Offices of Jessica Ponce<br>3255 Wilshire Blvd., Suite 1801<br>Tel: (213) 362-2911 | Clark Baker will testify regarding his work as an investigator for NIC in the *Nilon* case. | 1 |
| 44. | * Carlos F. Negrete<br>P.O. Box 693<br>Weaverville, CA 28787<br>Tel: (949) 444-9920 | Carlos Negrete will testify to matters addressed at his deposition. He will testify regarding the *Nilon v. NIC* matter, his involvement as counsel in that matter, representations made by NTG, Nilon, and Sandoval, and his withdrawal as counsel from the *Nilon v. NIC* matter. | 1-2 |
| 45. | * Kirtland & Packard, LLP<br>1638 S. Pacific Coast Hwy.<br>Redondo Beach, CA 90277<br>Tel: (310) 627-0322 | Kirtland & Packard's representative will testify regarding the firm's relationship with NTG. Kirtland & Packard's representative will also testify regarding communications with Scott Ferrell and Newport Trial Group representatives, the facts surrounding the *Kiss My Face LLC* and *Carter-Reed* matters, and settlement in those matters. | 1 |
| 46. | * Justin Johnson<br>600 B Street, 9th Floor<br>San Diego, CA 92101<br>Tel: (530) 844-4016 | Mr. Johnson will testify to facts related to claims asserted against Nutrisystem in *Torres v. Nutrisystem*, No. 8:12-cv-1854 CJC (C.D. Cal.). He will testify regarding communications with NTG, representations made by NTG and/or Torres, facts related to settlement in that matter, the facts related to Nutrisystem's investigation into | 1-2 |

| | | claims asserted, and facts regarding filings in the *Torres* case. | |
|---|---|---|---|
| 47. | *Dan Silverman<br>Venable, LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 229-9900 | Mr. Silverman will testify regarding his representation of clients in response to legal threats advanced by NTG on behalf of Strataluz LLC. He will also testify regarding his investigation into the validity of the legal threats made by NTG. | 1-2 |
| 48. | * Miro Posavec<br>914 20th Place<br>P.O. Box 2943<br>Vero Beach, FL 32961 | Mr. Posavec will testify to facts related to claims threatened against Best Made Natural Products by Defendant Ryan Ferrell in March of 2018. | 1-2 |
| 49. | *Edward McIntyre, Esq.<br>Contact through counsel:<br>Emord & Associates (602) 388-8899 | Mr. McIntyre will provide expert testimony in rebuttal to NTG's legal expert, Daniel White. Mr. McIntyre's testimony will be consistent with the content of his expert reports and deposition testimony. | 3-4 |
| 50. | *Sean Devlin, DO, MD(H), HMD, MS<br>Contact through counsel:<br>Emord & Associates (602) 388-8899 | Dr. Devlin will provide expert testimony in rebuttal to NTG's medical expert, Dr. Saxon. Dr. Devlin's testimony will be consistent with the content of his expert report and deposition testimony. | 2-3 |
| 51. | *Glen Bard, CTO<br>Contact through counsel:<br>Emord & Associates (602) 388-8899 | Mr. Bard will provide expert testimony in rebuttal to NTG's telephone records expert, Mr. Blackburn. Mr. Bard's testimony will be consistent with the content of his expert report and deposition testimony. | 1-2 |
| 52. | *Ron Martinelli, Ph.D., CMI-V, CLS | Dr. Martinelli will provide expert testimony in rebuttal to NTG's | 1-2 |

| Contact through counsel:<br>Emord & Associates<br>(602) 388-8899 | investigations expert, Mr. Queen. Dr. Martinelli's testimony will be consistent with the content of his expert report and deposition testimony. | |
|---|---|---|

Based on the above time estimates, NIC anticipates that direct examination in support of its case-in-chief will total 45.5 to 69.5 hours. That estimate is based on NIC's "Will Call" designations and does not include witnesses that may be called from NIC's "May Call" list if circumstances so require.

DATED: September 29, 2021

>Respectfully submitted,
>
>EMORD & ASSOCIATES, PC.
>
>By:   /s/ Peter A. Arhangelsky
>Peter A. Arhangelsky, Esq. (SBN 291325)
>Joshua S. Furman, Esq. (pro hac vice)
>*Attorneys for Plaintiff Natural Immunogenics Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, the foregoing, **PLAINTIFF NIC'S SUPPLEMENTAL WITNESS LIST WITH TIME ESTIMATES PER COURT ORDER** was electronically filed via email to the following:

Brendan M. Ford
bford@forddiulio.com
Kristopher P. Diulio
kdiulio@forddiulio.com
Ford & Diulio PC
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Tel: (714) 450-6830
*Attorney Defendants Andrew Nilon, Giovanni Sandoval,
Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group and Scott Ferrell*

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
*Attorneys for Ryan Ferrell. Andre Baslow, David Reid, and Victoria Knowles*

///

///

///

PLAINTIFF NIC'S WITNESS LIST
17

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*

                    */s/ Peter A. Arhangelsky*
                    Peter A. Arhangelsky, Esq.