Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

FILED
CLERK, U.S. DISTRICT COURT

11/5/21

CENTRAL DISTRICT OF CALIFORNIA
BY: LB   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, VICTORIA C. KNOWLES, DAVID REID, ANDREW LEE BASLOW, ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 8:15-cv-02034 JVS (JCGx) <br><br> (JW Reference No.: A270221) <br><br> SEVENTH STATUS REPORT OF SPECIAL MASTER ANDREW J. GUILFORD, RET. |

The Special Master submits this bi-monthly status report as requested in the Court's Order Appointing Special Master at Dkt. No. 223, Paragraph 11, and Dkt. No. 1039.

There is now no matter pending before the Special Master in this case, with no future action to do in the role of Special Master besides providing these status reports.

A mediation is scheduled in this matter for December 6, 2021.

THUS, IT IS SUBMITTED.

Dated: ___November 5, 2021___    _____
Hon. Andrew J. Guilford, Ret.
Special Master