UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-2034JVS(JCGx) | Date | November 29, 2021 |
| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER RE MEDIATION**

       The parties are to appear on December 6, 2021 for a mediation before the Honorable Andrew J. Guilford (Ret.). (Docket No. 1257.) The Court shares it present views on several elements that may affect any eventual award of attorney's fees.

       1. All parties have known and acknowledged virtually since the outset of this case that claimed compensatory damages are approximately $250,000. A trebled award under the RICO statute would amount to about $750,000. Assuming punitive damages were awarded, a sustainable multiple would likely be in the range of 2 to 4 times compensatory damages.

       2. This case has been litigated grossly out of proportion to the amount reasonably at issue. The number of docket entries, now approaching 1300, is stark testament to that fact. In its rulings, the Court has repeatedly invoked the rule of proportionality. The goal of Rule 1 of the Federal Rules of Civil Procedure for a "just, speedy, and inexpensive determination" was long ago put beyond reach. The Court makes these observations notwithstanding the fact that there may be legitimate non-monetary reasons for pursuing litigation.

       3. These facts will weight heavily on the Court if and when it is asked to award attorney's fees. While the Court can only speculate on the fees expended on both sides, the Court wonders whether those sums fall within the parameters of a reasonable fee award regardless of the fee doctrine which the Court applies.

       4. The Court stresses that these are the Court's present views. This case is not over, and the Court will necessarily revisit these views anew if and when the parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-2034JVS(JCGx) | Date | November 29, 2021 |
|---|---|---|---|

| Title | Natural-Immunogenics Corp. v. Newport Trial Group, et al |
|---|---|

present their views.

                                                                                      :    0
                                           Initials of Preparer     lmb