Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Jonathan W. Emord, Esq. (pro hac vice)
jemord@emord.com
Joshua S. Furman, Esq. (pro hac vice)
jfurman@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Drive, Bldg 6, Ste 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff Natural Immunogenics Corp.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | Case No.: 8:15-cv-02034-JVS-JCG<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY DEADLINES**<br><br>Courtroom:    10C<br>Judge:  Hon. James V. Selna |

PLEASE TAKE NOTICE THAT the Parties attended mediation as ordered by the Court on December 6, 2021 before the Honorable Judge Guilford (Ret.).  The Parties have agreed to terms in principle, which must now be memorialized through a final written agreement.  The Parties hereby jointly request that the Court stay all pre-trial deadlines (but maintain the current trial date and pre-trial date), and otherwise stay this action pending finalization and execution of the settlement agreement.  The Parties will notify the Court of updates through additional status reports.

DATED:  December 8, 2021

FOR PLAINTIFF NATURAL IMMUNOGENICS CORP.

/s/ Peter A. Arhangelsky
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Bldg 6, Ste. 133
Gilbert, AZ 85295
Ph:  (602) 388-8899
Fx:  (602) 393-4361
Attorneys for Plaintiff Natural-Immunogenics

FOR DEFENDANTS NTG AND SCOTT FERRELL

/s/ David Darnell
David Darnell (CA 210166)
ddarnell@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Ph: (714) 241-4444
Fx: (714) 241-4445
Attorneys for Defendants Newport Trial Group PC, and Scott Ferrell

FOR THE NON-NTG DEFENDANTS

/s/ Brendan M. Ford
Brendan M. Ford (CA 224333)
bford@forddiulio.com
FORD & DIULIO PC
650 Town Center Drive, Suite 760
Costa Mesa, CA 92626
Ph:  (714) 384-5540
Fx:  (844) 437-7201
Attorney for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers
FOR DEFENDANTS REID AND KNOWLES

FOR THE ATTORNEY DEFENDANTS

/s/ Kyle Riddles
Kyle Riddles (CA 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street, Second Floor
Newport Beach, CA 92660
Ph: (949) 221-1000
Attorney for Ryan Ferrell, Victoria C. Knowles, David Reid, and Andrew Lee Baslow

1

2      Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures:  I, Peter A.

3   Arhangelsky, attest that all other signatures listed, and on whose behalf this filing

    is submitted, concur in the filing's content and have authorized the filing.

4

5

    DATED:  December 8, 2021            EMORD & ASSOCIATES, P.C.

6

7                                       By:    /s/ *Peter A. Arhangelsky*
                                               Peter Arhangelsky

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021 the foregoing, **NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY DEADLINES** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford, Esq.
bford@FordDiulio,com
Ford & Diulio, P.C.
650 Town Center Dr, Ste 760
Costa Mesa, CA 92625
Tel: (714) 384-5540
*Attorney for Andrew Nilon, Giovanni Sandoval,*
*Sam Schoonover, Matthew Dronkers, Taylor Demulder, Sam Pfleg,*

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
*Attorney for Newport Trial Group and Scott Ferrell*

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
*Attorneys for Ryan Ferrell. Andre Baslow, David Reid, and Victoria*
*Knowles*

1
Robert Tauler, Esq.
rtauler@taulersmith.com
2
Tauler Smith, LLP
3
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
4
Tel: (310) 590-3927
*Attorney for David Reid and Victoria Knowles*
5

6

7
*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28