* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC TRIAL ATTORNEYS, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **PLAINTIFF NATURAL IMMUNOGENICS CORP.'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT** <br><br> **\* \* \* REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL \* \* \*** <br><br> Hearing Date:    June 6, 2022 <br> Judge:        Hon. James V. Selna |

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

Plaintiff Natural Immunogenics Corp. ("NIC") hereby moves for an Order enforcing the signed settlement Term Sheet executed by the parties on December 6, 2021 (*see* Dkt. 1265).[1] The parties mediated this case before Judge Guilford, and the action settled confidentially on December 6, 2021. The parties executed a "binding and enforceable" Term Sheet. [REDACTED]

[REDACTED] Because the NTG defendants refuse to reconsider those improper demands, NIC is left with no other option than to file this Motion seeking to enforce the Term Sheet.

This Court has inherent power to enforce a settlement term sheet. *See, e.g., Guzik Tech. Enterprises, Inc. v. W. Digital Corp.*, No. 5:11-CV-03786-PSG, 2014 WL 12465441, at *2 (N.D. Cal. Mar. 21, 2014) ("There is no question that the district court has inherent power to enforce the agreement in settlement of litigation before it."). The Court should hold NTG responsible for the detailed bargain reached at mediation reduced to writing in the enforceable Term Sheet. NIC therefore respectfully asks that this Court enter an Order as follows:

(1)    Hold that the Parties' December 6, 2021 Term Sheet a binding and enforceable agreement on all terms, including the following:

[REDACTED]

[1] The parties have met and conferred regarding this motion, and were unable to reach a resolution and were unable to reach an agreement that would eliminate or narrow the issues in dispute.

PLAINTIFF NIC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

1

**\* \* \* REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL \* \* \***

(2)    Rule that any terms not present or articulated in the Term Sheet are immaterial under Ninth Circuit law;

(3)    Compel NTG to abide by all terms appearing in the "binding and enforceable" Term Sheet, including ████████████████████ ████████████████████ ; and

(4)    Award NIC its reasonable costs and fees incurred in pursuit of this motion (including the forthcoming Reply brief) as an appropriate sanction for NTG's ████████████████ which necessitated this filing.

This motion is supported by the accompanying memorandum of law and authorities, and the exhibits and declarations attached thereto.

DATED:  May 9, 2022.

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

Respectfully submitted,


NATURAL IMMUNOGENICS CORP.


By:    /s/ Peter A. Arhangelsky
        Peter A. Arhangelsky, Esq. (SBN 291325)
        Eric J. Awerbuch, Esq. (pro hac vice)
        Attorneys for Plaintiff
        *Natural Immunogenics Corp.*

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022 the foregoing, **PLAINTIFF NATURAL IMMUNOGENICS CORP.'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford, Esq.
bford@FordDiulio, PC
650 Town Center Dr, Ste 760
Costa Mesa, CA 92625
Tel: (714) 384-5540
Attorney for Andrew Nilon, Giovanni Sandoval,
Sam Schoonover, Matthew Dronkers, Taylor Demulder, and Sam Pfleg,

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
Attorney for Newport Trial Group and Scott Ferrell

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
Attorneys for Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
Attorney for David Reid and Victoria Knowles


                              _/s/ Peter A. Arhangelsky_
                              Peter A. Arhangelsky, Esq.