* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC TRIAL ATTORNEYS, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **DECLARATION OF PETER A. ARHANGELSKY IN SUPPORT OF PLAINTIFF NIC'S MOTION TO ENFORCE TERM SHEET** <br><br><br> **\* \* \* REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL \* \* \*** |

**\* \* \* REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL \* \* \***

## DECLARATION OF PETER A. ARHANGELSKY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I, Peter A. Arhangelsky, am over the age of 18 and competent to testify to the information below. All matters contained herein are of my own personal knowledge unless stated as based upon information and belief. I am counsel of record for Natural Immunogenics Corp. ("NIC") in the above-captioned matter. I am an attorney in the law firm of Emord & Associates, P.C.

2. The Court ordered mediation before Judge Guilford. That mediation was held on December 6, 2021. It was the fifth mediation in this case.



5. Attached as **Exhibit A** is a true and correct copy of the December 6, 2021 Term Sheet, [REDACTED]

6. Attached as **Exhibit B** is a true and correct version of [REDACTED] [REDACTED] The document was transmitted to NIC in Microsoft Word format, and has been converted to PDF as an exhibit here. Highlights to the document in Paragraph 11 have been applied by NIC counsel for the court's benefit.

DECLARATION OF PETER A. ARHANGELSKY

1

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

11.    On or about March 3, 2022, the parties agreed to participate in a supplemental mediation session with Judge Guilford in an effort to resolve remaining disputes over the final settlement agreement.

12.    On March 4, 2022, NTG counsel informed the court by email to Ms. that the parties were still working to finalize "the long form agreement."

13.    The parties participated in a supplemental mediation session with Judge Guilford on March 24, 2022. Judge Guilford limited his role to that of mediator, and made no rulings or findings of law regarding the enforceability of the Term Sheet. The parties were unable to resolve their differences through the supplemental mediation.

14.    The parties have reached an impasse and are unable to agree on final language for the long form settlement agreement.

15.    Attached as **Exhibit C** is a true and correct version of the

The document was transmitted in Microsoft Word format, but has been converted to PDF as an exhibit here.

Highlights

DECLARATION OF PETER A. ARHANGELSKY

2

**\* \* \* REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL \* \* \***

to the document in Paragraph 11 have been applied by NIC counsel for the court's benefit.

16.     Attached as **Exhibit D** is a true and correct copy of the Bar Association of San Francisco Legal Ethics Opinion No. 2012-1, which is available on the Bar Association's website.

17.     Attached as **Exhibit E** is a true and correct copy of the American Bar Association's Forman Opinion No. 00-417, titled "Settlement Terms Limiting a Lawyer's Use of Information" (April 7, 2000).  The document is available through online sources.

18.     Attached as **Exhibit F** is a true and correct copy of the D.C. Bar Ethics Opinion No. 335, addressing "[w]hether a lawyer may, as part of a settlement agreement, prohibit the other party's lawyer from disclosing publicly available information about the case."

19.     Jonathan W. Emord is an attorney in the law firm Emord & Associates, P.C.  Mr. Emord is counsel to Natural Immunogenics in this case, and is admitted in this matter *pro hac vice*.  Mr. Emord has been a member in good standing of the D.C. Bar since 1987.

20.     Attached as **Exhibit G** is a true and correct copy of the Florida Bar Ethics Opinion No. 04-2 (Jan. 21, 2005), which is available through the Florida Bar's online resources.

21.     Attached as **Exhibit H** is a true and correct copy of the New Hampshire Bar Association's Ethics Committee Advisory Opinion No. 2009-10/06, which is available through the New Hampshire Bar's online resources.

22.     The parties met and conferred telephonically about NIC's motion to enforce settlement on Thursday, April 21, 2022.  The parties were unable to reach a resolution that would avoid the need for this motion.

Executed this May 9, 2022 in Maricopa County, Arizona.

DECLARATION OF PETER A. ARHANGELSKY

3

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

 */s/ Peter A. Arhangelsky*
 Peter A. Arhangelsky

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *