# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.<br><br>Defendants. | Case No.: 8:15-cv-02034-JVS (JCG)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Judge: James V. Selna |

Plaintiff's Application for Leave to File Under Seal ("Plaintiff's Application") [Dkt. 1266] having been read and considered, and good cause having been shown, the Court finds that such Application should be granted.

IT IS HEREBY ORDERED that the Plaintiff NIC's Motion for Enforcement of Settlement Agreement and supporting documents shall be filed under seal and allowed to be partially redacted from the public docket, as requested in Plaintiff's Application [Dkt. 1266].

5/9/22

_____
Hon. James V. Selna
Judge, United States District Court
For the Central District of California