**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP
and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT TRIAL GROUP, et al., <br><br> Defendants. | CASE NO.   8:15-cv-02034-JVS-JCG<br>JAMS Case No.: 1220055347<br><br>**DEFENDANTS' APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2**<br><br>Special Master: Hon. Andrew Guilford<br>Judge:            Hon. James V. Selna<br><br>Hearing Date:   June 27, 2022<br>Hearing Time:   1:30 p.m.<br>Courtroom:       10C<br><br>Complaint Filed:   December 7, 2015<br>Trial Date:          NA |

Application to Seal

PLEASE TAKE NOTICE that Defendants, pursuant to Local Rule 79-5.2.2(a) and (b), hereby submits this application to file under seal NIC's Motion to Enforce Settlement Agreement and supporting exhibits. In support, NIC states as follows.

The parties participated in mediation before Judge Guilford on December 6, 2021. That mediation resulted in settlement. The parties memorialized their confidential settlement terms in a binding and enforceable "Term Sheet." On December 8, 2021, the Parties notified this court that a settlement was reached through a Notice of Settlement in Principle and Stipulation to Stay Deadlines. *See* Dkt. 1265.  On May 9, 2022, Plaintiff Natural Immunogenics Corp. ("NIC") filed a "Motion to Enforce Settlement" and asked this Court to seal the filings so as to protect mediation and settlement communications.  Dkt. 1266.  This Court granted NIC's request to seal.  Dkt. 1268.  In order to opposing NIC's motion, Defendants must discuss confidential settlement and mediation negotiations as well as confidential drafts of settlement agreements.  Defendants therefore request that this Court permit the filing of Defendants' Opposition, and related documents, under seal.

There is good cause for the relief requested.  Courts in the Ninth Circuit have acknowledged the need to protect confidential settlement terms, and have maintained such information under seal. *See, e.g., deBarros v. Walmart Stores, Inc.*, 857 F. Supp. 2d 1109, 1113 (D. Or. 2012); Prosurance, 2011 WL 704456, at \*1 (finding that, "to the extent that the documents discuss or disclose the terms of the [confidential] Agreement, good cause exists to permit filing under seal"). This Court has also kept such agreements confidential in this case. *See* Dkt. 61 (Order permitting under seal filing of confidential settlement agreement).  Concurrent herewith, Defendants are filing redacted, public versions of its motion papers in compliance with Local Rule 79-5.2.2.  Here, Defendants cannot oppose NIC's Motion – which involves mediation and settlement issues – without referencing

Application to Seal

confidential and protected information.  Accordingly, this Court should grant this application to file the Opposition and related documents under seal.

A proposed order accompanies this Application.

Dated:  May 23, 2022                    **CALLAHAN & BLAINE, APLC**

By: */s/ James M. Sabovich*
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants
NEWPORT TRIAL GROUP and
SCOTT J. FERRELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 2 -
Application to Seal