**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP
and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

NATURAL IMMUNOGENICS
CORP., a Florida corporation,

Plaintiff,

v.

NEWPORT TRIAL GROUP, et al.,

Defendants.

CASE NO.  8:15-cv-02034-JVS-JCG
JAMS Case No.: 1220055347

**DECLARATION OF JAMES M. SABOVICH IN SUPPORT OF DEFENDANTS' APPLICATION RE: UNDER SEAL FILING PURSUANT TO LR 79-5.2.2**

Special Master: Hon. Andrew Guilford
Judge:         Hon. James V. Selna

Hearing Date:  June 27, 2022
Hearing Time:  1:30 p.m.
Courtroom:     10C

Complaint Filed:  December 7, 2015
Trial Date:       NA

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

Declaration

**DECLARATION OF JAMES M. SABOVICH**

I, James M. Sabovich, declare as follows:

1.      I am an attorney at Callahan & Blaine, APLC.  I am licensed to practice law in the State of California, and I represent Defendants Newport Trial Group and Scott Ferrell ("Defendants") in connection with the above-captioned matter.  I make this declaration in support of Defendants' Application Re: Under Seal Filing.  I have personal knowledge of the facts set forth below.  If called as a witness, I could and would competently testify to the matters stated below.

2.      On May 9, 2022, Plaintiff Natural Immunogenics Corp. ("NIC") filed a "Motion to Enforce Settlement" and asked this Court to seal the filings so as to protect mediation and settlement communications.  Dkt. 1266.  This Court granted NIC's request to seal.  Dkt. 1268.  In order to opposing NIC's motion, Defendants must discuss confidential settlement negotiations as well as confidential drafts of settlement agreements.  Defendants therefore request that this Court permit the filing of Defendants' Opposition, and related documents, under seal.

3.      There is good cause for the relief requested.  Courts in the Ninth Circuit have acknowledged the need to protect confidential settlement terms, and have maintained such information under seal. *See, e.g., deBarros v. Walmart Stores, Inc.*, 857 F. Supp. 2d 1109, 1113 (D. Or. 2012); Prosurance, 2011 WL 704456, at *1 (finding that, "to the extent that the documents discuss or disclose the terms of the [confidential] Agreement, good cause exists to permit filing under seal"). This Court has also kept such agreements confidential in this case. *See* Dkt. 61 (Order permitting under seal filing of confidential settlement agreement).  Concurrent herewith, Defendants are filing redacted, public versions of its motion papers in compliance with Local Rule 79-5.2.2.  Here, Defendants cannot oppose NIC's Motion – which involves mediation and settlement issues – without referencing confidential and protected information.  Accordingly, this Court should grant this application to file the Opposition and related documents under seal.

- 1 -

Declaration

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

4. Defendants will provide prompt service of all "under seal" filings on NIC's counsel.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on May 23, 2022 in Santa Ana, California.


                             */s/ James M. Sabovich*
                              James M. Sabovich

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 2 -

Declaration