**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP
and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO.   8:15-cv-02034-JVS-JCG<br>JAMS Case No.: 1220055347<br><br>**DECLARATION OF DAVID J. DARNELL IN SUPPORT OF DEFENDANTS NEWPORT TRIAL GROUP AND SCOTT J. FERRELL'S OPPOSITION TO MOTION TO ENFORCE (DKT. 1270)**<br><br>**REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL**<br><br>Date:          June 27, 2022<br>Time:          1:30 p.m.<br>Courtroom:     10C<br><br>Special Master: Hon. Andrew Guilford<br>Judge:          Hon. James V. Selna<br><br>Complaint Filed:   December 7, 2015<br>Trial Date:        N/A |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 1 -

DECLARATION OF DAVID J. DARNELL

## DECLARATION OF DAVID J. DARNELL

I, David J. Darnell, declare as follows:

1. I am an attorney at Callahan & Blaine, APLC. I am licensed to practice law in the State of California, and I represent Defendants Newport Trial Group and Scott Ferrell ("Defendants") in connection with the above-captioned matter. I make this declaration in support of Defendants' Opposition to Motion to Enforce Settlement. I have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify to the matters stated below.

2. I was closely involved in the settlement negotiations in this matter,

3.

A

- 2 -

DECLARATION OF DAVID J. DARNELL

true and correct copy of that draft is attached hereto as **Exhibit A**.

5. A true and correct copy of NIC's February 2, 2022 draft of the settlement agreement is attached hereto as **Exhibit B.**

6. A true and correct copy of NIC's February 24, 2022 draft of settlement agreement is attached hereto as **Exhibit C.**

7.

8.



CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 3 -

DECLARATION OF DAVID J. DARNELL

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

12. ███████████████████████████████████████████

- 4 -

DECLARATION OF DAVID J. DARNELL

███████████████████████████ A true and correct copy of my April 6, 2022 email and draft are attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on May 23, 2022 in Santa Ana, California.

<i>/s/ David J. Darnell</i>

David J. Darnell

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 5 -

DECLARATION OF DAVID J. DARNELL