# Exhibit J

[PUBLIC REDACTED]

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *
ID #:87335

# R E D A C T E D

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

1

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

# REDACTED

2

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL  * * *

# REDACTED

3

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

# REDACTED

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

# REDACTED

5

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

# REDACTED

6

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

REDACTED

EXHIBIT J

* * * REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL * * *

REDACTED

8

EXHIBIT J