**\* \* \* PUBLIC REDACTED VERSION PER COURT ORDER (DKT. 1283) \* \* \***

Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., | Case No. 8:15-cv-02034-JVS (JCG) |
| Plaintiff, | **DECLARATION OF PETER A. ARHANGELSKY IN SUPPORT OF PLAINTIFF NIC'S REPLY TO MOTION TO ENFORCE TERM SHEET** |
| v. | |
| PACIFIC TRIAL ATTORNEYS, et al., | |
| Defendants. | |

**PUBLIC REDACTED VERSION FILED PURSUANT TO COURT ORDER IN DKT. 1283**

**\* \* \* PUBLIC REDACTED VERSION PER COURT ORDER (DKT. 1283) \* \* \***

### <u>DECLARATION OF PETER A. ARHANGELSKY</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.      I, Peter A. Arhangelsky, am over the age of 18 and competent to testify to the information below.  All matters contained herein are of my own personal knowledge unless stated as based upon information and belief. I am counsel of record for Natural Immunogenics Corp. ("NIC") in the above-captioned matter.  I am an attorney in the law firm of Emord & Associates, P.C.

2.      NTG's proposed settlement agreement reducing to a formal writing the agreed-to terms in the Term Sheet (dated December 6, 2021), was sent by NTG counsel to NIC on January 14, 2022.

3.      Attached as **<u>Exhibit I</u>** is a true and correct copy of correspondence that I exchanged with NTG's counsel regarding the settlement agreement and settlement process.

4.      I had a phone call with NTG counsel on February 24, 2022 regarding incorporation of the agreed-to terms of the Term Sheet into the settlement agreement.

6.      Attached as **<u>Exhibit J</u>** is a true and correct copy of correspondence that

**\* \* \* PUBLIC REDACTED VERSION PER COURT ORDER (DKT. 1283) \* \* \***

I exchanged with NTG's counsel regarding settlement issues and NIC's intent to file a motion to enforce the term sheet.

Executed this June 6, 2022 in Maricopa County, Arizona.

 */s/ Peter A. Arhangelsky*

Peter A. Arhangelsky