* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *
ID #:67641

# Exhibit I

## [PUBLIC REDACTED]

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

1

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

2

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

3

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# REDACTED

4

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

5

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

6

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# REDACTED

7

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

8

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

EXHIBIT I

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

R E D A C T E D

EXHIBIT I

# R E D A C T E D

11

EXHIBIT I