# Exhibit J

## [PUBLIC REDACTED]

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

R E D A C T E D

1

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

**REDACTED**

3

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# R E D A C T E D

4

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

# REDACTED

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

6

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

7

EXHIBIT J

* * * PUBLIC REDACTED VERSION PER ORDER (DKT. 1283) * * *

REDACTED

8

EXHIBIT J