Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Eric J. Awerbuch, Esq. (pro hac vice)
eawerbuch@emord.com
Emord & Associates, P.C.
2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
Phone: (602) 388-8899
Fax: (602) 393-4361
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC TRIAL ATTORNEYS, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **JOINT STIPULATION RE: ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii), the Court's Order Regarding Motion to Enforce Settlement Agreement (Dkt. 1292), and subject to terms and conditions of settlement (*see* Dkt. 1270-4), hereby stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED:

FOR PLAINTIFF NATURAL IMMUNOGENICS CORP.

*/s/ Peter A. Arhangelsky*
Peter A. Arhangelsky (CA 291325)
parhangelsky@emord.com
EMORD & ASSOCIATES, P.C.
2730 S. Val Vista Dr.
Bldg 6, Ste. 133
Gilbert, AZ 85295
Ph:  (602) 388-8899
Fx:  (602) 393-4361

*Attorneys for Plaintiff Natural-Immunogenics*

FOR NTG DEFENDANTS

*/s/ David Darnell*
David Darnell (CA 210166)
ddarnell@callahan-law.com
CALLAHAN & BLAINE
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Ph: (714) 241-4444
Fx: (714) 241-4445

*Attorneys for Defendants Newport Trial Group PC and Scott Ferrell*

FOR THE NON-NTG DEFENDANTS

*/s/ Brendan M. Ford*
Brendan M. Ford (CA 224333)
bford@forddiulio.com
FORD & DIULIO PC
650 Town Center Drive, Suite 760
Costa Mesa, CA 92626
Ph:  (714) 384-5540
Fx:  (844) 437-7201

*Attorney for Defendants Andrew Nilon, Sam Schoonover, Sam Pfleg, Giovanni Sandoval, Taylor Demulder, and Matthew Dronkers*

FOR THE ATTORNEY DEFENDANTS

*/s/ Kyle Riddles*
Kyle Riddles (CA 309854
kriddles@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Ph: (949) 221-1000
Fx: (949) 221-1001

*Attorney for Ryan Ferrell, Victoria C. Knowles, David Reid, and Andrew Lee Baslow*

Attestation pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures: I, Peter A. Arhangelsky, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 4, 2022.

                            EMORD & ASSOCIATES, PC

                By:   */s/ Peter A. Arhangelsky*
                        Peter A. Arhangelsky, Esq. (SBN 291325)
                        Joshua S. Furman (pro hac vice)
                        Attorneys for Plaintiff
                        *Natural Immunogenics Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022 the foregoing, **JOINT STIPULATION RE: ORDER FOR DISMISSAL WITH PREJUDICE** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Brendan M. Ford, Esq.
bford@FordDiulio, PC
650 Town Center Dr, Ste 760
Costa Mesa, CA 92625
Tel: (714) 384-5540
Attorney for Andrew Nilon, Giovanni Sandoval,
Sam Schoonover, Matthew Dronkers, Taylor Demulder, and Sam Pfleg,

David J. Darnell, Esq.
ddarnell@callahan-law.com
Edward Susolik, Esq.
es@callahan-law.com
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
Tel: (714) 241-4444
Attorney for Newport Trial Group and Scott Ferrell

Nicole Whyte
nwhyte@bremerwhyte.com
Benjamin Price
bprice@bremerwhyte.com
Kyle A. Riddles
kriddles@bremerwhyte.com
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, CA 92660
Tel: (949) 211-1000
Attorneys for Ryan Ferrell, Victoria Knowles, David Reid, and Andrew Baslow

Robert Tauler, Esq.
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Tel: (310) 590-3927
Attorney for David Reid and Victoria Knowles

                                 */s/ Peter A. Arhangelsky*
                                 Peter A. Arhangelsky, Esq.