JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC TRIAL ATTORNEYS, et al., <br><br> Defendants. | Case No. 8:15-cv-02034-JVS (JCG) <br><br> **ORDER REGARDING JOINT STIPULATION OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice, hereby dismisses the above-entitled action and all claims and counterclaims with prejudice. The Court VACATES all dates and deadlines in accord with this Order.

IT IS SO ORDERED.

Dated: October 04, 2022

_____
Honorable James V. Selna
United States District Judge