**CALLAHAN & BLAINE, APLC**
Edward Susolik (SBN 151081)
Esusolik@callahan-law.com
David J. Darnell (SBN 210166)
Ddarnell@callahan-law.com
James M. Sabovich (SBN 218488)
jsabovich@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants NEWPORT TRIAL GROUP and SCOTT J. FERRELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT TRIAL GROUP, et al.,<br><br>Defendants. | CASE NO. 8:15-cv-02034-JVS-JCG<br>JAMS Case No.: 1220055347<br><br>**DEFENDANT SCOTT FERRELL'S AND NEWPORT TRIAL GROUP'S NOTICE OF APPEAL FOLLOWING DISMISSAL AND REPRESENTATION STATEMENT [RULE 3-2(b)]**<br><br>[Dismissal Order entered:<br>October 4, 2022; Dkt. No. 1294]<br>Special Master: Hon. Andrew Guilford<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 7, 2015 |

# NOTICE OF APPEAL

Defendants Scott Ferrell and Newport Trial Group PC (now known as Pacific Trial Attorneys) **HEREBY GIVE NOTICE** that they APPEAL, and hereby do appeal, to the UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT, from:

(1) The **ORDER REGARDING MOTION TO ENFORCE SETTLEMENT**, filed on June 30, 2022, and entered on the Docket as 1292 (redacted)[1];

(2) The **ORDER REGARDING MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR SANCTIONS**, filed on August 3, 2020, and entered on the Docket as 1028; and

(3) The **ORDER REGARDING MOTION FOR ATTORNEYS' FEES**, filed on October 7, 2020, and entered on the Docket as 1054.

Copies of the foregoing orders that are not under seal and subject to this appeal are attached hereto and sequentially numbered NOA001-NOA047 in the lower right hand corner. As noted in footnote 1 below, Appellants will separately move for leave to file Docket 1288 under seal as this order is under seal before the trial court.

Dated: October 21, 2022

**CALLAHAN & BLAINE, APLC**

By: _____
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants
NEWPORT TRIAL GROUP and
SCOTT J. FERRELL

---

[1] The unredacted version of this order was filed under seal by the district court on June 29, 2022 as Docket 1288. Appellants appeal this order and will separately move for leave to file the unredacted order under seal.

- 1 -
NOTICE OF APPEAL

# REPRESENTATION STATEMENT

Counsel on the signature block below represent Appellants Scott Ferrell and Newport Trial Group, PC.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Appellants submit this Representation Statement. The "Representation Statement List" submitted herewith below identifies all other parties to the action, and indicates their respective counsel of record.  In addition, the name, address, telephone no. and email of counsel of record are included on the Representation Statement List.

Dated:  October 17, 2022

**CALLAHAN & BLAINE, APLC**

By: _[signature]_
Edward Susolik
David J. Darnell
James M. Sabovich
Attorneys for Defendants
NEWPORT TRIAL GROUP and
SCOTT J. FERRELL

**REPRESENTATION STATEMENT LIST**

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendants-Appellants Newport Trial Group and Scott J. Ferrell | Edward Susolik, Esq.<br>David J. Darnell, Esq.<br>James M. Sabovich, Esq.<br>**CALLAHAN & BLAINE, APLC**<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, California 92707<br>Tel: (714) 241-4444<br>Fax: (714) 241-4445<br>Esusolik@callahan-law.com<br>Ddarnell@callahan-law.com<br>jsabovich@callahan-law.com |
| Plaintiff-Appellee Natural-Immunogenics Corp. | Peter A. Arhangelsky, Esq.<br>Eric J. Awerbuch, Esq.<br>Joshua S. Furman, Esq.<br>**EMORD & ASSOCIATES, P.C.**<br>2730 S. Val Vista Drive, Building 6 Suite 133<br>Gilbert, AZ 85295<br>Tel: (602) 388-8899<br>Fax: (602) 393-4361<br>parhangelsky@emord.com<br>eawerbuch@emord.com<br>jfurman@emord.com |
| Defendants Ryan Ferrell, Andrew Baslow, David Reid and Victoria Knowles | Nicole Whyte, Esq.<br>Benjamin Price, Esq.<br>Kyle A. Riddles, Esq.<br>**Bremer Whyte Brown & O'Meara, LLP**<br>20320 S.W. Birch Street, Second Floor<br>Newport Beach, CA 92660<br>Tel: 949-211-1000<br>nwhyte@bremerwhyte.com<br>bprice@bremerwhyte.com<br>kriddles@bremerwhyte.com |
| Defendants Andrew Nilon, Giovanni Sandoval, Sam Schoonover, Matthew Dronkers, Taylor Demulder and Sam Pfleg | Brendan M. Ford, Esq.<br>**Ford & Diulio PC**<br>650 Town Center Drive, Suite 760<br>Costa Mesa, CA 92626<br>Tel: 714-450-6830<br>Fax: 844-437-7201<br>bford@forddiulio.com |