UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>        Plaintiff-Appellee,<br><br>  v.<br><br>NEWPORT TRIAL GROUP, a California Corporation; SCOTT J. FERRELL, a California resident,<br><br>        Defendants-Appellants,<br><br> and<br><br>RYAN M. FERRELL, an Arizona resident; et al.,<br><br>        Defendants. | No.   22-55992<br><br>D.C. No.<br>8:15-cv-02034-JVS-JCG<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>NEWPORT TRIAL GROUP, a California Corporation; et al.,<br><br>        Defendants-Appellees,<br><br>BENJAMIN QUINTO; et al., | No.   22-56041<br><br>D.C. No.<br>8:15-cv-02034-JVS-JCG |

> Counter-defendants-
> Appellees.

Before:  WARDLAW and BUMATAY, Circuit Judges, and KENNELLY,[*] District
Judge.

Appellants Scott J. Ferrell and Newport Trial Group's Motion to Join Brief

in Related Matter, filed August 1, 2023, is **GRANTED.**

---

[*] The Honorable Matthew F. Kennelly, United States District Judge for
the Northern District of Illinois, sitting by designation.

2