UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 01 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>NEWPORT TRIAL GROUP, a California Corporation and SCOTT J. FERRELL, a California resident,<br><br>　　　　　Defendants - Appellants,<br><br> and<br><br>RYAN M. FERRELL, an Arizona resident; et al.,<br><br>　　　　　Defendants. | No. 22-55992<br><br>D.C. No. 8:15-cv-02034-JVS-JCG<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>NEWPORT TRIAL GROUP, a California Corporation; et al.,<br><br>　　　　　Defendants - Appellees, | No. 22-56041<br><br>D.C. No. 8:15-cv-02034-JVS-JCG<br>U.S. District Court for Central California, Santa Ana |

BENJAMIN QUINTO; et al.,

                 Counter-defendants -
Appellees.

The mandate issued on March 01, 2024 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT