UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| NATURAL-IMMUNOGENICS CORP., a Florida corporation,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>DAVID J. DARNELL; JAMES M. SABOVICH,<br><br>    Appellants,<br><br>and<br><br>NEWPORT TRIAL GROUP, a California Corporation; et al.,<br><br>    Defendants. | No. 22-55990<br><br>D.C. No.<br>8:15-cv-02034-JVS-JCG<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before:  WARDLAW and BUMATAY, Circuit Judges, and KENNELLY,[*] District Judge.

The panel unanimously votes to deny the petition for panel rehearing (Dkt. 59).  Judges Wardlaw and Bumatay vote to deny the petition for rehearing en banc, and Judge Kennelly so recommends (Dkt. 59).  The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.  The petition for panel rehearing

---

[*] The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.

and the petition for rehearing en banc are **DENIED**.